ELLEN F. ROSENBLUM
Attorney General
JESSE B. DAVIS  #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.state.or.us

TODD MARSHALL #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Todd.Marshall@doj.state.or.us

Attorneys for Defendant Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OREGON STATE POLICE,<br><br>　　　　　Defendant. | Case No.  3:21-CV-01719-AC<br><br>DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME |

**CERTIFICATE OF CONFERRAL**

Pursuant to L.R. 7-1(a)(1), undersigned counsel certifies that he has conferred in good

faith with plaintiffs' counsel and that plaintiffs do not oppose this motion.

191189662

## MOTION

Defendant Oregon State Police respectfully requests an order allowing an extension of time to file its initial response to Plaintiffs' Complaint for Damages (ECF 100).

Defendant removed this matter from Clackamas County Circuit Court by filing a Notice of Removal on November 30, 2021.  ECF 1.  According to Fed. R. Civ. P. 81(c)(2)(C), the deadline for defendant to file its initial response to the Complaint was **December 7, 2021**.  Defendant respectfully requests an extension of time **up to and including January 6, 2022**, for defendants to file their initial response.  Defendants asks the Court's forbearance due to the late filing of this motion, and plaintiffs graciously do not object to the late filing.

This is the first request for extension of this deadline.  Defendants' counsel, Assistant Attorneys General Jesse B. Davis and Todd Marshall, are currently involved in final trial preparations in other cases to be tried in early January 2022, and they expect to participate in nine days of upcoming depositions in a related case, resulting in the need for additional time.  Davis Decl.  ¶¶ 2-5.  Extension of this deadline is supported by good cause.

DATED December  8 , 2021.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

    s/ Jesse B. Davis
JESSE B. DAVIS #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Email: Jesse.b.davis@doj.state.or.us

TODD MARSHALL #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Todd.Marshall@doj.state.or.us
    Of Attorneys for Oregon State Police

Page 2 -    DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

191189662

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000