ELLEN F. ROSENBLUM
Attorney General
JESSE B. DAVIS  #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.state.or.us

TODD MARSHALL #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Todd.Marshall@doj.state.or.us

Attorneys for Defendant Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>OREGON STATE POLICE,<br><br>Defendant. | Case No.  3:21-CV-01719-AC<br><br>DECLARATION OF JESSE B. DAVIS IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME |

Page 1 -   DECLARATION OF JESSE B. DAVIS IN SUPPORT OF UNOPPOSED MOTION FOR
EXTENSION OF TIME
191383569

I, Jesse B. Davis, declare:

1.      I am an attorney licensed to practice law in the State of Oregon and am a Senior Assistant Attorney General for the State of Oregon.  I am one of the attorneys assigned to represent Defendant Oregon State Police in the above-captioned case.

2.      Upon removal of this matter from Clackamas County Circuit Court, the current deadline for all defendants to file their responses to the Complaint for Damages was **December 7, 2021**.

3.      On December 7, 2021, in conferral on this motion, counsel for plaintiffs indicated that they did not oppose this motion, and would not object if this motion were filed today, December 8, 2021.

4.      Defendant requests an extension of time up to and including **January 6, 2022,** in which to file their response to the Complaint for Damages.

5.      Additional time is requested because both of defendant's counsel are preparing for separate trials in early January 2022, and are also preparing to dedicate substantial amounts of time to attending nine days of depositions to be held December 13-17 and 20-23, 2021, in a closely related case, *McGuffin v. Dannels, et al*., Case No. 6:20-cv-1163-MK, currently pending before this Court.

6.      This request is made in good faith and not for purposes of delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED December  8 , 2021.

         s/ Jesse B. Davis
         JESSE B. DAVIS
         Senior Assistant Attorney General

Page 2 -    DECLARATION OF JESSE B. DAVIS IN SUPPORT OF UNOPPOSED MOTION FOR
            EXTENSION OF TIME

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000