ELLEN F. ROSENBLUM
Attorney General
JESSE B. DAVIS  #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.state.or.us

TODD MARSHALL #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Todd.Marshall@doj.state.or.us

Attorneys for Defendant Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor, <br><br> Plaintiff, <br><br> v. <br><br> OREGON STATE POLICE, <br><br> Defendant. | Case No.  3:21-CV-01719-AC <br><br> DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME |

## CERTIFICATE OF CONFERRAL

Pursuant to L.R. 7-1(a)(1), undersigned counsel certifies that he has conferred in good faith with plaintiffs' counsel and that plaintiffs do not oppose this motion.

## MOTION

Defendant Oregon State Police respectfully requests an order allowing an extension of time to file its initial response to Plaintiffs' Complaint for Damages.

Page 1 -    DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant removed this matter from Clackamas County Circuit Court by filing a Notice of Removal on November 30, 2021.  ECF 1.  The deadline for defendant to file its initial response to the Complaint is currently **January 6, 2022**.  Defendant respectfully requests an extension of time **up to and including February 7, 2022**, for defendant to file its initial response.

This is the second request for extension of this deadline.  This motion is necessitated by the trial schedule of defendant's counsel, Assistant Attorneys General Jesse B. Davis and Todd Marshall.  In addition, the requested extension will permit defendant to file an unopposed motion to consolidate this case with a related case currently pending in this Court, *McGuffin et al. v. Dannels et al*., Case No. 6:20-cv-01163-MK.  Defendant believes that consolidating the cases before responding to the Complaint will be the simplest and most efficient way of addressing the pleadings in both cases, and the requested extension will serve that end.  Davis Decl.  ¶ 5.  The requested extension of this deadline is supported by good cause.

DATED January 6, 2022.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Jesse B. Davis*
JESSE B. DAVIS #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Email: Jesse.b.davis@doj.state.or.us

TODD MARSHALL #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Todd.Marshall@doj.state.or.us
    Of Attorneys for Oregon State Police