ELLEN F. ROSENBLUM
Attorney General
JESSE B. DAVIS  #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.state.or.us

TODD MARSHALL #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Todd.Marshall@doj.state.or.us

Attorneys for Defendant Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>OREGON STATE POLICE,<br><br>Defendant. | Case No.  3:21-CV-01719-AC<br><br>DECLARATION OF JESSE B. DAVIS IN SUPPORT OF SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME |

I, Jesse B. Davis, declare:

1.      I am an attorney licensed to practice law in the State of Oregon and am a Senior

Assistant Attorney General for the State of Oregon.  I am one of the attorneys assigned to

represent Defendant Oregon State Police in the above-captioned case.

Page 1 -    DECLARATION OF JESSE B. DAVIS IN SUPPORT OF SECOND UNOPPOSED
           MOTION FOR EXTENSION OF TIME

2.	Upon removal of this matter from Clackamas County Circuit Court, and the Court's previous extension of time, the current deadline for all defendants to file their responses to the Complaint for Damages is **January 6, 2022**.

3.	In conferral on this motion, counsel for plaintiffs indicated that they do not oppose this motion.

4.	Defendant requests an extension of time up to and including **February 7, 2022,** in which to file their response to the Complaint for Damages.

5.	Additional time is requested due to defendant's counsel's need to prepare for trials in January 2022.  In addition, the requested extension will permit defendant to file an unopposed motion to consolidate this case with a related case currently pending in this Court, *McGuffin et al. v. Dannels et al.*, Case No. 6:20-cv-01163-MK.  I believe that consolidating the cases before responding to the Complaint will be the simplest and most efficient way of addressing the pleadings in both of the cases, and the requested extension will serve that end.

6.	This request is made in good faith and not for purposes of delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED January 6, 2022.

_____*s/ Jesse B. Davis*_____
JESSE B. DAVIS
Senior Assistant Attorney General

Page 2 -	DECLARATION OF JESSE B. DAVIS IN SUPPORT OF SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

292157503