ELLEN F. ROSENBLUM
Attorney General
JESSE B. DAVIS  #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.state.or.us

TODD MARSHALL #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Todd.Marshall@doj.state.or.us

Attorneys for Defendant Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor, | Case No.  3:21-CV-01719-AC |
| Plaintiff, | DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME |
| v. | |
| OREGON STATE POLICE, | |
| Defendant. | |

**CERTIFICATE OF CONFERRAL**

Pursuant to L.R. 7-1(a)(1), undersigned counsel certifies that he has conferred in good

faith with plaintiffs' counsel and that plaintiffs do not oppose this motion.

**MOTION**

Defendant Oregon State Police respectfully requests an order allowing an extension of

time to file its initial response to Plaintiffs' Complaint for Damages.

Page 1 -    DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant removed this matter from Clackamas County Circuit Court by filing a Notice of Removal on November 30, 2021.  ECF 1.  The deadline for defendant to file its initial response to the Complaint is currently **February 7, 2022**.  Defendant respectfully requests an extension of time **up to and including March 9, 2022**, for defendant to file its initial response.

This is the third request for extension of this deadline.  The purpose of this motion is to allow the Court to resolve the pending unopposed motions to consolidate that have been filed in this case (ECF 9) and in *McGuffin et al. v. Dannels et al.*, Case No. 6:20-cv-01163-MK (ECF 113), both filed February 4, 2022, before filing defendant's initial response.  Defendant believes that consolidating the cases before responding to the Complaint will be the simplest and most efficient way of addressing the pleadings in both cases, and the requested extension will serve that end.  Based on the parties' conferral, plaintiffs agree that it is preferable for defendant's initial response to await resolution of the motions to consolidate.  Davis Decl. ¶¶ 3-4.

The requested extension of this deadline is supported by good cause.

DATED February 7, 2022.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

    *s/ Jesse B. Davis*
JESSE B. DAVIS #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Email: Jesse.b.davis@doj.state.or.us

TODD MARSHALL #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Todd.Marshall@doj.state.or.us
    Of Attorneys for Oregon State Police

Page 2 -    DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME