ELLEN F. ROSENBLUM
Attorney General
JESSE B. DAVIS  #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.state.or.us

TODD MARSHALL #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Todd.Marshall@doj.state.or.us

Attorneys for Defendant Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>OREGON STATE POLICE,<br><br>Defendant. | Case No.  3:21-CV-01719-AC<br><br>DECLARATION OF JESSE B. DAVIS IN SUPPORT OF THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME |

I, Jesse B. Davis, declare:

1.    I am an attorney licensed to practice law in the State of Oregon and am a Senior Assistant Attorney General for the Oregon Department of Justice.  I am one of the attorneys assigned to represent Defendant Oregon State Police in the above-captioned case.

Page 1 -    DECLARATION OF JESSE B. DAVIS IN SUPPORT OF THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME

JBD/ams/348761624

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

2.      The current deadline for defendant to file its response to the Complaint for Damages is **February 7, 2022**.  Defendant requests an extension of time up to and including **March 9, 2022,** in which to file its response.

3.      The requested extension is intended to permit the Court to resolve the pending unopposed motions to consolidate that have been filed in this case (ECF 9) and in *McGuffin et al. v. Dannels et al.*, Case No. 6:20-cv-01163-MK (ECF 113 in that case) before filing defendant's initial response.  I believe that consolidating the cases before defendant files its response will be the simplest and most efficient way of addressing the pleadings in both cases, and the requested extension will serve that end.  In conferral on this motion, counsel for plaintiffs indicated that they do not oppose this motion and agreed that it would be preferable if the filing of defendant's initial response to the complaint awaited resolution of the pending motions to consolidate.

4.      This is the third request for extension of this deadline.  The previous request for extension was for the same purpose as this one.  This request is necessitated by defendant's attorneys' trial preparation demands in other cases, which delayed the filing of the motions to consolidate until February 4, 2022.

5.      This request is made in good faith and not for purposes of delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED February 7, 2022.

        *s/ Jesse B. Davis*
        JESSE B. DAVIS
        Senior Assistant Attorney General

Page 2 -    DECLARATION OF JESSE B. DAVIS IN SUPPORT OF THIRD UNOPPOSED
MOTION FOR EXTENSION OF TIME
JBD/ams/348761624

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000