Graham B. Miller, OSB No. 161424
gmiller@wshblaw.com
Karin L. Schaffer, OSB No. 123387
kschaffer@wshblaw.com
Amanda J. Rockett, OSB No. 052401
arockett@wshblaw.com
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
Telephone: 971-256-4010
Facsimile: 971-275-1928

*Attorneys for Vidocq Society and Richard Walter*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor,<br><br>                    Plaintiffs,<br><br>          v.<br><br>MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY, and OREGON STATE POLICE.<br><br>                    Defendants. | Case No.: 6:20-CV-1163-MK (Lead Case)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

NOTICE OF APPEARANCE OF COUNSEL
- 1

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor,

        Plaintiffs,

    v.

OREGON STATE POLICE.

        Defendant.

Case No.: 3:21-cv-01719-MK (Trailing Case)

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Amanda J. Rockett of Wood, Smith, Henning & Berman LLP, hereby enters an appearance as counsel for Defendants Vidocq Society and Richard Walter, along with Karin L. Schaffer and Graham B. Miller, in the above-referenced matter. Please serve said counsel with all pleadings and notices in this action.

Amanda J. Rockett
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, OR 97223
Tel. (971) 256-4010
arockett@wshblaw.com


DATED this 12th day of May, 2022.


By:       */s/ Amanda J. Rockett*
      Graham B. Miller, OSB No. 161424
      Karin L. Schaffer, OSB No. 123387
      Amanda J. Rockett, OSB No. 052401
      Wood, Smith, Henning & Berman LLP
      12755 SW 69th Avenue, Suite 100
      Portland, Oregon 97223
      Telephone: 971-256-4010
      Facsimile: 971-275-1928

      *Attorneys for Defendants Vidocq Society and Richard Walter*

NOTICE OF APPEARANCE OF COUNSEL
- 2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the undersigned is a citizen of the United States and a resident of the State of Oregon, living in said state, over the age of eighteen (18) years, not a party to, and competent to be a witness in this action; that on this date the undersigned caused to be served on counsel of record as shown below, in the manner indicated, a true and correct copy of the foregoing document.

Andrew C. Lauersdorf
Janis C. Puracal
Christine A. Webb
Maloney Lauersdorf & Reiner, PC
1111 E. Burnside Street, Suite 300
Portland, OR 97214
acl@mlrlegalteam.com
jcp@mlrlegalteam.com
caw@mlrlegalteam.com
503-245-1518
503-245-1417 (fax)

(X) *Via CM/ECF Filing*

*Of Attorneys For Plaintiff*

David B. Owens
Loevy & Loevy
311 N Aberdeen Street
Ste 3rd Floor
Chicago, IL 60607
David@loevy.com

(X) *Via CM/ECF Filing*

*Of Attorneys For Plaintiff*

Robert E. Franz, Jr.
Law Office of Robert E. Franz, Jr.
P.O. Box 62
Springfield, OR 97477
rfranz@franzlaw.comcastbiz.net

(X) *Via CM/ECF Filing*

*Of Attorneys for Defendants City of Coos Bay, City of Coquille, Coos County, Chris Webley, Craig Zanni, Eric Schwenninger, Kris Karcher, Mark Dannels, Pat Downing, Raymond McNeely, Sean Sanborn, Anthony Wetmore, David Zavala, Kip Oswald, Michael Reaves*

Jesse B. Davis
Todd Marshall
Department of Justice
100 SW Market Street
Portland, OR 97201
jesse.b.davis@doj.state.or.us
todd.marshall@doj.state.or.us

(X) *Via CM/ECF Filing*

*Attorneys for Oregon State Police, Susan Hormann, Mary Krings, John Riddle, and Kathy Wilcox*

DATED this 12th day of May, 2022.

 */s/ Lindsey Stanton*
Lindsey Stanton
lstanton@wshblaw.com

24505068.1:05472-0677

NOTICE OF APPEARANCE OF COUNSEL
- 3