ELLEN F. ROSENBLUM
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.state.or.us

TODD MARSHALL  #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Todd.Marshall@doj.state.or.us

Attorneys for State Defendants
Hormann, Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, <br><br> Plaintiff, <br><br> v. <br><br> OREGON STATE POLICED ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY, <br><br> Defendant. | Case No.  6:20-cv-1163-MK (Lead Case) <br>            3:21-cv-1719-MK (Trailing Case) <br><br> DECLARATION OF JESSE B. DAVIS |

Page 1 -    DECLARATION OF JESSE B. DAVIS
        JBD/db5/722759281

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,

        Plaintiff,

    v.

OREGON STATE POLICE,

        Defendant.

I, Jesse B. Davis, hereby declare:

1.      I am an attorney licensed to practice law in the State of Oregon and admitted to practice before the United States District Court for the District of Oregon. I am employed as a Senior Assistant Attorney General with the Oregon Department of Justice; and I am one of attorneys of record for Defendants Susan Hormann, Mary Krings, John Riddle, Kathy Wilcox and Oregon State Police (collectively referred to as "State Defendants") in the above-captioned case.

2.      I make this declaration in support of State Defendants' Unopposed Motion for Extension of Time to Answer Second and First Amended Complaints.

3.      The current deadline to file answers for plaintiffs' Second Amended Complaint for Damages (#143) and First Amended Complaint for Damages (#144) is **February 10, 2023**.

4.      State Defendants respectfully request the deadline for **all defendants** to file answers for plaintiffs' Second Amended Complaint for Damages (#143) and First Amended Complaint for Damages (#144) be extended up to and including **March 13, 2023**. This is the first request for extension of this deadline.

5.      I have conferred with plaintiffs' counsel on this extension of time request. The parties are in agreement with the proposed extension.

6.      Additional time is necessary to prepare answers the Amended Complaints due to their length and factual complexity.

Page 2 -   DECLARATION OF JESSE B. DAVIS
       JBD/db5/722759281

7.      This request is made in good faith and not for the purposes of unnecessary delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on February 10, 2023.

*s/ Jesse B. Davis*<br>
JESSE B. DAVIS<br>
Senior Assistant Attorney General<br>
Oregon Department of Justice

Page 3 -   DECLARATION OF JESSE B. DAVIS

JBD/db5/722759281

## CERTIFICATE OF SERVICE

I certify that on February 10, 2023, I served the foregoing DECLARATION OF

JESSE B. DAVIS upon the parties hereto by the method indicated below, and addressed to the

following:

| | |
|---|---|
| **Andrew C. Lauersdorf** <br> **Janis C. Puracal** <br> Maloney Lauersdorf & Reiner, PC <br> 1111 E. Burnside Street, Suite 300 <br> Portland, OR 97214 <br>     *Of Attorneys for Plaintiffs* | ___ HAND DELIVERY <br> ___ MAIL DELIVERY <br> ___ OVERNIGHT MAIL <br> ___ TELECOPY (FAX) <br> ___ E-MAIL: <br> caw@mlrlegalteam.com; <br> jcp@mlrlegalteam.com; <br> acl@mlrlegalteam.com <br>  X  E-SERVE |
| **David B. Owens** <br> Loevy & Loevy <br> 100 S. King Street, Suite 100 <br> Seattle, WA 98104-2885 <br>  *Of Attorneys for Plaintiffs* | ___ HAND DELIVERY <br> ___ MAIL DELIVERY <br> ___ OVERNIGHT MAIL <br> ___ TELECOPY (FAX) <br> ___ E-MAIL: <br> david@loevy.com <br>  X  E-SERVE |
| **Robert E. Franz , Jr.** <br> **Sara R. Henderson** <br> Law Office of Robert E. Franz, Jr. <br> P.O. Box 62 <br> Springfield, OR 97477 <br>  *Of Attorneys for Defendants Dannels,* <br> *Downing, Karcher, McInnes, McNeely,* <br> *Oswald, Reaves, Sanborn, Schwenninger,* <br> *Shapiro, Webley, Wetmore, Zanni, Zavala,* <br> *City of Coquille, City of Coos Bay,* <br> *and Coos County* | ___ HAND DELIVERY <br> ___ MAIL DELIVERY <br> ___ OVERNIGHT MAIL <br> ___ TELECOPY (FAX) <br> ___  E-MAIL: <br> rfranz@franzlaw.comcastbiz.net <br> shenderson@franzlaw.comcastbiz.net <br>  X  E-SERVE |

Page 4 -    CERTIFICATE OF SERVICE

**Karin L. Schaffer**
**Graham B. Miller**
**Amanda J. Rockett**
Wood Smith Henning & Berman LLP
12755 SW 69th Avenue, Suite100
Portland OR  9722
  *Of Attorneys for Defendants*
*Vidocq Society and Richard Walter*

___ HAND DELIVERY
___ MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX)
___ E-MAIL:
kschaffer@wshblaw.com;
gmiller@wshblaw.com
 X  E-SERVE


*s/ Jesse B. Davis*
JESSE B. DAVIS  #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:      jesse.b.davis@doj.state.or.us

TODD MARSHALL  #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:       Todd.Marshall@doj.state.or.us

  Of Attorneys for State Defendants
  Hormann, Krings, Riddle, Wilcox
  and Oregon State Police

Page 5 -    CERTIFICATE OF SERVICE