Form #69 (Rev. 8/88)

WHITE — MASTER
YELLOW — WORKSHEET
CARD — FILE

**OREGON STATE POLICE**

| PRIORITY | A | B | C |
|---|---|---|---|

### SUBJECT INFORMATION — MAKE NO MARKS IN THIS AREA

| LAST NAME / FIRST NAME: Jenkins, David | MIDDLE NAME | DEPT. | DEPT. # | SID |
|---|---|---|---|---|
| NICKNAME OR ALIAS | | SOC. SEC. # | | FILE NUMBER |

| HOME ADDRESS: 1164 N Grape #4 | CITY: Coq. | STATE: OR | ZIP | HOME PHONE: 396-3474 | FBI # |
|---|---|---|---|---|---|
| OLD ADDRESS(ES) | | | | GLASSES | FACIAL HAIR |

| EMPLOYER/ADDRESS | CITY | STATE | WORK PHONE | OCCUPATION |
|---|---|---|---|---|

| RACE | SEX | D.O.B. 11/7/77 | PLACE OF BIRTH | AGE | HEIGHT | WEIGHT | HAIR | EYES | BUILD | COMPL |
|---|---|---|---|---|---|---|---|---|---|---|
| DR. LIC. # | | STATE | VEH. YR. | MAKE | MODEL | COLOR(S) | | BODY STYLE | | |
| VEH. LIC. # | | STATE | CONDITION/EQUIP. | | | OTHER VEH/PLATE(S) | | | | |
| | | | | | | SOURCE NAME/XREF | | | | |

**CONCISE TIP INFORMATION**

Interview w/ Peet on 9-5-00  Zanni/Downing

Info from Peet was that on @ 8-22-00 she was at Michelle Emle's Apt. behind Safeway, when she overheard conversation w/ Nick McGuffin & David Jenkins, where David asked Nick about him getting carried away with strangling Leah.

### SOURCE INFORMATION — MAKE NO MARKS IN THIS AREA

| LAST NAME: Peet | FIRST NAME: Kim | MIDDLE NAME: R. | A.K.A.s | According to Jenkins and others Nick was not at this Party |
|---|---|---|---|---|

| RACE: W | SEX: F | D.O.B. 05-24-86 | HEIGHT | WEIGHT | HAIR | EYES | OCCUPATION/EMPLOYER | | |
|---|---|---|---|---|---|---|---|---|---|
| ADDRESS: 1164 N. Grape Apt #6 | | | | | | CITY: Coquille | STATE: OR | ZIP | |
| HOME PHONE: 396-7045. | | WORK PHONE | | | | DEPT. | DEPT. # | SID | |

**ADDITIONAL INFORMATION**

Interview w/ Jenkins 9-21-00  Zann./Down.

Jenkins was interview at CCJ on 9-21-00  He did admitt that he was at Party at Michelle's (his residence also) At party was David & Richard Bryant, Michelle, David Jenkins and Misty (David Bryant's GF) There was a conversation between David Jenkins & Richard Bryant about Leah, because Richard had heard alot of stuff from his Dad and was slobbing his mouth.  David spoke with him

| RECEIVED BY | DATE | TIME | SUSPECT NAME | COMPUTER CHECK BY | DATE | TIME |
|---|---|---|---|---|---|---|
| ASSIGNED TO: Zanni/Downing | DATE 11/16/00  SUSPENSE DATE | | | CCH ____  CRISS ____  NCIC ____ | | |