Janis C. Puracal, OSB #132288
E-mail: jcp@mlrlegalteam.com
Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

David B. Owens, WSBA #53856, *pro hac vice*
E-mail: david@loevy.com
LOEVY & LOEVY
100 S. King Street, Ste. 100
Seattle, WA  98104-2885
Telephone: (312) 590-5449

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br>                    Defendants. | Civil No. 6:20-cv-01163-MK<br>(Lead Case)<br><br><br><br>JOINT STATUS REPORT REGARDING DEPOSITION SCHEDULE FOR NON-EXPERT WITNESSES |

Page 1– JOINT STATUS REPORT REGARDING DEPOSITION SCHEDULE FOR NON-
        EXPERT WITNESSES

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

VIDOCQ SOCIETY,

Cross-Claimant,

v.

MARK DANNELS, PAT DOWNING,
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY MCINNES,
RAYMOND MCNEELY, KIP OSWALD,
MICHAEL REAVES, JOHN RIDDLE, SEAN
SANBORN, ERIC SCHWENNINGER,
RICHARD WALTER, CHRIS WEBLEY,
ANTHONY WETMORE, KATHY WILCOX,
CRAIG ZANNI, DAVID ZAVALA, JOEL D.
SHAPIRO AS ADMINISTRATOR OF THE
ESTATE OF DAVID E. HALL, VIDOCQ
SOCIETY, CITY OF COQUILLE, CITY OF
COOS BAY, and COOS COUNTY

Cross-Defendants.

NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian *ad litem*, on behalf
of S.M., a minor,

Plaintiffs,

v.

OREGON STATE POLICE,

Defendant.

Civil Case No. 3:21-cv-01719-MK
(Trailing Case)

Pursuant to the Court's Order dated May 10, 2023 (Dkt. No. 164), counsel for Plaintiffs and Defendants respectfully submit this Joint Status Report.  The parties have agreed to the following deposition schedule for non-expert witnesses on the terms and conditions identified below:

| Deposition Date | Witness Identity | Noted By Lead Counsel | Location | Video? |
|---|---|---|---|---|
| July 6, 2023 | Megan Davidson | City/County Defendants | Portland | Yes |
| | Gabriella Cato | City/County Defendants | Portland | Yes |

Page 2– JOINT STATUS REPORT REGARDING DEPOSITION SCHEDULE FOR NON-
EXPERT WITNESSES

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| Deposition Date | Witness Identity | Noted By Lead Counsel | Location | Video? |
|---|---|---|---|---|
| July 7, 2023 | Jazmin Spinner | City/County Defendants | Portland | Yes |
| | Abbie Beckham | City/County Defendants | Portland | Yes |
| | Aleksandra Djeric | City/County Defendants | Portland | Yes |
| July 10, 2023 | Georgia Bartholomew | City/County Defendants | Portland | Yes |
| | Mother of Georgia Bartholomew | City/County Defendants | Portland | Yes |
| July 12, 2023 | Rule 30(b)(6) – Coos County (Defendant) | Plaintiffs | Video Conferencing | No |
| | Rule 30(b)(6) – City of Coos Bay (Defendant) | Plaintiffs | Video Conferencing | No |
| July 13, 2023 | Rule 30(b)(6) – City of Coquille (Defendant) | Plaintiffs | Video Conferencing | No |
| July 14, 2023 | Anthony Wetmore (Coos Bay police) | Plaintiffs | Video Conferencing | No |
| July 17, 2023 | Plaintiff S.M. (Plaintiff) | State Defendants | Video Conferencing | No |
| July 18, 2023 | Shaun McCrea (Prior defense counsel) | State Defendants | Video Conferencing | No |
| July 24, 2023 | Rule 30(b)(6) – Fisher Golf Group | Plaintiffs | Portland | No |
| July 25, 2023 | Rule 30(b)(6) – Oregon State Police (Defendant) | Plaintiffs | Video Conferencing | No |

Page 3– JOINT STATUS REPORT REGARDING DEPOSITION SCHEDULE FOR NON-EXPERT WITNESSES

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| Deposition Date | Witness Identity | Noted By Lead Counsel | Location | Video? |
|---|---|---|---|---|
| TBD* | Richard Walter* (Defendant) *subject to objection previously asserted by counsel and submission for court determination as necessary | Defendant Vidocq Society | Video Conferencing | No |
| Aug 17, 2023 | Rule 30(b)(6) Vidocq Society* (Defendant) *subject to confirmation of availability | Plaintiffs | Video Conferencing | No |
| Aug 28, 2023 | Scott Hamilton | Plaintiffs | Coos Bay | No |
| | Melissa Smith | City/County Defendants | Coos Bay | Yes |
| | Kyla Stevens | City/County Defendants | Coos Bay | Yes |
| Aug 29, 2023 | R. Paul Frasier (District Attorney) | Plaintiffs | Coquille | Yes |
| Aug 30, 2023 | Maegan Traglio | City/County Defendants | Coos Bay | Yes |
| | Robert Edgerton | City/County Defendants | Coos Bay | Yes |
| Sept 1, 2023 | Mark Dannels (Chief of Police) | Plaintiffs | Video Conferencing | No |
| Sept 8, 2023 | Kathy McGuffin (Plaintiff's Mother) | Plaintiffs | Kailua-Kona, Hawaii | Yes |

Counsel for the parties further agree that with respect to each of the witnesses identified above, their depositions will be noted to require in-person attendance at the location specified, unless that witness's deposition is designated to be conducted by video conferencing, in which case their respective depositions will be noted accordingly. Regardless of how each witness is required to appear, all depositions will have a Zoom video conference option to be paid for by the

Page 4– JOINT STATUS REPORT REGARDING DEPOSITION SCHEDULE FOR NON-EXPERT WITNESSES

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

party or parties utilizing the option.

The parties also agree that this deponent schedule should not be construed as a stipulation of exclusivity, but that additional deponents may be sought with appropriate consultation of counsel and/or leave of Court within the applicable discovery cutoff deadline.

DATED:  June 1, 2023

| | |
|---|---|
| MALONEY LAUERSDORF REINER PC<br><br>By s/Andrew C. Lauersdorf<br>　　Janis C. Puracal, OSB #132288<br>　　E-Mail:  jcp@mlrlegalteam.com<br>　　Andrew C. Lauersdorf, OSB #980739<br>　　E-Mail:  acl@mlrlegalteam.com<br><br><br>Attorneys for Plaintiffs | LOEVY & LOEVY<br><br>By s/David B. Owens<br>　　David B. Owens, *pro hac vice*<br>　　E-Mail:  david@loevy.com<br><br><br><br><br>Attorneys for Plaintiffs |
| LAW OFFICE OF ROBERT FRANZ JR.<br><br>By s/Robert E. Franz Jr.<br>　　Robert E. Franz Jr., OSB #730915<br>　　E-Mail:  rfranz@franzlaw.comcastbiz.net<br>　　Sarah R. Henderson, OSB #153474<br>　　E-Mail: shenderson@franzlaw.comcastbiz.net<br><br>Attorneys for Defendants Mark Dannels, Pat Downing, Estate of Dave Hall, Kris Karcher, Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County | OREGON DEPARTMENT OF JUSTICE<br><br>By s/Todd Marshall<br>　　Jesse B. Davis, OSB #052290<br>　　E-Mail:  jesse.b.davis@state.or.us<br>　　Todd Marshall, OSB #112685<br>　　E-Mail:  todd.marshall@doj.state.or.us<br><br>Attorneys for Defendants Susan Hormann, Mary Krings, John Riddle, Kathy Wilcox, and Oregon State Police |
| HWS LAW GROUP<br><br>By s/Meredith A. Sawyer<br>　　Anthony R. Scisciani III, OSB #070013<br>　　E-Mail:  ascisciani@hwslawgroup.com<br>　　Kelsey L. Shewbert, OSB #221063<br>　　E-Mail:  kshewbert@hwslawgroup.com<br>　　Meredith A. Sawyer, *pro hac vice*<br>　　E-Mail:  msawyer@hwslawgroup.com<br><br>Attorneys for Defendant Vidocq Society | LUVAAS COBB<br><br>By s/Eric S. DeFreest<br>　　Eric S. DeFreest, OSB #920475<br>　　E-Mail: edefreest@luvaascobb.com<br>　　Laura E. Coffin, OSB #075825<br>　　E-Mail: lcoffin@luvaascobb.com<br><br><br><br>Attorneys for Defendant Richard Walter |

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, the foregoing JOINT STATUS REPORT REGARDING DEPOSITION SCHEDULE FOR NON-EXPERT WITNESSES was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

| | |
|---|---|
| Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net<br>   *Attorneys for Defendants*<br>   *City of Coquille, City of Coos Bay, Coos*<br>   *County, Craig Zanni, Chris Webley, Eric*<br>   *Schwenninger, Sean Sanborn, Ray McNeely,*<br>   *Kris Karcher, Pat Downing, Mark Dannels,*<br>   *Kip Oswald, Michael Reaves, David Zavala,*<br>   *Anthony Wetmore, Shelly McInnes* | Jesse B. Davis<br>Todd Marshall<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>todd.marshall@doj.state.or.us<br>jesse.b.davis@doj.state.or.us<br>   *Attorneys for Defendants Oregon State*<br>   *Police, John Riddle, Susan Hormann,*<br>   *Mary Krings, Kathy Wilcox* |
| Anthony R. Scisciani III<br>Kelsey L. Shewbert<br>Meredith A. Sawyer<br>HWS Law Group<br>101 SW Main Street, Suite 1605<br>Portland, OR 97204<br>ascisciani@hwslawgroup.com<br>kshewbert@hwslawgroup.com<br>msawyer@hwslawgroup.com<br>   *Attorneys for Defendant Vidocq Society* | Eric S. DeFreest<br>Luvaas Cobb<br>777 High Street, Ste. 300<br>Eugene, OR 97401<br>edefreest@luvaascobb.com<br>   *Attorneys for Defendant Richard Walter* |

☒ by electronic means through the Court's ECF System on the date set forth above.

☐ by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Portland, Oregon on the date set forth above.

☐ by emailing to each of the foregoing a copy thereof to the email address above.

MALONEY LAUERSDORF REINER PC


By   /s/Janis C. Puracal
    Janis C. Puracal, OSB #132288
    E-Mail:  jcp@mlrlegalteam.com
Attorneys for Plaintiffs

Page 1– CERTIFICATE OF SERVICE

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417