DEC 10 1992

Microfilm Number_____     Filed with the Department of State on_____

Entity Number_____ 2031534

*[signature]*

Secretary of the Commonwealth

## ARTICLES OF AMENDMENT-DOMESTIC NONPROFIT CORPORATION
DSCB:15-5915 (Rev 90)

In compliance with the requirements of 15 Pa.C.S. § 5915 (relating to articles of amendment), the undersigned nonprofit corporation, desiring to amend its articles, hereby states that:

1. The name of the corporation is: _____ THE VIDOCQ SOCIETY _____

2. The (a) address of this corporation's current registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is (the Department is hereby authorized to correct the following information to conform to the records of the Department):

(a) 114 Neshaminy Plaza I, Bristol Pike & Street Road, Bensalem, PA 19020

Number and Street    City    State    Zip    County Bucks

(b) c/o: _____

Name of Commercial Registered Office Provider    County

For a corporation represented by a commercial registered office provider, the county in (b) shall be deemed the county in which the corporation is located for venue and official publication purposes.

3. The statute by or under which it was incorporated is: Pennsylvania Nonprofit Corporation Law of 1988

4. The date of its incorporation is: June 20, 1991

5. (Check, and if appropriate complete, one of the following):

X The amendment shall be effective upon filing these Articles of Amendment in the Department of State.

____The amendment shall be effective on: _____ at _____
Date    Hour

6. (Check one of the following):

____The amendment was adopted by the members (or shareholders) pursuant to 15 Pa.C.S. § 5914(a).

____The amendment was adopted by the board of directors pursuant to 15 Pa.C.S. § 5914(b).

7. (Check, and if appropriate complete, one of the following):

____The amendment adopted by the corporation, set forth in full, is as follows:

X The amendment adopted by the corporation is set forth in full in Exhibit A attached hereto and made a part hereof.

M. BURR KEJ COMPANY
(215) 583-8113  (800) 533-8113

9292- 919

DSCB:15-5915 (Rev 90)-2

8. (Check, if the amendment restates the Articles):

___The restated Articles of Incorporation supersede the original Articles and all amendments thereto.

IN TESTIMONY WHEREOF, the undersigned corporation has caused these Articles of Amendment to be signed by a duly authorized officer thereof this __8th__ day of _____Dec._____,19 _92____.

THE VIDOCQ SOCIETY
(Name of Corporation)

BY:_____
(Signature)

TITLE:_Vice Com_____

92 DEC 10 PM 12: 47

PA DEPT. OF STATE

Declaration of Janis C. Puracal
Exhibit 3, Page 2 of 3
VIDOCQ_000004

## EXHIBIT A

### R I D E R

#### TO THE ARTICLES OF AMENDMENT

#### THE VIDOCQ SOCIETY

The corporation is incorporated under the Nonprofit Corporation Law of the Commonwealth of Pennsylvania for the following purpose or purposes:

To solve mysteries in the true tradition of all great investigators and to cultivate good fellowship among its members.

The corporation is organized exclusively for charitable, literary, scientific, religious and educational purposes provided for under Section 501(c)(3) of the Internal Revenue Code of 1986 and does not contemplate pecuniary gain or profit, incidental or otherwise

No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to, its members, trustees, officers or other private persons except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of its purposes.

No substantial part of the activities of the corporation shall be the carrying on of propaganda or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the preparation or distribution of statements) any political campaign on behalf of any candidate for public office. The corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from Federal income tax under Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law) or (b) by a corporation, contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law).

In the event of dissolution of this corporation, its assets shall be distributable only to organizations which enjoy exempt status in accordance with the provisions of Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provisions of any future United States Internal Revenue Law).

However, if the named recipient is not then in existence or no longer a qualified distributee, or unwilling or unable to accept the distribution, then the assets of this corporation shall be distributed to a fund, foundation or corporation organized and operated exclusively for the purposes specified in Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provisions of any future United States Internal Revenue Law).

Declaration of Janis C. Puracal
Exhibit 3, Page 3 of 3
VIDOCQ_000005