**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
  Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
  Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn,
  Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
  David Zavala, City of Coquille, City of Coos Bay, Coos County, Oregon,
  and the Estate of David E. Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK (Lead Case) |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police, | **Declaration of Robert E. Franz, Jr.** in Support of Municipal Defendants' Motion for Order to Show Cause |
| Defendants. | |

Page 1 of 3 – Declaration of Robert E. Franz, Jr.

Nicholas James McGuffin, as an
Individual and as guardian ad litem,
on behalf of S.M., a minor,

        Plaintiffs,

    v.

Oregon State Police,

        Defendant.

Case No. 3:21-cv-01719-MK
(Trailing Case)

I, Robert E. Franz, Jr., hereby declare under penalty of perjury as follows:

I am over the age of 18 years, and I make this declaration based on my personal knowledge of the facts contained herein.

I am one of the attorneys representing the Municipal Defendants in the above-captioned matter. On June 2, 2023, my office issued a subpoena to appear for a deposition to Ms. Aleksandra Djeric, a lay witness who I believe has knowledge of information relevant to the claims and defenses in this case. A true and correct copy of that subpoena is attached hereto as Exhibit A. The subpoena commanded Ms. Djeric to appear at 1:00 p.m. on July 7, 2023, at the offices of Maloney Lauersdorf Reiner, PC at 1111 E. Burnside Street, Suite 300 in Portland, Oregon.

My office received confirmation from Nationwide Process that Ms. Djeric was personally served with the above-described subpoena at her residence at 687 Center St. in Oregon City, Oregon, by Nationwide's process server Mitch Wirth on June 25, 2023. At true and correct copy of the certificate of service is attached hereto as Exhibit B.

On July 7, 2023, I was present at the offices of Maloney Lauersdorf Reiner, PC at 1111 E. Burnside Street, Suite 300 in Portland, Oregon at the time Ms. Djeric was commanded by the federal subpoena to appear for her deposition. Ms. Djeric did not obey the subpoena and did not appear at the time commanded. I am

Page 2 of 3 – Declaration of Robert E. Franz, Jr.

not aware of any circumstances that would have prevented Ms. Djeric from obeying the subpoena.

On July 12, 2023, I mailed a letter via First Class Mail to Ms. Djeric regarding the subpoena and her failure to obey it, and I requested that she call me on my cell phone. A true and correct copy of the letter is attached hereto as Exhibit C.  A copy of that same letter was also hand-delivered to the residence of Ms. Djeric on Monday, July 17, 2023, at which time Ms. Djeric did not answer knocks at her door. To this date, Ms. Djeric has not contacted me or my office.

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

_____        _____
Robert E. Franz, Jr.                        Date