UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian *ad litem*, on behalf
of S.M., a minor,

                                      Case No. 6:20-cv-01163-MK

              Plaintiff,

        v.

**ORDER RE IN-CAMERA
REVIEW OF MCCREA CASE
FILE**

MARK DANNELS *et al.*,

              Defendants.

_____

**KASUBHAI,** United States Magistrate Judge:

In accordance with Order On Plaintiffs' Motion To Modify Subpoena, ECF No. 218, the

Court has conducted its *in-camera* review of the documents identified in Plaintiffs' privilege log.

Order On Plaintiffs' Motion To Modify Subpoena, ECF No. 218 ("Order to Modify Subpoena");

*see* Joint Status Report Proposal Pursuant to Dkt. 215 ECF No. 217-1 ("Privilege Log").

Consistent with the reasoning and analysis set forth in this Court's prior Order to Modify

Page 1 — ORDER

Subpoena, the Court finds that there are no documents withheld that satisfy the criteria for waiver of attorney-client privilege or work-product doctrine.[1] Plaintiffs are not ordered to produce any additional withheld documents from the McCrea File. The Court will return all documents provided for *in-camera* review to Plaintiffs.

Plaintiffs also provided the Court with a copy of the sealed transcript from the deposition of Ms. McCrea taken during the post-conviction case vacating Plaintiff McGuffin's prior conviction. The deposition transcript was not subject to *in-camera* review, and the Court has destroyed the physical copy of the deposition transcript. *See* Order to Modify Subpoena at 8 (ordering Plaintiffs to submit only the withheld documents from Shaun McCrea's case file on Plaintiff McGuffin).

IT IS SO ORDERED.

DATED this 29th day of November 2023.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

---

[1] For a more detailed accounting of background facts and legal analysis, see Order to Modify Subpoena, ECF No. 218.