Laura E. Coffin, OSB No. 075825
lauracoffin@coffin.law
COFFIN LAW
541 Willamette Street, Ste. 211
Eugene, OR 97401
Telephone: 541-325-8080

Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
LUVAAS COBB
777 High Street, Ste. 300
Eugene, OR 97401
Telephone: 541-484-9292

    *Attorneys for Richard Walter*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **NICHOLAS JAMES MCGUFFIN**, as an individual and as guardian *ad litem,* on behalf of **S.M.**, a minor,<br><br>    Plaintiffs,<br><br>    v.<br><br>**MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY**, and **OREGON STATE POLICE**.<br><br>    Defendants. | **Case No.: 6:20-cv-01163-MK (Lead Case)**<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

**NOTICE OF ASSOCIATION OF COUNSEL - 1**

**NICHOLAS JAMES MCGUFFIN**, as an individual and as guardian *ad litem,* on behalf of **S.M.**, a minor,

      Plaintiffs,

    v.

**OREGON STATE POLICE**.

      Defendant.

**Case No.: 3:21-cv-01719-MK (Trailing Case)**

---

**VIDOCQ SOCIETY,**

      Cross-Claim Plaintiff,

    v.

**MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY**, and **OREGON STATE POLICE**,

      Cross-Claim Defendants.

---

**RICHARD WALTER,**

      Cross-Claim Plaintiff,

    v.

**MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, VIDOCQ SOCIETY, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY**, and **OREGON STATE POLICE**,

      Cross-Claim Defendants.

**NOTICE OF ASSOCIATION OF COUNSEL - 2**

PLEASE TAKE NOTICE that Laura E. Coffin of Coffin Law, 541 Willamette Street, Suite 211, Eugene, OR 97401 hereby appears on behalf of defendant/cross-claim plaintiff Richard Walter in association with Eric S. DeFreest of Luvaas Cobb.  We request that service of all papers and pleadings herein, except writs of original process, be made upon all attorneys for Richard Walter.

This appearance is made without waiving any defenses previously asserted, cross-claims, counterclaims, or third-party claims.

DATED this 1st day of December, 2023.

COFFIN LAW

By: _____

Laura E. Coffin, OSB No. 075825
lauracoffin@coffin.law
541 Willamette Street, Ste. 211
Eugene, OR 97401
Telephone: 541-325-8080

Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
LUVAAS COBB
777 High Street, Suite 300
Eugene, OR 97401
Telephone: 541-484-9292

Attorneys for Richard Walter

**NOTICE OF ASSOCIATION OF COUNSEL - 3**