Janis C. Puracal, OSB #132288
E-mail: jcp@mlrlegalteam.com
Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

David B. Owens, WSBA #53856, *pro hac vice*
E-mail: david@loevy.com
LOEVY & LOEVY c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
PO Box 85110
Seattle, WA  98145-1110
Telephone: (312) 590-5449

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br>            Plaintiffs,<br><br>        v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br>            Defendants. | Civil No. 6:20-cv-01163-MK<br>(Lead Case)<br><br><br>PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT RULE 30(b)(6) DEPOSITIONS OF CITY/COUNTY DEFENDANTS AFTER DEPOSITION DEADLINE |

Page 1– PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT RULE 30(b)(6)
       DEPOSITIONS OF CITY/COUNTY DEFENDANTS AFTER DEPOSITION
       DEADLINE

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

VIDOCQ SOCIETY,

　　　　　Cross-Claimant,

　　v.

MARK DANNELS, PAT DOWNING,
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY MCINNES,
RAYMOND MCNEELY, KIP OSWALD,
MICHAEL REAVES, JOHN RIDDLE, SEAN
SANBORN, ERIC SCHWENNINGER,
RICHARD WALTER, CHRIS WEBLEY,
ANTHONY WETMORE, KATHY WILCOX,
CRAIG ZANNI, DAVID ZAVALA, JOEL D.
SHAPIRO AS ADMINISTRATOR OF THE
ESTATE OF DAVID E. HALL, VIDOCQ
SOCIETY, CITY OF COQUILLE, CITY OF
COOS BAY, and COOS COUNTY

　　　　　Cross-Defendants.

NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian *ad litem*, on behalf
of S.M., a minor,

　　　　　Plaintiffs,

　　v.

OREGON STATE POLICE,

　　　　　Defendant.

Civil Case No. 3:21-cv-01719-MK
(Trailing Case)

## I.  RULE 7-1 CERTIFICATE OF COMPLIANCE

Pursuant to LR 7-1, counsel for Plaintiffs Nicholas McGuffin and S.M. conferred with

counsel for the Defendants in advance of filing this motion.  The Defendants do not object to

Plaintiffs' request to take three agency depositions after the current deadline for non-expert

witness depositions.  The parties disagree about whether the extension should impact any other

deadlines in the case and what a reasonable extension of those deadlines would be.  Plaintiffs do

not request, in this motion, an extension of any other deadlines.

///

Page 2– PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT RULE 30(b)(6)
　　　DEPOSITIONS OF CITY/COUNTY DEFENDANTS AFTER DEPOSITION
　　　DEADLINE



MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## II.  RELIEF REQUESTED

Pursuant to Local Rule 16-3(a), Plaintiffs request the Court permit leave to conduct the Rule 30(b)(6) depositions of Defendants City of Coquille, City of Coos Bay, and Coos County (the "City/County Agency Defendants") beyond the deadline for non-expert witness depositions. Plaintiffs were unable to take these depositions as scheduled in December 2023 due to the Defendants' disclosure of policy documents that impact the scope of the depositions.

## III.  POINTS AND AUTHORITIES

During the Rule 16 conference on May 10, 2023, the Court ordered the parties to complete all non-expert witness depositions by October 31, 2023.  The parties submitted a schedule of depositions on June 1, 2023.[1]

On November 16, 2023, the parties submitted a joint request to extend the deadline for non-expert witnesses to December 31, 2023, to accommodate 11 depositions, including the Rule 30(b)(6) depositions of the City/County Agency Defendants.[2]  The Court ordered the parties to complete the non-expert witness depositions by December 31, 2023.[3]  Pursuant to the Court's order, Plaintiffs noted the Rule 30(b)(6) depositions of the City/County Agency Defendants for December 20 and 21, 2023.[4]

On the evening of December 19, 2023—the evening before the depositions were scheduled to begin—the City/County Agency Defendants produced policy documents pertaining to the Coos Bay Police Department and Coos County Sheriff's Office.[5]  These Defendants

---

[1] Joint Status Report Regarding Deposition Schedule for Non-Expert Witnesses [Dkt. No. 169].
[2] Joint Motion to Extend Deadline for Non-Expert Depositions and Expert Disclosures [Dkt. No. 220].
[3] Order [Dkt. No. 222].  The parties requested, and the Court ordered, the Rule 30(b)(6) deposition of Defendant Vidocq Society be extended beyond the December 31 deadline to accommodate the schedules of counsel and the designee.
[4] Plaintiffs' Notice of Depositions (Exhibit 1 to Declaration of Janis C. Puracal in Support of Plaintiffs' Motion for Leave ("Puracal Decl.")).
[5] Email from Owens to Parties, dated December 19, 2023, at page 5 (Exhibit 2 to Puracal Decl.).

Page 3– PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT RULE 30(b)(6) DEPOSITIONS OF CITY/COUNTY DEFENDANTS AFTER DEPOSITION DEADLINE

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

produced additional documents on December 30, 2023.

Because the policies impact the scope of Plaintiffs' questions for the agency designees, Plaintiffs and the City/County Agency Defendants agreed to postpone the depositions until Plaintiffs had a reasonable opportunity to review the materials produced in December.[6]  The parties are actively working to find new dates for the depositions, with the Court's approval.

Plaintiffs ask the Court to permit Plaintiffs to conduct the Rule 30(b)(6) depositions of the City/County Agency Defendants after the deadline of December 31, 2023.  Plaintiffs do not believe the limited extension to conduct three depositions should affect any other deadlines in the case, although Plaintiffs understand the Defendants may seek to extend other deadlines.

## IV.  CONCLUSION

Based upon the foregoing, Plaintiffs ask the Court to permit Plaintiffs to conduct the Rule 30(b)(6) depositions of the City/County Agency Defendants after the December 31, 2023, deadline for non-expert witness depositions.

DATED:  December 31, 2023

| MALONEY LAUERSDORF REINER PC | LOEVY & LOEVY |
|---|---|
| By /s/Janis C. Puracal<br>    Janis C. Puracal, OSB #132288<br>    E-Mail: jcp@mlrlegalteam.com<br>    Andrew C. Lauersdorf, OSB #980739<br>    E-Mail: acl@mlrlegalteam.com | By /s/David B. Owens<br>    David B. Owens, WSBA #53856<br>    E-Mail:  david@loevy.com<br>    *Pro hac vice* |

---

[6] *Id.*



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2023, the foregoing PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT RULE 30(b)(6) DEPOSITIONS OF CITY/COUNTY DEFENDANTS was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

| | |
|---|---|
| Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net<br>*Attorneys for Defendants*<br>*City of Coquille, City of Coos Bay, Coos*<br>*County, Craig Zanni, Chris Webley, Eric*<br>*Schwenninger, Sean Sanborn, Ray McNeely,*<br>*Kris Karcher, Pat Downing, Mark Dannels,*<br>*Kip Oswald, Michael Reaves, David Zavala,*<br>*Anthony Wetmore, Shelly McInnes* | Jesse B. Davis<br>Todd Marshall<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>todd.marshall@doj.state.or.us<br>jesse.b.davis@doj.state.or.us<br>*Attorneys for Defendants Oregon State*<br>*Police, John Riddle, Susan Hormann,*<br>*Mary Krings, Kathy Wilcox* |
| Anthony R. Scisciani III<br>Kelsey L. Shewbert<br>Meredith A. Sawyer<br>Rachel Jones<br>HWS Law Group<br>101 SW Main Street, Suite 1605<br>Portland, OR 97204<br>ascisciani@hwslawgroup.com<br>kshewbert@hwslawgroup.com<br>msawyer@hwslawgroup.com<br>rjones@hwslawgroup.com<br>*Attorneys for Defendant Vidocq Society* | Eric S. DeFreest<br>Luvaas Cobb<br>777 High Street, Ste. 300<br>Eugene, OR 97401<br>edefreest@luvaascobb.com<br><br>Laura E. Coffin<br>Coffin Law<br>541 Willamette Street, Ste. 211<br>Eugene, OR 97401<br>lauracoffin@coffin.law<br>*Attorneys for Defendant Richard*<br>*Walter* |

☒ by electronic means through the Court's ECF System on the date set forth above.

MALONEY LAUERSDORF REINER PC


By  /s/Janis C. Puracal
    Janis C. Puracal, OSB #132288
    E-Mail:  jcp@mlrlegalteam.com

Attorneys for Plaintiffs

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417