**Robert E. Franz, Jr.**      OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**      OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
  Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
  Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn,
  Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
  David Zavala, City of Coquille, City of Coos Bay, Coos County, Oregon,
  and the Estate of David E. Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MK |
| Plaintiffs, | **Motion to Extend Discovery & Pretrial Order Deadlines** by Municipal Defendants |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, Vidocq Society, City of Coquille, City of Coos Bay, and Coos County, | |
| Defendants. | |

Nicholas James McGuffin, as an Individual and as guardian ad litem, on behalf of S.M., a minor,

   Plaintiffs,

 v.

Oregon State Police,

   Defendant.

Case No. 3:21-cv-01719-MK
(Trailing Case)

## LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, the undersigned certifies that counsel for the moving Defendants has conferred extensively with counsel for all parties. Counsel for all Defendants have indicated they are in agreement with the relief requested herein. Counsel for Plaintiffs have indicated they do not object to this motion itself, they do object to the filing of the motion without first having set firm dates for the remaining depositions.

## MOTION

COME NOW Defendants Mark Dannels, Pat Downing, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon, and the Estate of David E. Hall (hereinafter, the "Municipal Defendants"), by and through their attorneys, the Law Office of Robert E. Franz, Jr., and pursuant to Local Rule 16-3(a), respectfully move this Court for an order extending the current court-established pre-trial deadlines as set forth below. This request is to allow completion of four outstanding depositions: the conclusion of the deposition of Shaun McCrea, and FRCP 30(b)(6) depositions of the City of Coquille (confirmed for May 23, 2024), Coos County, and the City of Coos Bay. The parties have not yet been able to complete these depositions due to conflicting schedules of both counsel and some witnesses. The parties have made progress on identifying dates during the month of

May to conduct these depositions and are currently working to finalize these dates. The dates counsel for the parties have identified as mutually available are May 14-16, and May 23, 2024. To date, May 23, 2024, has been confirmed for the 30(b)(6) deposition of the City of Coquille. In addition, pursuant to conferral with attorneys for Plaintiffs, the Municipal Defendants are expecting additional production from Plaintiffs responsive to their previous requests by the end of March. Depending on the contents of that production, follow up will likely be indicated which may include additional fact witness depositions.

As a result, these moving defendants request that the Court enter an order extending the current discovery and all other pretrial order deadlines to the following:

| Deadline | Current | Requested |
|---|---|---|
| Non-expert witness depositions | April 1, 2024 | July 1, 2024 |
| Expert disclosures | April 15, 2024 | July 15, 2024 |
| Rebuttal expert disclosures | May 15, 2024 | August 15, 2024 |
| Discovery motion deadline | July 1, 2024 | August 30, 2024 |
| Discovery deadline, including expert discovery | July 1, 2024 | August 30, 2024 |
| Dispositive motions deadline | August 19, 2024 | October 18, 2024 |

DATED:  Friday, March 29, 2024.

Respectfully submitted,


By:    /s/ Sarah R. Henderson
LAW OFFICE OF ROBERT E. FRANZ, JR.
**Sarah R. Henderson**
OSB #153474
(541) 741-8220
 **Of Attorneys for Municipal Defendants**