ELLEN F. ROSENBLUM
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
TODD MARSHALL  #112685
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.state.or.us
          Todd.Marshall@doj.state.or.us
          kristen.hoffmeyer@doj.state.or.us

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>OREGON STATE POLICED ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>Defendant.<br><br>VIDOCQ SOCIETY,<br><br>Cross-Claimant.<br><br>RICHARD WALTER,<br><br>Cross-Claimant. | Case No.  6:20-cv-1163-MK (Lead Case)<br>          3:21-cv-1719-MK (Trailing Case)<br><br>NOTICE OF ASSOCIATION OF COUNSEL |
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor, | |

Page 1 -    NOTICE OF ASSOCIATION OF COUNSEL
        JBD/db5/936231421

Plaintiff,

v.

OREGON STATE POLICE,

Defendant.

Defendants Susan Hormann, Mary Krings, John Riddle, Kathy Wilcox and Oregon State Police hereby give notice that Kristen E. Hoffmeyer is now an additional counsel of record in this proceeding. Jesse Davis continues as lead counsel, with Todd Marshall as second chair.

The address for the receipt of all correspondence and pleadings remains the same.

DATED August 15, 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

s/ Kristen Hoffmeyer
JESSE B. DAVIS #052290
Senior Assistant Attorney General
TODD MARSHALL #112685
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.state.or.us
        Todd. marshall@doj.state.or.us
        Kristen.hoffmeyer@doj.state.or.us

Of Attorneys for State Defendants Hormann, Krings, Riddle, Wilcox and Oregon State Police

Page 2 -   NOTICE OF ASSOCIATION OF COUNSEL
        JBD/db5/936231421

## CERTIFICATE OF SERVICE

I certify that on August __15__ , 2024, I served the foregoing NOTICE OF ASSOCIATION OF COUNSEL upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| **Andrew C. Lauersdorf** | ___ MAIL DELIVERY |
| **Janis C. Puracal** | ___ OVERNIGHT MAIL |
| Maloney Lauersdorf & Reiner, PC | _X_ E-MAIL: |
| 1111 E. Burnside Street, Suite 300 | *jcp@mlrlegalteam.com;* |
| Portland, OR 97214 | *acl@mlrlegalteam.com* |
| *Of Attorneys for Plaintiffs* | |

| | |
|---|---|
| **David B. Owens** | ___ MAIL DELIVERY |
| Loevy & Loevy | ___ OVERNIGHT MAIL |
| c/o Civil Rights & Justice Clinic | _X_ E-MAIL: |
| University of Washington Law School | *david@loevy.com* |
| William H. Gates Hall, Suite 265 | |
| PO Box 85110 | |
| Seattle, WA 98145-1110 | |
| *Of Attorneys for Plaintiffs* | |

| | |
|---|---|
| **Robert E. Franz , Jr.** | ___ MAIL DELIVERY |
| **Sara R. Henderson** | ___ OVERNIGHT MAIL |
| Law Office of Robert E. Franz, Jr. | _X_ E-MAIL: |
| P.O. Box 62 | *rfranz@franzlaw.comcastbiz.net* |
| Springfield, OR 97477 | *shenderson@franzlaw.comcastbiz.net* |
| *Of Attorneys for Defendants Dannels, Downing, Karcher, McInnes, McNeely, Oswald, Reaves, Sanborn, Schwenninger, Shapiro, Webley, Wetmore, Zanni, Zavala, City of Coquille, City of Coos Bay, and Coos County* | |

| | |
|---|---|
| **Anthony Scisciani III** | ___ MAIL DELIVERY |
| **Kelsey L. Shewbert** | ___ OVERNIGHT MAIL |
| **Rachel Jones** | _X_ E-MAIL: |
| HWS Law Group | *ascisciani@hwslawgroup.com* |
| 101 SW Main Street, Suite 1605 | *kshewbert@hwslawgroup.com* |
| Portland OR  97204 | *rjones@hwslawgroup.com* |
| *Of Attorneys for Defendant Vidocq Society* | |

Page 1 -   CERTIFICATE OF SERVICE
348823333

**Meredith A. Sawyer**
HWS Law Group
1500 Fourth Avenue, Suite 2200
Seattle WA  98101
 *Of Attorneys for Defendant*
 *Vidocq Society*

\_\_\_ MAIL DELIVERY
\_\_\_ OVERNIGHT MAIL
 X  E-MAIL:
*msawyer@hwslawgroup.com*

**Eric S. DeFreest**
Luvaas Cobb
777 High Street, Suite 300
Eugene OR  97401
 *Of Attorneys for Defendant*
 *Richard Walter*

\_\_\_ MAIL DELIVERY
\_\_\_ OVERNIGHT MAIL
 X  E-MAIL
*edefreest@luvaascobb.com*
*KWorkman@luvaascobb.com*

**Laura E. Coffin**
Coffin Law
541 Willamette Street, Suite 211
Eugene OR  97401
        Of Attorneys for Defendant
        Richard Walter

\_\_\_ MAIL DELIVERY
\_\_\_ OVERNIGHT MAIL
 X  E-MAIL
*lauracoffin@coffin.law*

 *s/ Kristen Hoffmeyer*

JESSE B. DAVIS #052290
Senior Assistant Attorney General
TODD MARSHALL #112685
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:     jesse.b.davis@doj.state.or.us
             todd.marshall@doj.state.or.us
             kristen.hoffmeyer@doj.state.or.us

Of Attorneys for State Defendants
Hormann, Krings, Riddle, Wilcox
and Oregon State Police

Page 2 -    CERTIFICATE OF SERVICE
348823333