Janis C. Puracal, OSB #132288
E-mail: jcp@mlrlegalteam.com
Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

David B. Owens, WSBA #53856, *pro hac vice*
E-mail: david@loevy.com
LOEVY & LOEVY c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
PO Box 85110
Seattle, WA  98145-1110
Telephone: (312) 590-5449

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, <br> Plaintiffs, <br><br> v. <br><br> MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY, <br> Defendants. | Civil No. 6:20-cv-01163-MK <br> (Lead Case) <br><br><br><br> PLAINTIFFS' MOTION TO REQUEST REDACTION OF OFFICIAL COURT TRANSCRIPT OF PROCEEEDING (DKT. 262 (LEAD CASE) AND DKT. 150 (TRAILING CASE)) |

Page 1– PLAINTIFFS' MOTION TO REQUEST REDACTION OF OFFICIAL COURT
    TRANSCRIPT OF PROCEEDING

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

VIDOCQ SOCIETY,

                    Cross-Claimant,

        v.

MARK DANNELS, PAT DOWNING,
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY MCINNES,
RAYMOND MCNEELY, KIP OSWALD,
MICHAEL REAVES, JOHN RIDDLE, SEAN
SANBORN, ERIC SCHWENNINGER,
RICHARD WALTER, CHRIS WEBLEY,
ANTHONY WETMORE, KATHY WILCOX,
CRAIG ZANNI, DAVID ZAVALA, JOEL D.
SHAPIRO AS ADMINISTRATOR OF THE
ESTATE OF DAVID E. HALL, VIDOCQ
SOCIETY, CITY OF COQUILLE, CITY OF
COOS BAY, and COOS COUNTY
                    Cross-Defendants.

NICHOLAS JAMES MCGUFFIN, as an             Civil Case No. 3:21-cv-01719-MK
individual and as guardian *ad litem*, on behalf    (Trailing Case)
of S.M., a minor,
                    Plaintiffs,

        v.

OREGON STATE POLICE,

                    Defendant.

## I.  RELIEF REQUESTED

Pursuant to the Stipulated Protective Order [Dkt. No. 181] and the Court's "Policy and Procedures for the Electronic Filing of Transcripts," Plaintiffs Nicholas McGuffin and S.M. request the Court order the redaction of certain pages of the transcript from a hearing on August 27, 2024 [Dkt. No. 262 in the lead case and Dkt. No. 150 in the trailing case]. Specifically, Plaintiffs request the Court order the redaction of page 107, line 11 through page 118, line 23.

Page 2– PLAINTIFFS' MOTION TO REQUEST REDACTION OF OFFICIAL COURT
        TRANSCRIPT OF PROCEEDING

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## II.  POINTS AND AUTHORITIES

On June 26, 2024, the Municipal Defendants filed a motion to compel certain information.  [Dkt. Nos. 240 and 241]  The Municipal Defendants filed the motion and supporting declaration under seal to protect certain information designated confidential under the Stipulated Protective Order.

On July 10, 2024, Plaintiffs filed their response to the motion to compel.  [Dkt. Nos. 250 and 251]  Plaintiffs filed the response and supporting declaration under seal to, likewise, protect certain information designated confidential under the Stipulated Protective Order.

The Court held a hearing on the motion, as well as other issues, on August 27, 2024. [Dkt. No. 255]  During that hearing, the Court and the parties discussed the confidential information at issue in the motion and response.

On October 29, 2024, the Court Reporter notified the parties that the official court transcript of the proceedings was filed on ECF.  [Dkt. No. 262]  The Court Reporter notified the parties that the deadline to file a notice of intent to redact is November 5, 2024.

On November 4, 2024, Plaintiffs filed their "Notice of Intent to Request Redaction" pursuant to the Court's "Policy and Procedures for the Electronic Filing of Transcripts."

Plaintiffs hereby request the Court redact the pages of the transcript that address the information designated confidential under the Stipulated Protective Order.  Specifically, Plaintiffs request the Court order the redaction of page 107, line 11 through page 118, line 23.

DATED:  November 4, 2024

| MALONEY LAUERSDORF REINER PC | LOEVY & LOEVY |
|---|---|
| By /s/Janis C. Puracal<br>    Janis C. Puracal, OSB #132288<br>    E-Mail:  jcp@mlrlegalteam.com<br>    Andrew C. Lauersdorf, OSB #980739<br>    E-Mail:  acl@mlrlegalteam.com | By /s/David B. Owens<br>    David B. Owens, WSBA #53856<br>    E-Mail:  david@loevy.com<br>    *Pro hac vice* |

Page 3– PLAINTIFFS' MOTION TO REQUEST REDACTION OF OFFICIAL COURT
        TRANSCRIPT OF PROCEEDING

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024, the foregoing PLAINTIFFS' MOTION TO REQUEST REDACTION OF OFFICIAL COURT TRANSCRIPT OF PROCEEEDING was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

| | |
|---|---|
| Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net<br>  *Attorneys for Defendants*<br>  *City of Coquille, City of Coos Bay, Coos*<br>  *County, Craig Zanni, Chris Webley, Eric*<br>  *Schwenninger, Sean Sanborn, Ray McNeely,*<br>  *Kris Karcher, Pat Downing, Mark Dannels,*<br>  *Kip Oswald, Michael Reaves, David Zavala,*<br>  *Anthony Wetmore, Shelly McInnes* | Jesse B. Davis<br>Todd Marshall<br>Kristen Hoffmeyer<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>todd.marshall@doj.state.or.us<br>jesse.b.davis@doj.state.or.us<br>kristen.hoffmeyer@doj.state.or.us<br>  *Attorneys for Defendants Oregon State*<br>  *Police, John Riddle, Susan Hormann,*<br>  *Mary Krings, Kathy Wilcox* |
| Anthony R. Scisciani III<br>Kelsey L. Shewbert<br>Meredith A. Sawyer<br>Rachel Jones<br>HWS Law Group<br>101 SW Main Street, Suite 1605<br>Portland, OR 97204<br>ascisciani@hwslawgroup.com<br>kshewbert@hwslawgroup.com<br>msawyer@hwslawgroup.com<br>rjones@hwslawgroup.com<br>  *Attorneys for Defendant Vidocq Society* | Eric S. DeFreest<br>Luvaas Cobb<br>777 High Street, Ste. 300<br>Eugene, OR 97401<br>edefreest@luvaascobb.com<br><br>Laura E. Coffin<br>Coffin Law<br>541 Willamette Street, Ste. 211<br>Eugene, OR 97401<br>lauracoffin@coffin.law<br>  *Attorneys for Defendant Richard*<br>  *Walter* |

☒ by electronic means through the Court's ECF System on the date set forth above.

MALONEY LAUERSDORF REINER PC

By  /s/Janis C. Puracal
    Janis C. Puracal, OSB #132288
    E-Mail:  jcp@mlrlegalteam.com

Attorneys for Plaintiffs

Page 1– CERTIFICATE OF SERVICE

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417