

*UNITED STATES DISTRICT COURT*
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---:|
| Date of Reassignment: | November 25, 2024 |
| Case Number: | 3:21−cv−01719−MTK |
| Case Title: | McGuffin v. Oregon State Police et al |

    **(A)    Case Reassignment:**  In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Mustafa Kasubhai to the Honorable Mustafa T. Kasubhai, United States District Judge. Information on this case may be obtained from the following:

    Case Status or Scheduling Information:        503−326−8050

    Filing or Docket Entry Information:        Telephone: 503−326−8050

    **(B)    Place of Filing:**  Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

    **(C)    Change to the Case Number:**  Effective immediately, Judge Kasubhai's initials (MTK) will replace the previous judge's initials in this case.

**MELISSA AUBIN**
**Clerk of Court**

cc:    Judge Kasubhai
        Counsel of Record