Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
Laura E. Coffin, OSB No. 075825
lcoffin@luvaascobb.com
LUVAAS COBB
777 High Street, Ste. 300
Eugene, OR 97401
Telephone: 541-484-9292
Facsimile: 541-343-1206

    *Attorneys for Richard Walter*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **NICHOLAS JAMES MCGUFFIN**, as an individual and as guardian *ad litem,* on behalf of **S.M.**, a minor, | **Case No.: 6:20-cv-01163-MK (Lead Case)** |
| Plaintiffs, | |
| v. | **DECLARATION OF ERIC S. DEFREEST IN SUPPORT OF RICHARD WALTER'S RESPONSE JOINING STATE'S MOTION FOR EXTENSION** |
| **MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY**, and **OREGON STATE POLICE**. | |
| Defendants. | |

**DECLARATION OF ERIC S. DEFREEST IN SUPPORT OF RICHARD WALTER'S RESPONSE JOINING STATE'S MOTION FOR EXTENSION - 1**

**NICHOLAS JAMES MCGUFFIN**, as an individual and as guardian *ad litem,* on behalf of **S.M.**, a minor,

   Plaintiffs,

  v.

**OREGON STATE POLICE**.

   Defendant.

**Case No.: 3:21-cv-01719-MK (Trailing Case)**

---

**VIDOCQ SOCIETY,**

   Cross-Claim Plaintiff,

  v.

**MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY**, and **OREGON STATE POLICE**,

   Cross-Claim Defendants.

---

**RICHARD WALTER,**

   Cross-Claim Plaintiff,

  v.

**MARK DANIELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, VIDOCQ SOCIETY, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVE HALL, CITY OF COQUILLE, CITY OF COOS BAY, COOS COUNTY**, and **OREGON STATE POLICE**,

   Cross-Claim Defendants.

---

**DECLARATION OF ERIC S. DEFREEST IN SUPPORT OF RICHARD WALTER'S RESPONSE JOINING STATE'S MOTION FOR EXTENSION - 2**

I, Eric S. DeFreest, hereby declare as follows:

1.      I am one of the attorneys for defendant/cross-claim plaintiff Richard Walter in the above-captioned cases and I make this declaration upon my personal knowledge.

2.      A close family member of mine has required emergency medical care as of December 30, 2024, which is continuing in nature through the present time, and which pragmatically negatively impacts my ability to focus upon the completion of the anticipated filing of a motion for summary judgment on behalf of defendant/cross-claim plaintiff Richard Walter.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 2nd day of January, 2025.

LUVAAS COBB

By:     /s/ Eric S. DeFreest
        Eric S. DeFreest, OSB No. 920475
        edefreest@luvaascobb.com
        777 High Street, Ste. 300
        Eugene, OR 97401
        Telephone: 541-484-9292
            Of Attorneys for Richard Walter

**DECLARATION OF ERIC S. DEFREEST IN SUPPORT OF RICHARD WALTER'S RESPONSE JOINING STATE'S MOTION FOR EXTENSION - 3**