

002992

*An ASCLD/LAB Accredited Laboratory since 1985*

002992

# Oregon

Theodore R. Kulongoski, Governor

**Department of State Police**
**Forensic Laboratory**
13309 S.E. 84th Ave Suite 200
Clackamas, OR 97015
(971) 673-8230
FAX (971) 673-8309

November 18, 2008

Coquille Police Department
99 East 2nd Street
Coquille, Oregon 97423

**Attention: DA Paul Frasier**

HOMICIDE
FREEMAN, LEAH (Victim)
MCGUFFIN, NICK (Suspect)
Agency Case 00-1905
Lab No. 00N-481

Below is a table containing the names of three of the Forensic Scientists and one Senior Trooper that have worked this case and the report and notes related to their analysis.

| Forensic Scientist | Report Date | Pages |
|---|---|---|
| FS Kathy Wilcox | July 17, 2000<br>September 28, 2000<br>April 2, 2002 | 1-9 |
| Sr. Trp. Alonso Radillo | January 19, 2001 | 1-6 |
| FS Mary Krings | August 27, 2000<br>September 6, 2000<br>December 9, 2001<br>January 21, 2002<br>April 17, 2002 | 1-256 |
| FS Rhonda Banks | November 3, 2000 | 1-4 |

Kathy Wilcox and Mary Krings are no longer working for the Oregon State Police Forensic Division. If you have questions concerning this case please call Forensic Scientist Rhonda Banks at 971-673-8308.

Susan Torris Hormann, Criminalist
630-90

STH:sth

**DEPO EXHIBIT**
Hormann 2022-05-06
**19**

002992

002992

002992