Janis Puracal, OSB #132288
E-mail: jcp@mlrlegalteam.com
Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

David B. Owens, WSBA #53856, *pro hac vice*
E-mail: david@loevy.com
LOEVY & LOEVY c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
PO Box 85110
Seattle, WA  98145-1110
Telephone: (312) 590-5449
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,

Plaintiffs,

v.

MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF

Civil No. 6:20-cv-01163-MTK
(Lead Case)

NOTICE OF PARTIAL
SETTLEMENT

COQUILLE, CITY OF COOS BAY, and
COOS COUNTY,

     Defendants.

VIDOCQ SOCIETY,

     Cross-Claimant,

  v.

MARK DANNELS, PAT DOWNING,
SUSAN HORMANN, MARY KRINGS,
KRIS KARCHER, SHELLY MCINNES,
RAYMOND MCNEELY, KIP OSWALD,
MICHAEL REAVES, JOHN RIDDLE,
SEAN SANBORN, ERIC
SCHWENNINGER, RICHARD
WALTER, CHRIS WEBLEY, ANTHONY
WETMORE, KATHY WILCOX, CRAIG
ZANNI, DAVID ZAVALA, JOEL D.
SHAPIRO AS ADMINISTRATOR OF
THE ESTATE OF DAVID E. HALL,
VIDOCQ SOCIETY, CITY OF
COQUILLE, CITY OF COOS BAY, and
COOS COUNTY

     Cross-Defendants.

NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian *ad litem*, on behalf
of S.M., a minor,

     Plaintiffs,

  v.

OREGON STATE POLICE,

     Defendant.

Civil Case No. 3:21-cv-01719-MTK
(Trailing Case)

ii

## NOTICE OF PARTIAL SETTLEMENT

Plaintiffs hereby give notice as follows: Following a referral from this Court, Dkt.364, and as ordered, Dkt. 367, the parties participated in a judicial settlement conference on May 28, 2025. As a result of that conference, Plaintiffs have reached settlements in principle of all claims against the State Defendants, Vidocq Society, and Richard Walter. The settling parties are working out the terms of any settlement and will notify the Court once the terms are final.

Plaintiffs' claims against the City/County Defendants remain, as no settlement was reached between Plaintiffs and the City/County Defendants.

Respectfully submitted,


*/s/ David B. Owens*
DAVID B. OWENS*
LOEVY & LOEVY C/O
CIVIL RIGHTS AND JUSTICE CLINIC
UNIVERSITY OF WASHINGTON LAW SCHOOL
WILLIAM H. GATES HALL, SUITE 265
P.O. BOX 85110
SEATTLE, WA 98145-1110
(312) 243-5900
david@loevy.com
*admitted pro *hac vice*


MALONEY LAUERSDORF REINER PC


By /s/Janis C. Puracal
    Janis C. Puracal, OSB #132288
    E-Mail:  jcp@mlrlegalteam.com
    Andrew C. Lauersdorf, OSB #980739
    E-Mail:  acl@mlrlegalteam.com

Attorneys for Plaintiffs

1

## **Certificate of Service**

I, David B. Owens, an attorney, certify that on May 29, 2025, I filed the foregoing via the Court's electronic filing service which effectuated service on all counsel.

/s/ David B. Owens