T 208.867.2027                 CHARLES R. HONTS, PH. D.                 F 208.426.4386

June 26, 2024

Janis C. Puracal, Attorney at Law
Andrew C. Lauersdorf, Attorney at Law
Maloney Lauersdorf Reiner, PC
1111 E. Burnside Street, Suite 300
Portland, Oregon 97214

David B. Owens, Attorney at Law
Loevy & Loevy c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
PO Box 85110
Seattle, WA 98145-1110

Re:  Polygraph Examination of Nicholas J. McGuffin Conducted by Detective Mark D. Ranger

Counselors,

At your request, I conducted a quality control review of a psychophysiological detection of deception examination conducted on Nicholas J. McGuffin by Detective Mark D. Ranger, a polygraph operator Oregon State Police at the Roseburg Patrol Office. The reviewed polygraph examination (hereinafter referred to as the McGuffin Examination) addressed issues concerning the disappearance and/or death of Leah Freeman. The McGuffin Examination was conducted at the Coquille Police Department facility on July 5, 2000.

**My Employment, Qualifications and Recognitions**

1.  A true and current copy of my Curriculum Vitae is provided with this report as Attachment A. My Curriculum Vitae accurately provides a list of my education, training, academic appointments, professional licensure, publications, presentations, and a history of my sworn appearances as an expert witness.

2.  **Employment:**

    2.1.  I am Professor Emeritus of Psychological Science at Boise State University, 1910 University Drive, Boise, Idaho 83725. I retired from full time active employment at Boise State University in July of 2021. Prior to my retirement, Boise State

3105 SWEETWATER DRIVE, BOISE, ID 83716-5664

Appendix 7, Page 1 of 71

University granted me Emeritus status with the University thus continuing my professional association and privileges with the Department of Psychological Science and Boise State University.

2.2.    In 1976 I was trained as a polygraph examiner at the Backster School of Lie Detection in San Diego, California. In 2010, I completed an American Polygraph Association approved training course in Post-conviction Sex Offender Polygraph Testing. I practiced full time as a polygraph examiner between 1976 and 1980 when I went to graduate school to study Psychology. During my career I was licensed as a Polygraph examiner in a number of states. I maintained an active polygraph practice through the year 2022.

2.3.    Since 1982, I have offered basic instruction and continuing education in a number of venues in the polygraph, law enforcement, psychological and legal professions. Those continuing educational activities include lectures and instruction on polygraphs, child witnesses, memory, interrogation methods and confession phenomena. Those educational activities include lectures and instruction with: the United States Department of Defense Polygraph Institute (now known as the National Center for Credibility Assessment. NCCA), the United States Secret Service, the Federal Bureau of Investigation and the Canadian Police College. On invitation, I have given other continuing education lectures and instruction to professionals in the United States and in a number of other countries. Those other countries include Canada, China, Columbia, Costa Rica, Ecuador, Honduras, Israel, Mexico, Norway, Peru, Panama, Poland, Sweden and the Netherlands. During the last 20 years, the area of interrogations, confessions, and false confessions took on a larger portion of my research, continuing education, and consulting efforts.

2.4.    I also have a private consulting practice where I offer services as a consulting and/or testifying expert to the legal profession. I have appeared as an expert witness on the polygraph, interrogation techniques, false confessions, and on my other areas of research expertise in a number of courts of law in the United States and elsewhere. Through my research, practice and teaching I am highly familiar with professional polygraph and interrogation practices and standards in the United States and around the world.[1]

2.5.    **Education:** I hold a Ph.D. degree in Psychology with a concentration in human experimental psychology. My central area of study and research is in the sub-

---

[1] Throughout this report I will reference two types of standards. In my usage, the term professional standards refers to professional practices to which the profession agrees. Such professional practice standards in the polygraph profession are promulgated by the schools that train examiners, by polygraph examiner organizations, and by scholarly publications in the field. As such professional standards represent a consensus of some group of examiners about how testing should be done. However, the existence of professional standards nether requires nor necessarily implies that those standards are supported by scientific research. The term evidence-based best practices indicates that there is published peer-reviewed scientific research that has validated the use of certain practices by showing that those practice produce a reproducible level of accuracy.

JUNE 26, 2024

discipline of Psychology known as Psychology and Law. Polygraph testing in particular was a focus over the length of my academic career. I did research on jury behavior, eyewitness identification, eyewitness memory, assessing the credibility of child witnesses, interrogations and confessions. I published a number of peer-reviewed scientific papers, book chapters, and training materials on the polygraph and on the other areas of my expertise. I gave a large number of papers and invited addresses at scientific and professional meetings around the world.

**3. Recognitions:**

3.1.  I am a Charter Member and Fellow (elected in 2006) of the Association for Psychological Science, the largest professional association of psychological scientists in the world.

3.2.  In 2009, I was awarded The John E. Reid Memorial Award for distinguished achievements in polygraph research, teaching or writing by the American Polygraph Association.

3.3.  In 2014, I was awarded The Harry Detwiler Award for contributions to the polygraph profession in Latin America through advances in practice and research by the Asociación Latinoamericana de Poligrafistas.

**Materials Provided For Review:**

5.  I have reviewed the following:

5.1.  Oregon State Incident Report, Page 1 of 4, showing Incident # (CAD#) SP00-255176. The document was stamped with the date JUL 28 2000.

5.2.  Oregon State Police Polygraph Examination, GHQ Case #00-255176 (3 Pages). This document appears to be Detective Ranger's report of the McGuffin Examination conducted on July 5, 2000.

5.3.  Images of polygraph charts (10 pages) collected with an Axciton polygraph instrument, Bates Numbers 005529 through 005538. The 10 pages displayed two charts with a Peak of Tensions format and four charts in the format of a comparison question test.

5.4.  Chart Question Lists (2 Pages, Bates Numbers 005539 and 005540) apparently generated with the Axciton software.

5.5.  A second copy of Item 5.1, above, this version with Bates Numbers 005541 through 005543.

JUNE 26, 2024

5.6.   A copy of three pages (without identification) of handwritten notes with Bates numbers 005544, 005545, and 005546.

5.7.   A one-page copy of an Advise of Rights - Statement form, Bates Number 005547

5.8.   A one-page copy of a State of Oregon, Department of State Police, Polygraph Examination Form, Detective Mark D. Ranger, Bates Number 005548.

5.9.   A one-page copy of an Oregon State Police, Polygraph Quality Control Examination, Numerical Evaluation Worksheet, showing the handwritten name Nick McGuffin.

5.10.  One unidentified hand written sheet showing numbers and checkmarks, Bates Number 005550.

5.11.  2000-07-05 CPD Report Bartley Deceptive.pdf This file opened as a 10-page document opening with a cover sheet, Supplemental Report, Coquille Police Department, Incident No. 00001905, Bates Numbers 001882 through 001891.

5.12.  2000-07-05 OSP Ranger, Polygraph - Bartley, Brent.pdf  This file opened as a four page document. The first page was identified with Incident# (CAD#) SP00-255176, and was stamped with the date, Jul 28, 2000. The remaining pages were identified as, Oregon State Police Polygraph Examination, GHQ Case #00-255176. Those three pages were a report of a polygraph examination of Brent W. Bartley, conducted by Mark D. Ranger on July 5, 2000.

5.14.  2000-07-27 OSP Ranger, Polygraph - Bartley, Brent.pdf  This file opened as a three page document. The first page was identified with Incident# (CAD#) SP00-255176, and was stamped with the date, Aug 9, 2000. The remaining two pages were identified as, Oregon State Police Polygraph Examination, GHQ Case #00-255176. Those two pages were a report of a second polygraph examination of Brent W. Bartley, conducted by Mark D. Ranger on July 27, 2000.

5.15.  2000-07-28 Affidavit for Search Warrant.pdf  This file opened as a four page document, Bates Numbers 000056 through 000059. The document was captioned, In the Circuit Court of the State of Oregon for Coos County, State of Oregon vs. Nicholas James McGuffin, DOB 04/25/1982, Supplemental Affidavit for search Warrant. the affidavit was subscribed and sworn on July 28, 2000.

5.16.  OSP038338.pdf  This file opened to 39 pages of documents listing Mark D. Ranger's law enforcement training.  The most recent dating on these documents was 04/21/2006.

JUNE 26, 2024

5.17. OSP038377.pdf  This file opened to a single page document titled, Oregon State Police Personnel Records for Ranger, Mark Dumbeck.  The document shows a handwritten Retirement Date of 03/31/2006.

**My Evaluation Of The Polygraph Examination:**

6.  My evaluation of an examination normally consists of three qualitatively different analyses. First, I quantitatively evaluate the physiological data from the examination with numerical scoring system that is scientifically validated and represents a scientific best practice. Then I evaluate the critical elements of the examination including, but not limited to, test structure, semantics of the critical relevant and comparison questions, and the adequacy of the instrumentation, collection of physiological data, and the original examiner's evaluation of the data. Finally, I evaluate the conduct of the examination in light of current scientific best practice.

6.1.  Quantitative Review: It is my standard practice in reviewing examinations conducted by other examiners to evaluate the physiological data before reviewing any of the other materials. Although I prefer to review the physiological data in their original digital form, the original digital data were not available for the McGuffin Examination. I conducted my evaluation of the McGuffin Examination data by reviewing the photocopied images noted above at 5.3. My examination of the physiological recordings revealed that the following physiological measures were recorded: two channels of respiration, electrodermal activity, and relative blood pressure. Notably there were no sensors for vasomotor activity or for detecting physical motion by the subject, although sensors were available for both parameters at test time of the McGuffin Examination. Moreover, motion sensors were generally available from the polygraph instrument manufacturers and widely used at that time. At the time of the McGuffin Examination, most polygraph training programs considered motion sensor as a necessary component and a critical element of standard practice. In my own practice, I began using movement sensors in the mid 1980s. The available physiological data recordings were of adequate quality with minimal artifacts and no indication of overt distortion. In my opinion they were of adequate quality for conducting a numerical scoring analysis and they would have met minimal professional standards in the year 2000.

6.1.1.  The first two charts were in an atypical format for what was used at the time (and for what is used now). Although stimulation tests are commonly conducted as a first chart, it would be very unusual to conduct two stimulation tests.[2]  In order to determine the nature of these two charts I consulted the question lists

---

[2] See, Raskin, D. C., & Honts, C. R. (2002). The comparison question test. In M. Kleiner (Ed.), *Handbook of  polygraph testing.* London: Academic (1-49) for a description of  the Stimulation Test and its value in conducting forensic comparison question tests. Though this book was published after the McGuffin Examination, the discussion of  the Simulation Test and its value was equally applicable to professional standards as they existed in 2000 and in years before.

(5.4 above) and the polygraph report (5.1 above). From those documents I determined that the first two charts of the McGuffin Examination appear to be a Peak of Tension Test (POT). However, that placement was extremely unusual as the POT is usually conducted after a failed comparison question test where it is then used to guide the pending interrogation of the deceptive subject. In my 47+ years of experience with polygraph testing I have never seen a polygraph test conducted in this fashion. Moreover, there is no scientifically standardized/ validated method for evaluating a POT for a direct assessment of credibility. I did review the two POT charts and did not see anything notable about them. **It is my opinion that the POT charts in the McGuffin Examination are without probative value for any purpose.**

6.1.2. The subsequent four charts took the form of a comparison question test (CQT) with three relevant questions and three comparison questions. The questions were ordered in the format commonly referred to in the polygraph profession as a Zone Comparison Test with the test used in the McGuffin Examination being quite similar to the variant known as the Federal Zone Comparison Test.[3] With minor variations, this CQT test format was, and still is, in common use in the polygraph profession. Moreover, this test format was the subject of a large body of published scientific research and was found to have high validity. However, some of the filler (unscored/unevaluated) questions in the McGuffin Examination are atypical and inconsistent with the US Federal, Utah, and Backster School variations of their Zone Comparison Test. The questions were repeated four times while physiological data were collected. I would note that professional standard practice is to collect data from three repetitions of the questions and then score. Additional data are then collected if the scores after three repetitions are inconclusive. **However, despite these discrepancies it is my opinion that the physiological recordings in the McGuffin Examination met the polygraph profession's standards and were of sufficient quality to submit to a numerical scoring analysis.**

6.1.3. I evaluated the physiological recordings using the numerical scoring system developed and scientifically validated at the University of Utah. Peer-reviewed scientific research shows the Utah scoring system to be one of the most accurate of the numerical scorings systems currently available, and it was the scoring system with the strongest scientific validation at the time of the McGuffin Examination.[4]

---

[3] Department of Defense Polygraph Institute (2006). *Test Data Analysis: DoDPI Numerical Evaluation Scoring System*, p. 41.

[4] Brian G. Bell, David C. Raskin, Charles R. Honts, & John C. Kircher, The Utah Numerical Scoring System, 28 *Polygraph* 1 (1999). Also see the review by David C. Raskin & Charles R. Honts, The Comparison Question Test. In Murray Kleiner (Ed.), *Handbook of Polygraph Testing* (2002). As before, though this review was published after the McGuffin Examination, the discussion of the Simulation Test and its value was equally applicable to professional standards as they existed in 2000 and in years before.

JUNE 26, 2024

6.1.4.   The three relevant questions in this examination were:[5]

R5: DY (Did you) physically do something to Leah that resulted in her death? Indicated Answer "No"

R7: DO YH (Did you have) any direct involvement in Leah's disappearance? Indicated Answered "No"

R9: HY (Have you) talked to Leah since last Wednesday night after 9PM? Indicated Answered "No"

6.1.5.   Research has shown that the most accurate way to evaluate a polygraph examination is to consider only the total scores.[6] With the numerical scoring system developed at the University of Utah, a total numerical score of +6 or greater indicates truthfulness. A total numerical score of -6 or less indicates deception. Total numerical scores between -6 and +6 are considered inconclusive outcomes. My evaluation of the three question repetitions in the McGuffin Examination resulted in a total score of +17. That score indicates truthfulness to the relevant questions of the examination. My score sheet is provided as Attachment B to this report.

6.2.   **Detective Ranger's Scoring Departs from Professional and Scientific Polygraph Standards:**  After scoring the charts from the McGuffin Examination I examined Detective Ranger's scoresheet (5.9 above, Bates Number 005549). Although that score sheet does not specify what scoring system was used, it appears to be the US Federal three position scoring method.[7]  Research conducted by the US Government and others shows this test data analysis method to be quite inaccurate with an extreme bias against actually truthful examinees. In a recent analysis, only 17% of the actually truthful subjects scored with this test data analysis produced truthful results.[8] That review concluded "The results reported here indicate that the practice of using the Federal 3-position scoring with Spot decision rules is a pernicious practice that is highly biased against the actually innocent and should be abandoned as having been scientifically demonstrated to be invalid."[9]  In contrast, my scoring with an evidence-

---

[5] The relevant questions were obtained from 5.2 above, Bates Number 005539.  The printout contained shortcut abbreviations for some words in the critical questions.  I have indicated my best approximation for the abbreviated words; a task necessitated because there is no recording of the actual questioning.  No answers were indicated on the printed question list.  The answers shown above were obtained from the chart markings made by the examiner.  (5.3 above, Bates Numbers 005531 and 005532)

[6] See the recent review, Honts, C. R. (2024. The innocent at risk: The dark side of certain polygraph practices. *Polygraph and Forensic Credibility Assessment:  A Journal of Science and Field Practice, 53*(1), 1-15.

[7] Supra Note 3 for a detailed description of the criteria used for assigning scores and for decision rules.

[8] Supra Note 6.

[9] Supra Note 6, at p. 6.

based best practice scoring system produced a truthful total score of +17 while Detective Ranger reported a deceptive total score of -29.

6.2.1. **In my opinion, Detective Ranger's scoring was done with a scoring method that is shown in published research to be highly biased against actually innocent subjects and as such it should not be given any probative weight for any purpose.**

6.2.2. **Moreover, it is my opinion that even accounting for the bias in the scoring system used by Detective Ranger, his extreme negative scores cannot be justified and are very inconsistent with professional and scientific based standards.** For example, my own evidence-based best practice scoring produced strong truthful scores with Mr. McGuffin's physiological data. I converted my seven position scores to three position scores and using the Federal test data analysis I still had a truthful outcome where all the relevant questions had positive spot scores and with a total score of +12. In other words, there is no professionally or scientifically accepted standard for polygraph scoring that would have justified the scoring documented by Detective Ranger. Even under a scoring system that is known to be biased, Detective Ranger's scores still lack any professional or scientific basis.

6.2.3. **It is my opinion that Detective Ranger's scoring of the McGuffin's physiological data is consistent with gross incompetence as a polygraph examiner, or a deliberate manipulation of the data to falsely reflect some sort of guilt or deception in the McGuffin Examination when a minimally competent or honest reporting of the polygraph data would have reflected innocence and a lack of deception in the McGuffin Examination.**

6.3. **Critical Element Evaluation:** After completing my analysis of the physiological data, I evaluated the other materials from the McGuffin Examination. Since there was no recording of the McGuffin Examination, my analysis here focused on the critical Relevant and Comparison Questions of the Examination. My analysis is limited to commentary on the documentary evidence that was available. As a result of that evaluation, I reached the following conclusions:

6.3.1. The Relevant Questions addressed different aspects (sometimes referred to as facets in the polygraph profession) of the disappearance and death of Leah. The use of multiple aspects was, and is, within the limits of accepted professional practice. Research shows that such test can be accurate as long as the decision is based only on the total score.[10]  In my opinion, the wording of the Relevant Question was, and is, within the parameters of standard professional practice.

---

[10] Supra Note 6 and its included references.

JUNE 26, 2024

6.3.2.  The Comparison Questions of the McGuffin Examination took the form of the CQT variant known as the probable-lie comparison question and they were worded as follows.[11]

> C4. BWYTM BYE (Besides what you told me did you ever) lie to anyone to protect yourself? Indicated Answer "No"
>
> C6.  BTY DYE (Before this year did you ever) lie to the police? Indicated Answer "No"
>
> C8.  BTY DYE (Before this year did you ever) commit a crime the police don't know about? Indicated Answer "No"

6.3.3.  The Handbook of Polygraph Testing[12] gives the following description of nature of probable lie questions. *Probable-lie questions deal with acts that are similar to the issue of the investigation. However, they are more general in nature, deliberately vague, and cover long periods of time in the life history of the subject. Virtually every criminal suspect has difficulty in unequivocally answering them with a simple, truthful "NO." An example of a probable-lie question in an examination regarding a robbery is "Prior to 1987. did you ever take something that did not belong to you?" The PLT includes two or three comparison questions that are reviewed with the subject after the relevant questions have been discussed and reviewed, and they are presented in a manner designed to encourage the subject to answer them with a denial.* (p. 15)

6.3.3.1.  In the McGuffin examination, comparison questions C4 and C6 address issues of lying, while the relevant questions address aspects of a disappearance and death/murder. In my opinion Comparison Questions C4 and C6 fail to meet the basic requirement for comparison questions to address acts that are similar to the issue of the investigation. Moreover, those comparison questions are exceptionally weak as they address a common behavior that often has no negative associations for the person being examined (as a potential lie teller).[13]

6.3.3.2.  **In my opinion C8 is also weak. Although C8 addresses a criminal behavior, it does not meet the face validity requirement for comparison questions that virtually any criminal suspect should have difficulty in unequivocally answering the question with a simple**

---

[11] I used the conventions described in Supra Note 5 to derive the wording and answers to the comparison question

[12] Supra Note 2.

[13] See DePaulo, B. M., Kashy, D. A., Kirkendol, S. E., Wyer, M. M., & Epstein J. A. (1996). Lying in everyday life. Journal of Personality and Social Psychology, 70(5), 979-995. DePaulo, B. M., & Rosenthal, R. (1979). Telling lies. Journal of Personality and Social Psychology, 37(10), 1713-1722.

JUNE 26, 2024

**truthful "No". Depending upon how Detective Ranger presented question C8, it might or might not be likely that the average polygraph subject would have difficulty in answering CE with a simple truthful "No". In my opinion, especially without a recording, we have no evidence demonstrating that the presentation of C8 was adequate under professional and scientific standards.**

6.3.3.3.    In my opinion the form of the Comparison Questions of the McGuffin Examination does not conform to the current professional practice or the evidence-based best practices. **Moreover, the Comparison Questions of the McGuffin examination did not meet the professional or evidence-base practice standards at the time of the McGuffin Examination.[14]**

**6.3.4.    In summary, it is my opinion, although the Relevant Questions of the McGuffin Examination conformed to standard practices in the polygraph profession, the Comparison Questions did not.**

**6.3.5.    Moreover, it is my opinion that the deficiencies in the McGuffin Examination comparison questions strongly biased the examination toward a false positive error[15] with any truthful subject.**

6.4.    **Evaluation of the Conduct of the Examination:** Since no video recording was available, an evaluation of the conduct of the McGuffin Examination by Detective Ranger is not possible. However, at the time of the McGuffin Examination there were professional and evidence-based best practice standards for conducting CQT examinations that were readily available to practicing polygraph examiners through publications[16] and continuing education seminars for polygraph examiners.[17] Moreover, in my opinion, by the year 2000 continuing education was considered necessary to maintain professional competence in the polygraph profession. For purposes of this report, I believe that it will be useful to describe what takes places in

---

[14] Supra note 2.  Also see, Raskin, D. C. (1989). Polygraph techniques for the detection of deception. In D. C. Raskin Ed., *Psychological Methods in Criminal Investigation and Evidence,* New York: Springer, 247-296, at 254-255.

[15] With regard to polygraph testing a false positive error occurs when an actually truthful person is reported as deceptive on the test by the polygraph examiner.

[16] See Supra Note 2. A review of the References in the Raskin and Honts chapter reveals that none of them post-dated the year 2000. Thus, the vast majority of the source work for Raskin and Honts was readily available in the published literature well before the McGuffin Examination. Moreover, a review containing a description of the evidence-based best practices methods for conducting a CQT was published by Raskin in 1989, Supra Note 9.

[17] See my CV for references to continuing education courses, lectures and presentations, where evidence-based best practices for conducting a CQT that pre-date the year 2000, In my CV examples can be found: p. 29, No. 111, p. 37-40 with 17 seminars/lectures/workshops attended by polygraph examiners, p. 46, University of Utah Annual Workshop for the continuing education of polygraph examiners which I helped organize and where I lectured 1983 through 1987 inclusive, p. 47, listing Other Professional Instruction for polygraph examiners.

JUNE 26, 2024

evidence-based best practice CQT examination. The subsequent sections provide a description of the professional and evidence-based practice testing methods that I would have been looking for in the conduct of the McGuffin Examination had a recording been available.[18]

6.4.1.  **Pre-Test Interview.** The initial portion of the polygraph is known as the Pre-test Interview.  The *Handbook of Polygraph Testing* describes the Pre-test Interview as a low-key approach that is conducted as an interview, not as an interrogation.[19]  The Pre-test Interview has a number of phases.

6.4.1.1.   **Discussion of Rights and Examination Parameters.** Usually, the Pre-test Interview begins with a discussion of the roles of the polygraph examiner and the subject. As part of a process of informed consent, the subject is informed of the issues on which the subject's credibility will be assessed and about the general nature of the polygraph examination. The subject will also be informed as to who will have access to the results of the test when it is completed. The subject's rights under the law will also be discussed. The subject will then be asked to read, and then if in agreement, he or she will be asked to sign a release form to allow for start of the polygraph examination. That release that may or may not include a waiver of legal rights and the inplications of the presence or absence of a waiver of the subject's legal rights should be discussed.

6.4.1.2.   **Assessment of Subject Suitability for Testing.** A critical task required of the polygraph examiner is to make an initial assessment and decision about the subject's suitability for taking a polygraph tests.[20]  A model policy for the assessment of polygraph subject suitability received final approval by the American Polygraph Association in 2021 (hereinafter, the Model Policy) although various versions of recommend practice had been available for many years.[21] As part of this assessment during the pre-test interview the examiner asks a number of open ended general background questions in order to assess the subject's level of education and ability to communicate and thus provide information and guidance about question wording.  Physical

---

[18] Note that the methods described here are essentially the same as those I learned when entered the PhD program at the University of Utah in 1983 and which were being taught at the University of Utah Annual Workshop for polygraph examiners in 1983.

[19] Supra note 2, at 14-15.

[20] Nelson, R., (2012). Introduction to the Model Policy for Examinee Suitability, *Polygraph, 41*(4), 203-204.

[21] The Board of the American Polygraph Association (2012). Model Policy for the Evaluation of Examinee Suitability for Polygraph Testing. *Polygraph & Forensic Credibility Assessment: A Journal of Science and Field Practice, 50*(2) 106–108

and mental health are also discussed. The health discussions in combination with the subject's reported educational and work history are all used by the examiner to make a decision about the subject's suitability for testing. Since polygraph examiners are neither medical nor mental health professionals, if any suitability issues are noted or suspected, then the examiner is ethically compelled to immediately stop the examination and require that formal assessments and approval by the appropriate medical or mental health professionals be obtained before proceeding.

6.4.1.3.    **Free Narrative.** If the subject is found to be suitable for polygraph testing, the pre-test interview continues with the examiner asking open-ended questions intended to elicit a free narrative about the events under investigation. This conversation is done as an interview, not an interrogation. That is, the interview is neither directive nor confrontational. The subject's statements are not challenged although the examiner is allowed to ask non-confrontation clarifying questions after the free narrative is completed. As is noted in the Handbook of Polygraph Testing[22] the goal of that process is to clarify ambiguities or misunderstandings that might interfere with conducting a valid test. Another goal of the pre-test interview is to reduce the subject's general anxiety and to establish an atmosphere of objectivity, competence and trust. Confrontational challenges or interrogation of any sort are anathema to conducting a valid pre-test interview in a CQT intended to assess credibility.

6.4.1.4.    **Question Review and Stimulation Test**. After the pre-test interview phase is completed, the examiner then describes the instrument and the process of testing. Test questions are formulated in cooperation with the subject. The development of the relevant and comparison questions is one of the more critical parts of the pre-test interview as the test will lack validity if the relevant question are not clear and unambiguous and/or if the comparison question are not appropriate in form and then introduced with the proper context and methods. The sensors and the test process are then described in detail and the sensors are placed on the subject's body. Usually a stimulation test is conducted at this point that is used as a demonstration to the subject that the polygraph can distinguish truthful from deceptive responses.[23] Apparently no stimulation test was conducted in the McGuffin Examination.

---

[22] Supra Note 2 at 14.

[23] This is sometimes called an Acquaintance Test, Supra Note 2 at 15.

JUNE 26, 2024

6.4.1.5.    **Data Collection.** The test questions will then be presented to the subject and the subject's physiology will be recorded. Professional and evidence-based best practice standards require a minimum of three complete repetitions of the test questions be collected. If there are problems with data collection, data from additional repetitions of the questions can be collected up to a total of five. In scientifically validated CQTs the presentation order of the relevant and comparison questions is rotated in each repetition so that the subject does anticipate which question will be asked next. The examiner then scores the physiological data and relates the outcome to the subject and asks if the subject has any questions or comments. The polygraph test is over at that point.

6.4.1.6.    **Interrogation.** Sometimes, a polygraph test may then transition into an interrogation with the polygraph examiner becoming an interrogator. **However, interrogation should never be primary reason for conducting a polygraph examination.**

**Summary**

The McGuffin Examination was a specific issue comparison question test that used the Probable-lie Variant of the Zone Comparison Test. That test is a member of the family of polygraph tests known as Comparison Questions tests. The test used in the McGuffin Examination is considered by the American Polygraph Association as validated for evidentiary testing if conducted according to the professional standards of the polygraph profession and in a manner that was representative of the scientific data used to validate the Probable-lie Variant of the Zone Comparison Test.

Because the McGuffin Examination was not recorded, there is no evidence to demonstrate whether the examination was conducted according to professional or evidence-based best practices. However, a set of acceptable quality physiological recordings was produced. My scoring of the McGuffin Examination with the Utah Scoring System produced an outcome of Truthful with regard to the three relevant questions of the examination. My review of the available materials indicated that Detective Ranger scored the McGuffin Examination with a test data analysis method that is known to be highly biased against subjects who are answering the relevant questions truthfully. As noted above, published research shows that only about one in five actually truthfully persons produce a truthful outcome with the scoring methods used by Detective Ranger. Moreover, even when I modeled my numerical scoring to the rules apparently used by Detection Ranger, I still produced a truthful outcome.

JUNE 26, 2024

Based upon the materials I have reviewed and the analysis I conducted, my opinions can be summarized as:

**Detective Rangers' evaluation of this examination is consistent with either gross incompetence or a deliberate manipulation of the results that departed from accepted professional and scientific polygraph standards and falsely indicated Mr. McGuffin was being deceptive when he answered the examination questions.**

**Based upon professional and scientific polygraph standards, Mr. McGuffin provided responses that indicated truthfulness when he answered the relevant questions in the McGuffin Examination and denied any involvement in the disappearance and death of Leah Freeman.**

The opinions stated in this report are held to a reasonable degree of scientific and professional certainty.

Sincerely,

Charles Robert Honts, Ph. D.
Detection of Deception Examiner
Emeritus Professor of Psychological Science

Attachments: (A) Curriculum Vitae of Charles R. Honts, Ph. D.
              (B) Honts Numerical Score Sheet

**Charles R. Honts, Ph. D.**                                          **Curriculum Vitae**

**Mail:**                                                          **Email:**

Charles R. Honts, Ph.D.                                Honts@mac.com
3105 E Sweetwater Drive
Boise ID 83716-5664
WWW: http://charleshontsphd.com              Updated: June 17, 2024

## Education:

Ph.D., Psychology (Emphasis Human Experimental), University of Utah, Salt Lake City, Utah, Awarded, June 1986.

M.S., Psychology (Emphasis Human Experimental), Virginia Polytechnic Institute and State University, Blacksburg, VA.  Awarded, June 1982.

B.S., Psychology, Virginia Polytechnic Institute and State University, Blacksburg, VA. Awarded, June 1974.

## Faculty Appointments:

**Boise State University, Boise, Idaho.**
Professor of Psychological Science, Emeritus                          2021
Professor of Psychological Science, Retired July 2021               1995 to 2021
Department Head                                                      2000 to 2003
Full Member of the Graduate Faculty

**University of North Dakota, Grand Forks.**
Associate Professor of Psychology, Full Member of the Graduate Faculty      1990 to 1995
Promoted from Assistant Professor in 1993 (3rd year)

**University of Utah, Salt Lake City**
Adjunct Assistant Professor, Psychology Department,                  1987 to 1988

**Jacksonville State University, Jacksonville, Alabama.**
Adjunct Professor, College of Graduate Studies and Continuing Education      1989 to 1990

## Professional Service and Awards:

Recipient of The Harry Detwiler Award for contributions to the polygraph profession in Latin America through advances in practice and research. Asociación Latinoamericana de Poligrafistas, November 8, 2014, Cancún, Mexico.

Recipient of The John E. Reid Memorial Award for distinguished achievements in polygraph research, teaching or writing.  American Polygraph Association, August 6, 2009, Nashville, Tennessee.

President-Elect, President, Immediate Past-President, and Member of the Executive Committee of the Rocky Mountain Psychological Association, 2004-2007.

Charter Member and Fellow (Elected 2006) of the Association for Psychological Science.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

## Professional Employment:

| | |
|---|---|
| Professor, Department of Psychological Science, | 1998 to 2021 |
| Department Head | 2000 to 2003 |
| Full Member of the Graduate Faculty | |
| Promoted from Associate to Full Professor | 1998 |
| Associate Professor of Psychology | 1995 to 1998 |
| Boise State University, Boise, Idaho. | |

Associate Professor of Psychology, Psychology Department,    1993 to 1995
University of North Dakota, Grand Forks.

Assistant Professor of Psychology, Psychology Department,    1990 to 1993
University of North Dakota, Grand Forks.

Research Psychologist - Research Team Leader (GS-14)    1988 to 1990
Department of Defense Polygraph Institute - Research Division
Fort McClellan, Alabama.

Research Assistant (4 years) / Associate (2 years)    1982 to 1988
Department of Psychology, University of Utah, Salt Lake City
Projects: *A Study of the Validity of Polygraph Examinations in
Criminal Investigations.*  Funded by the National Institute of Justice
*The Effects of Physical and Mental Countermeasures on the
Physiological Detection of Deception.*  Funded by the
Department of Psychology, University of Utah.

Teaching Assistant, Department of Psychology    1981 to 1982
Virginia Polytechnic Institute and State University, Blacksburg, VA.

Detection of Deception Examiner, Various Employers.    1976 to 1980

## Specialized Training:

The Backster School of Lie Detection (Polygraph Examiner's Course) San Diego, California
(September - October 1976).

Workshop on the Assessment of Truthfulness of Alleged Victims of Sexual Offenders Through
Statement Reality Analysis.  Professor Udo Undeutsch, Instructor. Salt Lake City, Utah
(March, 1985).

Interdisciplinary Seminar on Interviewing and Assessing Credibility of Alleged Victims and
Perpetrators in Sexual Abuse Cases. Scottsdale, Arizona (April, 1986).

Contracting Officer's Representative Course.  Army Logistics Management College, Fort Lee, Virginia
(June 1988).

Interview and Assessment Techniques in Child Sexual Abuse Cases.  Seminar sponsored by
University of Utah, Department of Psychology, and Division of Continuing Education.
(May, 1991).

**Charles R. Honts, Ph. D.**                                           **Curriculum Vitae**

Post Conviction Sexual Offender Testing.  Forty hour course conducted at the New England
Polygraph Institute.  Instruction provided by Raymond Nelson an American Polygraph
Association Primary PCSOT Instructor. Course conducted June 28, 2010 through July 2, 2010,
inclusive. Certificate dated, July 2, 2010.

## Thesis And Dissertation:

Honts, C. R. (1982).  *The effects of simple physical countermeasures on the physiological detection of
deception.*  Unpublished master's thesis, Virginia Polytechnic Institute and State University,
Blacksburg.

Honts, C. R. (1986).  Countermeasures and the physiological detection of deception:  A
psychophysiological analysis.  *Dissertation Abstracts International, 47,* 1761B. (Order No.
DA8616081)

## Professional Publications and Reports:

### 2024

1.    Honts, C. R. (2024). The innocent at risk: The dark side of certain polygraph practices.
*Polygraph and Forensic Credibility Assessment:  A Journal of Science and Field Practice,
53*(1), 1-15.

### 2021

2.    Honts, C. R.,  Thurber, S., & Handler, M. (2021).  A Comprehensive meta-analysis of the
Comparison Question Polygraph Test, Applied Cognitive Psychology, 35(2), 411-427. First
published online: 18 December 2020, https://doi.org/10.1002/acp.3779

3.    Cutler, B. L., Neuschatz, J. S., & Honts, C. R. (2021). Three faces of eyewitness psychology
and expert testimony, *The Champion, 45*(1), 46-50.

### 2020

4.    Cutler, B. L., Neuschatz, J. S., & Honts, C. R. (2020). An overview of expert psychological
testimony in false confession cases. *The Champion, 44*(5), 30-35.

5.    Denault, V. , Plusquellec, P. , Jupe, L. M. , St-Yves, M. , Dunbar, N. E. , Hartwig, M., Sporer, S.
L., Rioux-Turcotte, J., Jarry, J., Walsh, D., Otgaar, H., Viziteu, A., Talwar, V., Keatley, D.
A., Blandón-Gitlin, I., Townson, C., Deslauriers-Varin, N.,  Lilienfeld, S. O., Patterson, M.
L. … Koppen, P. J. V. (2020). The Analysis of Nonverbal Communication: The Dangers of
Pseudoscience in Security and Justice Contexts. *Anuario de Psicología Jurídica, 30,* 1 - 12.
https://doi.org/10.5093/apj2019a9 (Spanish language version of Denault et al., 2019).

6.    Nelson, R., Austen, D., & Honts, C. R. (2020). Reply to Chip Morgan's Letter to the Editor (re:
Personal vs. Personalized DLCs).  *American Polygaph Association Magazine, 53*(6) 51-60

### 2019

7.    Honts, C. R., & Thurber, S. (2019). Analyzing Iacono's thought experiment about polygraph
field studies: Reason or fantasy? *Polygraph & Forensic Credibility Assessment: A Journal of
Science and Field Practice, 48(2), 76-86.*

**Charles R. Honts, Ph. D.**                                                  **Curriculum Vitae**

8.    Honts, C. R., Forrest, K., & Stepanescu, A. (2019). Polygraph examiners unable to discriminate true and false juvenile confessions. *Polygraph & Forensic Credibility Assessment: A Journal of Science and Field Practice, 48(1)*, 1-9.

9.    Raskin, D. C., Kircher, J. C., Honts, C. R., & Horowitz, S. W. (2019). *A Study of the Validity of Polygraph Examinations in Criminal Investigations.* Final Report to the National Institute of Justice, Grant Number 85-IJ-CX-0400. *Polygraph & Forensic Credibility Assessment: A Journal of Science and Field Practice, 48(1),* 10-39.

## 2018

10.   Handler, M., Honts, C. R., & Goodson, W. (2018). Una revisión de la literatura sombre las contramedidas poligráficas y la técnica de preguntas comparativas. *El Poligrafista Internacional, 12*, 3-18. Spanish language republication of: Handler, M., Honts, C. R., & Goodson, W. (2015). A literature review of polygraph countermeasures and the Comparison Question Technique. *Polygraph, 44(2),* 129-139.

11.   Honts, C. R., Handler, M., Shaw, P., & Gougler, M. (2018). La respuesta del canal vasomotor en al seamen de preguntas comparativas. *El Poligrafista Internacional, 12*, 57-73. Spanish language republication of: Honts, C. R., Handler, M., Shaw, P., & Gougler, M. (2015). The vasomotor response in the comparison question test. *Polygraph, 44*, 62-78.

12.   Poltavski, D., Van Eck, R., Winger, Austin T., Honts, C. R. (2018). *Using a polygraph system for evaluation of social desirability response bias in self-report measures of aggression. Applied Psychophysiology and Biofeedback. 38(3).* Online First, September 2018, https://doi.org/10.1007/s10484-018-9414-4

## 2016

13.   Handler, M., & Honts, C. R. (2016). Screening survival analysis - understanding Base rates, accuracies & successive hurdles employment screening with complementary technologies. *The Police Polygraphist Digest.* January, 8-15.

14.   Handler, M., Honts, C. R., & Goodson, W. (2016). A literature review of Polygraph Countermeasures and the Comparison Question Technique. Reprint from *Polygraph, 44(2),* 129-139, in *The Police Polygraphist Digest.* January, 22-32.

## 2015

15.   Handler, M., Honts, C. R., & Blalock, B., (2015). A literature review of polygraph countermeasures and the comparison question technique. *APA magazine: The magazine for the polygraph professional, 48*(3), 81-96.

16.   Handler, M., Honts, C. R., & Goodson, W. (2015). A literature review of Polygraph Countermeasures and the Comparison Question Technique. *Polygraph, 44(2),* 129-139.

17.   Honts, C. R. (2015). A new paradigm for the study of malintent. *Polygraph, 44,* 187-192.

18.   Honts, C. R., Handler, M., Shaw, P., & Gougler, M. (2015). The vasomotor response in the comparison question test. *Polygraph, 44*, 62-78.

19.   Honts, C. R., & Reavy, R., (2015). The comparison question polygraph test: A contrast of methods and scoring. *Physiology and Behavior, 143*, 15-26. Published online 24 February 2015, doi:10.1016/j.physbeh.2015.02.028

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

20.  Raskin, D. C., Honts, C. R., Nelson, R., & Handler, M. (2015).  Monte carlo estimates of the validity of four relevant question polygraph examinations. *Polygraph, 44*, 1-27.

**2014**

21.  Goodson, W., Honts, C. R., Handler, M., Nelson, R., Hicks, M., & Westerman, D. (2014). Pre-test breathing instructions increase perceptions of respiratory countermeasures. *Polygraph, 43*, 114-122.

22.  Honts, C. R. (2014). Countermeasures and credibility assessment. In, Raskin, D. C., Honts, C. R., & Kircher, J. C. *Credibility assessment: Scientific research and applications: First Edition* (pp. 131-158). Oxford, UK: Academic Press.  http://dx.doi.org/10.1016/B978-0-12-394433-7.00003-8

23.  Honts, C. R., & Handler, M. (2014).  Scoring respiration when using directed lie comparison questions.  *Polygraph, 43*, 71-78.

24.  Honts, C. R., & Handler, M. (2014).  Information gain of the relevant irrelevant technique. *Polygraph, 43,* 137-147.

25.  Honts, C. R. & Hartwig, M. (2014). Credibility assessment at portals.  In, Raskin, D. C., Honts, C. R., & Kircher, J. C. *Credibility assessment: Scientific research and applications.* (pp. 37-61). Oxford, UK: Academic Press.  http://dx.doi.org/10.1016/B978-0-12-394433-7.00002-6

26.  Honts, C. R., Kassin S. M. & Craig, R. (2014).  'I'd know a false confession if I saw one': A constructive replication with juveniles.  *Psychology, Crime and Law, 20,* 695-704. (published online 15 November 2013).  http://dx.doi.org/10.1080/1068316X.2013.854792

27.  Raskin, D. C., Honts, C. R., & Kircher, J. C. (2014). *Credibility assessment: Scientific research and applications.*  Oxford, UK: Academic Press.  ISBN: 978-0-12-394433-7 (ebook version available online 17 December 2013).

**2013**

28.  Handler, M., Honts, C. R., & Nelson, R. (2013). Information gain of the directed lie screening test. *Polygraph, 42,* 192-202.

29.  Honts, C. R. (2013). Deception detection, in A. Jamieson and A.A. Moenssens (Eds.) *Wiley Encyclopedia of Forensic Science,* John Wiley: Chichester. http://DOI: 10.1002/9780470061589.fsa495.pub2. Available online 17th June 2013.

30.  Honts, C. R., & Handler M. (2013). A case study of the validity of the Arther Examination Procedures in a criminal case with DNA confirmation. *Polygraph, 42,* 61-71.

**2011**

31.  Honts, C. R., & Kircher, J. C. (2011). Research methods for psychophysiological deception detection. In Rosenfeld, B., & Penrod, S. D., (Eds.) *Research Methods in Forensic Psychology,* (pp. 105-121) Hoboken, NJ, USA: Wiley.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

<u>2010</u>

32.  Handler, M., Nelson, R., Krapohl, D., Honts, C. (2010). An EDA primer for polygraph examiners. *Polygraph, 39,* 68-108 .

33.  Handler, M., Nelson, R., Krapohl, D., Honts, C. (2010). An EDA primer for polygraph examiners. *The Police Polygraph Digest,* January*, 9-35.* A revision and republication of the article originally published in *Polygraph.*

<u>2009</u>

34.  Handler, M. D., Honts, C. R., Krapohl, D. J., Nelson, R., & Griffin, S. (2009). Integration of pre-employment polygraph screening into the police selection process. *Journal of Police and Criminal Psychology*, 24, 69-86. (Published online 20 May 2009.)

35.  Honts, C. R., (2009).  Deception detection technology, in, Jamieson, A., & Moenssens, A., (Eds.) *Wiley Encyclopedia of Forensic Science.* West Sussex, UK: Wiley.

36.  Honts, C. R., Hartwig, M., Kleinman, S. M., & Meissner, C. A. (2009). *Credibility assessment at portals:  Portals committee report.* Final report of the Portals Committee to the Defense Academy for Credibility Assessment / U. S. Defense Intelligence Agency.

37.  Honts, C. R., & Reavy, R., (2009). Effects of Comparison Question Type and Between Test Stimulation on the Validity of Comparison Question Test. Final Progress Report on Contract No. W911Nf-07-1-0670, submitted to the Defense Academy of Credibility Assessment (DACA). Boise State University. Available: http://www.dtic.mil/dtic/tr/fulltext/u2/a505303.pdf

38.  Honts, C. R., & Schweinle, W., (2009). Information gain of psychophysiological detection of deception in forensic and screening settings. *Applied Psychophysiology and Biofeedback, 34,* 161-172. (Available online July 2009)

39.  Webb, A. K., Honts, C. R., Kircher, J. C., Bernhardt, P. C., and Cook, A., E. (2009). Effectiveness of pupil diameter in probable-lie comparison question tests for deception. *Legal and Criminological Psychology, 14*, 279-292, (Available online June 2009).

<u>2008</u>

40.  Handler, M. D., & Honts, C. R. (2008). You can run, but you can't hide: A critical look at the fight or flight response in psychophysiological detection of deception. *European Polygraph, 2,* 193-207.

41.  Honts, C. R., (2008). *Credibility assessment at portals.*  Report of the Credibility Assessment Research Summit Portal Committee, to the U. S. Department of Defense.

42.  Honts, C. R. (2008). Polygraph and polygraph techniques. In B. L. Cutler (Editor), *Encyclopedia of psychology and law (Volume 2),* (pp. 596-600). Thousand Oaks, CA: Sage Publications.

43.  Honts, C. R., Raskin, D. C., & Kircher, J. C. (2008). Scientific Status: The case for polygraph tests.  In, D. L. Faigman, M. J. Saks, J. Sanders, and E. Cheng (Eds.) *Modern scientific evidence:  The law and science of expert testimony (Volume 5): 2008-2009 Edition.* Thompson West: Eagan, Minnesota. Reprint of #49 and reprinted without revision biennially through 2018.

**Charles R. Honts, Ph. D.**                                         **Curriculum Vitae**

44.  Voas, B., Johnson, M., Turrisi, R., Taylor, D., Honts, C. R., & Nelson, L. (2008).  Bringing alcohol on campus to raise money: Impact on student drinking and drinking problems. *Addiction, 103,* 940-950.

**2007**

45.  Handler, M. D., & Honts, C. R. (2007). Psychophysiological mechanisms in deception detection: A theoretical overview. *Polygraph 36,* 221-232.

46.  Honts, C. R. & Alloway, W. (2007). Information does not affect the validity of a comparison question test.  *Legal And Criminological Psychology, 12,* 311-312. (Available online in 2006)

47.  Honts, C. R. & Amato, S. (2007). Automation of a screening polygraph test increases accuracy. *Psychology, Crime & Law, 13*, 187-199.

**2006**

48.  Honts, C. R. (2006). Recent theoretical and applied findings for autonomic psychophysiological deception detection.  *International Journal Of Psychophysiology 61,* 304-305.  (Abstract)

**2005**

49.  Honts, C. R. (2005). Rocky mountain psychological association: Report of the 75th annual meeting. *American Psychologist, 60, 1022-1024.*

50.  Honts, C. R., Raskin, D. C., & Kircher, J. C. (2005). Scientific Status: The case for polygraph tests.  In, D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence:  The law and science of expert testimony (Volume 4):  Forensics 2005-2006 Edition.* Thompson West: Eagan, Minnesota, (571-605) Reprint of #49.

**2004**

51.  Honts, C. R. (2004). The psychophysiological detection of deception, in P. Granhag and L. Strömwall (Eds.) *Detection of deception in forensic contexts.*  London: Cambridge University Press 103-123.

52.  Honts, C. R., Amato, S., & Gordon, A. (2004).  Effects of outside issues on the Control Question Test. *The Journal of General Psychology, 151,* 53-74.

53.  Thurber, S., Bonynge, E., & Honts, C. R. (2004).  Barron's revised ego-strength scale as a measure of test taking style:  Relationships with the validity scales of the MMPI-2. *Counseling and Clinical Psychology Journal, 1,* 119-124.

**2003**

54.   Honts, C. R. (2003).  Participant perceptions support the rationale of the comparison questions test for the psychophysiological detection of deception.  *Psychophysiology, 40,* S48. (Abstract)

**2002**

55.  Honts, C. R., & Amato, S. (2002).  Countermeasures, in M. Kleiner (Ed.), *Handbook of polygraph testing.* London: Academic (251-264).

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

56.   Honts, C. R., Raskin, D. C., & Kircher, J. C. (2002). The scientific status of research on polygraph techniques:  The case for polygraph tests.  In, D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence:  The law and science of expert testimony (Volume 2).* West: St. Paul Minnesota, (446-483).  Also reprinted in D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Science in the Law:  Social and Behavioral Sciences Issue, American Casebook Series*, West Group: St. Paul, Minnesota 598-634.

57.   Otter-Henderson, K., Honts, C. R., & Amato, S. L. (2002). Spontaneous countermeasures during polygraph examinations: An apparent exercise in futility. *Polygraph*, *31*, 9-14.

58.   Raskin, D. C., & Honts, C. R. (2002). The comparison question test. In M. Kleiner (Ed.), *Handbook of polygraph testing.* London: Academic (1-49).

59.   Thurber, S., Snow, M., & Honts, C. R. (2002). The Zung Self-Rating Depression Scale: Convergent validity and diagnostic discrimination. *Assessment, 9,* 401-405.

## 2001

60.   Honts, C. R., & Amato, S. (2001).  Psychophysiological credibility assessment.  *Journal of Forensic Psychology Practice, 1,* 87-99.

61.   Honts, C. R., Amato, S. & Gordon, A. K.  (2001).  Effects of spontaneous countermeasures used against the comparison question test. *Polygraph, 30*, 1-9.

## 2000

62.   Honts, C. R. (2000). A brief note on the misleading and the inaccurate: A rejoinder to Matte (2000) with critical comments on Matte and Reuss (1999). *Polygraph, 29,* 321-325.

63.   Honts, C. R., (2000).  Comments on *State v. Shively*, 999 Pacific 2d, 952 (2000).  Invited commentary.  *The Forensic Panel Letter*, November, Available:  www.forensicpanel.com

64.   Honts, C. R., (2000). Comments on *State of Hawaii v. William K. Naone,* 92 Haw. 289.  Invited commentary.  *The Forensic Panel Letter Online*, May, Available: http://www.forensicpanel.com

65.   Honts, C. R., Amato, S., & Gordon, A. (2000). *Validity of outside-issue questions in the control question test: Final report on grant no. N00014-98-1-0725.* Submitted to the Office of Naval Research and the Department of Defense Polygraph Institute.  Applied Cognition Research Institute, Boise State University. DTIC# ADA376666.

66.   Honts, C. R., Raskin, D. C., Amato, S. L., Gordon, A., & Devitt, M. K. (2000). The hybrid directed lie test, the overemphasized comparison question, chimeras and other inventions: A rejoinder to Abrams (1999).  Polygraph, 29, 156-168.

67.   Raskin, D. C., Honts, C. R., Amato, S., & Kircher, J. C. (2000).  The scientific status of research on polygraph techniques: The case for the admissibility of the results of polygraph examinations: In D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence: The law and science of expert testimony: Volume 1 2000 Pocket Part* (201-217).

## 1999

68.   Bell, B. G., Raskin, D. C., Honts, C. R., & Kircher, J. C. (1999).  The Utah numerical scoring system. *Polygraph, 28, 1-9.*

**Charles R. Honts, Ph. D.**                                        **Curriculum Vitae**

69.   Honts, C. R. (1999). The discussion of comparison questions between list repetitions (charts) is associated with increased test accuracy. *Polygraph, 28, 117-123.*

70.   Honts, C. R. (1999).  Flaws detected in polygraph study. *The Forensic Panel Letter*, 3(11), 1,5.

71.   Honts, C. R., & Amato, S. L. (1999).  *The automated polygraph examination: Final report.*  Final report of U. S. Government Contract No. 110224-1998-MO.  Applied Cognition Research Institute, Boise State University.

72.   Raskin, D. C., Honts, C. R., Amato, S., & Kircher, J. C. (1999).  The scientific status of research on polygraph techniques: The case for the admissibility of the results of polygraph examinations:  1999 Pocket Part to Vol. 1 of D. L. Faigman,  D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence: The law and science of expert testimony.*  (pp. 160-174).

73.   Tye, M. C., Amato, S. L., Honts, C. R., Devitt, M. K.,  & Peters, D. P. (1999).  The willingness of children to lie and the assessment of credibility in an ecologically relevant laboratory setting. *Applied Developmental Science, 3,* 92-109. doi: 10.1207/s1532480xads0302_4

**1998**

74.   Honts, C. R., & Gordon, A. (1998).  A critical analysis of Matte's analysis of the directed lie. *Polygraph, 27,* 241-252.

75.   Honts, C.R. (1998).  Louder and longer:  A review of the second edition of Lykken's *A Tremor in the Blood.  Polygraph, 27*, 302-304.

76.   Honts, C. R. (1998).  Criterion development and validity of the control question test in field application. *Polygraph, 27,* 219-230. Reprinted from: *The Journal of General Psychology, 123,* 309-324 (1996).

**1997**

77.   Devitt, M. K., Honts, C. R., & Vondergeest, L. (1997).  Truth or just bias:  The presentation of polygraph testing in introductory psychology text books. *The Journal of Credibility Assessment and Witness Psychology, 1, 9-32.*

78.   Honts, C. R. (1997).  Truth or bias: Psychology and the polygraph.  *The National Psychologist, 6,* 15.

79.   Honts, C. R., & Peterson, C. F. (1997). *Brief of the Committee of Concerned Social Scientists as Amicus Curiae.  United States v. Scheffer*, in the Supreme Court of the United States. Available from the author.

80.   Honts, C. R., Raskin, D. C., & Kircher, J. C. (1997).  A rejoinder to Iacono and Lykken. Chapter in, D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence:  The law and science of expert testimony* (pp. 629-631).

81.   Horowitz, S. W., Kircher, J. C., Honts, C. R., & Raskin, D. C.  (1997).  The role of comparison questions in physiological detection of deception. *Psychophysiology, 34,* 108-115.

82.   Raskin, D. C., Honts, C. R., & Kircher, J. C. (1997). The scientific status of research on polygraph techniques:  The case for polygraph tests.  Chapter in, D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence:  The law and science of expert testimony* (pp. 565-582).

**Charles R. Honts, Ph. D.**                                                    **Curriculum Vitae**

83.    Raskin, D. C., Honts, C. R., & Kircher, J. C. (1997).  A response to professors Iacono and Lykken  Chapter in, D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence:  The law and science of expert testimony* (pp. 619-627).

**1996**

84.    Amato-Henderson, S. L., Honts, C. R., & Plaud, J. J. (1996). Effects of misinformation on the Concealed Knowledge Test.  *Psychophysiology, 33*, S18. [Abstract]

85.    Honts, C. R. (1996).  Criterion development and validity of the control question test in field application. *The Journal of General Psychology, 123,* 309-324.

86.    Honts, C. R., Devitt, M. K., Winbush, M., & Kircher, J. C.  (1996).  Mental and physical countermeasures reduce the accuracy of the concealed knowledge test.  *Psychophysiology, 33,* 84-92.

**1995**

87.    Amato Henderson, S. L., & Honts, C. R.  (1995).   Horizontal gaze nystagmus test:  The state of the science in 1995.   *North Dakota Law Review, 71*, 671-700.

88.    Honts, C. R., & Kircher, J. C. (1995).  Legends of the concealed knowledge test:  Lykken's distributional scoring system fails to detect countermeasures.  *Psychophysiology, 32*, S41. (Abstract)

89.    Honts, C. R., Kircher, J. C., & Raskin, D. C. (1995).  Polygrapher's dilemma or psychologist's chimaera:  A reply to Furedy's logico-ethical considerations for psychophysiological practitioners and researchers.  *International Journal of Psychophysiology, 20,* 199-207.

90.    Honts, C. R. & Quick, B. D., (1995).  The polygraph in 1995:  Progress in science and the law. *North Dakota Law Review, 71,* 987-1020.

91.    Kircher, J. C., Raskin, D. C., Honts, C. R., & Horowitz, S. W. (1995).  Lens model analysis of decision making by field polygraph examiners.  *Psychophysiology, 32*, S45. (Abstract)

**1994**

92.    Amato, S. L., & Honts, C. R. (1994).  What do psychophysiologists think about polygraph tests?  A survey of the membership of SPR.  *Psychophysiology*, *31*, S22. (Abstract).

93.    Burlingame, G., Kircher, J. C., & Honts, C. R. (1994).  Analysis of variance versus bootstrap procedures for analyzing  dependent observations in small group research.  *Journal of Small Group Research, 25,* 486-501.

94.    Honts, C. R. (1994).  The psychophysiological detection of deception.  *Current Directions in Psychological Science, 3,* 77-82.

95.    Honts, C. R. (1994).  Assessing children's credibility:  Scientific and legal issues in 1994. *North Dakota Law Review*, 70, 879-903.

96.    Honts, C. R. (1994).  Field validity study of the Canadian Police College polygraph technique. *Psychophysiology*, *31*, S57.  (Abstract)

**Charles R. Honts, Ph. D.**                                                    **Curriculum Vitae**

97.  Honts, C. R. (1994).  Research Report:  Termination of Data Collection and Statistical Analyses.  Interim report on Science and Services Canada Contract No. M9010-1-F107/01ST, Field validity study of Canadian police college polygraph technique.  Grand Forks, North Dakota: C. Honts, Consultations.

98.  Honts, C. R. (1994).  *Final Report:  Field Validity Study of the Canadian Police College Polygraph Technique.*  Science Branch:  Supply and Services Canada Contract No. M9010-3-2219/01ST.  Grand Forks, North Dakota:  C. Honts, Consultations.

99.  Honts, C. R. (1994).  Field Validity Study of the Canadian Police College Polygraph Technique.  TR-07-94.  Ottawa, Canada:  Canadian Police Research Centre.

100. Honts, C. R., Raskin, D. C., & Kircher, J. C. (1994).  Mental and physical countermeasures reduce the accuracy of polygraph tests.  *Journal of Applied Psychology, 79,* 252-259.

101. Honts, C. R., Winbush, M., & Devitt, M. K. (1994).  Physical and mental countermeasures can be used to defeat guilty knowledge tests.  *Psychophysiology*, *31*, S57. (Abstract)

102. Kircher, J. C., Raskin, D. C., Honts, C. R., & Horowitz, S. W. (1994).  Generalizability of statistical classifiers for the detection of deception.  *Psychophysiology*, *31*, S11. (Abstract)

## 1993

103. Honts, C. R. (1993).  Heat without light:  A review of Theories And Applications In The Detection Of Deception.  Psychophysiology, 30, 317-319.

104. Honts, C. R., & Devitt, M. D. (1993).  Credibility assessment of verbatim statements (CAVS):  Final Report of Office of Naval Research Grant No. N0014-92-J-4006.  Psychology Department, University of North Dakota, Grand Forks.

105. Vondergeest, L., Honts, C. R., & Devitt, M. K. (1993).  Effects of juror and expert witness gender on jurors' perceptions of an expert witness.  Modern Psychological Studies, 1, 1-6.

## 1992

106. Honts, C. R., (1992).  Counterintelligence scope polygraph (CSP) test found to be a poor discriminator.  *Forensic Reports, 5*, 215-218.

107. Honts, C. R., (1992).  A laboratory study of the reliability and validity of statement validity assessment:  Final report of Faculty Research Committee Grant #1813-2001-2138.  University of North Dakota, Grand Forks.

108. Honts, C. R., (1992).  Field validity study of Canadian police college polygraph technique:  Interim report on contract No. M9010-1-F107/01ST. Science and Services Canada  Grand Forks, North Dakota: C. Honts, Consultations.

109. Honts, C. R., & Devitt, M. K. (1992).  Bootstrap decision making for polygraph examinations:  Final report of DOD/PERSEREC Grant No. N00014-92-J-1794. University of North Dakota, Grand Forks, DTIC# ADA304662.  Available: http://www.dtic.mil/dtic/tr/fulltext/u2/a255854.pdf

110. Honts, C. R., & Devitt, M. K. (1992).  *Bootstrap decision making for polygraph examinations:  Report No. D0DPI92-R-0002.*  Department of Defense Polygraph Institute, Fort McClellan, Alabama.

111. Honts, C. R., & Perry, M. V. (1992).  Polygraph admissibility:  Changes and challenges.  *Law and Human Behavior, 16*, 357-379.

**Charles R. Honts, Ph. D.**                                                    **Curriculum Vitae**

112. Honts, C. R., Devitt, M. K., & Amato, S L. (1992).  Neural network classifiers and the detection of deception revisited:  Depth of learning and overfitting.  *Psychophysiology, 29*, S38. (Abstract)

113. Honts, C. R., Raskin, D. C., & Kircher, J. C. (1992). Effectiveness of control questions answered "Yes":  Dispelling a polygraph myth.  *Forensic Reports, 5*, 265-272.

**1991**

114. Honts, C. R., (1991).  The emperor's new clothes:  Application of polygraph tests in the American workplace.  *Forensic Reports, 4*, 91-116.

115. Honts, C. R. (1991).  Converging evidence indicates invalidity for national security screening polygraph tests.  *Psychophysiology, 28*, S30.  (Abstract)

116. Honts, C. R. (1991).  Field validity study of Canadian police college polygraph technique:  Task 1 report on contract No. M9010-1-F107/01ST, Science and Services Canada.  Grand Forks, North Dakota: C. Honts, Consultations.

117. Honts, C. R., & Devitt, M. K. (1991).  Jackknife analyses of discriminant, logistic regression and back propagation neural network classifiers in a psychophysiological detection of deception problem.  *Psychophysiology, 28*, S30.  (Abstract)

**1990**

118. Barland, G. H., & Honts, C. R. (1990).  *A laboratory study of the validity of the ZCT:  An executive summary.*  Department of Defense Polygraph Institute Research Report. Fort McClellan, Alabama. DTIC #: ADA339267.

119. Barland, G. H., Honts, C. R., & Barger, S. D.  (1990).  *The detection of deception for multiple issues:  An executive summary.*  Department of Defense Polygraph Institute Research Report.  Fort McClellan, Alabama. DTIC #: ADA339187, available http://www.dtic.mil/dtic/tr/fulltext/u2/a339187.pdf

120. Barland, G. H., Honts, C. R., & Barger, S. D. (1990).  The relative utility of skin resistance and skin conductance. Department of Defense Polygraph Institute Research Report, No. DoDPI90-R-0005, DTIC #: ADA339184.

121. Honts, C. R., & Barger, S. D. (1990).  A comparison of the relative utility of skin conductance and skin resistance couplers for the measurement of electrodermal activity in the detection of deception.  *Polygraph, 19*, 199-207.

122. Honts, C. R., & Barland, G. H.  (1990).  *A laboratory study of the validity of the MGQT:  An executive summary.*  Department of Defense Polygraph Institute Research Report.  Fort McClellan, Alabama.

123. Honts, C. R., & Carlton, B.  (1990).  The effects of incentives on the detection of deception.  *Psychophysiology, 27*, S39.  (Abstract)

124. Honts, C. R., & Carlton, B. (1990) *The effects of incentives on the detection of deception:  Report No. DoDPI90-R-0003.*  Department of Defense Polygraph Institute, Fort McClellan, AL 36205, DTIC# ADA305810. Available: http://www.dtic.mil/dtic/tr/fulltext/u2/a305810.pdf

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

## 1989

125. Barland, G. H., Honts, C. R., & Barger, S. D. (1989).  The validity of detection of deception for multiple issues.  *Psychophysiology, 26*, S13. (Abstract)

126. Barland, G. H., Honts, C. R., & Barger, S. D. (1989).  *Studies of the Accuracy of Security Screening Polygraph Examinations.*  Department of Defense Polygraph Institute, Fort McClellan, Alabama.  DOI: 10.13140/RG.2.1.1700.8803

127. Honts, C. R., Barland G. H., & Barger, S. W. (1989).  The relative validity of criminal and screening approaches to detection of deception.  *Psychophysiology, 26*, S33.  (Abstract)

128. Honts, C. R., & Driscoll. L. N. (1989).  Validity of the positive control polygraph test: Comments on Forman and McCauley.  *Polygraph, 18*, 158-167.

129. Honts, C. R., & Barger, S. D. (1989).   A comparison of the relative utility of skin conductance and skin resistance couplers for the measurement of electrodermal activity in the detection of deception.  Department of Defense Polygraph Institute Research Report.  Fort McClellan, Alabama.

130. Honts, C. R. (1989).  *The relative validity of two CSP question series.*  Department of Defense Polygraph Institute Research Report.  Fort McClellan, Alabama.

131. Raskin, D. C., Kircher, J. C., Horowitz, S. W., & Honts, C. R. (1989).  Recent laboratory and field research on polygraph techniques.  In J. C. Yuille (Ed.), *Credibility Assessment.* Dordrecht,  The Netherlands: Kluwer, 1-24.

## 1988

132. Honts, C. R., & Driscoll, L. D. (1988).  A field validation study of the rank order scoring system (ROSS) in multiple issue control question tests.  *Polygraph, 17*, 1-16.

133. Honts, C. R., & Raskin, D. C. (1988). A field study of the validity of the directed lie control question.  *Journal of Police Science and Administration, 16*, 56-61.

134. Honts, C. R., Raskin, D. C., Kircher, J. C., & Hodes, R. L. (1988).  Effects of spontaneous countermeasures on the physiological detection of deception.  *Journal of Police Science and Administration, 16*, 91-94.

135. Honts, C. R., Kircher, J. C., & Raskin, D. C. (1988).  Patterns of activation and deception. *Psychophysiology,  25*, 455.  (Abstract)

136. Horowitz, S. W., Raskin, D. C., Honts, C. R., & Kircher, J. C. (1988).  Control questions in physiological detection of deception.  *Psychophysiology, 25*, 455.  (Abstract).

137. Kircher, J. C., Raskin, D. C., Honts, C. R., & Horowitz, S. W. (1988).  Generalizability of mock crime laboratory studies of the control question polygraph technique.  *Psychophysiology, 25*,  462-463.  (Abstract)

138. Raskin, D. C., Kircher, J. C., Honts, C. R., & Horowitz, S. W. (1988).  Validity of control question polygraph tests in criminal investigations.  *Psychophysiology, 25*, 476.  (Abstract)

139. Raskin, D. C., Kircher, J. C., Honts, C. R., & Horowitz, S. W. (1988).  *A Study of the Validity of Polygraph Examinations in Criminal Investigations.*  Final Report to the National Institute of Justice,  Grant Number 85-IJ-CX-0400, Department of Psychology, Salt Lake City, University of Utah.

**Charles R. Honts, Ph. D.**                                          **Curriculum Vitae**

## 1987

140. Driscoll, L. N., Honts, C. R., & Jones D. (1987). The validity of the positive control physiological detection of deception technique. *Journal of Police Science and Administration, 15*, 46-50.

141. Honts, C. R. (1987). Interpreting research on countermeasures and the physiological detection of deception. *Journal of Police Science and Administration, 15*, 204-209.

142. Honts, C. R. & Driscoll, L. N. (1987). An evaluation of the reliability and validity of rank order and standard numerical scoring of polygraph charts. *Polygraph, 16,* 241-257.

143. Honts, C. R., Raskin, D. C., & Kircher, J. C. (1987). Effects of physical countermeasures and their electromyographic detection during polygraph tests for deception. *Journal of Psychophysiology, 1*, 241-247.

## 1986

144. Honts, C. R., Raskin, D. C., & Kircher, J. C. (1986). Individual differences and the physiological detection of deception. *Psychophysiology, 23*, 442 (Abstract).

## 1985

145. Honts, C. R., Hodes, R. L., & Raskin, D. C. (1985). Effects of physical countermeasures on the physiological detection of deception. *Journal of Applied Psychology, 70*, 177-187.

146. Honts, C. R., Raskin, D. C., & Kircher, J. C. (1985). Effects of socialization on the physiological detection of deception. *Journal of Research in Personality, 19*, 373-385.

147. Raskin, D. C., Kircher, J. C., & Honts, C. R. (1985). Computerized polygraph interpretations and detection of physical countermeasures. In *Anti-terrorism; Forensic science; Psychology in police investigations*. Jerusalem: Heiliger, 179-189.

## 1984

148. Honts, C. R. (1984). Countermeasures and the physiological detection of deception. *Psychophysiology, 21*, 566-567 (Abstract).

149. Honts, C. R., Raskin, D. C., Kircher, J. C., & Hodes, R. L. (1984). Effects of spontaneous countermeasures on the physiological detection of deception. *Psychophysiology, 21*, 583 (Abstract).

150. Kircher, J. C., Raskin, D. C., & Honts, C. R. (1984). Electrodermal habituation in the detection of deception. *Psychophysiology, 21*, 585 (Abstract).

## 1983

151. Honts, C. R. & Hodes, R. L. (1983). The detection of physical countermeasures. *Polygraph, 12*, 7-17.

152. Honts, C. R., Raskin, D. C., & Kircher, J. C. (1983). Detection of deception: Effectiveness of physical countermeasures under high motivation conditions. *Psychophysiology, 20*, 446-447 (Abstract).

14 of 56

**Charles R. Honts, Ph. D.**                                              **Curriculum Vitae**

**1982**

153. Honts, C. R. & Hodes, R. L. (1982).  The effect of simple physical countermeasures on the detection of deception.  *Psychophysiology, 19*, 564 (Abstract).

154. Honts, C. R. & Hodes, R. L. (1982).  The effects of multiple physical countermeasures on the detection of deception.  *Psychophysiology, 19*, 564-565 (Abstract).


**Grants and Research Contracts:**

**Principal/Co-Principal Investigator:**

*Effects of Comparison Question Type and Between Test Stimulation on the Validity of the Comparison Question Test.*  Research grant originated with the Defense Academy for Credibility Assessment and issued through the Army Research Office (Awarded,  28 September 2007, closed 20 September 2009). Grant amount, $299,537.

*Credibility Assessment Research Initiative.*  Three years of funding as a directed appropriation to Boise State University under Research and Development Defense-Wide (RDDW), Line #171. Appropriation amount, $3,700,000. Directed appropriations approved in 2005, 2005, 2007. The Department of Defense did not awarded as per the language of the appropriation.

*Campuses selling alcohol: Profit or problem?* Subcontract from the Pacific Institute for Research and Evaluation (PIRE) for Year 5 of National Institute of Alcohol Abuse and Alcoholism (NIAAA) Grant #5 R37 AA012972-03, CFDA # 93.273. Subcontract amount, $107,828.

*Juvenile Confessions: Stimulus Materials Collection.*  Dean's Research Award.  College of Social Sciences and Public Affairs, Boise State University, October 2004.  Award amount, $600.

*Campuses selling alcohol: Profit or problem?* Subcontract from the Pacific Institute for Research and Evaluation (PIRE) for Year 4 of National Institute of Alcohol Abuse and Alcoholism (NIAAA) Grant #5 R37 AA012972-03, CFDA # 93.273. Subcontract amount, $149,895.

*A Cautionary note for the teaching of psychology and law:  Media images may be more persuasive than data.*  Faculty Teaching Award (Travel), Boise State University, March, 2004.  Award Amount, $500.00.

Rocky Mountain Psychological Association Executive Committee.  Dean's Service Award (Travel), College of Social Sciences and Public Affairs, Boise State University, March, 2004.  Award Amount, $200.00.

*Scientific Attitudes Regarding the Science and Validity of Polygraph Testing.* Faculty Research Award (Travel), Boise State University, September 2001.  Award amount $500.00.

*Truth or just bias: The strange mix of psychology, law and the detection of deception.*  Faculty Research Award (Travel), Boise State University, April 2001.  Award amount $500.00.

*Outside issues dramatically reduce the accuracy of polygraph tests given to innocent individuals.* Faculty Research Award (Travel) Boise State University, September 1999.  Award amount $400.00.

**Charles R. Honts, Ph. D.**                                **Curriculum Vitae**

*Human v. machine:  Research examining the automation of polygraph testing.* Faculty Research Award (Travel), Boise State University, March 1999.  Award amount $400.00.

*Survey of Professional Knowledge and Opinions Regarding Polygraph Testing.*  Co-principal investigator Susan Amato.  Faculty Research Award, Boise State University, November 1998.  Award amount $500.00.

*Survey of Professional Knowledge and Opinions Regarding Polygraph Testing.* Co-principal investigator Susan Amato.   Undergraduate Research Initiative Award, Boise State University, November 1998.  Award amount $500.00.

*The Polygraph after Daubert.* Faculty Research Award (Travel), Boise State University, March 1998.  Award amount $400.00.

*Validity of Outside-Issue Questions in the Control Question Test (DoDPI97-P-0012).*  Co-principal investigator, Susan Amato.  Research grant originated with the Department of Defense Polygraph Institute, issued through the Office of Naval Research, 9 March 1998.  Award amount $129,042.50.

*The Automated Polygraph Examination (APE).*  Co-principal investigator, Susan Amato.  Research Contract with the United States Federal Government.  Start date: 11 December 97.  Contract Amount, $132,000.00.

Theory Development and Psychophysiological Credibility Assessment:  An Application of Structural Equation Modeling to Increase Basic Understanding of a Technique Already in Use in the Field.  Research Associate award from Boise State University.  Awarded 1 June 1996.  Award amount, $3,900.00.

*Assessing the Credibility of the Child Witness.*  Travel award from the Faculty Research Committee of the University of North Dakota to support paper presentations at the Society for Research in Child Development meetings.  Awarded, 13 February 1995, Award amount $383.00.

*Research on the Creation of False Memory and the Misinformation Effect.*  Grant No. 4394-0403 from ND EPSCoR, the National Science Foundation's Experimental Program to Stimulate Competitive Research, April 1994.  Grant Amount, $1500.

*Quantitative Techniques in the Psychophysiological Detection of Deception.*  Summer 1993 Research Professorship awarded by the Graduate School of the University of North Dakota, February 1993.  Stipend amount, $5,400.

*Credibility Assessment of Verbatim Statements (CAVS).*  Grant No. N00014-92-J-4006 from PERSEREC through the Office of Naval Research.  Awarded 1 September 1992.  Grant Amount $19,959.

*Bootstrap Computer Decision Making for Polygraph Examinations.*  Grant No.  N00014-92-J-1794 from PERSEREC through the Office of Naval Research.  Awarded 1 April 1992.  Grant amount: $19,994.

*A Laboratory Study of the Validity of the Reliability and Validity of Statement Validity Assessment.*  Research award from the Faculty Research Committee of the University of North Dakota.  Awarded 28 October 1991.  Award amount $500.00.

**Charles R. Honts, Ph. D.**                                               **Curriculum Vitae**

*The Hired Gun Cross Examination Tactic Reduced Mock Jurors' Perception of Expert Witness' Credibility.*  Travel award from the Faculty Research Committee of the University of North Dakota to support paper presentation.  Awarded 28 October 1991, Award amount $398.00

*Field Validity Study of Canadian Police College Polygraph Technique, Contract No. M9010-1-F107/01-ST.*  Science Branch, Supply and Services Canada.  Awarded 18 September 1991.   Contract Amount, Phase I,  $25,400.

*Psychophysiology Laboratory Start-Up Award.*  Award No. 2015-1806-2001.  Office of Research and Program Development and the College of Arts and Sciences, University of North Dakota.  Awarded August 1990.  Award amount $12,000.

### Research Associate:

*A Study of the Validity of Polygraph Examinations in Criminal Investigations.*  Grant Number 85-IJ-CX-0400,  National Institute of Justice.  David C. Raskin, Principal Investigator.  Grant amount $60,000

## Scientific Paper Presentations, Invited Addresses, and Invited Lectures

### 2024

1.  Honts, C. R. (June, 2024). *The Utah Scoring System.* Invited seminar given via Zoom to the Asociación Internacional de Profesionales en Poligrafía. (International attendees from Mexico, Colombia, Ecuador, Guatemala, Panama, Costa Rica, Honduras, and Peru).

2.  Honts, C. R. (April, 2024). *The Utah Technique in 2024.* Invited seminar given via Zoom to the Asociación Internacional de Profesionales en Poligrafía. (International attendees from Mexico, Colombia, Ecuador, Guatemala, Panama, Costa Rica, Honduras, Peru and Poland).

### 2023

3.  Honts, C. R. (November, 2023). *Best and Worst Professional Practices in the Context of Our Recent Meta-Analysis.*  Invited seminar given via Zoom to the Asociación Internacional de Profesionales en Poligrafía. (International attendees from Mexico, Colombia, Ecuador, Guatemala, Panama, Costa Rica, Honduras and Peru).  https://youtu.be/BwTvuMXMXaU

### 2022

4.  Honts, C. R. (April, 2022). *Deception and Deception Detection in 2022: The Mature Psychological Science That Few People Know.* Invited Past-Presidents Address, Rocky Mountain Psychological Association. Salt Lake City, Utah.

### 2021

5.  Honts, C. R. (February, 2021).  *A Comprehensive Meta-Analysis of the Comparison Question Polygraph Test.*  Invited lecture series at the annual meeting of the Latin American Polygraph Association (Asociación Latinoamericana de Poligrafistas). Online presentation via Bogota, Colombia.

**Charles R. Honts, Ph. D.**                                                    **Curriculum Vitae**

6.    Honts, C. R. (May, 2021). *A Comprehensive Meta-Analysis of the Comparison Question Polygraph Test.* Lies and Allies Tuesday's Second Monthly Meeting of the Deception Research Society. London, UK (open on Zoom worldwide). Available online on YouTube: https://www.youtube.com/channel/UCfx4XicT7M4UgoX17MCBbtA

7.    Honts, C. R. (August, 2021). *Evidence Based Practices.* Invited lecture at the annual meeting of the Canadian Association of Police Polygraphists. Ottawa, Canada.  Presented by Zoom.

8.    Honts, C. R. (September, 2021).  *Best Practices,* Invited lecture at the annual meeting of the New Jersey Polygraph Association, Atlantic City, New Jersey. Presented by Zoom.

9.    Honts, C. R. (September, 2021). *The Utah Approach to the Comparison Question Test.* Invited lecture at the annual meeting of the New Jersey Polygraph Association, Atlantic City, New Jersey. Presented by Zoom.

**2020**

10.   Honts, C. R. (April, 2020). *Deception and Deception Detection in 2020: The Mature Psychological Science That Few People Know.*  Invited Past President's Address at the annual meeting of the Rocky Mountain Psychological Association, Denver, Colorado, United States  https://static1.squarespace.com/static/57fd4474ff7c508da3ff8889/t/5e65cc7f885e6f31aab9a34a/1583729791414/2020+Room+Grid+Schedule.pdf (Conference canceled, rescheduled for April, 2022 in Salt Lake City, Utah).

11.   Honts, C. R. (October, 2020). Invited lectures via video link presented for the California Association of Polygraph Examiners.  *Base Rates and Information Gain, Evidence Based Best Practices for Forensic Polygraph Tests, and False Confessions and the Polygraph*, San Diego, California.

**2019**

12.   Honts, C. R., & Thurber, S. (2019, March). *A Comprehensive Meta-Analysis of the Comparison Question Polygraph Test.* Paper presented at the annual meeting of the American Psychology Law Society, Portland, Oregon.

**2018**

13.   Honts, C. R. (2018, October). *Countermeasures in 2018, What We Know and What We Don't Know. Contramedidas en 2018, Lo que Sabemos y lo que No Sabemos.* Invited lecture series at the annual meeting of the Latin American Polygraph Association (Asociación Latinoamericana de Poligrafistas), Lima, Peru.

14.   Honts, C. R. (2018, October). *Credibility Assessment in 2018: Myths, Misconceptions, and Meta-Analysis. Evaluación de la Credibilidad en 2018: Mitos, Ideas Equivocadas y Meta-Análisis.* Invited lecture series at the annual meeting of the Latin American Polygraph Association (Asociación Latinoamericana de Poligrafistas), Lima, Peru.

15.   Honts, C. R. (2018, October). *Can We Detect Lies at the interpersonal level? Podemos Detectar Mentiras al Nivel Interpersonal?*  Invited lecture series at the annual meeting of the Latin American Polygraph Association (Asociación Latinoamericana de Poligrafistas), Lima, Peru.

16.   Honts, C. R., Thurber, S., & Handler, M., (2018, October). *Polygraph Meta-Analysis. Meta-Análisis de Poligrafía.* Invited lecture series at the annual meeting of the Latin American Polygraph Association (Asociación Latinoamericana de Poligrafistas), Lima, Peru.

**Charles R. Honts, Ph. D.**                                                    **Curriculum Vitae**

17.  Honts, C. R. (2018, May). Credibility Assessment in 2018: Myths, Misconceptions, and Meta-Analysis. Invited Keynote Address for Psychology Day 2018, collectively hosted by Central Connecticut State University, Eastern Connecticut State University, Western Connecticut State University, and Southern Connecticut State University on the campus of Central Connecticut State University, New Britain, Connecticut.

18.  Honts, C. R., Schweinle, W. E., Martinez, C., & Bates, B. (2018, April). *A mock-crime study of oculomotor deception detection.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Denver Colorado.

## 2017

19.  Honts, C. R. (2017, December). *The Polygraph in 2017: A Success of Applied Psychology or a Disaster?* Psychological Science Seminar Series, Boise State University, Boise ID.

20.  Honts, C. R. (2017, September). *The Science of Interviewing.* Invited talk given at the Association of Certified Fraud Examiners (ACFE), Boise ID.

21.  Honts, C. R. (2017, April). *Facts and Fiction About Truth and Deception.* TED talk given at TEDxBoise, Boise, ID. Available: https://www.youtube.com/watch?v=xD9ZaZR1jG4  and http://tedxboise.org/2017-video-library/2017/9/4/facts-and-fiction-about-truth-and-deception-charles-honts-tedxboise

22.  Honts, C. R. (2017, March). *Current FBI polygraph practices put the innocent at high risk of false accusation.* Paper presented at the 2017 annual meeting of the American Psychology-Law Society, Seattle, Washington.

## 2016

23.  Honts, C. R. (2016, November). *Psychopaths Among Us, Criminals, Winners, or Sometimes Both?* Invited address at the joint meeting of the Idaho Society of Certified Public Accountants and the Association of Certified Fraud Examiners (ACFE), Boise, Idaho.

24.  Honts, C. R. (2016, October). *The Science of Forensic Interviewing.* (*La Ciencia de la Entrevista Forense*) Invited address given at the annual meeting of the Asociación Latinoamericana de Poligrafistas, Bogotá, Colombia.

25.  Honts, C. R. (2016, October). The Vasomotor Response: Old and New Research. (*La Respuesta del Canal Vasomotor: Investigación Antigua y Nueva*) Invited address given at the annual meeting of the Asociación Latinoamericana de Poligrafistas, Bogotá, Colombia.

26.  Honts, C. R., and Schweinle, W. (2016, October). Statistical Assessment and Decision Making with Polygraph Data (Evaluación Estadística y Toma de Decisiones con Datos Poligráficos) Invited address given at the annual meeting of the Asociación Latinoamericana de Poligrafistas, Bogotá, Colombia.

27.  Honts, C. R., and Reavy, R. (2016, April). The Construct Validity of the Comparison Question Test for Physiological Deception Detection.  Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Denver, Colorado.

28.  Martinez, C. & Honts, C. (April, 2016). *Narcissism and Romantic Relationships: The Mediating Role of Social Networking Sites in College Students.* Presentation at Rocky Mountain Psychological Association Conference, Denver, CO.

**Charles R. Honts, Ph. D.**                                          **Curriculum Vitae**

29.   Martinez, C. & Honts, C. (March, 2016). *Narcissism and Romantic Relationships: The Mediating Role of Social Networking Sites in College Students.* Presentation at the National Conference of McNair Scholars at the University of Maryland Scholars, College Park. MD.

30.   Martinez, C. & Honts, C. (March, 2016). *Millennials, Narcissism and Social Networking Sites: The Mediating Role of Relationship Satisfaction.* Presentation at Boise State Undergraduate Research Conference, Boise, ID.

31.   Martinez, C., Honts, C. & Hardy, K. (August, 2016). *Who Uses Social Networking Sites? Exploring Associations Among Personality and the Relationship with Facebook, Twitter, and Instagram.* Presentation at the Ronald E. McNair Research Symposium, Berkeley, CA.

32.   Martinez, C., Honts, C. & Hardy, K. (July, 2016). *Who Uses Social Networking Sites? Exploring Associations Among Personality and the Relationship with Facebook, Twitter, and Instagram.* Presentation at the Idaho Conference of Undergraduate Research, Boise, ID.


## 2015

33.   Honts, C. R. (2015, March). *Credibility assessment and false confessions: The latest from psychological science.* Invited lecture given at The American Inns of Court CXXX, Boise, Idaho. http://home.innsofcourt.org

34.   Honts, C. R. (2015, April). *Psychological science and actual innocence: Roles, responsibilities and policy making.* Convention Kickoff Plenary and Past-President's Address given at the annual meeting of the Rocky Mountain Psychological Association, Boise, Idaho.

35.   Honts, C. R. (2015, May). *The vasomotor response: New research.* Invited lecture given at the annual meeting of New Jersey Polygraphists, Inc., Atlantic City, New Jersey.

36.   Honts, C. R. (2015, May). *The computer analysis of polygraph data.* Invited lecture given at the annual meeting of New Jersey Polygraphists, Inc., Atlantic City, New Jersey.

37.   Honts, C. R. (2015, May). *Base rates and information gain.* Invited lecture given at the annual meeting of New Jersey Polygraphists, Inc., Atlantic City, New Jersey.

38.   Honts, C. R. (2015, May). *Interrogations, interviews, false confessions and actual innocence: New approaches from psychological science.* Invited address given at the annual meeting of New Jersey Polygraphists, Inc., Atlantic City, New Jersey.

39.   Honts, C. R. (2015, September). *The Wizard's 1st Rule is alive and well in the polygraph profession!* Invited lecture given a the annual meeting of the American Polygraph Association, Chicago, Illinois.

40.   Honts, C. R. (2015, September). *The vasomotor response: Old and new research.* Invited lecture given a the annual meeting of the American Polygraph Association, Chicago, Illinois.

41.   Honts, C. R., & Schweinle, W. (2015, September). *Statistical assessment & decision making with polygraph data.* Invited lecture given a the annual meeting of the American Polygraph Association, Chicago, Illinois.

42.   Honts, C. R., & Schweinle, W. (2015, September). *Base rates and information gain.* Invited lecture given a the annual meeting of the American Polygraph Association, Chicago, Illinois.

43.   Honts, C. R. (2015, November) *Interviews, interrogations, and confessions: Scientifically valid and invalid approaches.* Invited guest lecture at the Academy of Polygraph Science basic polygraph examiners' course. Boise, Idaho.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

## 2014

44.   Bertulis, K. M., Yasuhara, K., & Honts, C. (2014, September) *False confession identification accuracy in groups of college students.*  Poster presented at the annual Summer Undergraduate Research Fellowship Research Day, West Haven, CT.

45.   Duren, G., Connor, J., Skogsberg, K., & Honts, C. R. (2014, May).  *Concussions and college students: What do they know?* Paper presented at the 2014 annual meeting of the Midwestern Psychological Association in Chicago, Illinois.

46.   Honts, C. R. (2014, May).  *Computer analysis of polygraph data.*  Invited lecture given at the American Association of Police Polygraphists, Annual Seminar, Las Vegas, Nevada.

47.   Honts, C. R. (2014, May).  *Base rates and information gain.*  Invited lecture given at the American Association of Police Polygraphists, Annual Seminar, Las Vegas, Nevada.

48.   Honts, C. R. (2014, May).  *Tactical polygraph: The Wizard's 1st rule lives!.*  Invited lecture given at the American Association of Police Polygraphists, Annual Seminar, Las Vegas, Nevada.

49.   Honts, C. R. (2014, November).  Interviews, interrogations, and confessions: Scientifically valid and invalid approaches (Entrevistas, Interrogaciones y Confesión:  Approximations Científicamente Validadas e Inválidas). Invited address given at the annual meeting of the Asociación Latinoamericana de Poligrafistas, Cancún, Mexico.

50.   Honts, C. R. (2014, November).  *Polygraph: The good, the bad, and the ugly.*  Invited colloquium, Department of Psychology, University of North Dakota, Grand Forks.

51.   Honts, C. R. & Goodson, A. (2014, March). *Public knowledge of and support for compensating the wrongfully convicted.*  Paper presented at the 2014 annual meeting of the American Psychology Law Society meeting in New Orleans, Louisiana.

52.   Honts, C. R., & Hartwig, M. (2014, November). *Credibility assessment at portals (EVALUACIÓN DE CREDIBILIDAD EN PortalEs).* Invited address to be given at the annual meeting of the Asociación Latinoamericana de Poligrafistas, Cancún, Mexico.

53.   Woody, W. D., Honts, C. R., Forrest, K. D., Provenza, K. R., Best, R. B., Williams, B. J., Woods, L., & Grogan, C. (2014, April).  *Jurors' perceptions and decisions related to polygraph examinations during police interrogation.*  Paper presented at the Rocky Mountain Psychological Association, Salt Lake City, Utah.

## 2013

54.   Honts, C. R. (2013, March). *Current FBI polygraph/interrogation practices put the actually innocent at risk of false confession.* Paper presented at the 2013 annual meeting of the American Psychology-Law Society, Portland, Oregon.

55.   Honts, C. R. (2013, May). *Deception and deception detection.*  Invited address at the Osher Lifelong Learning Institute.  Boise ID.

56.   Honts, C. R. (2013, May). *Liars liars everywhere, and an apathetic psychology does not seem to care.*  Invited address given as the National Psi Chi Distinguished Speaker at the 25th Association for Psychological Science Annual Convention in Washington, D.C.

**Charles R. Honts, Ph. D.**                                                **Curriculum Vitae**

## 2012

57.  Honts, C. R. (2012, February). *Interrogation, false confessions & actual innocence*, invited address at the College of Social Sciences and Public Affairs Speaker Series, Boise State University, Boise, Idaho.

58.  Honts, C. R. (2012, July). *The Utah approach to polygraph testing: A scientifically validated approach.* Invited address given at the XII Seminario Internacional de Entrenamiento Avanzado en Poligrafia, Mexico City, Mexico.

59.  Honts, C. R. (2012, July). *Interviews, interrogations and confession: Scientifically valid and invalid approaches.* Invited address given at the XII Seminario Internacional de Entrenamiento Avanzado en Poligrafia, Mexico City, Mexico.

60.  Honts, C. R., Craig, R. A., & Kassin, S. (March, 2012). *Medium of presentation and the assessment of juvenile false confessions.* Paper presented at the annual meeting of the American Psychology-Law Society, San Juan, Puerto Rico.

61.  Marchak, F. M., Keil, T. L., McBride, S., & Honts, C. R. (March, 2012). *Ocular and physiological assessment of eyewitness identification.* Paper presented at the annual meeting of the American Psychology - Law Society, San Juan, Puerto Rico.

## 2011

62.  Honts, C. R. (2011, August). *Interrogations, false confessions, and the polygraph: Issues and concerns from psychological science.* Invited address at the annual meeting of the Canadian Association of Police Polygraphists, Ottawa, Ontario, Canada.

63.  Honts, C. R. (2011, November). *Actual innocence and the paradox of false confessions.* Invited address at the Osher Lifelong Learning Institute. Boise ID.

64.  Honts, C. R., & Handler, M. (2011, April). *Interrogations, false confessions and the polygraph: Issues and concerns from psychological science.* Invited workshop (half day) at the American Association of Police Polygraphists annual meeting, Boston, MA.

## 2010

65.  Honts, C. R. (2010, January). *Interrogations, Confessions, Psychology and Law.* Invited address at the Federal Defenders' 3rd Thursday meeting, Boise, Idaho.

66.  Honts, C. R. (2010, August). *The Utah Approach to the Comparison Question Test.* Invited address a the annual meeting of the Canadian Association of Police Polygraphists, Ottawa, Ontario, Canada.

67.  Honts, C. R. (2010, August). *Countermeasures in 2010: What We Know and What We Don't Know.* Invited address at the annual meeting of the Canadian Association of Police Polygraphists, Ottawa, Ontario, Canada.

68.  Honts, C. R. (2010, October). *Countermeasures; What We Know and What We Don't Know.* Invited address at the World Congress of Forensic Sciences and Polygraph (Congreso Mundial de Ciencias Forenses y Poligrafia) Cartagena, Colombia.

**Charles R. Honts, Ph. D.**                                        **Curriculum Vitae**

69.    Honts, C. R. (2010, October). *Interrogations, False Confessions and the Polygraph: Issues and Concerns From Psychological Science.* Invited address at the World Congress of Forensic Sciences and Polygraph (Congreso Mundial de Ciencias Forenses y Poligrafia) Cartagena, Colombia.

70.    Honts, C. R., & Crawford, M. (2010, March). *Polygraph countermeasures cannot be detected from respiratory signatures: Government policy puts the innocent at risk.* Paper presented at the 2010 meeting of the American Psychology Law Society, Vancouver, British Columbia, Canada.

71.    Honts, C. R., & Hartwig, M. (2010, March). *Nine years After 9-11, why so little progress on assessing credibility at portals?* Paper presented at the 2010 meeting of the American Psychology Law Society, Vancouver, British Columbia, Canada. 2009

**2009**

72.    Honts, C. R. (2009, January). *Research on Countermeasures and the Utah Polygraph Technique.* Invited address at the annual meeting of the National Polygraph Association, Las Vegas, Nevada.

73.    Honts, C. R. (2009, August). *Countermeasures in 2009: What We Know and What We Don't Know.* Invited address at the annual meeting of the American Polygraph Association, Nashville, Tennessee.

74.    Honts, C. R. (2009, August). *A Scientific Perspective of the Comparison Question Test.* Invited address at the annual meeting of the American Polygraph Association, Nashville, Tennessee.

75.    Honts, C. R. (2009, August). *The Scientific Community's View of Interrogations, Confessions, False Confessions, and Actual Innocence.* Invited address at the annual meeting of the American Polygraph Association, Nashville, Tennessee.

76.    Honts, C. R. (2009, September). *Psychophysiological Detection of Deception: A Scientific Perspective in 2009.* Invited address at the annual meeting of New Jersey Polygraphists.

77.    Honts, C. R. (2009, September). *A Scientific Perspective of the Comparison Question Test.* Invited address at the annual meeting of the New Jersey Polygraphists, Atlantic City, New Jersey.

78.    Honts, C. R. (2009, September). *The Utah Scoring System.* Invited address at the annual meeting of the New Jersey Polygraphists, Atlantic City, New Jersey.

79.    Honts, C. R. (2009, September). *Countermeasures in 2009: What We Know and What We Don't Know.* Invited address at the annual meeting of the New Jersey Polygraphists, Atlantic City, New Jersey.

80.    Honts, C. R., Kassin, S., Forrest, K. D. (2009, March). *Polygraph Examiners Unable to Discriminate True and False Juvenile Confessions: Reid Training Detrimental.* Paper presented at the 2009 meeting of the American Psychology Law Society, San Antonio, Texas.

81.    Honts, C. R., & Raskin, D. C. (2009, November). *Countermeasures in 2009: What We Know and What We Don't Know.* Invited address at Asociacion Colombiana de Poligrafistas, Bogotá, Colombia.

**Charles R. Honts, Ph. D.**                                                                 **Curriculum Vitae**

82.   Honts, C. R., Reavy, R., Markowski, K., McBride, S., Pitman, J., & Pitman, F. (2009, March). *Variations in Comparison Question Test Methods Have Little Impact.* Paper presented at the 2009 meeting of the American Psychology Law Society, San Antonio, Texas.

83.   Raskin, D. C., Kircher, J. C., & Honts, C. R. (2009, November). *Utah Zone Technique.* Invited address at Asociacion Colombiana de Poligrafistas, Bogotá, Colombia.

**2008**

47.   Honts, C. R. (2008, March). The polygraph:  Misrepresented, misunderstood, and misused. Invited address Psychology and Law Lecture Series at The Marian Miner Cook Athenaeum, Claremont McKenna College, Claremont, California.

48.   Honts, C. R., Pittman, F. A., Pittman, J. V., McBride, S. T., Anderson, A. B., & Christiansen, A. K., (2008, May). A New Paradigm for the Study of Deception Detection at Portals.  Paper presented at the Association for Psychological Science annual meeting in Chicago, Illinois.

**2007**

49.   Christiansen, A., & Honts, C. R. (2007, March). The Incomprehensibility of judicial instructions and subsequent jury decisions. Paper presented at Off the Witness Stand: Using Psychology in the Practice of Justice, John Jay College of Criminal Justice, New York.

50.   Christiansen A. K., Honts, C. R., & Oldemeyer, L. (2007, May). *Relationship Between Aggressive Authoritarianism And Juror Bias In Capital Trials*, paper presented at the Western Psychological Association, Vancouver, British Columbia, Canada.

51.   Forrest, K. D., Simonsen, S., & Honts, C. R. (2007, September). A comparison of maximization and minimization in the cheating paradigm. Paper presented at Interrogations & Confessions: A Conference Exploring Current Research, Practice, and Policy, The University of Texas at El Paso, Texas.

52.   Honts, C. R. (2007, March). Munsterberg's polygraph in 2007:  The emergence of the polygraph as an effective tool in criminal justice and national security. Paper presented at Off the Witness Stand:  Using Psychology in the Practice of Justice, John Jay College of Criminal Justice, New York.

53.   Honts, C. R. (2007, May). *Assessing Credibility at Portals.*  Invited address given at the *Credibility Assessment Research Summit (CARS)* held by the Counterintelligence Field Activity (CIFA), Combating Terrorism Technology Support Office (CTTSO), and the Defense Academy for Credibility Assessment (DACA). Vienna, Virginia.

54.   Honts, C. R. & Kassin, S. M. (2007, March). False confessions by juvenile offenders found more believable than the truth. Paper presented at Off the Witness Stand: Using Psychology in the Practice of Justice, John Jay College of Criminal Justice, New York.

55.   Honts, C. R. & Kassin, S. M. (2007, September). False confessions by juvenile offenders as believable as true confessions. Paper presented at *Interrogations & Confessions: A Conference Exploring Current Research, Practice, and Policy*, The University of Texas at El Paso, Texas.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

## 2006

56.   Forrey, S. A. & Honts, C. R. (2006, April). *Individual views of felons returning to the community.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

57.   Honts, C. R. (2006, March). *The science of false confessions.* Invited address presented at: *Life in the Balance 2006: Defending Death Penalty Cases.* National Legal Aid & Defender Association, Philadelphia, Pennsylvania.

58.   Honts, C. R. (2006, March). *The polygraph in 2006: Basic issues and novel uses.* Invited address presented at: *Life in the Balance 2006: Defending Death Penalty Cases.* National Legal Aid & Defender Association, Philadelphia, Pennsylvania.

59.   Honts, C. R. (2006, March). *Polygraph in the American courts: Current status, novel uses, and future prospects.* Invited address presented at the European Expert Meeting on Polygraph Testing: Practical Session, Maastrich, The Netherlands.

60.   Honts, C. R. (2006, March). *The science of psychophysiological deception detection: An analysis from an applied scientific perspective.* Invited address presented at the European Expert Meeting on Polygraph Testing: Research Session, Maastrich, The Netherlands.

61.   Honts, C. R. (2006, April). *Contemporary research on the comparison question test.* Invited address given at the Unit for Criminal, Legal and Investigative Psychology, Göteborgs Universitet, Göteborg, Sweden.

62.   Honts, C. R. (2006, April). *Deception and deception detection: The unwanted psychology.* Presidential address delivered at the annual meeting of the Rocky Mountain Psychological Association, The Canyons, Utah.

63.   Honts, C. R. (2006, October). *The psychophysiological detection of deception: The state of the science in 2006.* Invited address given at the University of Nebraska at Kearney.

64.   Honts, C. R., Huck, B., & Sanders, S. (2006, April). Certainly, I would know a false confession by a juvenile if I saw one? Paper presented in the Presidential symposium: Contemporary deception and deception detection research in the Rocky Mountain Region, at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

65.   Turnblom, K.A. & Honts, C. R. (2006, April). *Mortality Salience and attitudes toward the death penalty.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

66.   Turnblom, K. A., & Honts, Charles, C. R. (2006, April). *Indications of truthfulness resulting from race perceptions.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

## 2005

67.   Forrest, K., Ewton, S., & Honts, C. R., (2005, March). *"I confess …I hit the 'ALT' key:" Could the "ALT" key be misleading special knowledge?* Paper presented at the American Psychology-Law Conference in La Jolla, California, USA.

68.   Honts, C. R. (2005, March). *Information gain for the psychophysiological detection of deception.* Paper presented at the American Psychology-Law Conference in La Jolla, California, USA.

69.   Honts, C. R. (2005, May). *Polygraph countermeasures.* Invited lecture at 第二届全国心 理测试高级培训班（中国洛阳）Second Chinese National Seminar on Polygraph. Luoyang, China.

**Charles R. Honts, Ph. D.**                                                                 **Curriculum Vitae**

70.   Honts, C. R. (2005, November).  The psychology of false confessions.  Invited address at the Atlantic Canadian Conference: Understanding Wrongful Convictions, sponsored by Saint John Police Force and Office of the Attorney General of New Brunswick.  Saint John, New Brunswick, Canada. http://www.uwcsaintjohn.ca/index.html

71.   Honts, C. R., & Raskin, D. C. (2005, May).  *The directed lie comparison question.*  Invited lectures at 第二届全国心理测试高级培训班（中国洛阳）Second Chinese National Seminar on Polygraph. Luoyang, China.

72.   Honts, C. R., & Raskin, D. C. (2005, May).  *The polygraph in employment and national security.*  Invited lectures at 第二届全国心理测试高级培训班（中国洛阳）Second Chinese National Seminar on Polygraph. Luoyang, China.

73.   Honts, C. R. (2005, September).  *Deception and deception detection.*  Invited address at the Fraud and Identity Theft Conference, Boise State University, Boise, Idaho.

74.   Honts, C. R., & Turnblom, K. A., (2005, August).  *Eyewitness identification more difficult under low illumination: Live event experiment.*  Paper presented at the annual meetings of the American Psychological Association, Washington DC.

75.   Raskin, D. C., & Honts, C. R. (2005, May).  *Polygraph techniques.*  Invited lectures at 第二届全国心理测试高级培训班（中国洛阳）Second Chinese National Seminar on Polygraph. Luoyang, China.

76.   Raskin, D. C., & Honts, C. R. (2005, May).  *Polygraph numerical scoring system.*  Invited lectures at 第二届全国心理测试高级培训班（中国洛阳）Second Chinese National Seminar on Polygraph. Luoyang, China.

77.   Raskin, D. C., & Honts, C. R. (2005, July).  *Using the polygraph in employment and national security.*  Paper presented at: Workshop on the Use of Autonomic and Somatic Measures for Security Evaluations, John C. Kircher, Chair, National Science Foundation and Office of Science and Technology Effort to Propose an Agenda for Research on Security Evaluations. National Science Foundation, Arlington, Virginia.

78.   Turnblom, K., & Honts, C. R. (2005, March).  *The accuracy of eyewitness identification under differing illumination condition.* Paper presented at the American Psychology-Law Conference in La Jolla, California USA.

79.   Turnblom K., & Honts, C. R. (2005, April).  *The accuracy of eyewitness identification in sequential lineups and varied illumination.*  Paper presented at the Rocky Mountain Psychological Association meeting in Phoenix, Arizona.

80.   Turnblom K., & Honts, C. R. (2005, April). *Intrinsic Vs. Extrinsic Religiosity And Feelings Of Regret About Sexual Behavior.* Paper presented at the Rocky Mountain Psychological Association meeting in Phoenix, Arizona.

**2004**

81.   Anders, S., Forrest, K. D., & Honts, C. R., (March, 2004). Uncommon knowledge: getting judges past what they think they know and gaining acceptance for expert testimony in social science disciplines. Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, Arizona.

82.   Forrest, K. D., Honts, C. R., & Anders, S. (March, 2004).  *Laypersons' predictions of research findings sometimes fail to demonstrate common knowledge.* Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, Arizona.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

83.   Hill, B., Honts, C., Lutsky, N., & Lodge, G. (2004, April).  *Perspectives on teaching:  The young, old, & the aged.*  STP/CTUP Conversation Hour, R. Miller, Moderator, Rocky Mountain Psychological Association, Reno, Nevada.

84.   Honts, C. R. (2004, March). *The polygraph in 2004: How to tell the good from the bad in both science and practice.*  Invited address presented at Life in the Balance 2004: Defending Death Penalty Cases.  National Legal Aid & Defender Association, Memphis, Tennessee.

85.   Honts, C. R., & Forrest, K. D., (2004, April). *A cautionary note for the teaching of psychology and law: Media images may be more persuasive than data.*  Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Reno, Nevada.

86.   Honts, C. R., & Raskin, D. C. (March, 2004). *Polygraph critics advocate convicting the innocent.*  Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, Arizona.

## 2003

87.   Bell, V., Booras, A., Hunsaker, C., Mower, K., Villamarin, V., Wilson, S., Forrest, K., & Honts C. R. (2003, April). *Women give fewer false confessions than men in a laboratory study.*  Paper presented at the Rocky Mountain Psychological Association Meeting, Denver Co.

88.   Forrest, K. D., Wilson, S. L., & Honts, C. R. (2003, July). *Think about what you have done in the past:  Does rumination elicit false confessions?*  Paper presented at the Second International Interdisciplinary Conference on Psychology and Law, Edinburgh, Scotland.

89.   Honts, C. R. (2003, March).  *The psychophysiological detection of deception: The state of the science in 2003.*  Invited address given at:  Rättspsykologiskt symposium:  Hur avslöjas en lögnare? (Deception Detection in Forensic Contexts.) Sponsored by the Unit for Criminal, Legal and Investigative Psychology, Göteborgs Universitet, Göteborg, Sweden.

90.   Honts, C. R. (2003, October). *Participant perceptions support the rationale of the comparison question test for the psychophysiological detection of deception.*  Paper presented at the annual meeting of the Society for Psychophysiological Research, Chicago, Illinois.

91.    Skogsberg, K., & Honts, C. R., & Wolfe, G. (2003, April).  *Case studies of EEG biofeedback training using a measurement of affect.* Paper presented at the Rocky Mountain Psychological Association Meeting, Denver, Colorado

## 2002

92.   Alloway, W. R., & Honts, C. R. (2002, April). *An information countermeasure has no effect on the validity of the Test for Espionage and Sabotage (TES).* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

93.   Honts, C. R. (2002, April).  *A higher education application of Åronson's Jigsaw Technique.*  Invited lecture sponsored by the APA Higher Education Directorate & the Society for the Teaching of Psychology at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

94.   Honts, C. R. (2002, September). *Countermeasures, can we detect them, the scientific research, and can we neutralize them.*  Invited address at the Midwest Polygraph Training Seminar. Sponsored by the National Polygraph Association, Kansas Polygraph Association, Missouri Polygraph Association and the Nebraska Polygraph Association, Overland Park, Kansas.

**Charles R. Honts, Ph. D.**                                              **Curriculum Vitae**

95.    Honts, C. R. (2002, September). *The directed lie technique.*  Invited address at the Midwest Polygraph Training Seminar.  Sponsored by the National Polygraph Association, Kansas Polygraph Association, Missouri Polygraph Association and the Nebraska Polygraph Association, Overland Park, Kansas.

96.    Honts, C. R., Thurber, S., Cvencek, D., & Alloway, W. (2002, March). *General acceptance of the polygraph by the scientific community: Two surveys of professional attitudes.* Paper presented at the American Psychology-Law Society biennial meeting, Austin, Texas.

97.    Villamarin, V. A., Honts, C. R. (2002, April). *A comparison of three methods of scoring comparison question polygraph tests.*  Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

## 2001

98.    Cvencek, D., Honts, C. R., Kruger-Warn, E., Alloway, W., Hunsaker, C., & Nudson, O. N. (2001, April).  *Psycho-legal scholars report positive attitudes towards polygraph validity.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Reno, Nevada.

99.    Honts, C. R. (2001, April).  *Truth or just bias: The strange mix of psychology, law and the detection of deception.*  RMPA Invited Lecture, presented at the annual meeting of the Rocky Mountain Psychological Association, Reno, Nevada.

100.   Honts, C. R. (2001, April). *Truth or bias: Psychology and the polygraph.*  Invited address, distinguished lectures in Psychology, The University of Nebraska, Kearney.

101.   Honts, C. R. (2001, April). *Child Witness: Credibility and Assessment.*  Invited address, distinguished lectures in Psychology, The University of Nebraska, Kearney.

102.   Honts, C. R. (2001, April).  *Documenting your credentials when applying for graduate school and for academic employment.* In S. Amato, C. R. Honts, & J. Purdy: Where's the beef?  Obtaining and demonstrating skills essential for employment and graduate school,  a symposium presented at the annual meeting of the Rocky Mountain Psychological Association, Reno, Nevada.

103.   Honts, C. R. (2001, April).  *Undergraduate involvement in an active detection of deception laboratory.*  In A. Webb:  Undergraduate teaching and research:  Roles are constrained only by imagination, Society for the Teaching of Psychology (Div 2) Invited symposium presented at the annual meeting of the Rocky Mountain Psychological Association, Reno, Nevada.

104.   Honts, C. R. (2001, July).  *Validity of the polygraph when used for national security screening.* Invited presentation before the National Academy of Sciences National Research Council Division on Behavioral and Social Sciences and Education, Committee to Review the Scientific Evidence on the Polygraph.  Woods Hole, Massachusetts.

## 2000

105.   Amato, S. L., Dillinger, R. J., & Honts, C. R. (2000, March).  *Psychophysiological detection of deception exams in the treatment of sex offenders.* Paper presented at the American Psychology-Law Society biennial meeting, New Orleans, Louisiana.

106.   Hanson, G., Kruger-Warn, E. R., Honts, C. R.,  & Thurber, S. (2000, May).  *Approaches to the analysis of 2 X 3 contingency tables in detection of deception research:  A Monte Carlo analysis.*  Paper given at the annual meeting of the Idaho Psychological Association, Boise, Idaho.

**Charles R. Honts, Ph. D.**                                                      **Curriculum Vitae**

107. Honts, C. R., Amato, S., & Gordon, A. (2000, March). *Outside issues dramatically reduce the accuracy of polygraph tests given to innocent individuals.* Paper presented at the American Psychology-Law Society biennial meeting, New Orleans, Louisiana.

108. Kruger-Warn, E. R., Hanson, G., Honts, C. R., & Thurber, S. (2000, May). *Approaches to the analysis of 2 X 3 contingency tables in detection of deception research: A power analysis for a small effect.* Paper given at the annual meeting of the Idaho Psychological Association, Boise, Idaho.

**1999**

109. Amato, S. L., & Honts, C. R. (1999, May). *Automated polygraph examination outperforms human in employment screening context.* Paper presented at the annual meeting of the Midwestern Psychological Association, Chicago, Illinois.

110. Amato, S. L., & Honts, C. R. (1999, July). *Polygraph testing in the American courts: A mismatch between science and the law.* Paper presented at the International Psychology Law Conference, Dublin, Ireland.

111. Honts, C. R. (1999, August). *Polygraph algorithms: What are they? and Do they work?* Invited address at the annual meeting of the American Polygraph Association, Dallas, Texas.

112. Honts, C. R., & Amato, S. (1999, April). *Human v. machine: Research examining the automation of polygraph testing.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Fort Collins Colorado.

113. Otter, K. D., Amato, S., & Honts, C. R. (1999, April). *Spontaneous countermeasures during polygraph examinations: An apparent exercise in futility.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Fort Collins Colorado.

**1998**

114. Amato, S. L. & Honts, C. R. (1998, March). *The impairing effects of misinformation: Challenging the permanence of memory.* Paper presented at the American Psychology-Law Biennial Conference, Redondo Beach, California.

115. Devitt, M. K., Honts, C. R., & Letterman, M. R. (1998, March). *Regional differences effect mock juror decisions and trial outcome in cases involving sexual abuse allegations.* Paper presented at the American Psychology-Law Biennial Conference, Redondo Beach, California.

116. Honts, C. R. (1998, April). *Psychological science in the courtroom: Five years after Daubert.* Symposium presented (and chaired) at the joint meeting of the Western Psychological Association and the Rocky Mountain Psychological Association, Albuquerque, New Mexico.

117. Honts, C. R. (1998, April). *The polygraph after Daubert.* Paper presented at the joint meeting of the Western Psychological Association and the Rocky Mountain Psychological Association, Albuquerque, New Mexico.

**1997**

118. Amato, S. L., & Honts, C. R. (1997, May). *Understanding misinformation's effect on memory through a concealed knowledge test paradigm.* Paper presented at the annual meeting of the American Psychological Society, Washington, DC.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

119. Honts, C. R. (1997, May).  *Is it time to reject the friendly polygraph examiner hypothesis (FEPH)?*  Paper presented at the annual meeting of the American Psychological Society, Washington, D.C.

120. Nowell, B., Lamet, J. Amato, S. L., & Honts, C. R. (1997, April).  *Child abuse vs. normal interactions:  A review of the literature.*  Paper presented the annual meeting of the Rocky Mountain Psychological Association, Reno, Nevada.

121. Orner, V. L.,  Devitt, M. K., Honts, C. R., & Donaldson, J. S. (1997, March). *Regional attitude differences toward repressed and nonrepressed memories.* Paper presented at the Oklahoma Psychological Association and Oklahoma Psychological Society 15th Annual Spring Conference to Encourage and Develop Psychological Research, Edmond, OK.

122. Orner, V. L., Devitt, M. K., & Honts, C. R. (May, 1997). *Regional differences in attitudes toward repressed and nonrepressed memories.*  Paper presented at the annual meeting of the Southwestern Psychological Association, Fort Worth, Texas.

### 1996

123. Amato-Henderson, S. L., Honts, C. R., & Plaud, J. J. (October, 1996).  *Effects of misinformation on the concealed knowledge test.*  Paper presented at the annual meeting of the Society for Psychophysiological Research, Vancouver, British Columbia, Canada.

124. Devitt, M. K., Honts, C. R., & Loftus, E. F. (April, 1996).  *The effects of misinformation on memory for complete events.*  Paper presented at the 1996 Southwestern Psychological Association Annual Conference, Houston, Texas.

125. Devitt, M. K., Honts, C. R., & Timm, T. M.  (April, 1996).  *Sleeping memories revisited:  Mock jurors' attitudes regarding repressed memories.*  Paper presented at  the 1996 Southwestern Psychological Association Annual Conference, Houston, Texas.

126. Devitt, M. K., Loftus, E. F. &  Honts, C. R.  (November, 1996)  *'Memory for fictitious events.*  Paper presented at the 37th Annual Meeting of the Psychonomic Society, Inc, Chicago, IL.

127. Honts, C. R. (April, 1996).  *Science and the child witness:  Credibility and its assessment.*  Invited address given at the Idaho Psychological Association meetings in Sun Valley, Idaho.

128. Tye, M. J. C., & Honts, C. R. (August, 1996).  Evaluating children's testimonies with training in criteria based content analysis.  Paper presented at the meetings of the American Psychological Association, Toronto, Ontario, Canada.

### 1995

129. Gillund, B., Ferraro, F. R., Petros, T., & Honts, C. R. (June, 1995).  *Time course of word recognition resource allocation between good and poor readers.*  Paper presented at the annual meetings of the American Psychological Society, New York City.

130. Honts, C. R. (January, 1995).  *Credibility assessment with children.*  Paper presented at CRIMECON: The International INTERNET Conference on Crime and Criminal Justice.

131. Honts, C. R. (October, 1995).  The Raskin legacy:  Psychophysiology, psychology, and the law.  Paper given in C. R. Honts and S. W. Porges, The Raskin legacy:  From Pavlov to the law:  A preconference symposium honoring David C. Raskin.  Special Event at the annual meetings of the Society for Psychophysiological Research, Toronto, Canada.

**Charles R. Honts, Ph. D.**                                                                 **Curriculum Vitae**

132. Honts, C. R., Devitt, M. K., Tye, M. J. C., Peters, D. P., & Vondergeest, L. (April, 1995). *credibility assessment with children.* Paper presented at the Society for Research in Child Development meetings in Indianapolis, Indiana.

133. Honts, C. R., & Kircher, J. C. (October, 1995). *Legends of the concealed knowledge test: Lykken's distributional scoring system fails to detect countermeasures.* Paper presented at the meetings of the Society for Psychophysiological Research, Toronto, Canada.

134. Kircher, J. C., Raskin, D. C., Honts, C. R., & Horowitz, S. W. (October, 1995). *Lens model analysis of decision-making by field polygraph examiners.* Paper presented at the meetings of the Society for Psychophysiological Research, Toronto, Canada.

135. Tye, M. J. C., & Honts, C. R. (April, 1995). *Adults are no better than chance at detecting children's narrative deception.* Paper presented at the Society for Research in Child Development meetings in Indianapolis, Indiana.

136. Tye, M. J. C., & Honts, C. R. (November, 1995). *Training in a new assessment technique (SVA) for the diagnosis of the sexually abused child.* Paper presented at the annual meeting of the Association for Advancement of Behavior Therapy, Washington, DC.

137. Tye, M. J. C., Henderson, S. A., & Honts, C. R. (January, 1995). *Evaluating children's testimonies: CBCA and lay subjects.* Paper presented at CRIMECON: International INTERNET Conference on Crime and Criminal Justice.

**1994**

138. Amato, S. L. & Honts, C. R. (October, 1994). *What do psychophysiologists think about polygraph tests? A survey of the membership of SPR.* Paper presented at the annual meeting of the Society for Psychophysiological Research, Atlanta, GA.

139. Amato, S. L., & Honts, C. R. (March, 1994). *A survey of the Society for Psychological Research regarding the polygraph.* Paper presented at the Red River Valley Psychology Conference, Fargo ND.

140. Devitt, M. K., Honts, C. R., Gillund, B. E., Amato, S. L., Peters, D. P., & Norton, M. (March, 1994). *A study of the willingness of children to make false accusations about a serious matter.* Paper presented at the American Psychology - Law Society Meetings, Sante Fe, NM.

141. Devitt, M. K., Honts, C. R., & Timm, T. (October, 1994). *Sleeping memories revisited: The effects of repressed and non-repressed memories on jurors.* Paper presented at the annual meeting of the North Dakota Psychological Association, Grand Forks.

142. Honts, C. R. (May, 1994). *False allegations in sexual abuse cases.* Invited address at the 1st Annual Conference on Psychiatry and the Law, Missoula Psychiatric Services, Missoula, Montana.

143. Honts, C. R. (August, 1994). *The psychophysiological detection of deception.* Invited address given at Vitnepsykologi - 94: Psychological Methods in the Investigation and Court Treatment of Sexual Abuse, Tromsø, Norway.

144. Honts, C. R. (September, 1994). *Uses and abuses of polygraph test used in child sexual abuse litigation.* Invited address at the Third International Conference of the National Child Abuse Defense and Resource Center, Cleveland, Ohio.

145. Honts, C. R. (September, 1994). *Child witness credibility: Influence factors and methods of assessment.* Invited address at the Third International Conference of the National Child Abuse Defense and Resource Center, Cleveland, Ohio, September 23, 1994

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

146. Honts, C. R. (October, 1994).  *Field validity study of the Canadian Police College polygraph technique.*   Paper presented at the annual meeting of the Society for Psychophysiological Research, Atlanta, GA.

147. Honts, C. R., & Devitt, M. K. (March, 1994).  *Credibility assessment of verbatim statements (CAVS):  A study of statement analysis with adults.*  Paper presented at the meeting of the American Psychology - Law Society, Sante Fe, NM.

148. Honts, C. R., Winbush, M., & Devitt, M. K. (October, 1994).  *Physical and mental countermeasures can be used to defeat guilty knowledge tests.*   Paper presented at the annual meeting of the Society for Psychophysiological Research, Atlanta, GA.

149. Honts, C. R., & Raskin, D. C. (August, 1994).  *The susceptibility of children to suggestion and influence.*  Invited address given at Vitnepsykologi - 94:  Psychological Methods in the Investigation and Court Treatment of Sexual Abuse, Tromsø, Norway.

150. Kircher, J. C., Raskin, D. C., Honts C. R., & Horowitz, S. W.  (October, 1994).  *Generalizability of statistical classifiers for the detection of deception.*   Paper presented at the annual meeting of the Society for Psychophysiological Research, Atlanta, GA.

151. Raskin, D. C., & Honts, C. R (1994). *A bootstrap reanalysis of the results of Boychuk, 1991.*  Invited address given at Vitnepsykologi - 94:  Psychological Methods in the Investigation and Court Treatment of Sexual Abuse, Tromsø, Norway.

152. Telander, R., & Honts, C. R. (March, 1994).  *Bingo:  Who is playing and why?*  Paper presented at the Red River Valley Psychology Conference, Fargo, ND.

153. Tye, M. J. C., & Honts, C. R. (March, 1994).  *Evaluating children's testimonies.*  Paper presented at the Red River Valley Psychology Conference, Fargo, ND.

154. Tye, M. J. C., Amato, S. L., Honts, C. R. (October, 1994).  *Evaluating children's testimonies:  Recent research.*  Paper presented at the annual meeting of the North Dakota Psychological Association, Grand Forks.

**1993**

155. Amato, S. L., & Honts, C. R. (October, 1993).  *Scientific Attitudes about the polygraph:  Implications for admissibility following the death of Frye.*   Paper presented at the annual meeting of the North Dakota Psychological Association, Fargo, ND.

156. Devitt, M. K., & Honts, C. R. (June, 1993).  *Multivariate classifiers perform as well as experts in the detection of deception.*  Paper presented at the annual meeting of the American Psychological Society, Chicago.

157. Devitt, M. K., Honts, C. R., & Gillund B. (June, 1993).  *Stealing thunder does not ameliorate the effects of the hired gun cross-examination tactic.*  Paper presented at the annual meeting of the American Association for Applied and Preventive Psychology, Chicago.

158. Honts, C. R. (February, 1993).  The application of computationally intensive statistical techniques in a psychophysiological detection of deception problem.  University of North Dakota, Computer Science Colloquium.  Grand Forks, North Dakota.

159. Honts, C. R.  (October, 1993).  *Symposium:  Assessing children's credibility.*  (Chair) Symposium presented at the annual meeting of the North Dakota Psychological Association, Fargo, ND.

**Charles R. Honts, Ph. D.**                                              **Curriculum Vitae**

160. Honts, C. R. (October, 1993).  *Statement validity assessment:  A technique for assessing the veracity of a child witness.*  Paper presented in C. R. Honts, Chair, Symposium:  Assessing children's credibility.  North Dakota Psychological Association, Fargo, ND.

161. Honts, C. R., & Devitt, M. K. (June, 1993).  *Bootstrap statistical decision maker developed for use in the detection of deception.*  Paper presented at  the annual meeting of the American Psychological Society, Chicago.

162. Honts, C. R., Devitt, M. K., & Amato, S. L. (June, 1993).  *Explanatory style predicts perceptions of expert witness believability.*  Paper presented at the annual meeting of the American Association of Applied and Preventive Psychology, Chicago.

163. Vondergeest, L. K., Honts, C. R., & Devitt, M. K.  (June, 1993).  *No gender effects found on mock juror's perceptions of expert witness credibility.*  Paper presented at PSY-CHI session at the annual meeting of the American Psychological Society, Chicago.

## 1992

164. Devitt, M. K., Honts, C. R., & Peters, D. P. (1992, April).  *Truth or just bias:  The presentation of polygraph testing in introductory psychology texts.*  Paper presented at the Red River Valley Psychology Conference.

165. Devitt, M. K., Peters, D., Honts, C. R., & Amato, S. (1992, May).  *A study of the willingness of children to make a false accusation about a serious matter.*  Paper presented at the NATO ASI:  The Child Witness in Context:  Cognitive, Social, and Legal Perspectives, IL Ciocco, Italy.

166. Honts, C. R., & Devitt, M. K. (1992, March).  *The hired gun cross examination tactic reduced mock jurors' perception of expert witness' credibility.*  Paper presented at the biennial meeting of the American Psychology-Law Society/Division 41 San Diego, CA.

167. Honts, C. R. (1992, April).  *The psychophysiological detection of deception:  Sparks fly at the intersection of science, psychology, and the law.*  Keynote address of the Red River Psychology Conference, North Dakota State University, Fargo.

168. Honts, C. R., Peters, D., Devitt, M. K., & Amato, S. L. (1992, May).  *Detecting children's lies with statement validity assessment: A pilot study of a laboratory paradigm.*  Paper presented at the NATO ASI:  The Child Witness in Context:  Cognitive, Social, and Legal Perspectives, IL Ciocco, Italy.

169. Honts, C. R., Devitt, M. K., & Amato, S. L. (1992, October). *Neural network classifiers and the detection of deception revisited:  Depth of learning and overfitting.*  Paper presented at the annual meeting of the Society for Psychophysiological Research, San Diego, CA.

170. Vondergeest, L. K., Honts, C. R., & Devitt, M. K. (1992, April).  *Effects of juror and expert witness gender on jurors' perception of the expert witness.*  Paper presented at the Red River Valley Psychology Conference.

## 1991

171. Devitt, M. K., Shubert, L. E., & Honts, C. R. (1991, April).  *Male and female knowledge of and responsibilities in the use of contraceptives.*  Paper presented at the Red River Psychology Conference, Moorhead, Minnesota.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

172. Honts, C. R. (1991, February). *Psychophysiological detection of deception.* Presentation given at the Psychiatry Grand Rounds of North Dakota. North Dakota Educational Telephone Network (ETN).

173. Honts, C. R. (1991, June). *The counterintelligence scope polygraph test found to be a poor discriminator.* Paper presented at the annual meeting of the American Psychological Society, Washington, D. C.

174. Honts, C. R. (1991, November). Jackknife, cross-validation, bootstrapping, and neural networks? An introduction to the application of computationally intensive methods in psychology. University of North Dakota, Psychology Department Colloquium Series, Grand Forks, North Dakota.

175. Honts, C. R., & Kristjanson, A. (1991, June). *A back-propagation neural network fails to out perform discriminant analysis in a physiological detection of deception task.* Paper presented at the First Annual Convention of the American Association of Applied and Preventive Psychology (AAAPP), Washington, D. C.

176. Honts, C. R. (1991, October). *Converging evidence indicates invalidity for national security screening polygraph tests.* Paper presented at the annual meeting of the Society For Psychophysiological Research, Chicago, IL.

177. Honts, C. R., & Devitt, M. K. (1991, October). Jackknife analyses of discriminant, logistic regression and back propagation neural network classifiers in a psychophysiological detection of deception problem. Paper presented at the annual meeting of the Society for Psychophysiological Research, Chicago, IL.

## 1990

178. Honts, C. R. (1994, December). *Polygraph tests: Facts, fables, and the future.* Colloquium given at the Department of Psychology, North Dakota State University, Fargo, North Dakota.

179. Honts, C. R., & Raskin, D. C. (1990, March). *The "Yes" answered control question: Dispelling one of the myths of the polygraph profession.* Paper presented at the 1990 American Psychology-Law Society/Division 41 Biennial Meeting, Williamsburg VA.

180. Honts, C. R., & Carlton, B. (1990, October). *Effects of incentives on the detection of deception.* Paper presented at the annual meeting of the Society for Psychophysiological Research, Boston, MA.

## 1989

181. Barland, G. H., Honts, C. R., & Barger, S. D. (1989, October). *The validity of detection of deception for multiple issues.* Paper presented at the annual meeting of the Society for Psychophysiological Research, New Orleans, LA.

182. Honts, C. R., Barland, G. H., & Barger, S. D. (1989, October). *The relative validity of criminal and screening approaches to the detection of deception.* Paper presented at the annual meeting of the Society for Psychophysiological Research, New Orleans, LA.

**Charles R. Honts, Ph. D.**                                                    **Curriculum Vitae**

## 1988

183. Honts, C. R., Raskin, D. C., Kircher, J. C., & Horowitz, S. W. (1988, March).  *A field validity study of the control question test.*  Paper presented at the American Psychology and Law Society / Division 41 Midyear Conference, Miami, Florida.

184. Honts, C. R., & Driscoll, L. D. (1988, April).  *The development of a rank order scoring system for detection of deception.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Snowbird, Utah.

185. Honts, C. R., Raskin, D. C., & Kircher, J. C. (1988, April).  *Visceral perception and the detection of deception.*  Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Snowbird, Utah.

186. Honts, C. R., Horowitz, S. W., & Raskin, D. C. (1988, April).  *Can the short Eysenck questionnaire be substituted for the Eysenck Personality Inventory.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Snowbird, Utah.

187. Honts, C. R., Kircher, J. C., & Raskin, D. C. (1988, October).  *Patterns of activation and deception.*  Paper presented at the annual meeting of the Society for Psychophysiological Research, San Francisco, CA.

188. Horowitz, S. W., Collins, S., Raskin, D. C., & Honts, C. R. (July, 1988).  *Facial expressions of deceit.*  Paper presented at the NATO Advanced Study Institute, Credibility Assessment:  A Unified Theoretical and Research Perspective, Maratea, Italy.

189. Horowitz, S. W., Raskin, D. C., Honts, C. R., & Kircher, J. C. (1988, October).  *Control questions in physiological detection of deception.*  Paper presented at the annual meeting of the Society for Psychophysiological Research, San Francisco, CA.

190. Kircher, J. C., Raskin, D. C., Honts, C. R., & Horowitz, S. W. (1988, October).  *Generalizability of mock crime laboratory studies of the control question polygraph technique.*  Paper presented at the annual meeting of the Society for Psychophysiological Research, San Francisco,  CA.

191. Raskin, D. C., Kircher, J. C., Honts, C. R., & Horowitz, S. W. (1988, October).  *Validity of control question polygraph tests in criminal investigation.*  Paper presented at the annual meeting of the Society for Psychophysiological Research, San Francisco, CA.

## 1987

192. Honts, C. R. (February, 1987).  *Countermeasures to the physiological detection of deception.*  Colloquium given at the Psychology Department, Wake Forest University, Winston-Salem, North Carolina.

193. Honts, C. R. & Prestrude, A. M. (1987, April). *Interocular effect on specific thresholds for flicker.*  Paper presented at the meeting of the Rocky Mountain Psychological Association, Albuquerque, New Mexico.

194. Honts, C. R. (1987, April).  *Polygraph credibility assessment.*  In John Yuille (Chair), Symposium: *Assessing eyewitness credibility.*  Paper presented at the meeting of the Rocky Mountain Psychological Association, Albuquerque, New Mexico.

195. Honts, C. R. & Raskin, D. C. (1987, May).  *A field validation study of directed lie and standard control questions.* Paper presented at the meeting of the Rocky Mountain Psychological Association, Albuquerque, New Mexico.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

196. Honts, C. R., Raskin, D. C., & Kircher, J. C. (1987, August). *Is polygraph test accuracy related to perceptions of test accuracy?* Paper presented at the annual meeting of the American Psychological Association, New York.

**1986**

197. Honts, C. R. (April, 1986). Clinical versus statistical decision making in the physiological detection of deception: Possible solutions to problems of application. Colloquium given at the Department of Psychology, Virginia Polytechnic Institute and State University, Blacksburg.

198. Honts, C. R., Raskin, D. C., & Kircher, J. C. (1986, March). Socialization and the detection of deception. Paper presented at the American Psychology and Law Society / Division 41 Midyear Conference, Tucson, Arizona.

199. Honts, C. R., Raskin, D. C., & Kircher, J. C. (1986, August). Countermeasures and the detection of deception. Paper presented at the annual meeting of the American Psychological Association, Washington, D. C.

200. Honts, C. R., Raskin, D. C., & Kircher, J. C. (1986, October). Individual differences and the physiological detection of deception. Paper presented at the annual meeting of the Society for Psychophysiological Research, Montreal Canada.

**1985**

201. Raskin, D. C., Kircher, J. C., & Honts, C. R. (1985, February). *Computerized polygraph interpretations and detection of physical countermeasures.* Invited paper, IDENTA '85 International Congress on Techniques for Criminal Identification, Jerusalem, Israel.

202. Honts, C. R., (1985, August). *Research on countermeasures and the physiological detection of deception.* Paper presented at the annual meeting of the American Psychological Association, Los Angeles, CA.

**1984**

203. Honts, C. R. (1984, October). *Countermeasures and the physiological detection of deception.* Paper presented at the meeting of the Society for Psychophysiological Research, Milwaukee, WI.

204. Honts, C. R., Raskin, D. C., Kircher, J. C., & Hodes, R. L. (1984, October). *Effects of spontaneous countermeasures on the physiological detection of deception.* Paper presented at the meeting of the Society for Psychophysiological Research, Milwaukee, WI.

205. Kircher, J. C., Raskin, D. C., & Honts, C. R. (1984, October). *Electrodermal habituation in the detection of deception.* Paper presented at the meeting of the Society for Psychophysiological Research, Milwaukee, WI.

**1983**

206. Honts, C. R., Raskin, D. C., & Kircher, J. C. (1983, September). *Detection of deception: Effectiveness of physical countermeasures under high motivation conditions.* Paper presented at the meeting of the Society for Psychophysiological Research, Pacific Grove, CA.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

## 1982

207. Honts, C. R. (1982, April).  *The interocular effect and specific thresholds for flicker.*  Paper presented at the Experimental Area Annual Research Fest, Department of Psychology, Virginia Polytechnic Institute and State University, Blacksburg.

208. Honts, C. R. & Hodes, R. L. (1982, October).  *The effect of simple physical countermeasures on the detection of deception.*  Paper presented at the meeting of the Society for Psychophysiological Research, Minneapolis, MN.

209. Honts, C. R. & Hodes, R. L. (1982, October).  *The effects of multiple physical countermeasures on the detection of deception.*  Paper presented at the meeting of the Society for Psychophysiological Research, Minneapolis, MN.

## 1981

210. Honts, C. R. (1981, April).  *Effects of instructions and feedback on the control of phasic electrodermal activity.*  Paper presented at the Experimental Area Annual Research Fest, Department of Psychology, Virginia Polytechnic Institute and State University, Blacksburg.


## Public Addresses and Other Public Service Activities:

"Validity and reliability of detection of deception examinations in the laboratory and in the field." Bonneville Community Corrections Center, Salt Lake City, Utah, May 18, 1983.

"Countermeasures:  The detection of attempts to defeat the polygraph test."  Arizona Polygraph Association Seminar, Phoenix, Arizona, April 7, 1984.

"Commercial uses and abuses of the polygraph."  Bountiful Area Chamber of Commerce, Bountiful, Utah, June 20, 1984.

"Countermeasures".  The Third Annual colloquium on Polygraph Science and Methodology. Sponsored by: The Academy of Polygraph Science and Methodology and The Department of Psychology, University of North Carolina, Charlotte.  June 3, 1985.

"Countermeasures, the directed lie control question, socialization, and other things."  Canadian Association of Police Polygraphists Annual Seminar, Ottawa, Canada, August 21, 1986.

"The polygraph in 1987".   The Intermountain Junior Science and Humanities Symposium. University of Utah, Salt Lake City, Utah, February 26, 1987.

"The ethics of the use of polygraph tests in the work place". Business Ethics Seminar, College of Business, University of Utah, Salt Lake City, Utah, August 3, 1987.

"A computer assisted polygraph system".  Utah Polygraph Association, Salt Lake City, Utah, December 16, 1987.

"Countermeasures and psychophysiological patterning in the detection of deception".  Department of Defense Polygraph Institute, Fort McClellan, Alabama, March 7, 1988.

**Charles R. Honts, Ph. D.**                                          **Curriculum Vitae**

"Changes and future directions for the Department of Defense Polygraph Institute", Federal Interagency Polygraph Seminar, FBI Academy, Quantico, Virginia, June 6, 1989.

"Research in the detection of deception", Panel Discussion, Federal Interagency Polygraph Seminar, FBI Academy, Quantico, Virginia, June 9, 1989.

"The evaluation of psychophysiological data from polygraph examinations".  United States Secret Service - 1989 Polygraph Conference, Washington, D. C., November 11, 1989.

"Validity of the positive control question test and the effects of countermeasures on the control question test".  Naval Investigative Service Annual Polygraph Seminar, Department of Defense Polygraph Institute, Fort McClellan, Alabama.  July 16, 1990.

"Topics in the detection of deception". Panel Discussion.  The 21st Annual National Polygraph Workshop, Delta College, University Center, Michigan.  May 10, 1991.

"The directed lie control question: Research and practice".  The 21st Annual National Polygraph Workshop, Delta College, University Center, Michigan.  May 10, 1991.

"Countermeasures and the detection of deception:  Facts not fables".  The 21st Annual National Polygraph Workshop, Delta College, University Center, Michigan.  May 10, 1991.

"Credibility assessment with adults and children."  Invited address to the North Dakota State's Attorneys Association.  University of North Dakota Law School.  February 11, 1994.

"Junk science in the courtroom."  Presentation at the North Dakota Supreme Court Judicial Institute, University of North Dakota Law School, Grand Forks.  May 23, 1994.

"New developments in the assessment of children's credibility."  Presentation at the North Dakota Supreme Court Judicial Institute, University of North Dakota Law School, Grand Forks.  May 23, 1994.

"The polygraph in 1994."  Presentation at the North Dakota Supreme Court Judicial Institute, University of North Dakota Law School, Grand Forks.  May 24, 1994.

"Uses and abuses of polygraph test used in child sexual abuse litigation."  Invited address at the Third International Conference of the National Child Abuse Defense and Resource Center, Cleveland, Ohio, September 22, 1994.

"Child witness credibility:  Influence factors and methods of assessment."   Invited address at the Third International Conference of the National Child Abuse Defense and Resource Center, Cleveland, Ohio, September 23, 1994.

"The child witness."  Invited address at the Thirteenth Annual "Helen Hamilton Day" meetings at the University of North Dakota Law School.  Sponsored by the University of North Dakota Law Women's Caucus.  Grand Forks, North Dakota, May 1995.

"Legal admissibility of the polygraph in 1996",  Invited presentation at the Federal Public Defender's Third Thursday meeting.  Boise, Idaho, March 1996.

"The polygraph after Daubert", Invited lectures at the Indiana Public Defender Council 1997 Death Penalty Seminar.  Indianapolis, Indiana, September 1997.

**Charles R. Honts, Ph. D.**                                         **Curriculum Vitae**

Hannity and Colmes, 3 November 1997, Appearance on nationally broadcast television show concerning *Commonwealth v. Woodward.*  Fox News Network.

The Alan Colmes Show.  Nationally syndicated radio talk show, 4 November 1997, Appearance on nationally broadcast radio talk show concerning *Commonwealth v. Woodward.*

The Victoria Jones Show.  Nationally syndicated radio talk show, 4 November 1997, Appearance on nationally broadcast radio talk show concerning *U. S. v. Scheffer* before the U. S. Supreme Court, and *Commonwealth v. Woodward.*

KIVI News, 10 November 1997. Appearance on Boise evening news concerning *Commonwealth v. Woodward.*

KTVB News, 10 November 1997. Appearance on Boise evening news concerning *Commonwealth v. Woodward.*

KBCI News, 10 November 1997. Appearance on Boise evening news concerning *Commonwealth v. Woodward.*

German National Television, February 1998, *Lugeudetektor*, NTSC.  Appearance on nationally broadcast documentary.

National Criminal Defense Lawyers Association, April 1998, What the Polygraph Can Do For Your Client:  Scientific and Practical Aspects of the Polygraph After Daubert.  Invited Address at the Spring Seminar, Santa Monica, California.

Washington Defenders' Conference, May 1998, Scientific Credibility Assessment:  Life After Daubert and Scheffer.  Two talks:  Child Witnesses 1 May 1998, The Polygraph, 2 May 1998.  Invited lectures at the annual conference. Sun Mountain Lodge, Winthrop, Washington.

Insight, The BBC World Service, November 1998, world-wide broadcast documentary.

Idaho Association of Criminal Defense Lawyers, March 1999, 1999 Winter Seminar:  World Class Defenders & World Class Skiing.  Repressed Memory:  Junk Science in the Courtroom.  Elkhorn Resort, Sun Valley, Idaho.

Idaho Association of Criminal Defense Lawyers, June 1999, The 1999 Spring Seminar.  The Polygraph in Y2K.  Idaho Falls, Idaho.

*Deadline Discovery.*  January 31, 2001. Interview concerning the validity of Brain-fingerprinting.  Broadcast on the Discovery Channel.

*60 Minutes II, Final Exam* with Scott Pelley, December 12, 2001, Feature on polygraph in national security.  Broadcast on the CBS network.

Idaho Juvenile Corrections Management Team, May 21, 2002, *The Polygraph: Basic issues regarding sex offender testing.* Nampa, Idaho.

Juvenile Justice Advisory Team of Magistrate Judges, July 23, 2002, *The Polygraph: Basic issues regarding sex offender testing.*  Boise, Idaho.

**Charles R. Honts, Ph. D.**                                        **Curriculum Vitae**

Juvenile Corrections Board, August 16, 2002, The Polygraph: Basic issues regarding sex offender testing.  Boise, Idaho.

Federal Public Defender's Third Thursday Meeting, September 19, 2002. Invited presentation, "Assessing the credibility of a child witness," Boise, Idaho.

KCBI, Channel 2 News, *10 at 10.*  Interview and news feature concerning the validity of polygraph testing.   July 28, 2003, Boise, Idaho.

KBSU, Boise State Public Radio, New Horizons in Education, Interview regarding the validity of polygraph testing. June 4, 2004, rebroadcast August 6, 2004.

Dateline NBC, appeared on the episode, *The Mystery in Rock Hill,* first broadcast, 9 July 2010.

## World Wide Web Services:

*Polygraph Law Resource Page,*  http://truth.boisestate.edu/polygraph/polylaw.html (1997-2012)

*The Credibility Assessment and Witness Psychology List* - CAAWP@listserv.boisestate.EDU (1997-2007)

## Workshops and Conferences Organized and/or Conducted:

*The First Annual Psychology and Law Conference* of the Psychology Department & the Division of Continuing Education, University of North Dakota, Grand Forks, Co-Organized with Douglas Peters, July, 1991

NATO Advanced Study Institute - *The Child Witness in Context:  Cognitive, Social, and Legal Perspectives.*  IL Ciocco, Lucca, Italy.  Executive Assistant to the Director, Douglas Peters On-site Program Manager, May, 1992

*Interviewing Children and Assessing Their Credibility.*  Workshop sponsored by the Ward County (North Dakota) State's Attorney and the Ward County Social Service Board.  Minot, North Dakota. April, 1994.

NATO Advanced Study Institute - *Credibility:  International Perspectives on Assessment, Methods, and Research.*  Director: Charles R. Honts, Organizing Committee: Marisa Alonso-Quecuty, Guenter Koehnken, and Sven Svebak.  Proposed for 1995, not funded.

The State of New Mexico.  *The polygraph in 1998: Advances in Polygraph Science.*  Continuing education workshop for New Mexico Polygraph Examiners, Albuquerque, New Mexico, 18 and 19 April 1998.  Partially funded by the State of New Mexico, Private Investigator and Polygraph Board.

The State of New Mexico.  *The polygraph in 1999: Advances in Polygraph Science.*  Continuing education workshop for New Mexico Polygraph Examiners, Albuquerque, New Mexico, 20 and 21 March, 1999.   Co-conducted with John C. Kircher, Ph. D.  Partially funded by the State of New Mexico, Private Investigator and Polygraph Board.

Court Appointed Special Advocate.  Child witnesses: Credibility and its assessment.  In service training.  Boise, Idaho 10 September 2001, 26 November 2002, 1 February 2005.

**Charles R. Honts, Ph. D.**                                                  **Curriculum Vitae**

Idaho Criminal Defense Lawyers Association, Invited CLE lecture, *The Psychology of Confessions: Issues and Concerns from Psychological Science.*  November 3, 2006, Boise, Idaho.

The State of New Mexico.  *The polygraph in 2007.*  Continuing education workshop for New Mexico Polygraph Examiners, Albuquerque, New Mexico, January 20, 2007.   Funded by the State of New Mexico, Private Investigator and Polygraph Board. (8 hours of presentation.)

Mississippi Polygraph Association. *The polygraph in 2007.*  Continuing education workshop for Polygraph Examiners. Tunica Mississippi.  (8 hours of presentation).

*Credibility Assessment Research Summit (CARS)* held by the Counterintelligence Field Activity (CIFA), Combating Terrorism Technology Support Office (CTTSO), and the Defense Academy for *Credibility Assessment* (DACA). Vienna, Virginia May 23-25, 2007, Member of the Organizing Committee.

Texas Association of Law Enforcement Polygraph Investigators (TALEPI).  2007 Training Seminar. Topics covered:  **False Confessions, Polygraph Technique Validation Studies, Utah Zone Technique, Polygraph Countermeasures**. Austin Texas, June 18 and 19, 2007. http://www.talepi.org/07SeminarARC.pdf

Israeli Polygraph Examiners Association. 2008 Training Seminar. ***The Utah Approach to the Comparison Question Test*** (6 hours) and ***Polygraph Countermeasures*** (2 hours), Dead Sea, Israel, January, 18 and 19, 2008.

***Credibility Assessment at Portals Workgroup*** held by the Defense Academy for Credibility Assessment (DACA). McLean, Virginia, December 4 and 5, 2008.

***Conducting research with the comparison question test.*** Workshop held at the Psychology Department, John Jay College of Criminal Justice, New York, New York, 2 April 2009.

I provided continuing education instruction in an advanced polygraph course in Lexington, KY to a group of 15 Singapore and Bruneian government examiners. During this course, I provided 16 hours of instruction on the topics of the **Utah Technique, Utah Scoring System, Use of DLCs, Countermeasures and False Confessions.** (June 4-5, 2013).

I provided a day of continuing education instruction for **Idaho Law Enforcement** officers / polygraph examiners in Boise, Idaho on the topics of  **Polygraph Countermeasures** and the **Psychology of Confessions.** Organized by Detective Travis Ruby, Ada County Sheriff's Office. (November 6, 2013).

***Basic polygraph instrumentation and an introduction to polygraph testing.*** A workshop provided for faculty and graduate students in the Department of Psychology, University of North Dakota, Grand Forks, (November 17, 2014).

***Evidence Based Interviewing Techniques***, Seminar presented to law enforcement investigators and polygraph examiners in Atlantic City, New Jersey, May 23-25, 2016 by Honts, Handler, and Hartwig, LLC in association with the with New Jersey Polygraphists, Inc.

**Charles R. Honts, Ph. D.**                                                                     **Curriculum Vitae**

***Evidence Based Questioning Techniques***, Seminar presented to forensic professionals at Boise State University, May 31 and June 1, 2017. Co-sponsored by the Global Institute of Forensic Research, Honts, Handler, and Hartwig, LLC., and the Department of Psychological Science of Boise State University.

## Online Courses:

***Evidence-Based Interviewing Practices***, Online continuing education (9 CE credits) training offered by the Global Institute of Forensic Research  https://www.gifrinc.com/interviewing-practices/  Presented by Charles R. Honts, Mark Handler and Maria Hartwig.
First available in August 2017.

## Editorial Activities:

**Founder and Editor of**:
*The Journal of Credibility Assessment and Witness Psychology*          1996-2010
*Polygraph-Law Resource Page*                                            1996-2011

**Associate Editor**, *Polygraph & Forensic Credibility Assessment:*      1988-1990, 2015-23
*A Journal of Science and Field Practice* (*Formerly, Polygraph*)

**Member of the Editorial Board**,

*Forensic Reports*                                                        1991-1992
*European Polygraph*                                                      2008-2013

**Ad Hoc Editorial Consultant:**

| | |
|---|---|
| American Psychological Society, Convention Proposal Reviewer | 1993 |
| American Psychology - Law Society, Convention Proposal Reviewer | 1993, 04, 12, 13 |
| American Psychological Association Convention Proposal Reviewer | 2004 |
| American Psychological Association Book Reviewer | 2009 |
| *Applied Cognitive Psychology* | 2001, 06(3), 07, 08, 09, 15 |
| *Applied Developmental Science* | 2001 |
| *Arab Journal of Forensic Sciences and Forensic Medicine* | 2016 |
| *Behavioral Sciences and the Law* | 1996 |
| *Crime Laboratory Digest* | 1993 |
| *Criminal Justice and Behavior* | 2002, 2004, 2005 |
| *Cognitive Research: Principles and Implications* | 2018 |
| Decepticon: International Conference on Deceptive Behavior | 2015 |
| Cambridge, United Kingdom, paper reviews | |
| *Developmental Psychology* | 1995 |
| *Forensic Science Communications Review* | 2000, 01, 03 |
| *Journal of Applied Psychology* | 1992, 93, 00, 02, 03 |
| *Journal of Applied Research in Memory and Cognition* | 2014 |
| *Journal of Experimental Psychology: General* | 2002, 2004 |
| *Journal of Experimental Psychology: Applied* | 2003, 04-07, 10 |
| *Journal of Forensic Sciences* | 2002, 07 |

42 of 56

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

| | |
|---|---|
| *Journal of General Psychology* | 1998 |
| *Journal of Personality and Social Psychology* | 1991 thru 1998 |
| *Journal of Personality and Social Psychology: Personality Processes and Individual Differences* | 2004 |
| *Journal of Physiology and Behavior* | 2007, 2008 |
| *Journal of Psychophysiology* | 1999 |
| *Law and Human Behavior* | 1994, 2004, 05, 06(2) 07(4), 08, 12, 15, 16, 17, 18(2) |
| *Learning and Motivation* | 2015 |
| *Legal and Criminological Psychology* | 2006 |
| *Medical Sciences* | 2016 |
| *Nature* | 2001 |
| *Nordic Psychology* | 2013 |
| New York University Press | 2009 |
| *Perceptual and Motor Skills* | 2013 |
| *Perspectives on Psychological Science* | 2015 |
| *Physiology and Behavior* | 2014 |
| *Psychology, Crime & Law* | 2011 |
| *Psychology, Public Policy, & Law* | 2007, 09, 10, 11 |
| *Psychological Bulletin* | 1993, 94, & 99 |
| *Psychological Science* | 2014, 17 |
| *Psychophysiology* | 1995, 98, 99, & 04 |
| Rocky Mountain Psychological Association Program Committee | 1987, 88, 99, 02 |
| Social Science and Humanities Open | 2019 |
| Worth Publishing, book chapter reviewer | 2012 |

**Grant Proposal/Report Reviewer:**

| | |
|---|---|
| National Science Foundation | 1997, 2001 |
| European Science Foundation | 2009 |
| Israel Science Foundation | 2011, 2018 |
| Department of Defense Polygraph Institute | 2001, 02, 03, 04(2) |
| National Center for Credibility Assessment | 2011 |
| Social Sciences and Humanities Research Council of Canada | 2004, 05, 06, 13 |

## Student Supervision:

### Psychology Department, University of North Dakota

### Doctoral Committees (Chair):

Martine Mizwa. *Validation of the victim empathy scale.*  Completed:  August 1993

Mary Devitt, *Time and suggestion by significant persons: Effects on memory for complete events.*  Completed: May 1995

Susan Amato. *Effects of misinformation on the concealed knowledge test.*  Completed, April 1996.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

Marcia Moberg.  *The utility of statement validity assessment in differentiating between false reports and true memories in children.*  Completed December 1999.

Marcus Tye.  *Effects of brief training in statement validity assessment on the ability of lay evaluators to determine the truthfulness of children's statements.*  Completed, April, 1996.

Member:  Jacqueline Brouse, Anne Dowrenwend, Nasrin Erfanian, Ron Hougen, Jeff Kearney, Maria Kearney, Sally Kennedy, Arlinda Kristjanson, Cami Lokken, Don Newberry, Kate Onyeneho, Marty Witucki

**Master's Committees (Chair):**

Sheila Rydell, *Defendant occupation and victim resistance as mediators of attributions of responsibility for rape.*  Completed : July, 1992.

Mary Devitt, *A study of the relative accuracy of discriminant analysis, logistic regression, and back propagation neural network classifiers in a psychophysiological detection of deception problem.*  Completed:  August, 1992.

Susan Amato, *A survey of member of the Society for Psychophysiological Research regarding the polygraph: Opinions and implications.*  Completed:  December 1993.

Marcia Moberg, *A study of differential effects of defense and prosecution expert witnesses.*  Completed : August 1993.

Marcus Tye, *Criteria-based content analysis of children's statements about a mock crime compared with the evaluations of naive subjects.*  Completed May 1994.

Lynelle Vondergeest, *Juror decision making.*  Completed:  May 1995.

Steven Westby, General media publicity and jury deliberations.  Completed:  July 1994.

Member:  Jean Caraway, Brent Gillund, Heidi Jensen, Jeff Kearney, Don Newberry, Margo Norton, Gail Robbins, Shannan McKenzie

**Senior Thesis Committees (Chair):**

Randy Telander, *Bingo, who is playing and why?*  Completed:  May 1995.

Lynelle Vondergeest, *Effects of juror and expert witness gender on jurors' perceptions of the expert witness.*  Completed: February, 1992.

Marcus Winbush. *Countermeasures and the guilty knowledge test.*  Completed: May 1993.

Member:  Margo Adams, Keri Anderson, Shelly Kumru

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

**Boise State University, Department of Psychological Science**

**Senior Thesis**

Katieann Skogsberg, *Case studies of EEG biofeedback training using a measurement of affect.* Completed May 2003. (Chair).

Ginny Gragg, *Boostrapping the polygraph.* Completed:  May 1999. (Chair)

Cara Lundquist (1999).

Wendy Alloway.  *The effects of internet information on the validity of the TES.* Thesis project for AY 2001-2002 (Chair).

Andrea Webb (2002). The *effects of age, gender, religion, and religious strength on obedience to authority: A comparative study.*  Honor's Thesis.  Completed May 2002. (Member).

Julie Crow (2006). *Treatment of sex offenders.*  Honor's Thesis. Completed May 2006. (Chair)

**Master's**

Jacob Schiess (2017). Potential jurors' perceptions of polygraphs in court. (Department of Criminal Justice, Member).

**Post-Doctoral**

Anne Gordon, Ph. D. (1998 - 2000)
Racheal Reavy, Ph. D.  (2008 - 2009)

**Doctoral**

Paul Bernhardt (2005; University of Utah). *Effects of Prior Demonstrations of Polygraph Accuracy on Outcomes of Probable-lie and Directed-lie Polygraph Tests.*  (Member)

Andrea Webb (2008; University of Utah).  *Effects of Motivation and Item Difficulty On Oculomotor and Behavioral Measures of Deception.* (Member)

Aria Amrom (2020; John Jay College of Criminal Justice). Does Exposure to Interviewer Feedback Bias Observer Perceptions of the Suspect? A Test of Two Pathways to a Feedback Effect. (Member)

**University Instruction:**

**Department of Psychology, Boise State University**

| | |
|---|---|
| Research Methods | 1995-2000, 10, 11 |
| Introduction to Statistics | 1996, 04, 05 |
| Psychology and Law | 1998-2018, 2020, 2021 |
| General Psychology (Large Lecture with TAs) | 1999, 01, 04, 19, 2020, 2021 |

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

| | |
|---|---|
| General Psychology (Small Section) | 2002 |
| Physiological Psychology | 2000, 2005-12 |
| Cognitive Psychology | 2001 |
| Learning Theory | 2007 |
| History and Systems in Psychology | 2009-14 |
| Industrial/Organizational Psychology | 2012-19 |
| The Biological Bases of Behavior | 2013, 2015-18 |
| Personality Theories | 2014-15 |

**Psychology Department, University of North Dakota**

| | |
|---|---|
| Introductory Psychology (Large Lecture with 2 TAs) | 1990-91-92 |
| Introduction to Statistics (Large Lecture with 2 TAs) | 1990-91-93-94 |
| Industrial & Organizational Psychology | 1991-92-94-95 |
| Introduction to Personality Theory | 1991 |
| Advanced Univariate Statistics + Research Design (Graduate Course) | 1991 thru 1995 |
| Cognitive and Affective Bases of Behavior (Graduate Course) | 1993-95 |
| Theories of Personality (Graduate Course) | 1993-95 |
| Psychology and Law (Graduate Seminar) | 1992 |
| Advanced Topics in Research Design and Statistics (Graduate Seminar) | 1994 |

**Psychology Department, University of Utah**

| | |
|---|---|
| Detection of Deception Workshop (Annual) | 1982-1987 |
| Sensation & Perception | 1984-85-87 |
| Theories of Personality | 1985-87 |
| Research Methods, with Laboratory | 1986 |
| Introduction to Psychology (Large Section with 1 TA) | 1987 |
| Statistical Methods in Psychology | 1988 |

**Department of Psychology, Virginia Polytechnic Institute and State University**

| | |
|---|---|
| Introductory Psychology Laboratory | 1981 |
| Sensation Laboratory | 1981 |
| Perception Laboratory | 1982 |
| Teaching Fellow for History and Systems in Psychology | 1982 |

**Department of Psychology, Jacksonville State University and the**
**Department of Defense Polygraph Institute joint Master's Degree Program**

| | |
|---|---|
| Psychological Bases of the Detection of Deception (Graduate Course) | 1989 |
| Psychophysiological Assessment (Graduate Course) | 1990 |

**Charles R. Honts, Ph. D.**                                  **Curriculum Vitae**

**Other Professional Instruction:**

**Arizona School of Polygraph Science**

Psychology and Physiology in the Basic Polygraph Examiner Course          1985-88, 91

**Canadian Police College**

Psychophysiology, Psychopharmacology, Polygraph Research,          1986 88 90-98
Numerical Scoring for the Basic Polygraph Examiner Course

**Center for Professional Development, The Air University at Maxwell AFB**

Guest Instructor in the Advanced Trial Advocacy Course (ATAC)          1989-90

**Department of Defense Polygraph Institute, Fort McClellan, Alabama**

Research Methods, Basic Polygraph Examiner Course          1989
Instructor, Courtroom Testimony Course          1990

**Federal Bureau of Investigation, FBI Academy, Quantico, Virginia**

Advanced Topics in Detection of Deception          1989

**Utah Academy of Forensic Polygraph, Orem Utah**

Instructor, Advanced Topics in Detection of Deception          1983

**Professional Organizations:**

Association for Psychological Science (formerly American Psychological
Society; Charter Member; Fellow, 2006)          Joined: 1989
American Psychological Association          Joined: 1984
American Psychology - Law Society          Joined: 1987
Rock Mountain Psychological Association (Lifetime Member)          Joined: 1987
Society for Psychophysiological Research          1981 to 1997

**Psychology Department Committee Service, University of North Dakota:**

Graduate Admissions          90/91 - 92/93
Colloquium          1990 to 1992
Departmental Resources          1991/92
Personnel (Chair)          1991/92
Faculty Evaluation          1992/93

**Charles R. Honts, Ph. D.**                                   **Curriculum Vitae**

### Psychology Department Committee Service, Boise State University:

| | |
|---|---|
| Tenure and Promotion Full (COAS) | 2016, 2017 |
| Tenure and Promotion Associate (COAS) | 2016 |
| Tenure and Promotion (SSPA) | 1996/97/11/12 |
| Curriculum (College) | 1997/98 |
| Faculty Development (Senate) | 1997/98 |
| Personnel (Department) | 98/99/00/03/04/06/ 10-18 |
| Dean's Research Awards Committee | 2000/01/04 |
| General Psychology Subject Pool (Department) | 00/01/03/04-08 |
| SSPA Dean's Evaluation Committee (University) | 2003, 12 |
| Webmaster SONA/Experiment Management System | 2008-11 |
| Department Head Search Committee (Chair) | 2013 |
| Faculty Search (Cognitive) Committee (Chair) | 2015 |
| College of Arts and Sciences Promotion and Tenure Committee | 2016 |

### Professional Licensing:

Commonwealth of Virginia, Polygraph Examiner, Certificate #310, Inactive.
Issued: 7 June 1977

State of Utah, Detection of Deception Examiner, License #860065, Inactive.
Issued 1 January 1983

State of North Dakota, Detection of Deception Examiner, D-0025
Issued 6 October 1992 through 2007. Inactive.

State of New Mexico, Detection of Deception Examiner, 152 Y Issued 1 July 1995 through
September 2021

### Consultations for Public Agencies:

Arizona Department of Public Safety
Indiana State Police
Idaho Department of Health and Welfare:  Family and Children's Services
Inspector General, State of Utah
Inspector General, State of Oklahoma
Police Department, Duchesne County; Utah
Police Department, Fargo, North Dakota
Police Department, Lincoln County; Wyoming
Police Department, University of Utah
Police Department, West Valley City, Utah
Quebec Provincial Police
Royal Canadian Mounted Police
United States Secret Service
United States Air Force Office of Special Investigations

**Charles R. Honts, Ph. D.**                                                    **Curriculum Vitae**

**Expert Witness Testimony:**

1.   Alamogordo, New Mexico.  New Mexico Board of Education, Appeals, August 19, 1983 (Polygraph)

2.   Los Angeles, California. *United States vs. DeLorean.* Federal District Court, November 23, 1983 (Polygraph Admissibility Hearing).

3.   Carson City, Nevada.  Nevada Gaming Control Board, February 7, 1984 (Polygraph)

4.   Davis County, Utah District Court, August 13, 1984 (Polygraph)

5.   Salt Lake County, Utah District Court, September 26, 1984 (Polygraph)

6.   Utah Medical Association, Grievance Committee, February 28, 1985 (Polygraph)

7.   Box Elder County, Utah District Court, March 15, 1985 (Polygraph)

8.   Campbell County Court, Gillette, Wyoming, May 17, 1985 (Polygraph)

9.   Duchesne County, Utah District Court, September 24, 1985 (Polygraph)

10.  Salt Lake County, Utah District Court, November 6, 1985 (Polygraph)

11.  Bernalillo County, New Mexico District Court, August 1, 1986 (Polygraph)

12.  Quebec Provincial Court, District of Terrebonne, Canada, June 29,1993 (Jury Trial: False Confession & the polygraph).

13.  Troop County, Georgia State Court, August 20, 1993, *Georgia v. Rilling.* (Polygraph hearing.)

14.  Sweetwater County, Wyoming  District Court, October 29, 1993, *Wyoming v. Muniz*, CR-9212-0035 (Jury Trial: Statement Analysis and Child Witness Issues)

15.  East Saint Louis, IL., Federal District Court, November 18, 1993, *U. S. v. Davis*, Criminal No. 93-30003-WLB  (Deposition: False Confession & the Polygraph)

16.  Hubbard County, Minnesota, District Court, April 5, 1994 *In the matter of the welfare of Timothy John Schmid*, No. J7-93-50113 (Jury Trial: Statement Analysis and Child Witness Issues)

17.  Santa Fe, New Mexico, Federal District Court, March 10, 1995, *U. S. v. Galbreth*, Criminal No. 94-197 MV (Polygraph hearing)

18.  Clarke County, Superior Court, Athens Georgia, April 7, 1995,  (Polygraph hearing)

19.  Bismarck, ND, Federal District Court, May 25, 1995, *U. S. v. Poitra*, No. ALL 94-02 (Statement Analysis with Child Witnesses hearing)

20.  Bernalillo County, New Mexico District Court, September 12, 1995, *New Mexico v. Harris*, No. CR 92-01433 (Jury Trial: Polygraph)

21.  Ada County, Idaho District Court, *Griffith v. Melgaard,* November 17, 1995 (Jury Trial: Polygraph, at trial)

22.  Ada County, Idaho District Court, *Griffith v. Melgaard,* November 22, 1995 (Jury Trial: Polygraph and Child Witness Issues, at trial)

23.  Savanah, Georgia, United States District Court, July 11, 1996, *U. S. v. Gilliard,* No. CR-196-019 (Polygraph hearing)

24.  Colorado Springs, Colorado, District Court, September 3, 1996, *David Law v. City of Colorado Springs et al.*, Civil Action No. 92CV0896 (Jury Trial: Polygraph)

25.  Alameda, California, District Court, October 8, 1996 *People v. Winger*, No. 128040A (Polygraph hearing)

**Charles R. Honts, Ph. D.**                                        **Curriculum Vitae**

26. Lafayette, Louisiana, United States District Court, November 12, 1996, *U. S. v. Callier* (Polygraph hearing).

27. Thermopolis, Wyoming, District Court, *LaBoy v. Upton*, 1996 (Jury Trial: Polygraph).

28. Sandy, Utah, Utah District Court, February 24, 1997, *Utah v. Rappleye* (Jury Trial: Child Witness Issues)

29. Lincoln, Nebraska, United States District Court, 8 April 1997, *Richter v. Bartee,* No. 4: CV95-3309 via telephone (Polygraph, post-conviction hearing.)

30. Cambridge, Massachusetts, Superior Court, July 14, 1997, *Commonwealth v. Woodward*, No. 97-433 (Polygraph hearing)

31. Martinsville, Indiana, District Court, December 15, 1997, *Indiana v. Hubbard*, CAUSE NO: 55C01-9612-CF-271 (Polygraph hearing)

32. Bisbee, Arizona, Cochise County Superior Court, February 5, 1998, *Arizona v. Sebastian*, No. CR97000030via telephone (Polygraph hearing)

33. Albuquerque, New Mexico, New Mexico District Court, February 17, 1998, *New Mexico v. Mann*, CR No. 96-2874 (Jury Trial: Polygraph)

34. Fairfax, Virginia, Circuit Court of Fairfax, 4 March 1998, *Commonwealth v. Iliff*. (Child Witness Issues, admissibility hearing)

35. Cambridge, Massachusetts, Superior Court, 19 March 1998, *Commonwealth v. Henry*, Nos. 96-129 (001-002).  (Polygraph hearing)

36. Phoenix, Arizona, United States District Court, 31 March 1998, *U. S. v. Guyer*.  (Polygraph hearing)

37. Santa Ana, California, United States District Court, *U. S. v. Gillett*, SA CR 97-70-AHS 10 July 98.  (Polygraph hearing).

38. Colorado Springs, Colorado, District Court, 17 July 98, *Colorado v. Morgan*.  (Polygraph hearing)

39. Colorado Springs, Colorado, District Court, 21 July 98, *Colorado v. Morgan*.  (Jury Trial: Child Witness Issues)

40. Tucson, Arizona, United States District Court, 20 October 98.  *U.S. v. Benavidez-Benavidez*, Case No. Cr 98-674-TUC-FRZ, *U.S. v. Pisciotta*  (Combined Polygraph Hearing)

41. Pocatello, Idaho, District Court, 23 October 98. *Idaho v. Wilkins*, Case No. CRFE 98-00284B (Polygraph hearing)

42. Portage County, Ohio, The Ohio Court of Common Pleas, 30 April 1999. *State v. Resh*, Case No. 90 CR 0068, and *State v. Gondor*, Case No. 90 CR 0067 (Polygraph, post conviction evidentiary hearing, cases consolidated)

43. Columbus, Ohio, Franklin County Court, 27 August 1999. *State v. Nichols*, Case No. 95CR-4299. (Jury Trial: Polygraph)

44. Indianapolis, Indiana, 14 October 1999, via telephone. *Indiana v. Ben-Yisrayl*. Sworn testimony as an offer of proof in death penalty appeal (Polygraph).

45. Idaho Falls, Idaho, 25 October 1999, Idaho District Court, *Idaho v. Welch*, Case No. CR-99-2362 Additional testimony given in the same case on 12 November 1999 (Polygraph Hearing).

46. Springfield, Massachusetts, 18 and 19 November 1999, Superior Court, Hampden, ss, *Commonwealth v. Slonka*, Case Nos. 91-1479 & 91-1480. (Polygraph Hearing).

50 of 56

**Charles R. Honts, Ph. D.**                                        **Curriculum Vitae**

47. Albuquerque, New Mexico, 24 August 2000, 9th Judicial District Court, *State of New Mexico v. Eddie Taylor*.  No. D-905-CR-99000118.  (Polygraph Hearing, Telephone).

48. Denver, Colorado, 14 August 2000, *People v. Nathan Dunlap*, Case No. 95CR605, Arapahoe County District Court. Rule 35 motion for post-conviction review. (Polygraph)

49. Dallas, Texas, 6 September 2000, *Morse et al., v. Henson et al.*  Sworn deposition.  (Polygraph)

50. Boston, Massachusetts, 19 September 2000, *Commonwealth v. Toro*, Case No, 81-035974, 74.  (Polygraph Hearing).

51.  Albuquerque, New Mexico, 17 Nov 2000, 9th Judicial District Court, *State of New Mexico v. Eddie Taylor*.  No. D-905-CR-99000118.  (Polygraph Hearing, Telephone).

52. Coeur d'Alene, Idaho, 7 Feb 2001, First Judicial District (Kootenai County), *State of Idaho v. Mitch Cougar*, Case No. CRF 99-07211. (Jury Trial: Polygraph)

53. Ogden, Utah, 25 April 2001, Second Judicial District, *Sate of Utah v. Phillip Christiansen*.  (Jury Trial: Child Witness Issues).

54. Santa Fe, New Mexico, 9 August 2001, First Judicial District, *In the Matter of M-S,* #JQ-01-09 (Bench Trial: Polygraph).

55. Boise, Idaho, 11 March 2002, *Idaho v. Shaver*, Ada County Sentencing hearing.  (Polygraph).

56. Bradenton, Florida, 11 October 2002, *State of Florida v. William T. Stacks*, Case no. 2001 CF 2419. Deposition via satellite. (Polygraph Malpractice).

57. Mount Holly, New Jersey, 24 October 2002, *State of New Jersey v. Patrick Free,* Indictment No. 98-06-0397-I. (Polygraph Malpractice, False Confession).

58. Bradenton, Florida, 26 November 2002, *State of Florida v. William T. Stacks*, Case no. 2001 CF 2419. (Deposition via satellite Polygraph Malpractice).

59. Las Cruces, New Mexico, 16 and 17 January 2003.  *State of New Mexico v. Kevin Lee*, Cause No. F-01-10-1029 Dona Ana County.  (Daubert Hearing, Polygraph.)

60. Caldwell, Idaho, 29 January 2003.  *State of Idaho v. Joshua King*. Canyon County.  Sentencing Hearing (Polygraph.)

61. Nezperce, Idaho, 23 April 2003.  *State of Idaho v. Craig T. Perry*.  District Court of Lewis County, Case No. CR-02-00082. (Daubert Hearing, Polygraph.)

62. Lexington, Kentucky, 22 May 2003 and 14 July 2003. *Commonwealth of Kentucky v. Harold I. Stone, Jr.,* Case Number: 01-CR-00001.  (Daubert Hearing, Polygraph).

63. Albuquerque, New Mexico, 2 and 3 July 2003. *Kevin Lee, et al., Petitioners, v. Hon. Lourdes Martinez, Respondents*, County of Bernalillo, State of New Mexico, Second Judicial District Court, No. CS-2003-00026  (Supreme Court No. 27,915 special combined Daubert Hearing, Polygraph.)

64. Caldwell, Idaho, 24 July 2003 (hearing/offer of proof) and 25 July 2003 (testimony before the jury). *Idaho v. Sarah Pearce*, Case #03-5092C. (Jury Trial: Eyewitness Memory)

65. Tucson, Arizona, 31 July 2003, Jacquelyn Smith, Severance Hearing (testimony by telephone, Polygraph)

66. Perth, Western Australia, 29 August 2003, *Between Andrew Mark Mallard and The Queen,* in the Supreme Court of Western Australia, Court of Criminal Appeal, CCA 135 of 2002. Testimony via satellite.  (Polygraph Hearing).

67. Boise, Idaho, 10 March 2004, *Idaho v. Michael Roberts*, Case No. H0300981. (Sentencing hearing, Polygraph)

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

68.   Rapid City, South Dakota, 2 September 2004, *United States v. Jonas Seth Not Help Him*, CR 04-50004.  (Suppression hearing, Interrogation techniques and false confession)

69.   York, South Carolina, 16 September 2004, *State of South Carolina v. Billy Wayne Cope,* Case Nos. H-023255; H-023258; H-023259; H-023260; H-023262; H-023263; H-023275; H-023276; H-023277; H-023278: H-509259.  (Jury Trial: Polygraph)

70.   Rapid City, South Dakota, 22 September 2004, *United States v. Jonas Seth Not Help Him*, CR 04-50004. (Jury Trial. Interrogation techniques)

71.   Boise, Idaho, 18 April 2005, *State of Idaho v. Daniel Levitt.* (Probation Violation Hearing, Polygraph and False Confession)

72.   Boise, Idaho 27 April 2005, *State of Iowa v. Jaun Macias* Criminal No. FECR052969 Iowa District Court for Woodbury County.  (Deposition regarding polygraph malpractice.)

73.   Atlanta, Georgia 8 & 9 September 2005, *United States v. Ricardo Cortez Williams*, Criminal Action No. 1:03-CR-636-JEC, In The United States District Court For The Northern District Of Georgia, Atlanta Division. (*Daubert* Hearing, Polygraph)

74.   Mineola, Nassau County, New York, 17 November 2005, *The People of the State of New York v. John Kogut,* Indictment 61029, Supreme Court of the State of New York, County of Nassau. (Bench Trial, Polygraph Malpractice).

75.   Albuquerque, New Mexico, 9 February 2006, *State of New Mexico v. Mario Lucas Chavez*, No. CR-04-03558, Second Judicial District Court, County of Bernalillo. (Jury Trial, Polygraph)

76.   Caldwell, Idaho, 11 July 2006 *Idaho v. Sarah Pearce,* Idaho Supreme Court docket #30502, case #03-5092C, evidentiary proceeding for the district court to take proffered testimony pursuant to a limited remand from the Idaho Court of Appeals. (Eyewitness Identification Procedures).

77.   Caldwell, Idaho, 28 March 2007 *Idaho v. Jeremy Hall*, CR# 06-23125, Canyon County. (Daubert hearing and testimony before the jury, Interrogation and False Confession).

78.   Santa Fe, New Mexico, 10 October 2007.  *City of Santa Fe v. Thomas K. Reed.*  Municipal Court of Santa Fe, New Mexico. (Jury Trial: Polygraph).

79.   Payette, Idaho, 12 February 2008, *Idaho v. Dale Morris Kyle, Sr.*, Payette County District Court, (Pre-trial Motions Hearing; Polygraph).

80.   Rapid City, South Dakota, 11 September 2008, *U.S. v Benjamin High Horse*, CR 07-50091 (Suppression Hearing, testimony given by telephone; False Confession and Polygraph).

81.   Waukegan, Illinois, 13 November 2008, *People of the State of Illinois v. Jaun Rivera*, No. 92 CF 2751 (Suppression Hearing, False Confession and Polygraph).

82.   Boise, Idaho, 8 June 2009, *Laura Lee vs. Mahendra Gupta. M.D and Linton Hospital. d/b/a Linton Medical Center.* Case No. 15-06-C-00057, Civil No: 06-C-57, State of North Dakota in District Court, County of Emmons, South Central Judicial District. (Deposition by telephone)

83.   Flagstaff, Arizona, 24 June 2009, *State of Arizona vs. Daphne Henry*, CR2009-0165 (Coconino County, AZ) (Suppression Hearing, False Confession and Polygraph) by telephone.

84.   Sante Fe, New Mexico, 25 June 2009. *State of New Mexico v. Steven James Cordova.* Testimony before the Grand Jury. (Polygraph).

85.   Caldwell, Idaho, 3 November 2009. *State of Idaho v. Christopher James Latham*, CR-2008-24561-C. Third Judicial District Court of the State of Idaho (Daubert Hearing, Interrogation and False Confession).

52 of 56

**Charles R. Honts, Ph. D.**                                                    **Curriculum Vitae**

86. Caldwell, Idaho, 6 November 2009. *State of Idaho v. Christopher James Latham,* CR-2008-24561-C. Third Judicial District Court of the State of Idaho (Jury Trial, Interrogation and False Confession).

87. Boise, Idaho, 9 June 2010, *State of Idaho v. Nolan.* Hearing concerning the admissibility of expert testimony on eyewitness factors.  Juvenile Court.

88. Conway, South Carolina, 11 January 2011.  *State of South Carolina, County of Horry v. Robert Andrew Palmer.* In the Court of General Sessions, Case Nos. 10G-GS 02196/02195 and 08-GS-26-04120 (Daubert Hearing on Polygraph Admissibility).

89. Clovis, New Mexico, 28 March 2011. *State v. Lonzell Wiggins*; D-0905-CR-200900892, Ninth Judicial District Court-Curry County, Clovis, NM (Rule 11-707 Hearing on the Polygraph, by telephone).

90. Boise, Idaho, 31 May 2011, *Stephan Cordova v. City of Albuquerque*, No. CV-2009-15455, State of New Mexico, County of Bernalillo, Second Judicial District Court.  (Deposition, Polygraph).

91. Clovis, New Mexico, 3 November 2011. *State v. Lonzell Wiggins*; D-0905-CR-200900892, Ninth Judicial District Court-Curry County, Clovis, NM (Jury Trial, Polygraph).

92. Vernal, Utah, 7 November 2011. *State of Utah, in the interest of Crow, Kes DOB 04/17/2007, A minor child*, Family Court. (Jury Trial: Child witness issues)

93. Albuquerque, New Mexico 8 August 2012.  *State of New Mexico v. Grand Jury Target (MT),   DA # 2009-01672-1.*  (Testimony before the Grand Jury concerning a polygraph result.)

94. Albuquerque, New Mexico 14 August 2012.  *Melissa Gutierrez vs. Barbara Germain Killian,* Unemployment Compensation Appeal New Mexico Department of Workforce Solutions Appeals Tribunal (Testimony concerning a polygraph result.)

95. Huntsville, Missouri, 17 September 2012, *State v. Roland, Randolph County Case No. 12RA-CR00073-01.* Randolph County Court, (Suppression Hearing, Polygraph and False Confession).

96. Juneau, Alaska, 20 November 2012, *State of Alaska v. Joseph Randall Dennis, Case No. 1JU-12-21 CR*, (Jury Trial, Child Witness Interviews).

97. Morehead, Kentucky, 27 November 2012, *Commonwealth of Kentucky vs Ronald Christopher Fairchild, No. 12-CR-238*, Rowan Circuit Court (Jury Trial, Polygraph Malpractice and False Confessions).

98. Kamloops, British Columbia, Canada, 9 April 2013, *Regina vs. Adams, Carry and Correia, Court File No., 28732* in the Supreme Court of British Columbia. Testimony concerning the use of polygraph with informants (Suppression Hearing) via video link from Boise Idaho.

99. Washington, DC, 22 April 2013, United States Department of Energy Administrative Hearing, designation *PSH-12-0144* (Sworn Presentation of Polygraph Examination Results via telephone from Boise, Idaho.)

100. Boise, Idaho, 29 April 2013, *Livers v. Schenck, et al.* No. 8:08 C 107, In the United States District Court for the District of Nebraska. Sworn Deposition taken at the offices of the Attorney General of the State of Idaho. (Polygraph malpractice resulting in a false confession).

101. Boise, Idaho, 30 July 2013, *State of Idaho vs. Patrick I. Rodriguez*, Case No. CR-FE-2012-13989. (Sentencing hearing, Polygraph)

102. Gallup, New Mexico, 20 November 2013, *State of New Mexico vs. John Mayes, Case No. D-1116-CR-201100780 - 1*, (Jury Trial, Polygraph).

103. Idaho Falls, Idaho, 16 April 2014, *State of Idaho vs. Leroy Wayne Simpson, Case No. CR-2013-10350.* Suppression hearing via video link from Boise, Idaho. (False Confession)

**Charles R. Honts, Ph. D.**                                                      **Curriculum Vitae**

104. Boise, Idaho, 28 May 2014, *Jeffrey Deskovic vs. City of Peekskill, No. CV-07-8150*, United State District Court Southern District of New York (Deposition, Polygraph malpractice resulting in a false confession).

105. Clayton, Missouri, 16 July 2014, *State of Missouri vs. Shermell Crockett.* Case No. 12SL-CR05127, Saint Louis County Court.  Suppression hearing. (False Confession)

106. Clayton, Missouri, 7 August 2014, *State of Missouri vs. Shermell Crockett.* Case No. 12SL-CR05127, Saint Louis County Court.  Suppression hearing continuation. (False Confession by telephone)

107. White Plains, New York, 15 October 2014, *Jeffrey Deskovic v. Putnam County and Daniel Stephens*, United States District Court, Southern District of New York, Case No. 07-CV-8150 (Jury Trial: Polygraph malpractice resulting in a false confession).

108. St. Albans, Vermont 19 November 2014, *State of Vermont v. Kevin W. Stanley*, Docket No. 1056-8-08 Frcr. Testimony by telephone. (Hearing regarding problems with post-conviction sex offender polygraph testing.)

109. Lihue, Kauai, **Hawaii**, 30 January 2015, *State of Hawaii v. Dean C. Wilson*, CR. No. 12-1-0345, In the Circuit Court of the Fifth Circuit, State of Hawaii. (Polygraph Admissibility Hearing)

110. Coeur d' Alene, Idaho, 5 Feb 2015, First Judicial District (Kootenai County), *State of Idaho v. Daniel Abram Taylor*, Case No. CR-2013-0024363. (Jury Trial, False Confessions).

111. Lihue, Kauai, Hawaii, 6 March 2015, *State of Hawaii v. Dean C. Wilson*, CR. No. 12-1-0345, in the Circuit Court of the Fifth Circuit, State of Hawaii. (Polygraph Admissibility Hearing, conclusion of testimony #109.)

112. Fort Bragg, North Carolina, 7 April 2015, *United States v. Dobbins, Jason P. SSG, U.S. Army*, in the Second Judicial Circuit, U.S. Army. (Testimony by telephone in a hearing on a motion to compel expert assistance.)

113. Clarksville, Tennessee, 16 April 2015, *State of Tennessee v. Keven Yaepez*, Docket No. 441300576. (Suppression hearing, false confessions and psychological coercion)

114. Iowa City, Iowa, 17 August 2015, *State of Iowa v. Tristan Loughran.* (Deposition by telephone concerning polygraph malpractice and false confessions.)

115. St. Louis County,  Missouri, 18 September 2015, *State of Missouri v. Casey*, Case No. 14SL-CR07287-01. (Deposition by telephone concerning interrogation, psychological coercion and false confessions.)

116. Iowa City, Iowa 5 October 2015, *State of Iowa, vs. Tristan Alexander Loughran*, Case No. FECR101523. (Suppression Hearing testimony by telephone concerning polygraph malpractice, interrogation, psychological coercion and false confessions.)

117. Coeur d' Alene, Idaho, 3 December 2015, First Judicial District (Kootenai County), *State of Idaho v. Daniel Abram Taylor*, Case No. CR-2013-0024363. (Jury Trial, False Confessions).

118. Albuquerque, New Mexico, 21 January 2016 continued on 3 February 2016, United States District Court for the District of New Mexico, *United States of America vs. Jamaico Tennison*, No. 15-cr-00212 MCA. (Suppression Hearing, Polygraph misuse risking a false confession.)

119. Chicago, Illinois, 10 March 2016, United States District Court for the Northern District of Illinois Eastern Division, *Nicole Harris v. City of Chicago, et al.*, No 14 C 4391. (Sworn deposition, polygraph malpractice resulting in false confession and wrongful conviction.)

120. Okinawa, Japan, 4 April 2016, ICO SSgt Allan A. Knight, USMC, Administrative Separation Board. (Screening Polygraph Tests and False Confessions).

**Charles R. Honts, Ph. D.**                                                          **Curriculum Vitae**

121. Everett, Washington, 3 June 2016, Superior Court of the Sate of Washington in and for Snohomish County, *State of Washington v. Andre Ash, Cause No. 15-1-00831-0*. CrR 3.5 hearing. (False Confessions in Polygraph Context).

122. Albuquerque, New Mexico, 29 July 2016 United States District Court for the District of New Mexico, *United States of America vs. Melvin Russell*, No. CR 14-2563 MCA. (Suppression Hearing, Polygraph misuse risking a false confession.)

123. Boise, Idaho, 31 August 2016, In *RE: Fiddler's Creek, LLC, v. Naples Lending Group, LS, and counterclaim, Naples Lending Group LC, v. Aubrey Ferrao, Anthony Dinardo, William Reagan, and Fiddler's Creek, LLC, Case No.: 2:14-cv-379-FtM-29CM*. United States District Court for the Middle District of Florida, Fort Meyers Division. Deposition. (Admissibility of Polygraph Test Results).

124. Brentwood, New Hampshire, 5 January 2017. *State of New Hampshire v. Christine Tumulty, 218-14-CR-00177*. Testimony by video link. (Suppression hearing, polygraph and false confession)

125. Boise, Idaho, 12 October 2017. Second Judicial Court, County of Bernalillo, State of New Mexico. J*ane Doe, Plantiff v.Stephen Cito, DDDS, LLC d/b/a/ Albuquerque Pediatric Dentistry and Stephen Cito, DDS Individually*, Defendants. Deposition (Polygraph)

126. Brentwood, New Hampshire, 26 October 2017. *State of New Hampshire v. Christine Tumulty, 218-14-CR-00177*. Testimony at jury trial by video link. (Interrogation and False Confessions)

127. Chicago, Illinois, 8 November 2017. United States District Court for the Northern District of Illinois Eastern Division, *Nicole Harris v. City of Chicago, et al.*, No 14 C 4391. Testimony at jury trial. (Polygraph Malpractice)

128. Albuquerque, New Mexico, 21 August 2018. United States District Court for the District of New Mexico, *United States of America vs. Tyrone Coriz, No. 1:17-CR-01105-JHC* . (Suppression Hearing, Polygraph misuse risking a false confession.)

129. Santa Fe, New Mexico, 29 October 2018, First Judicial District Court, *State of New Mexico vs. Eric Knee, D-101-CR-2016-00163*. Motions Hearing requesting a new trial. (Polygraph).

130. Ava, Missouri, 4 March 2019, in the Circuit Court of Douglas County, *State of Missouri, v. Crystal G. Boulay, 16OZ-CR00373-02*. Daubert hearing concerning the impact of polygraph as a false evidence poly risking a false confession. (Polygraph misuse risking a false confession.

131. Grafton, New Hampshire, 24 July 2019, Grafton County Superior Court, *State of New Hampshire v. Matthew B. Nelson, Case No. 215-2018-CR-00393*.  Suppression hearing (Polygraph misuse risking a false confession).

132. Raleigh, North Carolina, 12 September 2019, in the United States District Court for the Eastern District of North Carolina Wester Division. *United States of America v. M.M.J., No. 5:18-CR-74-1-D*. Suppression Hearing (Polygraph misuse risking a false confession).

133. Boise, Idaho, 10 October 2019, in the United States District Court for the District of New Jersey, *Emmanuel Mervilus, v. Union County, Daniel Vaniska, and John Kaminskas*, Case No. 2: 14-CV-07470. Deposition by video link.  Polygraph malpractice.

134. Boise, Idaho, 18 October 2019, First Judicial District Court, *State of New Mexico vs. Eric Knee, D-101-CR-2016-00163*. 702 hearing regarding the State's expert. (Polygraph).

135. Boise, Idaho, 24 October 2019, First Judicial District Court, *State of New Mexico vs. Eric Knee, D-101-CR-2016-00163.*702 continuation of hearing regarding the State's expert. (Polygraph).

136. Santa Fe, New Mexico, 26 and 27 February 2020, First Judicial District Court, *State of New Mexico vs. Eric Knee, D-101-CR-2016-00163.*702, direct and surrebuttal testimony before the jury. (Polygraph).

**Charles R. Honts, Ph. D.**                                                    **Curriculum Vitae**

137. County of Hamilton, Indiana. 27 May 2020 continued on 18 June 2020, in The Hamilton Circuit Court, *State of Indiana vs. Charles P. Truelove, Cause No. 29CO1-1809-F3-006660*, direct testimony in a suppression hearing via Zoom. (Polygraph as a false evidence ploy).

138. Raleigh, North Carolina, 16 July 2020, in the United States District Court for the Eastern District of North Carolina Western Division by video-link. *United States of America v. Juvenile Male (K.I.W), No. 5:18-CR-434-H.* Suppression Hearing (Polygraph misuse risking a false confession).

139. Boise, Idaho, 13 September 2021, in the United States District Court for the Southern District of Idaho. *United States v. Joseph Anthony Lee, 1:20-cr-00074-BLW.* Sentencing Hearing. (Testimony in opposition to the admission of a poor quality polygraph examination).

140. Coeur D'Alene, Idaho, 14 June 2022, in the District Court of the First Judicial District of the State of Idaho. *State of Idaho v. Ronald Dean Stone, Case No. CR28-19-4820.* Testimony before the jury. (Interview Techniques, Memory and False Memory).

141. Phoenix, Arizona, 10 October 2022, *Rodney Alger, Case Number JD40884.* Sworn testimony in child custody hearing by video. (Misinterpreted polygraph examination).

142. Bethany, Missouri, 27 January 2023, *State of Missouri vs. Charles D. Holson 19AJ-CR00181-02,* Circuit Court of Harrison County, Missouri. Sworn testimony in a suppression hearing by video. (Polygraph malpractice resulting in a false confession.)

143. Boise, Idaho, 29 March 2023. *Christopher Barbour, Plaintiff vs. John Hamm, Commissioner, Department of Corrections, et al., Defendants. Case No. 2:01-cv-612-ECM.* Deposition in the United States District Court, Middle District of Alabama, Northern Division. (Via Zoom).

144. Boise, Idaho, 21 April 2023. *State of Oregon v. Esequiel Garcia Ibarra, Case #: 21CR12206* Marion County Circuit Court, Oregon. Sworn testimony in a motion to dismiss hearing. (Interrogation Techniques and False Confessions, Via Video Link)

145. Montgomery, Alabama, 28 June 2023. *Christopher Barbour v. John Q. Hamm,* 2:01-cv-612, United States District Court for the Middle District of Alabama. (Sworn testimony regarding a misinterpreted polygraph test.)

146. Boise, Idaho, 25 July 2023. *Johnnie Lee Savory, vs. William Cannon as Administrator for the Estate of Charles Cannon et al. 17-CV-00204.* United States District Court for the Northern District of Illinois, Eastern Division. Sworn deposition conducted via video link. (Concerning invalid polygraph techniques).

147. Boise, Idaho, 14 December 2023. *Mark Maxson v. James Dwyer, et al., Case No 16-CV-09417,* United States District Court for the Northern District of Illinois Eastern Division. Videotaped deposition conducted via video link. (Concerning interrogation techniques, polygraph tests and false confessions).

148. Payette, Idaho, 16 April 2024. *State of Idaho v. Juan Viviano Solano, Case No. CR38-22-1422,* in the District Court of the Third Judicial District of the State of Idaho, in and for the County of Payette. (Suppression Hearing, Interrogation Techniques and the Risk of False Confession)

Charles R. Honts, Ph. D.
Polygraph Score Sheet
11/19/23

| Subject: Nicholas J. McGuffin | | Date of Exam: 07-05-00 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Orig. Examiner:  Mark D. Ranger | | | | | | | | |
| Evaluator:  Charles R. Honts, Ph. D. | | | | | | | | |
| Date of Evaluation:  November 19, 2023 1:24 PM | | | | | | | | |

**Chart 1** — Relevants

| Measure | R5 | R7 | R9 | | Totals | | | |
|---|---|---|---|---|---|---|---|---|
| Res | 1 | 1 | 0 | | 2 | Control Qs at C4, C6 & C8 | | |
| EDR | 1 | 0 | 0 | | 1 | Scored to strongest | | |
| CDO | 2 | 2 | 2 | | 6 | control on chart | | |
| Totals | 4 | 3 | 2 | 0 | 9 | | | |

**Chart 2**

| Measure | R5 | R7 | R9 | | Totals | | | |
|---|---|---|---|---|---|---|---|---|
| Res | 0 | 1 | 2 | | 3 | | | |
| EDR | 0 | 0 | 0 | | 0 | | | |
| CDO | 0 | 2 | 0 | | 2 | | | |
| Totals | 0 | 3 | 2 | 0 | 5 | | | |

**Chart 3**

| Measure | R5 | R7 | R9 | | Totals | | | |
|---|---|---|---|---|---|---|---|---|
| Res | 2 | 2 | 2 | | 6 | | | |
| EDR | 0 | 0 | 0 | | 0 | | | |
| CDO | 2 | -2 | -2 | | -2 | | | |
| Totals | 4 | 0 | 0 | 0 | 4 | | | |

**Chart 4**

| Measure | R5 | R7 | R9 | | Totals | | | |
|---|---|---|---|---|---|---|---|---|
| Res | 2 | 1 | 1 | | 4 | | | |
| EDR | 0 | 1 | 0 | | 1 | | | |
| CDO | -2 | -2 | -2 | | -6 | | | |
| Totals | 0 | 0 | -1 | 0 | -1 | | | |

**Chart 5**

| Measure | R5 | R7 | R9 | | Totals | | | |
|---|---|---|---|---|---|---|---|---|
| Res | | | | | 0 | | | |
| EDR | | | | | 0 | | | |
| CDO | | | | | 0 | | | |
| Totals | 0 | 0 | 0 | 0 | 0 | | | |

| | 8 | 6 | 3 | 0 | 17 | **Total Score** | | |
|---|---|---|---|---|---|---|---|---|

Page 1