DAN RAYFIELD
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
TODD MARSHALL #112685
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
       Todd.Marshall@doj.oregon.gov
       kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>    Defendants. | Case No.  6:20-cv-1163-MTK (Lead Case)<br>           3:21-cv-1719-MTK (Trailing Case)<br><br>DECLARATION OF KRISTEN E. HOFFMEYER IN SUPPORT OF STATE DEFENDANTS' MOTION FOR EXCESS PAGES OF MOTION FOR SUMMARY JUDGMENT |

Page 1 -   DECLARATION OF KRISTEN E. HOFFMEYER IN SUPPORT OF STATE
         DEFENDANTS' MOTION FOR EXCESS PAGES OF MOTION FOR SUMMARY
         JUDGMENT
         JBD/ce1/980653719

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

VIDOCQ SOCIETY,

        Cross-Claimant.

RICHARD WALTER,

        Cross-Claimant.

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,

        Plaintiff,

    v.

OREGON STATE POLICE,

        Defendant.

I, Kristen E. Hoffmeyer, declare:

      1.      I am a Senior Assistant Attorney General with the Trial Division of the State of Oregon, Department of Justice. I am co-counsel for the state defendants in the above-captioned case.

      2.      By the accompanying motion, defendant is requesting leave to file a motion for summary judgment in excess of the 50-page limit set by this court. According to the court's order, the page limit is inclusive of all state defendants. Defendant is requesting additional pages for its motion in order to address the complexity of plaintiff's claims with respect to each of the state defendants.

      3.      As required by LR 7-1(a), I certify that I did attempt to confer with plaintiff's counsel by sending an email. At the time of filing, I have not received a response. I also conferred with counsel for other defendants, none of whom object.

Page 2 -    DECLARATION OF KRISTEN E. HOFFMEYER IN SUPPORT OF STATE DEFENDANTS' MOTION FOR EXCESS PAGES OF MOTION FOR SUMMARY JUDGMENT
           JBD/ce1/980653719

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on January   07  , 2025.

*s/ Kristen E. Hoffmeyer*
KRISTEN E. HOFFMEYER
Senior Assistant Attorney General

Page 3 -   DECLARATION OF KRISTEN E. HOFFMEYER IN SUPPORT OF STATE
DEFENDANTS' MOTION FOR EXCESS PAGES OF MOTION FOR SUMMARY
JUDGMENT
JBD/ce1/980653719

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000
