Janis C. Puracal, OSB #132288
E-mail: jcp@mlrlegalteam.com
Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

David B. Owens, WSBA #53856, *pro hac vice*
E-mail: david@loevy.com
LOEVY & LOEVY c/o
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
PO Box 85110
Seattle, WA  98145-1110
Telephone: (312) 590-5449

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br>　　　　　　　Defendants. | Civil No. 6:20-cv-01163-MTK (Lead Case)<br><br><br>DECLARATION OF JANIS C. PURACAL IN SUPPORT OF PLAINTIFFS' MOTION TO APPROVE SETTLEMENTS |

Page 1– DECLARATION JANIS C. PURACAL

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

VIDOCQ SOCIETY,

           Cross-Claimant,

    v.

MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY

           Cross-Defendants.

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,

           Plaintiffs,

    v.

OREGON STATE POLICE,

           Defendant.

Civil Case No. 3:21-cv-01719-MTK
(Trailing Case)

I, Janis C. Puracal, declare as follows:

1.     I am an attorney for Plaintiffs in the above-captioned case. I have personal knowledge of the following facts gained in my capacity as counsel.

2.     On May 28, 2025, all parties attended a full-day judicial settlement conference with Judge Andrew Hallman at the federal district court in Portland.

3.     Plaintiffs and the State Defendants reached a settlement agreement, the terms of which are reflected in a formal written agreement. Attached as Exhibit 1 is a true and correct copy of the formal written agreement. Attached as Exhibit 2 is a true and correct copy of "Exhibit A" that is attached to the draft settlement agreement with the State Defendants. I

Page 2– DECLARATION JANIS C. PURACAL

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

separated Exhibit 2 from Exhibit 1 so that I could file it under seal to protect S.M.'s full legal name, which is referenced in the document, and her future finances.

4.    Plaintiffs and the Vidocq Defendants reached a confidential settlement, the terms of which are reflected in a formal written agreement.  Attached as Exhibit 3 is a true and correct copy of the settlement agreement, which I filed under seal to protect the confidentiality of the terms of that agreement.

5.    In the weeks after the judicial settlement conference, Plaintiffs and the Coquille Defendants reached a settlement agreement, the terms of which are reflected in a formal written agreement.  Attached as Exhibit 4 is a true and correct copy of that settlement agreement.

6.    Plaintiffs calculated S.M.'s share of the settlement based on the combined settlements with all settling Defendants.  The great majority of S.M.'s share of the settlement proceeds will be used to fund an annuity that will provide S.M. with lifelong benefits.  For convenience, and to avoid confusion from having multiple checks from different payers going to the structure company, Plaintiffs structured the agreement with the State Defendants such that the full amount of S.M.'s settlement comes from one check to be issued by the State Defendants. In reliance on the State Defendants' representation that settlement will fund on September 1, 2025, Plaintiffs worked with a private settlement consultant to design a customized payment schedule for periodic payments to McGuffin and S.M.  The settlement consultant then brokered the annuities that will provide those periodic payments.  A copy of the detailed terms of the payment structure are attached as Exhibit 5, and a copy of the total amount of the payout after interest, along with the increasing monthly amounts over the course of S.M.'s life, is attached as Exhibit 6.  I have filed these exhibits under seal to protect the confidentiality of S.M.'s full legal name and her future finances.  The terms of the annuity for S.M. (as well as the annuity for McGuffin from his share of the settlement proceeds) require funding by October 1, 2025. Plaintiffs have been informed by the settlement consultant that any delay in funding will reduce benefits.

Page 3– DECLARATION JANIS C. PURACAL

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

7.　　My co-counsel and I are representing Mr. McGuffin and S.M. on a contingency basis.  The contingency agreement provides for an attorney fee of 33.33%.  The agreement also provides for the deduction of litigation costs paid for by the law firms representing Plaintiffs.  The total costs incurred through the date of the judicial settlement conference is $203,335.34, and that amount will be deducted from the total settlement after the deduction of fees.

8.　　Attached as Exhibit 7 is a true and correct copy of verdict research related to a child's claim for loss of parental consortium.

9.　　Pursuant to Local Rule 17(d), I met with S.M. in person and then by video conference to explain to her the proposed distribution, terms of annuity, and monthly payments that she should expect to receive from the settlements with the State Defendants, Vidocq Defendants, and Coquille Defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 22nd day of September, 2025.

MALONEY LAUERSDORF REINER PC


By /s/Janis C. Puracal
　　Janis C. Puracal, OSB #132288
　　E-Mail:  jcp@mlrlegalteam.com

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, the foregoing DECLARATION OF JANIS C. PURACAL was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

| | |
|---|---|
| Robert E. Franz, Jr.<br>Sarah R. Henderson<br>Law Office of Robert E. Franz, Jr.<br>PO Box 62<br>Springfield, OR 97477<br>rfranz@franzlaw.comcastbiz.net<br>shenderson@franzlaw.comcastbiz.net<br>    *Attorneys for Defendants*<br>    *City of Coquille, City of Coos Bay, Coos*<br>    *County, Craig Zanni, Chris Webley, Eric*<br>    *Schwenninger, Sean Sanborn, Ray McNeely,*<br>    *Kris Karcher, Pat Downing, Mark Dannels,*<br>    *Kip Oswald, Michael Reaves, David Zavala,*<br>    *Anthony Wetmore, Shelly McInnes* | Jesse B. Davis<br>Kristen Hoffmeyer<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>jesse.b.davis@doj.state.or.us<br>kristen.hoffmeyer@doj.state.or.us<br>    *Attorneys for Defendants Oregon State*<br>    *Police, John Riddle, Susan Hormann,*<br>    *Mary Krings, Kathy Wilcox* |
| Anthony R. Scisciani III<br>Kelsey L. Shewbert<br>Meredith A. Sawyer<br>Lisa Lear<br>HWS Law Group<br>101 SW Main Street, Suite 1605<br>Portland, OR 97204<br>ascisciani@hwslawgroup.com<br>kshewbert@hwslawgroup.com<br>msawyer@hwslawgroup.com<br>llear@hwslawgroup.com<br>    *Attorneys for Defendant Vidocq Society* | Eric S. DeFreest<br>Luvaas Cobb<br>777 High Street, Ste. 300<br>Eugene, OR 97401<br>edefreest@luvaascobb.com<br><br>Laura E. Coffin<br>Coffin Law<br>541 Willamette Street, Ste. 211<br>Eugene, OR 97401<br>lauracoffin@coffin.law<br>    *Attorneys for Defendant Richard*<br>    *Walter* |

☒ by electronic means through the Court's ECF System on the date set forth above.

MALONEY LAUERSDORF REINER PC


By  /s/Janis C. Puracal
     Janis C. Puracal, OSB #132288
     E-Mail: jcp@mlrlegalteam.com

Attorneys for Plaintiffs

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417