# RELEASE OF CLAIMS

The following captioned action is currently pending in the United States District Court for the District of Oregon, Civil Case Number 6:20-cv-01163-MTK , and is based upon the claims and damages set forth in Plaintiffs' Second Amended Complaint as follows ("Action"):

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No. 6:20-cv-01163-MTK |
| Plaintiffs, | |
| v. | |
| Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, Vidocq Society, City of Coquille, City of Coos Bay, and Coos County, | SECOND AMENDED COMPLAINT FOR DAMAGES **DEMAND FOR JURY TRIAL** |
| Defendants. | |

The parties to this Release are Plaintiffs Nicholas James McGuffin and S.M., a minor appearing by and through her guardian ad litem, Nicholas James McGuffin, who are represented by Maloney Lauersdorf Reiner PC and Loevy & Loevy, and Defendants Mark Dannels, Raymond McNeely, Michael Reaves, Sean

Page 1 - RELEASE OF ALL CLAIMS

**Exhibit 4 to the Declaration of Janis C. Puracal
Page 1 of 8**

Sanborn, Chris Webley, David Zavala, the Estate of David E. Hall, and the City of Coquille, who are represented by Franz & Henderson. ("Parties").

The Parties have agreed to settle this Action for the consideration set forth in this Release of Claims ("Release").  The terms of this Release are as follows:

**Settlement Payment:**  As consideration for the Plaintiffs' Release of all of their Claims and their agreement to entered into a Stipulated Judgment of Dismissal, with prejudice and without attorney fees and/or costs to any of the parties, CIS Trust, dba Citycounty Insurance Services on behalf of Defendants Mark Dannels, Raymond McNeely, Michael Reaves, Sean Sanborn, Chris Webley, David Zavala, the Estate of David E. Hall, and the City of Coquille shall pay Plaintiffs the sum of $5,000,000.00 ("payment").  The payment shall be made within 30 days after each Plaintiff provides Internal Revenue W-9 forms to CIS Trust, dba Citycounty Insurance Services, and after the Plaintiffs have signed this Release and after approval by the Court as required for S.M.

**Plaintiffs' Release of all their Claims:**  In consideration for the above-payment, **Plaintiffs**, individually, and on behalf of their heirs, devisees, beneficiaries, executors, administrators, successors, agents, and assigns, hereby agree to RELEASE, ACQUIT AND FOREVER DISCHARGE CIS Trust, dba Citycounty Insurance Services, and Defendants Mark Dannels, Raymond McNeely, Michael Reaves, Sean Sanborn, Chris Webley, David Zavala, the Estate of David E. Hall, and the City of Coquille and their current and past employees in their individual and official capacities from any and all known or unknown actions, causes of actions, causes of suits, claims, demands, and damages under any legal, equitable, or other theory, that were or could have been raised in the action and pleadings of the above-captioned lawsuit and proceeding that existed or may have existed from or in any way connected with or based upon all of the incidents and facts described in the pleadings of the above-entitled action.

Page 2 - RELEASE OF ALL CLAIMS

**Exhibit 4 to the Declaration of Janis C. Puracal**
**Page 2 of 8**

The release, acquittal, and discharge described above ("Release") includes any claims against the Released Parties arising from the negotiation or execution of this Release.  This Release also includes any damages of any kind or nature, including but not limited to past and future medical and mental health expenses, lost wages, impairment of earnings, emotional distress, pain and suffering, punitive damages, and any other compensatory, economic, noneconomic, nominal, or other forms of damage, and all equitable relief, including but not limited to injunctions or declaratory judgments, whether known or unknown, or which may develop after the effective date of this Release, and including but not limited to any and all expenses, expert fees, deposition expenses and those expenses related to depositions, subpoena fees, attorney fees, costs, and disbursements.

**Newly-Discovered Evidence:**  The Parties agree that if, after the Effective Date of this Release, they discover evidence different from or in addition to the evidence which they now know of or possess, this Release remains in full force and effect.

**Each Party is Responsible for Own Attorney Fees, Expert fees, and Costs:**  The Parties acknowledge and agree that they are solely responsible for paying any attorney fees, expert fees, disbursements, and costs of any kind or nature they incurred at any time, and that neither the Parties nor their attorneys will seek any award of any of these fees or costs at any time, now or in the future, from the Parties to this Release. Plaintiffs agree that they are not prevailing parties as a result of this Release as that term is used in any state or federal statute or laws, including case law.

**Plaintiffs are Responsible for all Subrogation and Liens:**  Plaintiffs acknowledge that all subrogation and lien claims arising out of contract or under state or federal law-including, but not limited to, subrogation or lien claims of or

Page 3 - RELEASE OF ALL CLAIMS

**Exhibit 4 to the Declaration of Janis C. Puracal**
**Page 3 of 8**

related to health care providers, insurance carriers, workers' compensation carriers, attorneys, and any federal or state agency or programs such as Medicare, Medicaid, or Social Security-are the sole and separate obligation of Plaintiffs which Plaintiffs agree to pay or otherwise resolve.  Plaintiffs will defend, indemnify and hold harmless the Released Parties from and against all such lien and subrogation claims brought against the Released Parties.

**Medicare Disclaimer and Waiver:**  By signing below, Plaintiffs declare under penalty of perjury that: (1) Plaintiffs are not currently entitled to Medicare; and (2) none of the treatment received for the injury or injuries claimed in this Action (or related to the incident giving rise to this Action) or released in this Release were submitted to or paid for by Medicare.  Plaintiffs waive, release, and forever discharge the Released Parties from any obligations for any claim or future claim, known or unknown, arising out of the failure of Released Parties to provide for a primary payment or appropriate reimbursement to Medicare pursuant to 42 U.S.C. § 1395y(b)(3)(A), and Plaintiffs shall defend, indemnify and hold harmless the Released Parties for any claims arising out of 42 U.S.C. § 1395y(b).  Plaintiffs further understand this release may impact, limit or preclude Plaintiffs' right or ability to receive future Medicare benefits arising out of the injuries alleged in this lawsuit.

**No Tax Representations:**  No party warrants or represents how the United States Internal Revenue Service ("IRS"), the Oregon Department of Revenue, or other governmental authority will treat the payment for this release for tax purposes.  Plaintiffs agree that no further payment of money from CIS Trust, dba Citycounty Insurance Services and the Released Parties will be due in the event that the payments or the release of the claims embodied in this Release or any portion thereof is found by the IRS, the Oregon Department of Revenue, or other governmental authority to be, or result in, taxable income to any party. **The**

Page 4 - RELEASE OF ALL CLAIMS

**Exhibit 4 to the Declaration of Janis C. Puracal**
**Page 4 of 8**

**Released Parties, as part of their reporting requirements, may have to communicate with the IRS, including submitting IRS form 1099. The Released Parties reserve the right to respond to inquiries by said authorities and to make any additional disclosures requested by the governmental authority or as required by law. Plaintiffs are solely responsible for the tax consequences of the release payment set forth herein, and Plaintiffs agree not to hold the Released Parties or CIS Trust, dba Citycounty Insurance responsible for any taxes due.**

**Entire Agreement:** This Release contains and constitutes the entire agreement and understanding of the Parties, notwithstanding any and all prior negotiations, discussions, undertakings or agreements made in arriving at this Release. There are no representations, agreements, or inducements between the Parties except as set forth expressly and specifically in this Release.

**No Admission of Fault or Future Precedent:** The Parties agree that this Release is not to be construed as an admission or proof of any liability or fault whatsoever on the part of the Released Parties. This Release does not establish a precedent in the settlement of any current or future grievance, claim of unfair labor practice, or other dispute among the Parties, and shall not be admissible as evidence in any future arbitration, administrative or court proceeding except in a proceeding brought to enforce the terms of this Release. It is agreed that this release is not admissible in any proceeding to prove liability or fault of the parties being released herein, or to prove a custom, practice or policy of wrongdoing by the parties being released herein. In the event Plaintiffs pursue a claim waived or released pursuant to this Release, the Released Parties may plead this Release as an absolute defense.

**No Waiver:** The failure by any of the Parties to enforce at any time, or for any period of time, any one or more of the terms or conditions of this Release or a

Page 5 - RELEASE OF ALL CLAIMS

**Exhibit 4 to the Declaration of Janis C. Puracal**
**Page 5 of 8**

course of dealing between the Parties, shall not be a waiver of such terms or conditions or of such Party's right to enforce each and every term and condition of this Release.

**Invalidity:**  This Agreement does not waive any right that may not legally be waived.  If any provision contained in this Release shall for any reason be held to be invalid, illegal, void, or unenforceable in any respect, such provision shall be deemed modified so as to constitute a provision conforming as nearly as possible to such invalid, illegal, void, or unenforceable provision while still remaining valid and enforceable, and the remaining terms or provisions of this Release shall not be affected.

**Binding Agreement and Ownership of Claims:**  This Release shall be binding upon the Parties, and their heirs, representatives, executors, administrators, successors in interest, insurers and assigns.  The Parties acknowledge that they have not transferred or assigned, or purported to transfer or assign, to any person or entity, any claim, or any portion of interest of any claim, that was or could have been raised in this Action.

**Acknowledgment of the Terms of the Release:**  By their signature below, Plaintiffs acknowledge that they have read and know the contents and terms of this Release, that they fully understand the Release's terms and conditions, and that they enter into this Release voluntarily for the purpose of making a full compromise and settlement of all of their claims.  Plaintiffs further represent that they have consulted or had the opportunity to consult with legal counsel of their choice concerning the legal effect of this Release before signing it, and that they execute this Release voluntarily.  Further, Plaintiffs represent and warrant that they are fully authorized to do so, and that their execution of delivery of the Release is lawful and voluntary.

Page 6 - RELEASE OF ALL CLAIMS

**Exhibit 4 to the Declaration of Janis C. Puracal**
**Page 6 of 8**

**Judgment of Dismissal with Prejudice:** As further consideration of the payment received and above acknowledged, Plaintiffs agree to enter a judgment of dismissal of all of their claims against the Released Parties with prejudice, and without costs, disbursements or attorney fees to any of the parties in the above-captioned action within 15 days after the receipt of the payment referred to herein.

**I HAVE READ THIS RELEASE, I UNDERSTAND IT, AND I AM SIGNING IT VOLUNTARILY.**

DATED this _____ day of August 2025.

_____
Plaintiff Nicholas James McGuffin

Subscribed and sworn before me this _____ day of August 2025, in the State of Oregon, County of _____.

_____
Notary Public for Oregon
My commission expires:

_____
Nicholas James McGuffin
Plaintiff S.M., a minor appearing by
and through her guardian ad litem,
Nicholas James McGuffin

Subscribed and sworn before me this _____ day of August 2025, in the State of Oregon, County of _____.

_____
Notary Public for Oregon

Page 7 - RELEASE OF ALL CLAIMS

Exhibit 4 to the Declaration of Janis C. Puracal
Page 7 of 8

My commission expires:

Page 8 - RELEASE OF ALL CLAIMS

Exhibit 4 to the Declaration of Janis C. Puracal
Page 8 of 8