DAN RAYFIELD
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
TODD MARSHALL #112685
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
        Todd.Marshall@doj.oregon.gov
        kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, | Case No.  6:20-cv-1163-MTK (Lead Case)  3:21-cv-1719-MTK (Trailing Case) |
| Plaintiffs, | DECLARATION OF JESSE B. DAVIS IN SUPPORT OF STATE DEFENDANTS MOTION FOR SUMMARY JUDGMENT |
| v. | |
| MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY, | |
| Defendants. | |

Page 1 -   DECLARATION OF JESSE B. DAVIS IN SUPPORT OF STATE DEFENDANTS
          MOTION FOR SUMMARY JUDGMENT
          JBD/j3b/978872893

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

VIDOCQ SOCIETY,

        Cross-Claimant.

RICHARD WALTER,

        Cross-Claimant.

NICHOLAS JAMES MCGUFFIN, as an
individual and as guardian ad litem, on behalf
of S.M., a minor,

        Plaintiff,

    v.

OREGON STATE POLICE,

        Defendant.

I, Jesse B. Davis, declare:

1.      I am a Senior Assistant Attorney General with the Trial Division of the Oregon,

Department of Justice.  I represent State Defendants Hormann, Krings, Riddle, Wilcox and

Oregon State Police in this matter.  I have personal knowledge of the matters set forth herein.

2.      Attached hereto are Exhibits labeled and described as follows, each of which are true

copies of the originals to the extent described herein:

3.      Exhibit 101: Transcript of all grand jury testimony from the 2010 Coos County Coos

              County Grand Jury, as obtained in discovery in this matter.

4.      Exhibit 102: Criminal trial transcript from *State v. McGuffin*, Coos County Case No.

              10CR0782, as obtained in discovery in this matter.

5.      Exhibit 103: Transcribed statement given by Plaintiff Nicholas McGuffin, June 30, 2000,

              as obtaining in discovery in this matter.

6.      Exhibit 104: Coquille Police Department Report, July 5, 2000, as obtained in discovery in

              this matter.

Page 2 -   DECLARATION OF JESSE B. DAVIS IN SUPPORT OF STATE DEFENDANTS
           MOTION FOR SUMMARY JUDGMENT
           JBD/j3b/978872893

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

7.      Exhibit 105: Excerpt from deposition of Defendant Michael Reaves, taken in this matter.

8.      Exhibit 106: **Intentionally omitted**

9.      Exhibit 107: Signed stipulation of the parties filed July 7, 2011, in *State v. McGuffin*,

Coos County Case No. 10CR0782 and the documents attached thereto,

obtained the court's file (pages 1-23); Exhibits 207, 208, 210, 211, and 212

as received at trial pursuant to the stipulation (pages 24-37).

10.     Exhibit 108: Copies of Mary Krings' bench notes, bates numbered MCCREA_012299 to

12555, indicating they were found in the files of attorney Shaun McCrea.

11.     Exhibit 109: General Judgment (Post-Conviction) in *McGuffin v. Nooth*, Malheur County

Case No. 15CV1030.

12.     Exhibit 110: Excerpt from deposition of Megan Davidson, taken in this matter

13.     Exhibit 111: Excerpt from deposition of John Lindegren, taken in this matter

14.     Exhibit 112: Coquille Police Department Report, February 6, 2010, as obtained in

discovery in this matter.

15.     Exhibit 113: Oregon State Police Portland Forensic Laboratory, DNA Unit Short Tandem

Repeat (STR) Analysis Casework Protocol, approved August 1, 2000, as it

was previously labeled and used as Exhibit 6 to the Deposition of Mary

Krings in this matter

16.     Exhibit 114: Coos County Sheriff's Office Incident Report July 5, 2000

17.     Exhibit 115: Coquille Police Department Report July 15, 2000, as obtained in discovery

in this matter

18.     Exhibit 116: Maps and diagrams of the Coquille area, as received as Exhibits 2 through 6

at trial in *State v. McGuffin*, Coos County Case No. 10CR0782

19.     Exhibit 117: Coose County Sheriff's Office Report dated July 5, 2000, as it was

previously labeled and used as Exhibit 2 to the Deposition of Craig Zanni in

this matter

Page 3 -    DECLARATION OF JESSE B. DAVIS IN SUPPORT OF STATE DEFENDANTS
            MOTION FOR SUMMARY JUDGMENT
            JBD/j3b/978872893

20.    Exhibit 118: Excerpt from deposition of Mary Krings, taken in this matter

21.    Exhibit 119: Excerpt from deposition of Kathy Wilcox, taken in this matter

22.    Exhibit 120: Excerpt from deposition of Shaun McCrea, taken in this matter
       December 4-5, 2023

23.    Exhibit 121 Plaintiff's Supplemental Response to Defendant Kathy Wilcox's First Set of
       Interrogatories in this matter.

24.    Exhibit 122: Photographs of the trunk of blue Ford Mustang, as received as Exhibits 22 to
       24 at trial in *State v. McGuffin*, Coos County Case No. 10CR0782

25.    Exhibit 123:  Excerpt from deposition of Susan Hormann, taken in this matter, as well as
       excerpts of Exhibits 8 and 17 as there were previously labeled in that
       deposition

26.    Exhibit 124: Plaintiff's Response to Defendant Susan Hormann's First Set of
       Interrogatories in this matter.

**27.**    Exhibit 125: **Intentionally omitted**

**28.**    Exhibit 126: **Intentionally omitted**

29.    Exhibit 127: Transcript of recording of Kristen Steinhoff interview March 4, 2010, as
       obtained in discovery in this matter

30.    Exhibit 128: March 10, 2010, Analytical Report by Oregon State Police Forensic
       Laboratory, as obtained in discovery in this matter

31.    Exhibit 129: March 25, 2010, Field Investigation report by Oregon State Police Forensic
       Laboratory, as obtained in discovery in this matter

32.    Exhibit 130: May 24, 2010, Analytical Report by Oregon State Police Forensic
       Laboratory, as obtained in discovery in this matter

33.    Exhibit 131: October 25, 2024, Expert report submitted in this matter by Marla Kaplan

34.    Exhibit 132: October 10, 2017, Analytical Report by Oregon State Police Forensic
       Laboratory, as obtained in discovery in this matter

Page 4 -    DECLARATION OF JESSE B. DAVIS IN SUPPORT OF STATE DEFENDANTS
            MOTION FOR SUMMARY JUDGMENT
            JBD/j3b/978872893

35.     Exhibit 133: May 17, 2017, Amended Report by Oregon State Police Forensic

Laboratory, as obtained in discovery in this matter

36.     Exhibit 134: Plaintiff's Response to Defendant Mary Krings' First Set of Interrogatories

in this matter

37.     Exhibit 135: Excerpt from deposition of Huma Nasir, taken in this matter

38.     Exhibit 136: July 9, 2024, Expert report submitted in this matter by Huma Nasir

39.     Exhibit 26 to the Deposition of Chris Webley taken in this matter is a portion of the ABC program "20/20" broadcast in 2010 about the Freeman investigation. I have viewed it and will generally describe its contents in lieu of submitting it to court. Between 5:50 and 06:35 on that recording, the recording depicts Susan Hormann briefly describing some items that she tested. She says nothing about the results. The show's narrator says, "No match," and then Defendant Dannels says something to the effect of "thought this was going to be Leah's blood, and of course, it wasn't."

40.     Exhibit 23 to the Deposition of Chris Webley taken in this matter is a portion of the ABC program "20/20" broadcast in 2010 about the Freeman investigation. I have viewed it and will generally describe its contents in lieu of submitting it to court. Between 7:17 and 7:23 on that recording, Dannels was interviewed and said words to the effect of Freeman's first shoe was found near the cemetery with blood on it the night Freeman disappeared.

41.     I have reviewed the discovery in this matter, and in a folder with a file path ending "Law Office of Shaun McCrea\Discovery from State\McGuffin Discovery Individual Items," I located the same report and analytical notes that were labeled and used as Exhibit 18k to the deposition of Kathy Wilcox taken in this matter, indicating it had been found in Shaun McCrea's files.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

DATED January  7 , 2025.


_s/ Jesse B. Davis_
JESSE B. DAVIS
Senior Assistant Attorney General

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000