UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor, and S.M., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> SUSAN HORMANN; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> MARK DANNELS; et al., <br><br> Defendants. | No. 25-2585 <br><br> D.C. Nos. <br> 6:20-cv-01163-MTK <br> 3:21-cv-01719-MTK <br> District of Oregon, Eugene <br><br> ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 15) is granted.

Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen Liacouras
Chief Circuit Mediator