**Robert E. Franz, Jr.**   OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**   OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>        Plaintiffs,<br>    v.<br>Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly Mcinnes, Raymond Mcneely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Estate of Dave Hall, Vidocq Society, City of Coquille, City of Coos Bay, Coos County, and Oregon State Police,<br><br>        Defendants. | Case No. 6:20-cv-01163-MTK<br><br>**Exhibit A - Declaration Christopher Webley** |



# Oregon Criminal Justice Information Records Inquiry System (CJ IRIS)

| Webley, Christopher L.     ID: 46900 | Rank: Parole & Probation Officer |
| --- | --- |
| Coos County Community Corrections | Level: |
| Status: Active | Class: |
| | Assign: |

Transcript

| Employment ||||||
| --- | --- | --- | --- | --- | --- |
| Date | Agency | Action | Rank | Classification | Assignment |
| 9/17/2012 | Coos County Community Corrections | Hired | Par/prob O | | |
| 9/16/2012 | Coquille Police Department | Resigned | Police Off | | |
| 10/30/2006 | Coquille Police Department | Reclassed | Police Off | | |
| 4/28/2006 | Coquille Police Department | Hired | Reserve | | |

| Certification |||||||
| --- | --- | --- | --- | --- | --- | --- |
| Status Date | Certificate | Level | Status | Certificate Date | Expiration Date | Probation Date |
| 2/15/2020 | Police Officer | Advanced | Expired | 11/1/2010 | | |
| 2/15/2020 | Police Officer | Basic | Expired | 1/10/2008 | | |
| 2/15/2020 | Police Officer | Intermediate | Expired | 11/10/2008 | | |
| 3/24/2014 | Parole & Probation Officer | Advanced | Granted | 3/24/2014 | | |
| 11/6/2013 | Parole & Probation Officer | Basic | Granted | 11/6/2013 | | |
| 11/6/2013 | Parole & Probation Officer | Intermediate | Granted | 11/6/2013 | | |

| Training ||||||
| --- | --- | --- | --- | --- | --- |
| Date | Course | Title | | Status | Score | Hours |

Exhibit A at 1

| Date | Code | Description | Status | | Hours |
|---|---|---|---|---|---|
| 10/28/2021 | F6F08620 | Staff Meeting | Passed | 0.0 | 2.00 |
| 10/28/2021 | F6F06275 | Handcuffing | Passed | 0.0 | 0.50 |
| 10/21/2021 | F6F01649 | ETHOS Academy Adaptive Ethics Program | Passed | 0.0 | 3.00 |
| 10/18/2021 | CQS39016 | Defensive Driving | Passed | 0.0 | 4.00 |
| 8/26/2021 | F6E01601 | Staff Meeting | Passed | 0.0 | 1.50 |
| 8/16/2021 | 21-0029 | DPSST Supervision | Registered | 0.0 | 80.00 |
| 7/28/2021 | F6E42731 | RansonWare Refresher | Passed | 0.0 | 0.25 |
| 6/17/2021 | F6E38254 | Firearms Qualification/ Range | Passed | 0.0 | 3.00 |
| 6/2/2021 | F6E14270 | Cultural Agility 201 | Passed | 0.0 | 4.00 |
| 5/27/2021 | F6E08365 | Staff Meeting | Passed | 0.0 | 1.00 |
| 5/19/2021 | REG27876 | Behavior Change Booster | Passed | 0.0 | 10.00 |
| 5/5/2021 | F6D41836 | Cultural Agility | Passed | 0.0 | 4.00 |
| 4/27/2021 | F6D10896 | US Probation UA Collection Training | Passed | 0.0 | 0.50 |
| 3/25/2021 | F6D19793 | Staff Meeting | Passed | 0.0 | 1.50 |
| 2/25/2021 | F6D14297 | Staff Meeting | Passed | 0.0 | 1.00 |
| 2/25/2021 | F6D10022 | Legal Update Measure 110 | Passed | 0.0 | 1.00 |
| | | | **2021 Hours** | | **37.25** |
| 12/17/2020 | F6D27911 | COVID-19 Training Requirements | Passed | 0.0 | 1.00 |
| 12/9/2020 | F6D04920 | First Aid/ CPR | Passed | 0.0 | 1.00 |
| 9/25/2020 | F6D08178 | Staff Meeting | Passed | 0.0 | 1.50 |
| 8/25/2020 | F6D18219 | CJIS/LEDS Training and Recertification | Passed | 0.0 | 1.00 |
| 8/11/2020 | MISCMAIN | 2020 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 7/29/2020 | F6D25706 | PQC Firearms Range | Passed | 0.0 | 4.00 |
| 7/15/2020 | MISCFRUF | ERT/ Negotiator Training | Passed | 0.0 | 3.00 |
| 6/25/2020 | F6D22821 | PQC Firearms Range | Passed | 0.0 | 4.00 |
| 6/4/2020 | MISCFRUF | De-escalation & Use of Force | Passed | 0.0 | 2.00 |
| 6/2/2020 | F6D07852 | Ethics Training | Passed | 0.0 | 1.00 |
| 5/21/2020 | MISCFRUF | Using Oleoresin Capsicum | Passed | 0.0 | 1.00 |

Exhibit A at 2

| Date | Code | Description | Status | | Hours |
|---|---|---|---|---|---|
| 3/13/2020 | MISCGEN | Bloodborne Pathogens | Passed | 0.0 | 1.00 |
| 3/10/2020 | MFN33740 | How We Get Better | Passed | 0.0 | 6.00 |
| 3/10/2020 | MFN15643 | How We Get Better | | 0.0 | 6.00 |
| 2/28/2020 | F6D15476 | Staff Meeting | Passed | 0.0 | 2.00 |
| 1/15/2020 | F6D06465 | OMS Training | Passed | 0.0 | 4.00 |
| 1/14/2020 | F6D20191 | Staff Meeting | Passed | 0.0 | 2.00 |
| | | | | **2020 Hours** | **34.50** |
| 12/9/2019 | F6D36875 | Defensive Tactics | Passed | 0.0 | 2.00 |
| 12/6/2019 | F6D25185 | Staff Meeting | Passed | 0.0 | 1.50 |
| 11/18/2019 | MFN03504 | PTO Training | Passed | 0.0 | 20.00 |
| 11/9/2019 | F6D21206 | Staff Meeting | Passed | 0.0 | 2.00 |
| 11/7/2019 | CQS41218 | MILO-Frearms Training/UOF Refresher | Passed | 0.0 | 2.00 |
| 10/25/2019 | F6D06819 | Staff Meeting | Passed | 0.0 | 2.00 |
| 10/4/2019 | F6D08246 | Advanced Search and Seizure | Passed | 0.0 | 16.00 |
| 9/12/2019 | F6D24625 | PQC/ Firearms Range | Passed | 0.0 | 4.00 |
| 8/19/2019 | F6D07097 | OC Force Response | Passed | 0.0 | 2.00 |
| 8/16/2019 | F6D10207 | Staff Meeting | Passed | 0.0 | 2.00 |
| 7/1/2019 | F6D21849 | OMS STTL / Release Planning | Passed | 0.0 | 2.00 |
| 6/26/2019 | F6D01134 | Offender Management System (OMS) Updates | Passed | 0.0 | 2.00 |
| 6/14/2019 | F6D14600 | Case Management / Train the Trainer | Passed | 0.0 | 20.00 |
| 6/10/2019 | MISCMAIN | 2019 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 5/31/2019 | F6D00960 | Advanced Defensive Driving | Passed | 0.0 | 1.00 |
| 5/24/2019 | F6D34910 | Staff Meeting | Passed | 0.0 | 1.00 |
| 5/16/2019 | F6D22858 | Cell Phone Record Analysis | Passed | 0.0 | 1.00 |
| 4/26/2019 | F6D15596 | Ethics | Passed | 0.0 | 1.00 |
| 4/26/2019 | F6D35523 | Staff Meeting | Passed | 0.0 | 2.00 |
| 4/3/2019 | MISCFRUF | ERT Scenarios | Completed | 0.0 | 6.00 |
| 3/22/2019 | F6D38069 | Staff Meeting | Passed | 0.0 | 1.00 |

Exhibit A at 3

| Date | Code | Course | Status | | Hours |
|---|---|---|---|---|---|
| 3/6/2019 | F6D38169 | The Thin Blue Lifeline | Passed | 0.0 | 6.00 |
| 2/28/2019 | F6D37331 | Bloodborne Pathogens for First Responders | Passed | 0.0 | 1.00 |
| 2/22/2019 | F6D22232 | Staff Meeting | Passed | 0.0 | 1.00 |
| 1/31/2019 | F6D27712 | Security Awareness | Passed | 0.0 | 0.45 |
| 1/31/2019 | F6D26877 | First Aid /CPR/AED | Passed | 0.0 | 2.00 |
| 1/31/2019 | F6D26880 | Firearms PQC | Passed | 0.0 | 2.00 |
| 1/28/2019 | MISCMAIN | 2019 LE Basic 3 Year Maintenance | Completed | 0.0 | 0.00 |
| 1/25/2019 | F6D18312 | Staff Meeting | Passed | 0.0 | 1.00 |
| | | | **2019 Hours** | | **103.95** |
| 12/14/2018 | F6D28785 | FBI Basic Crisis Negotiator Course | Passed | 0.0 | 36.00 |
| 10/26/2018 | F6W05241 | Police Survival & Low Light Shooting | Passed | 0.0 | 1.00 |
| 10/26/2018 | F6W37161 | Sitting is the New Smoking | Passed | 0.0 | 1.00 |
| 10/26/2018 | F6W32966 | Staff Meeting | Passed | 0.0 | 0.50 |
| 10/18/2018 | F6B06033 | The Oregon TITAN Fusion Center and FLO Program | Passed | 0.0 | 1.00 |
| 10/1/2018 | F6W13722 | LEDS | Passed | 0.0 | 1.00 |
| 7/19/2018 | F6B23860 | Cyber Crime | Passed | 0.0 | 1.50 |
| 7/18/2018 | MFN02621 | Women's Risk Need Assessment | Passed | 0.0 | 16.00 |
| 6/27/2018 | F6B35334 | Ethics | Passed | 0.0 | 4.00 |
| 5/25/2018 | F6B05753 | Staff Meeting | Passed | 0.0 | 0.50 |
| 5/25/2018 | F6B02703 | Narcan | Passed | 0.0 | 1.00 |
| 5/23/2018 | MISCGEN | ERT/Hostage Negotiation | Passed | 0.0 | 6.00 |
| 3/23/2018 | F6B20732 | Staff Meeting | Passed | 0.0 | 0.50 |
| 3/9/2018 | F6B03678 | CIT Training | Passed | 0.0 | 38.00 |
| 2/28/2018 | F6B35994 | Regional Information Sharing & Exchange (RISE) | Passed | 0.0 | 1.00 |
| 2/22/2018 | F6B34077 | Harassment in the Workplace | Passed | 0.0 | 1.00 |
| 2/22/2018 | F6B33663 | Motivational Interviewing | Passed | 0.0 | 4.00 |
| 2/15/2018 | F6B09481 | Warrants for Electronic Devices | Passed | 0.0 | 1.00 |
| 2/8/2018 | F6W38526 | Active Listening skills and Basic Negotiation | Passed | 0.0 | 8.00 |
| | | | **2018 Hours** | | **123.00** |

| Date | Code | Course | Result | | Hours |
|---|---|---|---|---|---|
| 11/9/2017 | HBS00315 | Bullet Proof - Policing in Today's Society | Passed | 0.0 | 16.00 |
| 9/15/2017 | F6A09101 | Stress First Aid for Law Enforcement Personnel | Passed | 0.0 | 4.00 |
| 9/7/2017 | F6C38891 | Fentanyl & Opiate Awareness | Passed | 0.0 | 1.50 |
| 8/10/2017 | F6C13935 | Bloodborne Pathogens | Passed | 0.0 | 0.50 |
| 1/18/2017 | F6A03981 | MILO | Passed | 0.0 | 2.50 |
| 1/10/2017 | F6A03984 | First Aid/CPR/AED | Passed | 0.0 | 4.00 |
| | | | | **2017 Hours** | **28.50** |
| 10/31/2016 | F6A03100 | Leds/CJIS Recertification | Passed | 0.0 | 1.00 |
| 10/26/2016 | F6A03098 | Parole & Probation | Passed | 0.0 | 3.00 |
| 10/26/2016 | F6A04790 | Parole Board Regional Training for Parole Officers | Passed | 0.0 | 3.00 |
| 10/25/2016 | F6A03097 | Case Planning | Passed | 0.0 | 3.00 |
| 10/20/2016 | F6A03102 | Winning Courtroom Confrontations + Permission | Passed | 0.0 | 8.00 |
| 8/18/2016 | F6A03092 | Carey Guides | Passed | 0.0 | 8.00 |
| 8/16/2016 | F6A01783 | Psychopathy & Sociopathy A CJ Professional's Guide | Passed | 0.0 | 5.00 |
| 7/27/2016 | F6A02018 | Parole & Probation | Passed | 0.0 | 8.00 |
| 7/20/2016 | F6A01549 | Emerging Natural & Synthetic Drugs | Passed | 0.0 | 1.00 |
| 5/5/2016 | F6B00513 | Surviving the Trenches - Secondary Trauma/Stress | Passed | 0.0 | 8.00 |
| 5/3/2016 | F6A00541 | Safety Procedures | Passed | 0.0 | 1.00 |
| 3/25/2016 | 16-0768 | Parole & Probation | Passed | 0.0 | 0.50 |
| 3/11/2016 | 16-0768 | Parole & Probation | Passed | 0.0 | 4.00 |
| 2/26/2016 | 16-0768 | Parole & Probation | Passed | 0.0 | 0.50 |
| 2/24/2016 | 16-0276 | Use of Force - Other | Passed | 0.0 | 4.00 |
| 2/20/2016 | 16-0101 | Active Shooter - Tactical Response | Passed | 0.0 | 2.00 |
| 2/20/2016 | 16-0100 | Active Shooter | Passed | 0.0 | 2.00 |
| 1/15/2016 | 16-0964 | Bloodborne Pathogens | Passed | 0.0 | 0.50 |
| | | | | **2016 Hours** | **62.50** |
| 9/16/2015 | 15-0249 | Range 3000 | Passed | 0.0 | 2.00 |
| 7/26/2015 | 15-1279 | Parole & Probation Update | Passed | 0.0 | 8.00 |

Exhibit A at 5

| Date | Code | Course | Status | | Hours |
|---|---|---|---|---|---|
| 5/13/2015 | 15-0114 | Defensive Tactics | Passed | 0.0 | 4.00 |
| 5/6/2015 | 15-0276 | Use of Force - Other | Passed | 0.0 | 4.00 |
| | | | | **2015 Hours** | **18.00** |
| 12/10/2014 | 14-0276 | Use of Force - Other | Passed | 0.0 | 2.00 |
| 12/4/2014 | 14-0953 | CPR / First Aid / AED | Passed | 0.0 | 2.50 |
| 11/21/2014 | 14-0716 | LEDS Recertification | Passed | 0.0 | 1.00 |
| 11/18/2014 | 14-0769 | Corrections Training - Other | Passed | 0.0 | 1.50 |
| 9/22/2014 | 14-0444 | Listening, Influencing & Handling Tough Situations | Passed | 0.0 | 8.00 |
| 6/10/2014 | 14-0156 | Glock Armorer's Course | Passed | 0.0 | 8.00 |
| 5/28/2014 | 14-0964 | Bloodborne Pathogens | Passed | 0.0 | 1.00 |
| 4/16/2014 | 14-0133 | Range | Passed | 0.0 | 2.00 |
| 3/9/2014 | 14-0763 | Sex Offenders Training - Other | Passed | 0.0 | 13.00 |
| 2/28/2014 | 14-0790 | Forensics - Other | Passed | 0.0 | 8.00 |
| 1/22/2014 | 14-0769 | Corrections Training - Other | Passed | 0.0 | 1.00 |
| 1/10/2014 | 14-0763 | Sex Offenders Training - Other | Passed | 0.0 | 16.00 |
| | | | | **2014 Hours** | **64.00** |
| 11/22/2013 | 13-0768 | Parole & Probation | Passed | 0.0 | 24.00 |
| 11/6/2013 | 13T003 | Parole & Probation Field Training Manual | Passed | 0.0 | 50.00 |
| 11/1/2013 | 13-0760 | Sex Offenders Management | Passed | 0.0 | 36.00 |
| 8/13/2013 | 13-0114 | Defensive Tactics | Passed | 0.0 | 2.00 |
| 3/5/2013 | 13-1214 | Street Survival / Tatical Edge | Passed | 0.0 | 16.00 |
| 2/8/2013 | 13-0005 | DPSST Basic Parole and Probation | Passed | 0.0 | 160.00 |
| 1/22/2013 | 13-0662 | Outlaw Motorcycle Club Investigation | Passed | 0.0 | 2.00 |
| | | | | **2013 Hours** | **290.00** |
| 11/1/2012 | 12-0711 | Computer Training - Other | Passed | 0.0 | 1.00 |
| 10/25/2012 | 12-0743 | Offender Risk Assessment | Passed | 0.0 | 6.00 |
| 9/19/2012 | 12-0105 | OC | Passed | 0.0 | 4.00 |
| 2/21/2012 | 12-1203 | EVOC | Passed | 0.0 | 4.00 |

Exhibit A at 6

| Date | Course # | Course Name | Status | | Hours |
|---|---|---|---|---|---|
| | | | | **2012 Hours** | **15.00** |
| 12/1/2011 | 11-0662 | Outlaw Motorcycle Gang Investigation | Passed | 0.0 | 2.00 |
| 6/7/2011 | 11-0491 | Risk Management & Mitigation | Passed | 0.0 | 8.00 |
| 6/1/2011 | 11-1268 | Aircraft Operations | Passed | 0.0 | 8.00 |
| 3/18/2011 | 11-0362 | Oregon Executive Development Institute | Passed | 0.0 | 43.50 |
| 3/3/2011 | 11-0793 | Animal Abuse Investigation | Passed | 0.0 | 7.00 |
| | | | | **2011 Hours** | **68.50** |
| 12/31/2010 | 10-0114 | Defensive Tactics | Passed | 0.0 | 5.00 |
| 12/31/2010 | 10-0116 | Handcuffing | Passed | 0.0 | 2.00 |
| 12/31/2010 | 10-0274 | Taser - Other | Passed | 0.0 | 4.00 |
| 12/31/2010 | 10-0275 | Use of Deadly Force | Passed | 0.0 | 8.00 |
| 12/31/2010 | 10-0276 | Use of Force - Other | Passed | 0.0 | 9.00 |
| 12/31/2010 | 10-0634 | Report Writing | Passed | 0.0 | 2.50 |
| 12/31/2010 | 10-0132 | Firearms Qualification | Passed | 0.0 | 4.00 |
| 12/31/2010 | 10-0141 | Handgun Qualification | Passed | 0.0 | 4.00 |
| 12/31/2010 | 10-0795 | Domestic Violence Investigations | Passed | 0.0 | 1.50 |
| 12/31/2010 | 10-0796 | Missing & Abducted Child Investigations | Passed | 0.0 | 2.00 |
| 12/31/2010 | 10-0800 | Death Investigation | Passed | 0.0 | 1.50 |
| 12/31/2010 | 10-0804 | Narcotics Investigations | Passed | 0.0 | 1.00 |
| 12/31/2010 | 10-0808 | Fraud Investigations | Passed | 0.0 | 2.00 |
| 12/31/2010 | 10-0821 | Criminal Investigations | Passed | 0.0 | 3.50 |
| 12/31/2010 | 10-0833 | Terrorism Investigation | Passed | 0.0 | 2.00 |
| 12/31/2010 | 10-0851 | Explosive Device Training | Passed | 0.0 | 1.00 |
| 12/31/2010 | 10-0859 | Emergency Preparedness and Response - Other | Passed | 0.0 | 1.00 |
| 12/31/2010 | 10-0884 | Anti-Terrorism Training | Passed | 0.0 | 2.50 |
| 12/31/2010 | 10-0894 | HazMat & Weapons of Mass Destruction | Passed | 0.0 | 1.00 |
| 12/31/2010 | 10-0905 | Ethics | Passed | 0.0 | 6.50 |
| 12/31/2010 | 10-0907 | Ethics & Sexual Harassment | Passed | 0.0 | 3.00 |
| 12/31/2010 | 10-0909 | Misconduct & Power | Passed | 0.0 | 3.50 |

Exhibit A at 7

| | | | | | |
|---|---|---|---|---|---|
| 12/31/2010 | 10-0914 | Personal / Professional Development - Other | Passed | 0.0 | 7.00 |
| 12/31/2010 | 10-0915 | Agency Policies / Procedures | Passed | 0.0 | 8.50 |
| 12/31/2010 | 10-0916 | Domestic Violence | Passed | 0.0 | 1.50 |
| 12/31/2010 | 10-0917 | Email Etiquette | Passed | 0.0 | 1.50 |
| 12/31/2010 | 10-0921 | Pursuit Policy | Passed | 0.0 | 5.50 |
| 12/31/2010 | 10-0922 | Safety Committee Training | Passed | 0.0 | 3.00 |
| 12/31/2010 | 10-0923 | Safety Procedures | Passed | 0.0 | 2.00 |
| 12/31/2010 | 10-0928 | Workplace - Other | Passed | 0.0 | 3.00 |
| 12/31/2010 | 10-0964 | Bloodborne Pathogens | Passed | 0.0 | 1.00 |
| 12/31/2010 | 10-0972 | Health / Wellness - Other | Passed | 0.0 | 1.50 |
| 12/31/2010 | 10-1020 | Responding to Missing & Abducted Children | Passed | 0.0 | 1.50 |
| 12/31/2010 | 10-1025 | Domestic Abuse | Passed | 0.0 | 3.00 |
| 12/31/2010 | 10-1026 | Elder Abuse | Passed | 0.0 | 1.50 |
| 12/31/2010 | 10-1038 | Interview & Interrogation | Passed | 0.0 | 1.50 |
| 12/31/2010 | 10-1068 | Drugs - Other | Passed | 0.0 | 1.50 |
| 12/31/2010 | 10-1086 | Patrol/Vehicle - Other | Passed | 0.0 | 2.00 |
| 12/31/2010 | 10-1100 | Courtroom Security | Passed | 0.0 | 2.00 |
| 12/31/2010 | 10-1110 | DUII Case Law & DMV Hearing | Passed | 0.0 | 2.00 |
| 12/31/2010 | 10-1120 | Search & Seizure | Passed | 0.0 | 7.00 |
| 12/31/2010 | 10-1122 | Law & Legal - Other | Passed | 0.0 | 3.50 |
| 12/31/2010 | 10-1124 | Search Warrant Procedures | Passed | 0.0 | 1.50 |
| 12/31/2010 | 10-1201 | Code Response | Passed | 0.0 | 3.00 |
| 12/31/2010 | 10-1202 | Defensive Driving | Passed | 0.0 | 4.50 |
| 12/31/2010 | 10-1226 | Vehicle / Foot Pursuits | Passed | 0.0 | 3.00 |
| 12/31/2010 | 10-1239 | Traffic Safety | Passed | 0.0 | 1.00 |
| 12/31/2010 | 10-1250 | Driving - Other | Passed | 0.0 | 1.00 |
| 12/31/2010 | 10-1276 | Evidence / Property Management | Passed | 0.0 | 2.50 |
| 12/15/2010 | 10-0800 | Death Investigation | Passed | 0.0 | 8.00 |

Exhibit A at 8

| Date | Number | Course | Status | | Hours |
|---|---|---|---|---|---|
| 10/8/2010 | 10-0443 | Leadership | Passed | 0.0 | 24.00 |
| 10/1/2010 | 10-0143 | Handgun Training | Passed | 0.0 | 4.00 |
| 10/1/2010 | 10-0167 | Rifle Qualification | Passed | 0.0 | 1.00 |
| 10/1/2010 | 10-0169 | Shotgun Qualification | Passed | 0.0 | 1.00 |
| 7/31/2010 | 10-0105 | OC | Passed | 0.0 | 1.00 |
| 7/31/2010 | 10-0126 | Firearms Basic | Passed | 0.0 | 6.00 |
| 7/31/2010 | 10-0131 | LEO Flying Armed | Passed | 0.0 | 1.00 |
| 7/31/2010 | 10-0140 | Armed While Off Duty | Passed | 0.0 | 3.00 |
| 7/31/2010 | 10-0262 | Barricaded Suspect | Passed | 0.0 | 0.50 |
| 7/31/2010 | 10-0264 | Contact / Cover Officer Safety Class | Passed | 0.0 | 1.00 |
| 6/30/2010 | 10-0112 | Control Holds & Handcuffing | Passed | 0.0 | 3.50 |
| 6/30/2010 | 10-0117 | High Risk Vehicle Stops | Passed | 0.0 | 1.00 |
| 6/30/2010 | 10-0652 | Volunteers in Policing (VIPs) | Passed | 0.0 | 2.00 |
| 6/30/2010 | 10-0660 | Culture / Diversity - Other | Passed | 0.0 | 2.00 |
| 6/30/2010 | 10-0707 | Internet for Investigators | Passed | 0.0 | 2.00 |
| 6/30/2010 | 10-0742 | Inmate / Offender Training - Other | Passed | 0.0 | 2.50 |
| 6/24/2010 | 10-1063 | Drug Interdiction | Passed | 0.0 | 24.00 |
| 5/31/2010 | 10-0100 | Active Shooter | Passed | 0.0 | 2.00 |
| 5/17/2010 | 10-0249 | Range 3000 | Passed | 0.0 | 1.00 |
| 4/16/2010 | 10-0141 | Handgun Qualification | Passed | 0.0 | 2.00 |
| 2/28/2010 | 10-0697 | Youth/Juvenile - Other | Passed | 0.0 | 1.00 |
| 2/28/2010 | 10-0721 | Electronics - Other | Passed | 0.0 | 0.50 |
| 2/28/2010 | 10-0734 | Inmate Searches & Contraband Control | Passed | 0.0 | 1.00 |
| 2/5/2010 | 10-0804 | Narcotics Investigations | Passed | 0.0 | 4.00 |
| 2/5/2010 | 10-1065 | Medical Marijuana Enforcement | Passed | 0.0 | 2.00 |
| 2/5/2010 | 10-1124 | Search Warrant Procedures | Passed | 0.0 | 2.00 |
| 2/4/2010 | 10-0830 | Investigative Interviews | Passed | 0.0 | 8.00 |
| 2/3/2010 | 10-0804 | Narcotics Investigations | Passed | 0.0 | 8.00 |

Exhibit A at 9

| Date | Code | Course | Status | | Hours |
|---|---|---|---|---|---|
| 2/2/2010 | 10-0804 | Narcotics Investigations | Passed | 0.0 | 4.00 |
| 2/2/2010 | 10-1113 | Case Law / Court Decisions | Passed | 0.0 | 4.00 |
| 2/1/2010 | 10-0662 | Outlaw Motorcycle Gang Investigation | Passed | 0.0 | 4.00 |
| 2/1/2010 | 10-0804 | Narcotics Investigations | Passed | 0.0 | 4.00 |
| 1/31/2010 | 10-0166 | Patrol Rifle | Passed | 0.0 | 1.50 |
| 1/31/2010 | 10-0663 | Gang Training - Other | Passed | 0.0 | 0.50 |
| 1/31/2010 | 10-0677 | School / Child Training - Other | Passed | 0.0 | 1.00 |
| 1/31/2010 | 10-0685 | Special Needs Training - Other | Passed | 0.0 | 1.50 |
| | | | **2010 Hours** | | **286.50** |
| 11/9/2009 | 09-1083 | SFST Refresher | Passed | 0.0 | 4.00 |
| 10/30/2009 | 09-0925 | Use of Force Policy | Passed | 0.0 | 6.00 |
| 10/30/2009 | 09-0618 | Media Relations | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0623 | Death Notification | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0625 | Interpersonal Communications | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0634 | Report Writing | Passed | 0.0 | 3.00 |
| 10/30/2009 | 09-0647 | Community Policing | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-0657 | Cultural Diversity | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0656 | Bias-Based Profiling | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0658 | Racial Profiling | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0685 | Special Needs Training - Other | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0686 | Suicide Intervention Training | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0763 | Sex Offenders Training - Other | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0776 | Evidence Collection | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0778 | Crimes / Crime Scenes - Other | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0779 | Fingerprinting | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0794 | Child Abuse Investigation | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-0795 | Domestic Violence Investigations | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-0797 | Sex Crimes Response & Investigation | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0800 | Death Investigation | Passed | 0.0 | 1.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/30/2009 | 09-0804 | Narcotics Investigations | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0809 | Identity Theft Investigation | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0812 | Crash Investigations | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0821 | Criminal Investigations | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0822 | Digital Evidence | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0834 | Investigation Training - Other | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0839 | Radio Procedures | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0859 | Emergency Preparedness and Response - Other | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0883 | Critical Incident Response | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0884 | Anti-Terrorism Training | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0895 | Law Enforcement Response to WMD | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0904 | DPSST Revocation / Ethics Bulletin Review | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-0905 | Ethics | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-0907 | Ethics & Sexual Harassment | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0917 | Email Etiquette | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0911 | Customer Service | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-0915 | Agency Policies / Procedures | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-0921 | Pursuit Policy | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-0936 | Fire Extinguisher Training | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0964 | Bloodborne Pathogens | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0967 | Infectious Disease Control | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0968 | Lead Exposure | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0974 | Hazardous Materials | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-1026 | Elder Abuse | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-1038 | Interview & Interrogation | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0909 | Misconduct & Power | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-1086 | Patrol/Vehicle - Other | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-1093 | Civil Law | Passed | 0.0 | 2.00 |

| Date | Code | Course | Result | | Hours |
|---|---|---|---|---|---|
| 10/30/2009 | 09-1108 | Criminal Laws | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-1113 | Case Law / Court Decisions | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-1116 | Legal/Legislative Update | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-1120 | Search & Seizure | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-1201 | Code Response | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-1208 | Basic Officer Survival | Passed | 0.0 | 2.00 |
| 10/30/2009 | 09-1222 | Patrol Procedures | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-1237 | Traffic Enforcement | Passed | 0.0 | 1.00 |
| 10/30/2009 | 09-0697 | Youth/Juvenile - Other | Passed | 0.0 | 1.00 |
| 10/21/2009 | 09-0803 | Clandestine lab Investigations | Passed | 0.0 | 2.00 |
| 10/6/2009 | 09-0273 | Taser X26 Certification | Passed | 0.0 | 2.00 |
| 8/21/2009 | 09-0166 | Patrol Rifle | Passed | 0.0 | 15.00 |
| 8/14/2009 | 09-0153 | AR-15 Basic Operator / Qualification | Passed | 0.0 | 12.00 |
| 7/31/2009 | 09-0126 | Firearms Basic | Passed | 0.0 | 2.00 |
| 7/31/2009 | 09-0132 | Firearms Qualification | Passed | 0.0 | 2.00 |
| 7/31/2009 | 09-0141 | Handgun Qualification | Passed | 0.0 | 2.00 |
| 7/31/2009 | 09-0169 | Shotgun Qualification | Passed | 0.0 | 1.00 |
| 7/31/2009 | 09-0170 | Shotgun Training | Passed | 0.0 | 1.00 |
| 7/30/2009 | 09-0109 | Confrontational Simulation | Passed | 0.0 | 2.00 |
| 7/28/2009 | 09-0103 | ASP Baton | Passed | 0.0 | 2.00 |
| 7/23/2009 | 09-0105 | OC | Passed | 0.0 | 2.00 |
| 7/21/2009 | 09-0112 | Control Holds & Handcuffing | Passed | 0.0 | 2.00 |
| 7/16/2009 | 09-0114 | Defensive Tactics | Passed | 0.0 | 2.00 |
| 7/14/2009 | 09-0275 | Use of Deadly Force | Passed | 0.0 | 2.00 |
| 5/22/2009 | 09-0124 | Weapons Retention | Passed | 0.0 | 4.00 |
| 5/19/2009 | 09-1113 | Case Law / Court Decisions | Passed | 0.0 | 1.00 |
| 5/18/2009 | 09-0132 | Firearms Qualification | Passed | 0.0 | 4.00 |
| 5/8/2009 | 09-1269 | Field Training & Evaluation Program | Passed | 0.0 | 40.00 |

| Date | Code | Course | Status | | Hours |
|---|---|---|---|---|---|
| 4/30/2009 | 09-0211 | The Bullet Proof Mind | Passed | 0.0 | 6.00 |
| 4/29/2009 | 09-0953 | CPR / First Aid / AED | Passed | 0.0 | 2.00 |
| 4/2/2009 | 09-0721 | Electronics - Other | Passed | 0.0 | 1.00 |
| 3/27/2009 | 09-0141 | Handgun Qualification | Passed | 0.0 | 4.00 |
| 1/8/2009 | 09-0594 | Three Flags Safety Belt Training Conference | Passed | 0.0 | 8.00 |
| | | | **2009 Hours** | | **203.00** |
| 11/7/2008 | 08-1021 | Child Abuse Training - Other | Passed | 0.0 | 4.00 |
| 10/17/2008 | 08-0794 | Child Abuse Investigation | Passed | 0.0 | 3.00 |
| 10/15/2008 | 08-0435 | Building Teams | Passed | 0.0 | 4.00 |
| 9/25/2008 | 08-0800 | Death Investigation | Passed | 0.0 | 8.00 |
| 7/5/2008 | 08-0275 | Use of Deadly Force | Passed | 0.0 | 1.00 |
| 5/26/2008 | 08-1202 | Defensive Driving | Passed | 0.0 | 1.00 |
| 5/9/2008 | 08-0132 | Firearms Qualification | Passed | 0.0 | 2.00 |
| 5/9/2008 | 08-0127 | Firearms Basic Classroom | Passed | 0.0 | 2.00 |
| 4/30/2008 | 08-0105 | OC | Passed | 0.0 | 1.00 |
| 4/30/2008 | 08-0103 | ASP Baton | Passed | 0.0 | 1.00 |
| 4/30/2008 | 08-0112 | Control Holds & Handcuffing | Passed | 0.0 | 1.00 |
| 4/30/2008 | 08-0127 | Firearms Basic Classroom | Passed | 0.0 | 2.00 |
| 4/30/2008 | 08-0274 | Taser - Other | Passed | 0.0 | 1.00 |
| 4/30/2008 | 08-0275 | Use of Deadly Force | Passed | 0.0 | 2.00 |
| 4/30/2008 | 08-1208 | Basic Officer Survival | Passed | 0.0 | 0.50 |
| 4/30/2008 | 08-0924 | Sexual Harassment | Passed | 0.0 | 1.00 |
| 4/30/2008 | 08-1122 | Law & Legal - Other | Passed | 0.0 | 0.50 |
| 4/30/2008 | 08-0821 | Criminal Investigations | Passed | 0.0 | 0.80 |
| 4/30/2008 | 08-0693 | Juvenile Procedures | Passed | 0.0 | 0.50 |
| 4/30/2008 | 08-0795 | Domestic Violence Investigations | Passed | 0.0 | 0.50 |
| 4/30/2008 | 08-0800 | Death Investigation | Passed | 0.0 | 0.50 |
| 4/30/2008 | 08-1026 | Elder Abuse | Passed | 0.0 | 0.50 |
| 4/30/2008 | 08-0884 | Anti-Terrorism Training | Passed | 0.0 | 0.80 |

| | | | | | |
|---|---|---|---|---|---|
| 4/30/2008 | 08-1237 | Traffic Enforcement | Passed | 0.0 | 0.80 |
| 4/30/2008 | 08-1072 | DUII Update | Passed | 0.0 | 0.80 |
| 4/30/2008 | 08-0921 | Pursuit Policy | Passed | 0.0 | 1.00 |
| 4/30/2008 | 08-0915 | Agency Policies / Procedures | Passed | 0.0 | 2.50 |
| 4/30/2008 | 08-1120 | Search & Seizure | Passed | 0.0 | 2.00 |
| 4/30/2008 | 08-1108 | Criminal Laws | Passed | 0.0 | 1.00 |
| 4/30/2008 | 08-0830 | Investigative Interviews | Passed | 0.0 | 1.00 |
| 4/30/2008 | 08-0774 | Crime Scene Investigation | Passed | 0.0 | 1.00 |
| 4/30/2008 | 08-0964 | Bloodborne Pathogens | Passed | 0.0 | 0.50 |
| 4/30/2008 | 08-1222 | Patrol Procedures | Passed | 0.0 | 0.80 |
| 4/30/2008 | 08-0851 | Explosive Device Training | Passed | 0.0 | 0.50 |
| 4/30/2008 | 08-0831 | Managing Criminal Investigations | Passed | 0.0 | 0.50 |
| 4/30/2008 | 08-0806 | Undercover Drug Investigations | Passed | 0.0 | 1.00 |
| 4/30/2008 | 08-0917 | Email Etiquette | Passed | 0.0 | 0.50 |
| 4/30/2008 | 08-0634 | Report Writing | Passed | 0.0 | 0.50 |
| 4/30/2008 | 08-0667 | Missing & Exploited Children | Passed | 0.0 | 0.50 |
| 4/30/2008 | 08-0905 | Ethics | Passed | 0.0 | 0.50 |
| 4/30/2008 | 08-0658 | Racial Profiling | Passed | 0.0 | 0.50 |
| 4/3/2008 | 08-0915 | Agency Policies / Procedures | Passed | 0.0 | 2.50 |
| 2/28/2008 | 08-1122 | Law & Legal - Other | Passed | 0.0 | 1.00 |
| 1/30/2008 | 08-1116 | Legal/Legislative Update | Passed | 0.0 | 2.00 |
| 1/26/2008 | 08-1122 | Law & Legal - Other | Passed | 0.0 | 2.00 |
| 1/11/2008 | 08-1021 | Child Abuse Training - Other | Passed | 0.0 | 0.80 |
| 1/11/2008 | 08-1122 | Law & Legal - Other | Passed | 0.0 | 1.00 |
| | | | **2008 Hours** | | **63.80** |
| 12/14/2007 | 07T001 | Police Field Training Manual | Passed | 0.0 | 50.00 |
| 11/30/2007 | 07-1021 | Child Abuse Training - Other | Passed | 0.0 | 1.00 |
| 9/28/2007 | 07-1120 | Search & Seizure | Passed | 0.0 | 3.00 |

| Date | Code | Course | Status | | Hours |
|---|---|---|---|---|---|
| 9/18/2007 | 07-0915 | Agency Policies / Procedures | Passed | 0.0 | 2.00 |
| 9/13/2007 | 07-0275 | Use of Deadly Force | Passed | 0.0 | 1.30 |
| 9/10/2007 | 07-0276 | Use of Force - Other | Passed | 0.0 | 1.00 |
| 9/6/2007 | 07-0127 | Firearms Basic Classroom | Passed | 0.0 | 1.00 |
| 9/3/2007 | 07-0923 | Safety Procedures | Passed | 0.0 | 1.00 |
| 8/31/2007 | 07-0795 | Domestic Violence Investigations | Passed | 0.0 | 1.00 |
| 8/27/2007 | 07-1122 | Law & Legal - Other | Passed | 0.0 | 0.80 |
| 8/24/2007 | 07-0262 | Barricaded Suspect | Passed | 0.0 | 0.50 |
| 8/21/2007 | 07-0112 | Control Holds & Handcuffing | Passed | 0.0 | 0.50 |
| 8/17/2007 | 07-1026 | Elder Abuse | Passed | 0.0 | 0.50 |
| 8/14/2007 | 07-1021 | Child Abuse Training - Other | Passed | 0.0 | 0.50 |
| 8/6/2007 | 07-0851 | Explosive Device Training | Passed | 0.0 | 0.50 |
| 8/2/2007 | 07-0796 | Missing & Abducted Child Investigations | Passed | 0.0 | 0.50 |
| 7/31/2007 | 07-1175 | Radar / Lidar - Practical | Passed | 0.0 | 16.00 |
| 7/30/2007 | 07-0658 | Racial Profiling | Passed | 0.0 | 0.50 |
| 7/27/2007 | 07-0657 | Cultural Diversity | Passed | 0.0 | 0.50 |
| 7/24/2007 | 07-0104 | ASP / OC | Passed | 0.0 | 0.50 |
| 7/21/2007 | 07-0114 | Defensive Tactics | Passed | 0.0 | 0.50 |
| 7/17/2007 | 07-1108 | Criminal Laws | Passed | 0.0 | 0.50 |
| 7/14/2007 | 07-1103 | Implied Consent - Officer Testimony | Passed | 0.0 | 0.50 |
| 7/10/2007 | 07-1099 | Restraining Orders | Passed | 0.0 | 0.50 |
| 7/7/2007 | 07-0974 | Hazardous Materials | Passed | 0.0 | 0.30 |
| 7/6/2007 | 07-0176 | Tactical Handgun | Passed | 0.0 | 2.00 |
| 7/3/2007 | 07-0972 | Health / Wellness - Other | Passed | 0.0 | 0.30 |
| 7/1/2007 | 07-0964 | Bloodborne Pathogens | Passed | 0.0 | 0.80 |
| 6/27/2007 | 07-0921 | Pursuit Policy | Passed | 0.0 | 1.50 |
| 6/20/2007 | 07-0895 | Law Enforcement Response to WMD | Passed | 0.0 | 0.50 |
| 6/20/2007 | 07-0907 | Ethics & Sexual Harassment | Passed | 0.0 | 1.00 |
| 6/16/2007 | 07-0884 | Anti-Terrorism Training | Passed | 0.0 | 0.50 |

Exhibit A at 15

| | | | | | |
|---|---|---|---|---|---|
| 6/16/2007 | 07-0887 | Homeland Security | Passed | 0.0 | 0.50 |
| 5/25/2007 | 07-0008 | DPSST Basic Police | Passed | 0.0 | 640.00 |
| 5/2/2007 | 07-0870 | AWR-160 WMD Awareness Level Training | Passed | 0.0 | 0.00 |
| 4/12/2007 | 07-0010 | SFST/DID-Training hours included in Basic Police | Passed | 0.0 | 0.00 |
| 4/9/2007 | 07-1075 | Intoxilyzer 8000 | Passed | 0.0 | 0.00 |
| 4/4/2007 | 07-1173 | Lidar Operators Course | Passed | 0.0 | 4.00 |
| 4/3/2007 | 07-0952 | CPR / First Aid | Passed | 0.0 | 4.00 |
| 3/21/2007 | 07-1179 | Radar Operators Course | Passed | 0.0 | 8.00 |
| 3/21/2007 | 07-1178 | Radar / Lidar Training - Home Agency Approved | Passed | 0.0 | 8.00 |
| | | | | **2007 Hours** | **756.00** |
| 11/29/2006 | 06-0083 | Use of Force | Passed | 0.0 | 3.00 |
| 11/29/2006 | 06-0056 | Firearms - Qualifications | Passed | 0.0 | 5.00 |
| 8/16/2006 | 06-0311 | Explosives Recognition | Passed | 0.0 | 3.00 |
| 8/3/2006 | 06-0935 | Traffic Safety | Passed | 0.0 | 0.50 |
| 8/2/2006 | 06-3037 | Reverse Transactions | Passed | 0.0 | 0.90 |
| 7/16/2006 | 06-0696 | Informant Development | Passed | 0.0 | 0.80 |
| 7/11/2006 | 06-1507 | Bomb Recognition | Passed | 0.0 | 2.00 |
| 7/11/2006 | 06-3004 | Workplace - Other | Passed | 0.0 | 2.00 |
| 6/28/2006 | 06-1338 | Biker 101 | Passed | 0.0 | 5.00 |
| 5/27/2006 | 06-0070 | Expandable Baton | Passed | 0.0 | 3.00 |
| 5/27/2006 | 06-0162 | OC (Oleoresin Capsicum) | Passed | 0.0 | 2.50 |
| 5/10/2006 | 06-1989 | Use of Force/Safety/Marksmanship | Passed | 0.0 | 4.00 |
| 5/10/2006 | 06-0350 | Firearms - Handgun | Passed | 0.0 | 2.00 |
| | | | | **2006 Hours** | **33.70** |
| | | | | **Total Hours** | **2188.20** |

Exhibit A at 16

| Attributes | | | |
|---|---|---|---|
| Topic | Attribute | Effective Date | Expiration Date |
| Maintenance Requirements | LE Annual | 1/1/2021 | 12/31/2021 |
| Certification Cards | First Aid and CPR | 12/9/2020 | 12/9/2022 |
| Maintenance Requirements | LE Basic 3 Year | 1/1/2020 | 12/31/2022 |
| Code of Ethics | Signed | 1/18/2013 | |
| Code of Ethics | Signed | 2/8/2007 | |

| Education | | | | |
|---|---|---|---|---|
| Date | Degree | School | Major | Hours |
| 9/2/2000 | Masters Science | University Of Oregon | | 69.0 |
| 6/12/1999 | Bachelor Science | University Of Oregon | Psychology | 78.0 |
| 6/14/1997 | Associate Arts | Lane Community College | | 131.0 |

May not reflect most current data

Copyright© 2002 - 2021 Blue Peak Logic, Inc. All Rights Reserved.
http://www.bluepeaklogic.com

Exhibit A at 17