**Robert E. Franz, Jr.**    OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**    OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric
Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni, David Zavala, City
of Coquille, City of Coos Bay, and Coos County, Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

               Plaintiffs,

               v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly Mcinnes, Raymond Mcneely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

               Defendants.

Case No. 6:20-cv-01163-MTK

**Exhibit A -
Declaration of
Eric Schwenninger**



# Oregon Criminal Justice Information Records Inquiry System (CJ IRIS)

**Schwenninger, Eric W.**    **ID: 46923**

Coos Bay Police Department
Status: **Active**

Rank:    Sergeant
Level:
Class:
Assign:

Transcript

| Employment | | | | | |
|---|---|---|---|---|---|
| **Date** | **Agency** | **Action** | **Rank** | **Classification** | **Assignment** |
| 10/11/2011 | Coos Bay Police Department | Promotion | Sergeant | | |
| 3/27/2007 | Coos Bay Police Department | Hired | Police Off | | |
| 2/27/2007 | Coos County Sheriff's Office | Layoff | Dpty Shrf | | |
| 5/3/2006 | Coos County Sheriff's Office | Hired | Dpty Shrf | | |
| 1/6/2006 | Out of State Employment | Resigned | Police Off | | |
| 3/15/2004 | Out of State Employment | Hired | Police Off | | |
| 3/12/2004 | Out of State Employment | Resigned | Dpty Shrf | | |
| 7/22/2002 | Out of State Employment | Hired | Dpty Shrf | | |

Exhibit A at 1

### Certification

| Status Date | Certificate | Level | Status | Certificate Date | Expiration Date | Probation Date |
|---|---|---|---|---|---|---|
| 4/17/2020 | Police Officer | Management | Granted | 4/17/2020 | | |
| 12/29/2014 | Police Officer | Supervisory | Granted | 12/29/2014 | | |
| 10/13/2009 | Police Officer | Advanced | Granted | 10/13/2009 | | |
| 8/30/2007 | Police Officer | Intermediate | Granted | 8/30/2007 | | |
| 8/20/2007 | Police Officer | Basic | Granted | 8/20/2007 | | |

### Training

| Date | Course | Title | Status | Score | Hours |
|---|---|---|---|---|---|
| 12/10/2024 | CBP1615A | Department Firearms Range - Low Light | Instructed | 0.0 | 4.00 |
| 12/9/2024 | CBP1356A | Department Firearms Range - Low Light | Instructed | 0.0 | 4.00 |
| 11/19/2024 | CBP1689A | Defensive Tactics | Passed | 0.0 | 4.00 |
| 10/24/2024 | CBP3491A | Policy Training - 314, 331, 339, & 1028 | Passed | 0.0 | 1.00 |
| 9/25/2024 | CQS0656A | Narcotics: Search Warrants,Traffic Stops, & K9 | Passed | 0.0 | 3.00 |
| 9/17/2024 | CBP1236A | Preventing Discrimination & Harassment | Passed | 0.0 | 0.75 |
| 8/24/2024 | CBP0017A | Department Firearms Range | Instructed | 0.0 | 6.00 |
| 8/23/2024 | CBP4152A | Department Firearms Range | Instructed | 0.0 | 8.00 |
| 8/12/2024 | CBP1623A | Department Firearms Ranges | Instructed | 0.0 | 6.00 |
| 8/10/2024 | CBP4220A | Department Firearms Ranges | Instructed | 0.0 | 6.00 |
| 5/29/2024 | CBP0066A | Department Firearms Range | Instructed | 0.0 | 4.00 |
| 5/28/2024 | CBP0327A | Department Firearms Range | Instructed | 0.0 | 4.00 |
| 5/23/2024 | CBP4063A | ETHOS Leadership Development Program | Passed | 0.0 | 3.00 |
| 5/19/2024 | CBP1650A | Performance Baseline Carbine | Passed | 0.0 | 8.00 |
| 5/18/2024 | CBP1588A | Performance Baseline Pistol | Passed | 0.0 | 8.00 |

Exhibit A at 2

| 5/10/2024 | MISCMAIN | 2024 LE Annual Maintenance | Completed | 0.0 | 0.00 |
|---|---|---|---|---|---|
| 5/1/2024 | REG2510A | Emergency Vehicle Operations - Skills Refresher | Passed | 0.0 | 4.00 |
| 4/25/2024 | CBP1667A | Ethical Decision Making | Passed | 0.0 | 2.00 |
| 3/27/2024 | OSH2095A | OIS Training | Passed | 0.0 | 3.50 |
| 3/20/2024 | CBP4273A | Defensive Tactics | Passed | 0.0 | 4.00 |
| 3/15/2024 | CBP1282A | Handgun and Rifle Qualifications | Instructed | 0.0 | 2.00 |
| 3/5/2024 | CBP0161A | CPR & First Aid | Passed | 0.0 | 3.00 |
| 2/22/2024 | CBP1573A | Building Search Training | Instructed | 0.0 | 0.75 |
| 2/17/2024 | CBP4281A | Defensive Tactics | Passed | 0.0 | 1.00 |
| 2/15/2024 | CBP1793A | De-escalation Training for Police | Passed | 0.0 | 1.00 |
| 2/13/2024 | EGN1076A | Glock Armorer Class | Passed | 0.0 | 8.00 |
| 2/5/2024 | CBP3787A | Annual Taser Trianing | Passed | 0.0 | 4.00 |
| 1/18/2024 | CBP0016A | Handgun and Rifle Qualifications | Instructed | 0.0 | 4.00 |
| | | | **2024 Hours** | | **58.25** |
| 11/27/2023 | CBP2938A | Defensive Tactics | Passed | 0.0 | 4.00 |
| 11/23/2023 | CBP3958A | Rapid Response and Deployment Policy | Passed | 0.0 | 0.25 |
| 10/5/2023 | CBP4197A | Community Relations | Passed | 0.0 | 0.25 |
| 10/5/2023 | CBP1221A | Limited English Profiency Services | Passed | 0.0 | 0.25 |
| 9/7/2023 | CBP1132A | Employee Involved Domestic Violence | Passed | 0.0 | 0.50 |
| 9/1/2023 | CBP1895A | Unconscious Bias | Passed | 0.0 | 1.00 |
| 8/17/2023 | CBP0958A | Fireamrs Range - Movement Fundamentals | Instructed | 0.0 | 8.00 |
| 8/15/2023 | CBP1066A | Firearms Range - Movement Fundamentals | Instructed | 0.0 | 4.00 |
| 8/8/2023 | CBP1113A | Firearms Range - Movement Fundamentals | Instructed | 0.0 | 8.00 |
| 8/6/2023 | CBP1111A | Policy Review - Discriminatory Harassment | Passed | 0.0 | 0.25 |
| 7/30/2023 | CBP0193A | Firearms Range - Movement Fundamentals | Instructed | 0.0 | 8.00 |

Exhibit A at 3

| 7/28/2023 | OSH3116A | NTOA | Passed | 0.0 | 16.00 |
|---|---|---|---|---|---|
| 7/16/2023 | CBP3923A | Custodial Searches | Passed | 0.0 | 0.50 |
| 7/15/2023 | CBP1318A | Custodial Searches | Passed | 0.0 | 0.50 |
| 6/23/2023 | CBP2400A | Ethics and Code of Conduct | Passed | 0.0 | 1.00 |
| 6/14/2023 | CBP1060A | Bias-Based Policing & Hate Crimes | Passed | 0.0 | 0.50 |
| 6/10/2023 | CBP2316A | Cyber Security: Phishing Prevention | Passed | 0.0 | 0.50 |
| 6/10/2023 | CBP3708A | How to Avoid Distracted Driving | Passed | 0.0 | 0.50 |
| 6/4/2023 | CBP3187A | CBPD Active Threat Response Training | Instructed | 0.0 | 6.00 |
| 6/3/2023 | CBP2525A | CBPD Active Threat Response Training | Instructed | 0.0 | 6.00 |
| 5/31/2023 | CQP1253A | Death Investigation / Strangulation / ALS Photo | Passed | 0.0 | 8.00 |
| 5/25/2023 | CQN0008 | ETHOS Leadership Development Program | Passed | 0.0 | 3.00 |
| 5/22/2023 | MISCMAIN | 2023 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 5/20/2023 | CBP3615A | Firearms Range - Handgun Fundamentals | Instructed | 0.0 | 4.00 |
| 5/19/2023 | CBP3499A | Firearms Range - Handgun Fundamentals | Instructed | 0.0 | 4.00 |
| 5/1/2023 | CBP1600A | Karly's Law | Passed | 0.0 | 0.50 |
| 4/30/2023 | CBP0610A | Haley Strategic D3 Handgun Vehicle Darkness | Passed | 0.0 | 30.00 |
| 4/27/2023 | CBP2798A | Haley Strategic D5 Handgun | Passed | 0.0 | 30.00 |
| 4/26/2023 | CBP1553A | Power of Vulnerability-Brene Brown | Passed | 0.0 | 0.50 |
| 4/26/2023 | CBP4100A | Fentanyl Safety & Awareness | Passed | 0.0 | 4.00 |
| 4/13/2023 | CBP10175 | SFST Refresher | Passed | 0.0 | 4.00 |
| 4/12/2023 | REG14151 | Active Threat Response | Passed | 0.0 | 8.00 |
| 4/10/2023 | CBP22595 | Strategies to Prevent /Respond to School Shootings | Passed | 0.0 | 1.00 |
| 4/8/2023 | CBP4128A | Policy Review - Temp Custody of Adults / Juveniles | Passed | 0.0 | 1.00 |
| 3/30/2023 | CBP3000A | Professional Police Driving | Passed | 0.0 | 1.00 |
| 3/24/2023 | CBP3605A | Child Abuse/Adult Abuse Policies | Passed | 0.0 | 0.50 |
| 3/24/2023 | CBP0594A | Pursuit Driving Fundamentals | Passed | 0.0 | 2.00 |

Exhibit A at 4

| Date | Code | Course | Status | | |
|---|---|---|---|---|---|
| 3/22/2023 | CBP01782 | CBPD Watch Commander Academy | Instructed | 0.0 | 4.00 |
| 3/18/2023 | CBP14153 | Emergency Vehicle Operations/Inspections | Passed | 0.0 | 4.00 |
| 3/12/2023 | CBP3395A | Initial Firearms Classroom and Qualification | Instructed | 0.0 | 7.00 |
| 3/7/2023 | CBP0630A | Photo Line-Ups/Post Arres Process | Passed | 0.0 | 3.00 |
| 2/28/2023 | CBP34970 | Leadership | Passed | 0.0 | 2.50 |
| 2/25/2023 | CBP15428 | Advanced Policing: Emotional Intelligence | Passed | 0.0 | 1.00 |
| 2/24/2023 | CBP20310 | Defensive Tactics | Passed | 0.0 | 4.00 |
| 2/23/2023 | CQN44379 | ETHOS Academy Ethics Training | Passed | 0.0 | 3.00 |
| 2/15/2023 | CBP10233 | Civil Commitments/Comm w/Persons w/Disabilities | Passed | 0.0 | 1.00 |
| 2/10/2023 | CBP05740 | Ethics in Law Enforcement | Passed | 0.0 | 0.00 |
| 1/31/2023 | CBP18318 | Annual Taser Recertification/Use of Force | Passed | 0.0 | 4.00 |
| 1/18/2023 | CQS08816 | Weapons Retention/ERT | Passed | 0.0 | 3.00 |
| 1/18/2023 | CQS17372 | Carbine Fam Fire/ERT | Passed | 0.0 | 3.00 |
| 1/18/2023 | CBP0015A | Employee Speech, Expression & Social Networking | Passed | 0.0 | 0.50 |
| 1/9/2023 | CBP4356A | Leadership Lessons fron the Greatest TED Talks | Passed | 0.0 | 16.00 |
| | | | **2023 Hours** | | **164.50** |
| 12/31/2022 | MAINTMUH | Maintenance Makeup Ethics | Passed | 0.0 | 1.00 |
| 12/31/2022 | MISCMAIN | 2022 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 12/30/2022 | CBP0467A | Persons Experiencing Homelessness in Public Spaces | Passed | 0.0 | 1.00 |
| 12/20/2022 | CBP03638 | Fundamentals of Building Clearing | Passed | 0.0 | 4.25 |
| 12/15/2022 | MISCMAIN | 2022 LE Leadership 3 Year Maintenance | Completed | 0.0 | 0.00 |
| 12/3/2022 | CBP38622 | Low Light Firearms Training | Instructed | 0.0 | 4.00 |
| 12/2/2022 | CBP37225 | Low Light Firearms Training | Passed | 0.0 | 4.00 |
| 11/29/2022 | CBP04930 | Leadership Training | Passed | 0.0 | 0.50 |
| 11/18/2022 | CBP08910 | K-9/DRONE USE & DEFENSIVE TACTICS | Passed | 0.0 | 4.00 |

Exhibit A at 5

| 11/13/2022 | GBP42793 | CQB / Active Shooter | Passed | 0.0 | 16.00 |
| 10/19/2022 | BDP19049 | Precision Pistol and Rifle | Passed | 0.0 | 4.00 |
| 10/6/2022 | BDP02572 | Advanced Carbine Course | Passed | 0.0 | 10.00 |
| 10/5/2022 | BDP40425 | Advanced Carbine Course | Passed | 0.0 | 10.00 |
| 10/4/2022 | BDP12849 | Advanced Carbine Course | Passed | 0.0 | 10.00 |
| 8/19/2022 | CBP29243 | FIREARMS TRAINING-PISTOL & RIFLE | Instructed | 0.0 | 4.00 |
| 8/16/2022 | CBP34427 | FIREARMS TRAINING-PISTOL & RIFLE | Instructed | 0.0 | 4.00 |
| 7/19/2022 | OCS27541 | AR15 Armorer's Course | Passed | 0.0 | 16.00 |
| 5/26/2022 | CBP18151 | 2022 Airways Training-Patient Eval for LE | Passed | 0.0 | 2.00 |
| 5/18/2022 | CQS33444 | ERT-Vehicular Assaults / Live Fire Range | Passed | 0.0 | 3.50 |
| 5/18/2022 | CBP39058 | SFST Refresher | Passed | 0.0 | 4.00 |
| 5/11/2022 | CBP01145 | Leadership in the Midst of Change | Passed | 0.0 | 8.00 |
| 5/11/2022 | CBP01307 | Fall Supervisor Training | Passed | 0.0 | 5.00 |
| 4/27/2022 | CBP33263 | Immigration Enforcement Request Policy/Procedure | Passed | 0.0 | 0.50 |
| 4/26/2022 | CBP33963 | Leadership Without Ego | Passed | 0.0 | 0.50 |
| 4/20/2022 | CQS39785 | Fam Fire/Qualification .223/.556 | Passed | 0.0 | 8.00 |
| 4/7/2022 | CBP37295 | Policy Review-315: Child Abuse | Passed | 0.0 | 0.50 |
| 4/7/2022 | CBP23859 | Policy Review-Adult Abuse | Passed | 0.0 | 0.50 |
| 4/1/2022 | CBP17762 | LEDS Inquiry Recertification | Passed | 0.0 | 1.00 |
| 3/22/2022 | CBP12134 | Basic Firearm Safety | Passed | 0.0 | 1.00 |
| 3/21/2022 | CBP08193 | FIREARMS QUALIFICATION | Instructed | 0.0 | 6.00 |
| 3/16/2022 | CQS21056 | Ballistic/Mechanical Breaching | Passed | 0.0 | 8.00 |
| 3/10/2022 | CBP07933 | Pursuit Supervison | Passed | 0.0 | 2.00 |
| 3/10/2022 | CBP38651 | High Risk Traffic Stops | Passed | 0.0 | 1.00 |
| 3/10/2022 | CBP44068 | Stop Sticks | Passed | 0.0 | 1.00 |
| 2/22/2022 | CVP25074 | Glock Armorer Course | Passed | 0.0 | 8.00 |

Exhibit A at 6

| 2/17/2022 | CBP29024 | Defensive Tactics | Passed | 0.0 | 4.00 |
|---|---|---|---|---|---|
| 1/25/2022 | CQS33408 | Ballistic Shotgun Breaching | Passed | 0.0 | 6.00 |
| 1/13/2022 | CBP18073 | Shevyakov Dismantled-Training for LE & Prosecutors | Passed | 0.0 | 2.00 |
| 1/1/2022 | CBP18359 | First Aid & Adult/Child/Infant CPR/AED | Passed | 0.0 | 4.00 |
| | | | **2022 Hours** | | **151.25** |
| 12/4/2021 | CBP01547 | Low Light/Target Discrimination | Passed | 0.0 | 4.00 |
| 11/8/2021 | CBP26498 | Duty to Intercede | Passed | 0.0 | 1.00 |
| 10/6/2021 | CQS07573 | ERT - Building Clear/Entry | Passed | 0.0 | 8.00 |
| 8/17/2021 | MISCMAIN | 2021 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 8/12/2021 | F6E29749 | Firearms Training | Passed | 0.0 | 4.00 |
| 7/15/2021 | F6E37997 | Dispatcher: Ethics in Public Service | Passed | 0.0 | 1.00 |
| 7/7/2021 | CQS22201 | ERT/Night Operations/Low Light Shooting | Passed | 0.0 | 8.00 |
| 6/11/2021 | CYS22668 | Firearms Instructor Course | Passed | 0.0 | 40.00 |
| 6/1/2021 | F6E23149 | EVOC & Pursuit Policy | Passed | 0.0 | 3.00 |
| 5/14/2021 | F6D35879 | Crisis Intervention Training | Passed | 0.0 | 40.00 |
| 4/8/2021 | F6D32656 | Firearms | Passed | 0.0 | 4.00 |
| 3/28/2021 | F6D04893 | De-Escalation & Minimizing Use of Force | Passed | 0.0 | 2.00 |
| 3/17/2021 | CQS01866 | Leadership/Improving SWAT Operations | Passed | 0.0 | 4.00 |
| 3/14/2021 | F6D38449 | EVOC & Traffic Stops | Passed | 0.0 | 4.00 |
| 3/12/2021 | F6D00777 | EVOC & Traffic Stops | Passed | 0.0 | 4.00 |
| 3/7/2021 | CQS39668 | Entry Training/Hostage Negotiation | Passed | 0.0 | 5.00 |
| 3/4/2021 | F6D25540 | LEDS Recertification - Inquiry Level | Passed | 0.0 | 1.00 |
| 2/24/2021 | CQS07623 | Fam Fire .223/ ERT Range Operations | Passed | 0.0 | 8.00 |
| 2/22/2021 | F6D03925 | Diversity in the Workplace | Passed | 0.0 | 1.00 |
| 2/22/2021 | F6D32882 | Cultural Awareness & Diversity Overview | Passed | 0.0 | 1.00 |

Exhibit A at 7

| | | | | | |
|---|---|---|---|---|---|
| 2/22/2021 | F6D09739 | Procedural Justice | Passed | 0.0 | 2.00 |
| 2/13/2021 | F6D22878 | IFAK/Street Medicine | Passed | 0.0 | 1.00 |
| 2/13/2021 | F6D12000 | X26P Taser Training; Annual Recertification | Passed | 0.0 | 3.00 |
| 2/8/2021 | F6D02211 | Policy #368 Limited English Proficiency Services | Passed | 0.0 | 0.50 |
| 2/8/2021 | F6D29735 | Policy 370 Communicaations with Person with Dis. | Passed | 0.0 | 0.50 |
| 2/3/2021 | F6D04804 | Measure 110 Decriminalization of Drug | Passed | 0.0 | 1.00 |
| 1/20/2021 | CQS03460 | ERT Qual/Live Fire Shoot House/Entry Training | Passed | 0.0 | 8.00 |
| | | | **2021 Hours** | | **159.00** |
| 12/31/2020 | F6D43200 | Employee Involved Domestic Violence | Passed | 0.0 | 0.50 |
| 12/31/2020 | F6D33359 | Employee Speech, Expression & Social Networking | Passed | 0.0 | 0.50 |
| 12/3/2020 | F6D36353 | Firearms-Low Light | Passed | 0.0 | 4.00 |
| 11/18/2020 | F6D13265 | Less Lethal Munitions/37mm Launcher/ Less Lethal | Passed | 0.0 | 5.00 |
| 11/10/2020 | F6D16318 | Fundamentals of Ethics in Law Enforcement | Passed | 0.0 | 1.00 |
| 11/10/2020 | F6D10676 | Leading on Empty | Passed | 0.0 | 1.00 |
| 11/10/2020 | F6D44054 | The Other Survival Skill: Mental & Emotional Hea. | Passed | 0.0 | 2.00 |
| 11/9/2020 | F6D27866 | HIDTA Program Update | Passed | 0.0 | 1.00 |
| 11/9/2020 | F6D05172 | Original Policing:Looking Back to the Future of. | Passed | 0.0 | 1.00 |
| 11/9/2020 | F6D10308 | Legislative Update | Passed | 0.0 | 1.50 |
| 11/9/2020 | F6D22905 | Use of Force Law & Policy Issues | Passed | 0.0 | 2.00 |
| 10/29/2020 | F6D02616 | Responding to People with Mental Illness | Passed | 0.0 | 2.00 |
| 10/25/2020 | CQS29426 | Water Emersion Training/ERT | Passed | 0.0 | 4.50 |
| 10/1/2020 | F6D04228 | Crowd Control 1 | Passed | 0.0 | 1.00 |
| 10/1/2020 | F6D14360 | Crowd Control 2 | Passed | 0.0 | 1.00 |
| 10/1/2020 | F6D02594 | Crowd Control 3 | Passed | 0.0 | 1.00 |
| 9/30/2020 | CQS09741 | ERT-Woodland Operations/Hostage Negotiations | Passed | 0.0 | 8.00 |
| 9/30/2020 | F6D12805 | LEDS Recertification 9Inquiry) & CJIS Security | Passed | 0.0 | 1.50 |

Exhibit A at 8

| 9/22/2020 | BPT18354 | Emergency Vehicle Operations - Skills Refresher | Passed | 0.0 | 2.00 |
|---|---|---|---|---|---|
| 9/22/2020 | BPT16528 | Vehicle Stops / CONSIM Skill Refreshers | Passed | 0.0 | 2.00 |
| 9/3/2020 | F6D36173 | Community Policing Strategies | Passed | 0.0 | 1.00 |
| 8/26/2020 | CQS40082 | ERT Team Movement/Night Fire Engagements | Passed | 0.0 | 4.00 |
| 8/21/2020 | F6D39510 | Firearms Training / IFAK | Passed | 0.0 | 4.00 |
| 7/30/2020 | F6D33649 | Implicit Bias | Passed | 0.0 | 1.00 |
| 7/30/2020 | F6D18516 | Civil Rights | Passed | 0.0 | 4.00 |
| 7/30/2020 | F6D43868 | ORS 166.155 & ORS 166.165 | Passed | 0.0 | 0.50 |
| 7/30/2020 | F6D43577 | Policy Review - Bias-Based Policing | Passed | 0.0 | 0.50 |
| 7/15/2020 | CQS26679 | ERT - Entry operations | Passed | 0.0 | 8.00 |
| 7/7/2020 | MISCMAIN | 2020 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 6/29/2020 | F6D10865 | Firearms | Passed | 0.0 | 4.00 |
| 6/21/2020 | F6D36803 | Ethics in Law Enforcement | Passed | 0.0 | 1.00 |
| 5/22/2020 | F6D42067 | Suspects in Medical Distress | Passed | 0.0 | 1.00 |
| 5/21/2020 | F6D16294 | EVOC | Passed | 0.0 | 3.00 |
| 5/21/2020 | F6D27827 | Developing Leadership | Passed | 0.0 | 1.00 |
| 5/21/2020 | F6D27440 | Driving While Distracted | Passed | 0.0 | 2.00 |
| 5/21/2020 | F6D24811 | Child Abuse & Neglect | Passed | 0.0 | 2.00 |
| 5/20/2020 | F6D22870 | Human Trafficking Part 1 | Passed | 0.0 | 2.00 |
| 5/19/2020 | F6D39572 | Arrest, Search & Seizure (Fourth Amendment) | Passed | 0.0 | 2.00 |
| 5/15/2020 | F6D29062 | Emotional Intelligence for Leaders | Passed | 0.0 | 1.00 |
| 5/13/2020 | F6D42243 | Hate Crimes Training for Law Enforcement | Passed | 0.0 | 1.00 |
| 5/13/2020 | F6D16220 | Opioid Crisis-Protecting Our First Responders | Passed | 0.0 | 1.00 |
| 5/13/2020 | F6D41834 | Sexual Harassment for Managers | Passed | 0.0 | 2.00 |
| 5/11/2020 | F6D43858 | Covid-19 For Law Enforcement | Passed | 0.0 | 1.00 |

Exhibit A at 9

| 5/11/2020 | F6D42503 | The LGBTQ Community | Passed | 0.0 | 1.00 |
|---|---|---|---|---|---|
| 5/10/2020 | F6D21421 | Sexual Harassment in The Workplace | Passed | 0.0 | 1.00 |
| 5/10/2020 | F6D08385 | Cultural Awareness & Diversity Overview | Passed | 0.0 | 1.00 |
| 5/9/2020 | F6D38533 | Anti Harassment in The Workplace | Passed | 0.0 | 1.00 |
| 5/7/2020 | F6D23589 | Anti-Bias Training for Law Enforcement | Passed | 0.0 | 1.00 |
| 5/7/2020 | F6D41247 | Recognizing & Responding to Domestic Violence | Passed | 0.0 | 2.00 |
| 5/7/2020 | F6D23886 | Racial Profiling Part 1 | Passed | 0.0 | 1.00 |
| 5/5/2020 | F6D01686 | De-Escalation & Minimizing Use of Force | Passed | 0.0 | 2.00 |
| 4/29/2020 | F6D15878 | Basic Firearms Safety | Passed | 0.0 | 1.00 |
| 4/15/2020 | 20-0028 | DPSST Middle Management F22 Equivalency | Completed | 0.0 | 0.00 |
| 4/15/2020 | F6D43710 | Generational Differences for Law Enforcement | Passed | 0.0 | 1.00 |
| 4/13/2020 | F6D42590 | Crisis Management | Passed | 0.0 | 1.00 |
| 4/6/2020 | F6D17530 | Interacting w/ The Mentally Ill as First Responder | Passed | 0.0 | 1.00 |
| 4/4/2020 | F6D21227 | Ambush Awareness & Preparation | Passed | 0.0 | 1.00 |
| 4/2/2020 | F6D08336 | Airborne & Bloodborne Pathogens | Passed | 0.0 | 1.00 |
| 3/13/2020 | F6D04739 | Oregon Executive Development Institute Annual | Passed | 0.0 | 41.50 |
| 3/4/2020 | F6D27144 | Policy Review-Discriminatory Harassment/ Child | Passed | 0.0 | 0.75 |
| 2/19/2020 | CQS29514 | ERT Gear Check/Pre Event Communication | Passed | 0.0 | 5.00 |
| 2/17/2020 | F6D01905 | IFAK/T.Q | Passed | 0.0 | 1.50 |
| 2/17/2020 | F6D27950 | X26P Taser Training Annual Update | Passed | 0.0 | 2.50 |
| 2/13/2020 | F6D24611 | State Vs Aerreola Botello Legal Update Review | Passed | 0.0 | 1.00 |
| 1/29/2020 | F6D23280 | Narcan Training | Passed | 0.0 | 1.00 |
| 1/26/2020 | F6D15175 | Defensive Tactics | Passed | 0.0 | 4.00 |
| 1/16/2020 | F6D07612 | Community Partner Training for Custody, Holds.. | Passed | 0.0 | 3.00 |
| 1/15/2020 | F6D40364 | Defensive Tactics | Passed | 0.0 | 3.00 |
| 1/11/2020 | F6D11480 | Temporary Custody of Juveniles - Policy Review | Passed | 0.0 | 1.00 |

Exhibit A at 10

| 1/1/2020 | F6D01370 | First Aid / CPR | Passed | 0.0 | 4.00 |
|---|---|---|---|---|---|
| | | **2020 Hours** | | | **173.75** |
| 12/24/2019 | F6D34601 | National Incident Management Systems IS-00700 | Passed | 0.0 | 3.50 |
| 12/23/2019 | F6D14650 | National Response Framework, An Intro IS-00800 | Passed | 0.0 | 3.00 |
| 12/20/2019 | F6D31165 | Basic ICS for Initial Response IS 00200 | Passed | 0.0 | 4.00 |
| 12/19/2019 | BPT23001 | SFST Refresher | Passed | 0.0 | 4.00 |
| 12/13/2019 | F6D03473 | Firearms Training | Passed | 0.0 | 4.00 |
| 10/23/2019 | F6D34201 | SWAT/ Tactical Terrain Based Rifle Course | Passed | 0.0 | 6.00 |
| 9/9/2019 | F6D35771 | Terrian Bassed Tactical Rifle and Vehicle Course | Passed | 0.0 | 8.00 |
| 7/23/2019 | F6D24298 | Firearms | Passed | 0.0 | 4.00 |
| 6/2/2019 | SMP26753 | OTOA Basic SWAT School | Passed | 0.0 | 40.00 |
| 5/20/2019 | MISCMAIN | 2019 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 4/8/2019 | MISCMAIN | 2019 LE Leadership 3 Year Maintenance | Completed | 0.0 | 0.00 |
| 4/1/2019 | F6D20227 | Winning The Battle - The Pain Behind The Badge | Passed | 0.0 | 6.50 |
| 3/8/2019 | F6D39098 | Northwest Leadership Seminar | Passed | 0.0 | 20.00 |
| 3/8/2019 | F6D31138 | Northwest Leadership Seminar | Passed | 0.0 | 20.00 |
| 2/26/2019 | F6D04700 | Firearms Training-Low Light Handgun Qualification | Passed | 0.0 | 3.00 |
| 1/28/2019 | F6D02447 | MILO Training/ Use of Force | Passed | 0.0 | 1.00 |
| 1/24/2019 | F6D35322 | Use of Force | Passed | 0.0 | 2.00 |
| 1/15/2019 | F6D38598 | CJ Ethics Bulletins 2018 | Passed | 0.0 | 1.00 |
| 1/7/2019 | MISCMAIN | 2018 LE Annual Required Maintenance | Completed | 0.0 | 0.00 |
| | | **2019 Hours** | | | **130.00** |
| 9/24/2018 | F6D19039 | Defensive Tactics | Passed | 0.0 | 4.00 |
| 8/16/2018 | F6B22348 | Firearms Training-Handgun Fundamentals | Passed | 0.0 | 3.00 |
| 6/4/2018 | F6B43278 | EVOC/High Risk Traffic Stops | Passed | 0.0 | 4.00 |

Exhibit A at 11

| 4/30/2018 | F6B38577 | Pursuit Management and Supervision | Passed | 0.0 | 2.00 |
|---|---|---|---|---|---|
| 4/30/2018 | F6D30705 | LEDS Recertification | Passed | 0.0 | 1.00 |
| 4/28/2018 | F6B17539 | Pursuit Supervision | Passed | 0.0 | 2.00 |
| 3/14/2018 | F6B00459 | Field Testing Suspected Controlled substances | Passed | 0.0 | 0.50 |
| 2/15/2018 | F6B04667 | MILO | Passed | 0.0 | 1.00 |
| 2/14/2018 | F6B07233 | Handgun Qualification & Handgun Training | Passed | 0.0 | 3.00 |
| 2/13/2018 | F6B26747 | Bias-Based Policing Policy 402 | Passed | 0.0 | 1.00 |
| 2/5/2018 | F6B25614 | Sequential Intercept Mapping of Mental Health | Passed | 0.0 | 8.00 |
| 1/30/2018 | F6B35343 | Fire Safety-Safe Fueling Guidelines | Passed | 0.0 | 0.50 |
| 1/1/2018 | F6B13505 | CPR/First Aid/AED | Passed | 0.0 | 8.00 |
| | | | **2018 Hours** | | **38.00** |
| 12/5/2017 | F6B12489 | Basic Background Investigations | Passed | 0.0 | 16.00 |
| 10/3/2017 | F6C20316 | Firearms Qualifications | Passed | 0.0 | 3.50 |
| 4/28/2017 | F6C16306 | EVOC | Passed | 0.0 | 2.00 |
| 1/26/2017 | F6C04964 | Case Law/Court Decisions | Passed | 0.0 | 0.50 |
| 1/26/2017 | F6C12446 | Low Light/Night Shooting | Passed | 0.0 | 2.00 |
| 1/7/2017 | F6C03879 | Drugs-Other | Passed | 0.0 | 1.00 |
| | | | **2017 Hours** | | **25.00** |
| 12/31/2016 | MISCMAIN | 2016 Police Maintenance Basic | Completed | 0.0 | 0.00 |
| 11/10/2016 | F6C04581 | Firearms Training | Passed | 0.0 | 3.00 |
| 10/31/2016 | F6C04146 | SFST Refresher Course | Passed | 0.0 | 4.00 |
| 9/22/2016 | F6C28122 | Officer Involved Shooting | Passed | 0.0 | 1.00 |
| 8/26/2016 | F6C11106 | Taser Refresher Training | Passed | 0.0 | 2.50 |
| 8/22/2016 | F6C06596 | Handgun Training | Passed | 0.0 | 3.50 |
| 6/1/2016 | F6C26184 | LEDS Recertification | Passed | 0.0 | 1.00 |
| 5/20/2016 | F6A00513 | EVOC Training | Passed | 0.0 | 4.00 |

Exhibit A at 12

| 5/11/2016 | F6C23429 | Spring Supervision Training - Beyond Basics | Passed | 0.0 | 5.50 |
| 1/1/2016 | F6A00002 | CPR/First Aid | Passed | 0.0 | 8.00 |
| | | | **2016 Hours** | | **32.50** |
| 12/30/2015 | 15-1119 | Rights / Legal Updates - Victims Assistance | Passed | 0.0 | 1.00 |
| 10/14/2015 | 15-1228 | Vehicle Stops | Passed | 0.0 | 4.00 |
| 10/12/2015 | 15-0597 | CIS LE Seminar - Policies & Procedures | Passed | 0.0 | 1.00 |
| 9/25/2015 | 15-0443 | Leadership | Passed | 0.0 | 1.00 |
| 9/24/2015 | 15-0388 | ICS 100 / IS 100 - Introduction to ICS | Passed | 0.0 | 3.00 |
| 9/23/2015 | 15-0397 | NIMS / ICS course- other leadership topic | Passed | 0.0 | 1.00 |
| 9/16/2015 | 15-0100 | Active Shooter | Passed | 0.0 | 0.50 |
| 6/2/2015 | 15-1075 | Intoxilyzer 8000 | Passed | 0.0 | 6.00 |
| 4/28/2015 | 15-0597 | CIS LE Seminar - Policies & Procedures | Passed | 0.0 | 5.00 |
| 4/28/2015 | 15-0497 | Supervision / Management Training - Other | Passed | 0.0 | 4.00 |
| 3/19/2015 | 15-0497 | Supervision / Management Training - Other | Passed | 0.0 | 16.00 |
| 2/22/2015 | 15-0251 | MILO Training | Passed | 0.0 | 1.00 |
| 2/10/2015 | 15-0129 | Firearms Training | Passed | 0.0 | 3.00 |
| 1/27/2015 | 15-1211 | Officer Involved Shootings | Passed | 0.0 | 0.50 |
| | | | **2015 Hours** | | **47.00** |
| 12/29/2014 | 14-0030 | DPSST Supervision F21 Equivalency | Completed | 0.0 | 0.00 |
| 12/16/2014 | 14-3054 | Vehicle Stops* | Passed | 0.0 | 5.00 |
| 11/7/2014 | 14-0584 | OPOA Annual Conference | Passed | 0.0 | 24.00 |
| 10/14/2014 | 14-0100 | Active Shooter | Passed | 0.0 | 8.00 |
| 8/27/2014 | 14-0774 | Crime Scene Investigation | Passed | 0.0 | 3.00 |
| 6/27/2014 | 14-0794 | Child Abuse Investigation | Passed | 0.0 | 0.50 |
| 6/25/2014 | 14-0716 | LEDS Recertification | Passed | 0.0 | 1.00 |

Exhibit A at 13

| 6/11/2014 | 14-1083 | SFST Refresher | Passed | 0.0 | 4.00 |
| 5/28/2014 | 14-0794 | Child Abuse Investigation | Instructed | 0.0 | 8.00 |
| 5/15/2014 | 14-0787 | Forensic Interviewing | Passed | 0.0 | 26.00 |
| 5/7/2014 | 14-1125 | Forfeitures - Civil / Criminal | Passed | 0.0 | 2.00 |
| 4/30/2014 | 14-0114 | Defensive Tactics | Passed | 0.0 | 4.00 |
| 3/21/2014 | 14-0609 | Major Crimes Conference | Passed | 0.0 | 24.00 |
| 3/5/2014 | 14-0916 | Domestic Violence | Passed | 0.0 | 4.00 |
| 3/4/2014 | 14-1029 | Workplace Harassment | Passed | 0.0 | 0.50 |
| 2/28/2014 | 14-0790 | Forensics - Other | Passed | 0.0 | 8.00 |
| 2/21/2014 | 14-0722 | LEDS Review & Update | Passed | 0.0 | 1.00 |
| 1/12/2014 | 14-0167 | Rifle Qualification | Passed | 0.0 | 3.00 |
| 1/4/2014 | 14-0722 | LEDS Review & Update | Passed | 0.0 | 0.50 |
| 1/4/2014 | 14-0722 | LEDS Review & Update | Passed | 0.0 | 0.50 |
| | | | **2014 Hours** | | **119.00** |
| 12/31/2013 | MISCMAIN | 2013 Police Maintenance Basic | Completed | 0.0 | 0.00 |
| 12/11/2013 | 13-0953 | CPR / First Aid / AED | Passed | 0.0 | 4.00 |
| 11/11/2013 | 13-1203 | EVOC | Passed | 0.0 | 4.00 |
| 10/26/2013 | 13-0114 | Defensive Tactics | Passed | 0.0 | 4.00 |
| 8/2/2013 | 13-0653 | Community - Other | Passed | 0.0 | 1.00 |
| 7/16/2013 | 13-0141 | Handgun Qualification | Passed | 0.0 | 4.00 |
| 5/13/2013 | 13-0276 | Use of Force - Other | Passed | 0.0 | 0.50 |
| 5/8/2013 | 13-0829 | Investigating Officer Involved Shootings | Passed | 0.0 | 20.00 |
| 4/8/2013 | 13-0951 | CPR / AED | Passed | 0.0 | 2.00 |
| 2/26/2013 | 13-0921 | Pursuit Policy | Passed | 0.0 | 6.00 |
| 1/8/2013 | 13-1211 | Officer Involved Shootings | Passed | 0.0 | 0.50 |
| | | | **2013 Hours** | | **46.00** |

Exhibit A at 14

| | | | | | |
|---|---|---|---|---|---|
| 12/18/2012 | 12-0249 | Range 3000 | Passed | 0.0 | 2.00 |
| 12/18/2012 | 12-0273 | Taser X26 Certification | Passed | 0.0 | 1.00 |
| 12/6/2012 | 12-0716 | LEDS Recertification | Passed | 0.0 | 1.00 |
| 12/5/2012 | 12-0914 | Personal / Professional Development - Other | Passed | 0.0 | 8.00 |
| 12/3/2012 | 12-0149 | Low Light / Night Shooting / Qualification | Passed | 0.0 | 1.00 |
| 12/2/2012 | 12-0149 | Low Light / Night Shooting / Qualification | Passed | 0.0 | 2.00 |
| 11/29/2012 | 12-0104 | ASP / OC | Passed | 0.0 | 0.50 |
| 10/10/2012 | 12-0834 | Investigation Training - Other | Passed | 0.0 | 7.00 |
| 9/22/2012 | 12-0571 | Crimes Against Children Conference | Passed | 0.0 | 5.50 |
| 8/16/2012 | 12-1262 | Video Training Courses | Passed | 0.0 | 24.00 |
| 6/29/2012 | 12-0129 | Firearms Training | Passed | 0.0 | 4.00 |
| 6/20/2012 | 12-0820 | Criminal Intelligence Training | Passed | 0.0 | 3.00 |
| 5/17/2012 | 12-0963 | First Responder - Other | Passed | 0.0 | 20.00 |
| 4/27/2012 | 12-0610 | Child Abuse Summit | Passed | 0.0 | 22.50 |
| 3/28/2012 | 12-1012 | Child Abuse Interviews | Passed | 0.0 | 8.00 |
| 3/25/2012 | 12-0722 | LEDS Review & Update | Passed | 0.0 | 1.00 |
| 3/21/2012 | 12-0497 | Supervision / Management Training - Other | Passed | 0.0 | 7.00 |
| 3/19/2012 | 12-0458 | Force Liability Prevention | Passed | 0.0 | 4.00 |
| 3/19/2012 | 12-0466 | Labor & Employment Law | Passed | 0.0 | 4.00 |
| 2/20/2012 | 12-1203 | EVOC | Passed | 0.0 | 4.00 |
| 1/11/2012 | 12-0132 | Firearms Qualification | Passed | 0.0 | 3.00 |
| | | | **2012 Hours** | | **132.50** |
| 12/29/2011 | 11-0249 | Range 3000 | Passed | 0.0 | 1.00 |
| 11/20/2011 | 11-1274 | Briefing Trg - Multiple Topics,Consolidated Roster | Passed | 0.0 | 1.75 |
| 11/19/2011 | 11-0129 | Firearms Training | Passed | 0.0 | 3.00 |

Exhibit A at 15

| 11/18/2011 | 11-0443 | Leadership | Passed | 0.0 | 40.00 |
| 11/3/2011 | 11-1210 | Emotional Survival | Passed | 0.0 | 8.00 |
| 11/2/2011 | 11-0819 | Background Investigations | Passed | 0.0 | 4.00 |
| 11/2/2011 | 11-0934 | FBI Training - Other | Passed | 0.0 | 4.00 |
| 10/26/2011 | 11-1038 | Interview & Interrogation | Passed | 0.0 | 24.00 |
| 7/18/2011 | 11-1102 | Courtroom Testimony | Passed | 0.0 | 8.00 |
| 6/28/2011 | 11-0964 | Bloodborne Pathogens | Passed | 0.0 | 2.00 |
| 6/14/2011 | 11-1203 | EVOC | Passed | 0.0 | 4.00 |
| 6/10/2011 | 11-0953 | CPR / First Aid / AED | Passed | 0.0 | 4.00 |
| 6/8/2011 | 11-0722 | LEDS Review & Update | Passed | 0.0 | 1.00 |
| 6/8/2011 | 11-1065 | Medical Marijuana Enforcement | Passed | 0.0 | 0.50 |
| 5/18/2011 | 11-0249 | Range 3000 | Passed | 0.0 | 3.00 |
| 4/23/2011 | 11-0573 | DUII Multi-Disciplinary Impaired Driving Conferenc | Passed | 0.0 | 14.00 |
| 4/6/2011 | 11-0593 | Conference - Other | Passed | 0.0 | 12.00 |
| 2/11/2011 | 11-0801 | Homicide Investigation | Passed | 0.0 | 4.00 |
| 2/10/2011 | 11-0801 | Homicide Investigation | Passed | 0.0 | 2.00 |
| 2/10/2011 | 11-0801 | Homicide Investigation | Passed | 0.0 | 2.00 |
| 2/10/2011 | 11-1047 | Truth Verification | Passed | 0.0 | 4.00 |
| 2/9/2011 | 11-0833 | Terrorism Investigation | Passed | 0.0 | 2.00 |
| 2/9/2011 | 11-1035 | Human Trafficking | Passed | 0.0 | 2.00 |
| 2/9/2011 | 11-0826 | High Profile Crime Investigation | Passed | 0.0 | 2.00 |
| 2/9/2011 | 11-0801 | Homicide Investigation | Passed | 0.0 | 2.00 |
| 2/8/2011 | 11-0790 | Forensics - Other | Passed | 0.0 | 1.00 |
| 2/8/2011 | 11-0801 | Homicide Investigation | Passed | 0.0 | 2.00 |
| 2/8/2011 | 11-0778 | Crimes / Crime Scenes - Other | Passed | 0.0 | 1.00 |
| 2/8/2011 | 11-0826 | High Profile Crime Investigation | Passed | 0.0 | 1.00 |

Exhibit A at 16

| 2/8/2011 | 11-1122 | Law & Legal - Other | Passed | 0.0 | 2.00 |
|---|---|---|---|---|---|
| 1/17/2011 | 11-0716 | LEDS Recertification | Passed | 0.0 | 1.00 |
| | | | **2011 Hours** | | **162.25** |
| 12/15/2010 | 10-0800 | Death Investigation | Passed | 0.0 | 8.00 |
| 12/1/2010 | 10-0141 | Handgun Qualification | Passed | 0.0 | 3.50 |
| 10/1/2010 | 10-0722 | LEDS Review & Update | Passed | 0.0 | 1.00 |
| 9/17/2010 | 10-0593 | Conference - Other | Passed | 0.0 | 20.00 |
| 9/14/2010 | 10-0819 | Background Investigations | Passed | 0.0 | 12.00 |
| 9/9/2010 | 10-0702 | Computer Software Applications | Passed | 0.0 | 8.00 |
| 7/15/2010 | 10-0822 | Digital Evidence | Passed | 0.0 | 5.00 |
| 7/8/2010 | 10-0801 | Homicide Investigation | Passed | 0.0 | 24.00 |
| 5/19/2010 | 10-0443 | Leadership | Passed | 0.0 | 8.00 |
| 4/24/2010 | 10-0573 | DUII Multi-Disciplinary Impaired Driving Conferenc | Passed | 0.0 | 16.00 |
| 4/14/2010 | 10-1083 | SFST Refresher | Instructed | 0.0 | 4.00 |
| 3/24/2010 | 10-0276 | Use of Force - Other | Passed | 0.0 | 1.00 |
| 3/13/2010 | 10-0149 | Low Light / Night Shooting / Qualification | Passed | 0.0 | 6.00 |
| 2/22/2010 | 10-0800 | Death Investigation | Passed | 0.0 | 6.50 |
| 2/12/2010 | 10-0609 | Major Crimes Conference | Passed | 0.0 | 28.00 |
| 1/19/2010 | 10-0795 | Domestic Violence Investigations | Passed | 0.0 | 1.00 |
| | | | **2010 Hours** | | **148.00** |
| 12/28/2009 | 09-1116 | Legal/Legislative Update | Passed | 0.0 | 0.75 |
| 11/20/2009 | 09-1038 | Interview & Interrogation | Passed | 0.0 | 16.00 |
| 10/9/2009 | 09-0114 | Defensive Tactics | Passed | 0.0 | 4.00 |
| 9/25/2009 | 09-1008 | Drug Recognition Expert /SFST Instructor Course | Passed | 0.0 | 40.00 |
| 9/18/2009 | 09-0593 | Conference - Other | Passed | 0.0 | 12.00 |

Exhibit A at 17

| 8/21/2009 | 09-0555 | DRE Full-School | Passed | 0.0 | 4.00 |
| 8/21/2009 | 09-1147 | OSP DITEP Instructor Training | Passed | 0.0 | 4.00 |
| 7/29/2009 | 09-0129 | Firearms Training | Passed | 0.0 | 2.00 |
| 7/15/2009 | 09-1031 | Sexual Assault - Non-stranger | Passed | 0.0 | 8.00 |
| 6/24/2009 | 09-0637 | Writing Search Warrants | Passed | 0.0 | 24.00 |
| 5/26/2009 | 09-0800 | Death Investigation | Passed | 0.0 | 6.00 |
| 5/15/2009 | 09-1200 | Raid Entry | Passed | 0.0 | 36.00 |
| 4/28/2009 | 09-1040 | Oregon Interviewing Guidlelines | Passed | 0.0 | 16.00 |
| 4/22/2009 | 09-0800 | Death Investigation | Passed | 0.0 | 8.00 |
| 4/21/2009 | 09-0953 | CPR / First Aid / AED | Passed | 0.0 | 4.00 |
| 4/18/2009 | 09-0573 | DUII Multi-Disciplinary Impaired Driving Conferenc | Passed | 0.0 | 16.00 |
| 3/25/2009 | 09-0906 | Ethics & Bias Based Profiling | Passed | 0.0 | 6.00 |
| 3/16/2009 | 09-1059 | DRE Certificiation | Passed | 0.0 | 8.00 |
| 3/5/2009 | 09-0809 | Identity Theft Investigation | Passed | 0.0 | 16.00 |
| 2/23/2009 | 09-1179 | Radar Operators Course | Passed | 0.0 | 8.00 |
| 1/30/2009 | 09-0778 | Crimes / Crime Scenes - Other | Passed | 0.0 | 28.00 |
| 1/6/2009 | 09-1203 | EVOC | Passed | 0.0 | 8.00 |
| 1/4/2009 | 09-0716 | LEDS Recertification | Passed | 0.0 | 1.00 |
| | | | | **2009 Hours** | **275.75** |
| 12/25/2008 | 08-1211 | Officer Involved Shootings | Passed | 0.0 | 0.50 |
| 11/11/2008 | 08-0293 | Other Use of Force Video | Passed | 0.0 | 3.00 |
| 10/30/2008 | 08-1068 | Drugs - Other | Passed | 0.0 | 6.00 |
| 10/22/2008 | 08-1211 | Officer Involved Shootings | Passed | 0.0 | 1.00 |
| 10/18/2008 | 08-0964 | Bloodborne Pathogens | Passed | 0.0 | 1.00 |
| 9/29/2008 | 08-1206 | Pursuit Intervention Techniques (PIT) | Passed | 0.0 | 1.00 |
| 8/7/2008 | 08-0100 | Active Shooter | Passed | 0.0 | 8.00 |

Exhibit A at 18

| 7/14/2008 | 08-0114 | Defensive Tactics | Passed | 0.0 | 4.00 |
| 6/23/2008 | 08-0274 | Taser - Other | Passed | 0.0 | 1.00 |
| 6/22/2008 | 08-1120 | Search & Seizure | Passed | 0.0 | 0.50 |
| 6/14/2008 | 08-1059 | DRE Certification | Passed | 0.0 | 40.00 |
| 5/21/2008 | 08-1121 | Traffic Law Updates | Passed | 0.0 | 0.50 |
| 5/13/2008 | 08-0671 | Protecting Children | Passed | 0.0 | 0.50 |
| 5/9/2008 | 08-0555 | DRE Full-School | Passed | 0.0 | 56.00 |
| 4/30/2008 | 08-0556 | DRE Pre-School | Passed | 0.0 | 16.00 |
| 4/29/2008 | 08-1122 | Law & Legal - Other | Passed | 0.0 | 1.00 |
| 4/27/2008 | 08-0274 | Taser - Other | Passed | 0.0 | 2.00 |
| 4/9/2008 | 08-0906 | Ethics & Bias Based Profiling | Passed | 0.0 | 6.00 |
| 3/15/2008 | 08-0573 | DUII Multi-Disciplinary Impaired Driving Conferenc | Passed | 0.0 | 16.00 |
| 3/8/2008 | 08-0906 | Ethics & Bias Based Profiling | Passed | 0.0 | 6.00 |
| 3/7/2008 | 08-1068 | Drugs - Other | Passed | 0.0 | 4.00 |
| 3/6/2008 | 08-1061 | Drug Field Kit Testing | Passed | 0.0 | 4.00 |
| 3/6/2008 | 08-1068 | Drugs - Other | Passed | 0.0 | 4.00 |
| 3/5/2008 | 08-1063 | Drug Interdiction | Passed | 0.0 | 4.00 |
| 3/5/2008 | 08-1063 | Drug Interdiction | Passed | 0.0 | 4.00 |
| 3/4/2008 | 08-1063 | Drug Interdiction | Passed | 0.0 | 4.00 |
| 3/3/2008 | 08-1068 | Drugs - Other | Passed | 0.0 | 4.00 |
| 3/3/2008 | 08-1066 | Methamphetamine Issues / Awareness | Passed | 0.0 | 4.00 |
| 2/29/2008 | 08-1080 | Protecting Lives - Saving Futures | Passed | 0.0 | 19.00 |
| 2/16/2008 | 08-1122 | Law & Legal - Other | Passed | 0.0 | 2.00 |
| 2/5/2008 | 08-1250 | Driving - Other | Passed | 0.0 | 9.00 |
| 2/5/2008 | 08-1203 | EVOC | Passed | 0.0 | 2.00 |

Exhibit A at 19

| 2/5/2008 | 08-0117 | High Risk Vehicle Stops | Passed | 0.0 | 2.00 |
|---|---|---|---|---|---|
| 2/5/2008 | 08-0139 | Simunitions | Passed | 0.0 | 5.00 |
| 2/1/2008 | 08-0915 | Agency Policies / Procedures | Passed | 0.0 | 0.50 |
| 2/1/2008 | 08-1122 | Law & Legal - Other | Passed | 0.0 | 1.00 |
| 1/15/2008 | 08-1122 | Law & Legal - Other | Passed | 0.0 | 0.50 |
| | | | **2008 Hours** | | **243.00** |
| 12/19/2007 | 07-0114 | Defensive Tactics | Passed | 0.0 | 8.00 |
| 12/1/2007 | 07-1122 | Law & Legal - Other | Passed | 0.0 | 2.00 |
| 11/16/2007 | 07-0584 | OPOA Annual Conference | Passed | 0.0 | 20.00 |
| 10/30/2007 | 07-1224 | Spike Strip / Stop Stick Use | Passed | 0.0 | 0.50 |
| 10/10/2007 | 07-1116 | Legal/Legislative Update | Passed | 0.0 | 0.50 |
| 10/6/2007 | 07-1116 | Legal/Legislative Update | Passed | 0.0 | 0.50 |
| 10/4/2007 | 07-1116 | Legal/Legislative Update | Passed | 0.0 | 0.50 |
| 10/3/2007 | 07-1120 | Search & Seizure | Passed | 0.0 | 0.50 |
| 9/18/2007 | 07-1198 | Building Searches | Passed | 0.0 | 2.00 |
| 9/7/2007 | 07-0211 | The Bullet Proof Mind | Passed | 0.0 | 4.00 |
| 8/24/2007 | 07-0800 | Death Investigation | Passed | 0.0 | 24.00 |
| 7/16/2007 | 07-0101 | Active Shooter - Tactical Response | Passed | 0.0 | 0.80 |
| 7/15/2007 | 07-0101 | Active Shooter - Tactical Response | Passed | 0.0 | 1.00 |
| 6/11/2007 | 07-0953 | CPR / First Aid / AED | Passed | 0.0 | 3.00 |
| 6/4/2007 | 07T001 | Police Field Training Manual | Passed | 0.0 | 50.00 |
| 5/23/2007 | 07-0141 | Handgun Qualification | Passed | 0.0 | 2.50 |
| 5/11/2007 | 07-1198 | Building Searches | Passed | 0.0 | 1.00 |
| 5/1/2007 | 07-1120 | Search & Seizure | Passed | 0.0 | 1.50 |
| 4/22/2007 | 07-0273 | Taser X26 Certification | Passed | 0.0 | 6.00 |
| 1/8/2007 | 07-0477 | Personnel Topics - Other | Passed | 0.0 | 1.00 |

Exhibit A at 20

| | | | | | 2007 Hours | 129.30 |
|---|---|---|---|---|---|---|
| 12/15/2006 | 06-0009 | DPSST Basic Police COD | Passed | 0.0 | 80.00 |
| 12/13/2006 | 06-2674 | Medic/First Aid | Passed | 0.0 | 6.00 |
| 12/5/2006 | 06-0032 | Intoxilyzer 8000 | Passed | 0.0 | 8.00 |
| 11/1/2006 | 06-0138 | CPR/First Aid/AED | Passed | 0.0 | 6.00 |
| 8/24/2006 | 06-1645 | Gizmos & Gadgets | Passed | 0.0 | 8.00 |
| 6/29/2006 | 06-1090 | Oregon Interview Guidelines | Passed | 0.0 | 14.00 |
| 6/10/2006 | 06-0217 | Firearms | Passed | 0.0 | 4.00 |
| 5/24/2006 | 06-1109 | Motorcycle Gang | Passed | 0.0 | 1.00 |
| | | | | 2006 Hours | 127.00 |
| | | | | Total Hours | 2362.05 |

| Attributes | | | |
|---|---|---|---|
| **Topic** | **Attribute** | **Effective Date** | **Expiration Date** |
| Maintenance Requirements | LE Annual | 1/1/2025 | 12/31/2025 |
| Certification Cards | First Aid and CPR | 3/5/2024 | 3/5/2026 |
| Maintenance Requirements | LE Leadership 3 Year | 1/1/2023 | 12/31/2025 |
| Code of Ethics | Signed | 12/20/2006 | |

| Education | | | | |
|---|---|---|---|---|
| **Date** | **Degree** | **School** | **Major** | **Hours** |
| 12/15/1997 | Bachelor Science | All Other Education Institutes | Liberal Arts/distributed Study | 196.5 |

May not reflect most current data

Exhibit A at 21

Copyright© 2002 - 2025 Blue Peak Logic, Inc. All Rights Reserved.
http://www.bluepeaklogic.com

Exhibit A at 22