FILED 10 JAN '25 13:14 USDC-ORE

**Robert E. Franz, Jr.**     OSB #730915
E-Mail: rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail: shenderson@franzlaw.comcastbiz.net
Franz & Henderson
P.O. Box 62
Springfield, OR 97477
Telephone: (541) 741-8220
Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
Raymond McNeely, Kip Oswald, Michael Reaves, Sean Sanborn,
Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
David Zavala, Estate of David E. Hall, City of Coquille, City of Coos Bay,
and Coos County, Oregon

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

Nicholas James McGuffin,
as an individual and as guardian
*ad litem*, on behalf of S.M., a minor,

        Plaintiffs,

v.

Mark Dannels, Pat Downing, Susan
Hormann, Mary Krings, Kris Karcher,
Shelly McInnes, Raymond McNeely,
Kip Oswald, Michael Reaves, John
Riddle, Sean Sanborn, Eric
Schwenninger, Richard Walter,
Chris Webley, Anthony Wetmore,
Kathy Wilcox, Craig Zanni, David
Zavala, Estate of Dave Hall,
Vidocq Society, City of Coquille,
City of Coos Bay, Coos County,
and Oregon State Police,

        Defendants.

Case No. 6:20-cv-01163-MTK

**Exhibit 5003   (Court Dkt. 281-1)**

**Exhibit 5030   (Court Dkt. 290-5)**

**Exhibit 5034   (Court Dkt. 290-9)**

**Exhibit 5037   (Court Dkt. 290-12)**

**Exhibit 5060   (Court Dkt. 292-1)**

Municipal Defendants' Exhibits to
Declarations of Robert E. Franz, Jr.
in Support of Municipal Defendants'
Motion for Summary Judgment
Conventionally Filed on Thumb-drive

Case No. 6:20-cv-01163-MTK

Municipal Defendants' Exhibits
to Declarations of Robert E. Franz, Jr.
in Support of Municipal Defendants'
Motion for Summary Judgment
Conventionally Filed on Thumb Drive

