Anthony R. Scisciani III, OSB No. 070013
Meredith A. Sawyer, *pro hac vice*
Lisa Lear, OSB No. 852672
Kelsey L. Shewbert, OSB No. 221063
HWS LAW GROUP
101 SW Main Street, Suite 1605
Portland, OR 97204
Phone: (503) 542-1200
Fax: (503) 542-5248
ascisciani@hwslawgroup.com
msawyer@hwslawgroup.com
llear@hwslawgroup.com
kshewbert@hwslawgroup.com
*Attorneys for Defendant Vidocq Society*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem,* on behalf of S.M., a minor,<br><br>Plaintiffs,<br><br>V.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>Defendants. | Civil Case No. 6:20-CV-01163-MTK (Lead Case)<br><br>DECLARATION OF MEREDITH A. SAWYER IN SUPPORT OF DEFENDANT VIDOCQ SOCIETY'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A COMBINED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT |

DECL. OF M. SAWYER ISO DEF. VIDOCQ SOCIETY'S OPP. TO PLTFs MOTION FOR LEAVE TO FILE A COMBINED RESPONSE TO DEFS' MOTIONS SJ - Page 1

HWS LAW GROUP
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR 97204
P: (503) 542-1200 F: (503) 542-5248

| | |
|---|---|
| VIDOCQ SOCIETY,<br><br>     Cross-Claimant.<br><br>v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, JOEL D. SHAPIRO AS ADMINISTRATOR OF THE ESTATE OF DAVID E. HALL, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY.<br><br>     Cross Defendants<br><br>NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>     Plaintiffs,<br><br>v.<br><br>OREGON STATE POLICE,<br><br>     Defendant. | Civil Case No. 3:21-cv-01719-MTK<br>(Trailing Case) |

  I, Meredith A. Sawyer, am over the age of eighteen years of age, am competent to testify and have personal knowledge of the facts contained herein.

1. I am counsel of record for Defendant Vidocq Society.

2. Plaintiffs' counsel sent an email to all defense counsel on January 28, 2025, stating their intention to file a motion seeking leave to file a combined response to the defendants' individual motions for summary judgment and asked defense counsel to advise if there was any objection. On January 30, 2025, I responded by email, expressing my objection to a combined response brief. Counsel for Walter and the

DECL. OF M. SAWYER ISO DEF. VIDOCQ SOCIETY'S OPP. TO PLTFs MOTION FOR LEAVE TO FILE A COMBINED RESPONSE TO DEFS' MOTIONS SJ - Page 2

**HWS LAW GROUP**
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR 97204
P: (503) 542-1200 F: (503) 542-5248

Municipal defendants also communicated to plaintiffs' counsel their opposition to a combined response brief.

3. At no point did Plaintiffs' counsel contact me or my office by telephone to confer regarding their planned motion nor did I have any missed calls from Plaintiffs' counsel.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.**

EXECUTED this 4th day of February, 2025 in Seattle, Washington.

*/s/ Meredith A. Sawyer*
Meredith A. Sawyer, *pro hac vice*
msawyer@hwslawgroup.com

DECL. OF M. SAWYER ISO DEF. VIDOCQ SOCIETY'S OPP. TO PLTFs MOTION FOR LEAVE TO FILE A COMBINED RESPONSE TO DEFS' MOTIONS SJ - Page 3

**HWS LAW GROUP**
101 SW MAIN STREET, SUITE 1605
PORTLAND, OR 97204
P: (503) 542-1200 F: (503) 542-5248