**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
  Attorneys for Mark Dannels, Pat Downing, Kris Karcher, Shelly McInnes,
  Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn,
  Eric Schwenninger, Chris Webley, Anthony Wetmore, Craig Zanni,
  David Zavala, City of Coquille, City of Coos Bay, Coos County, Oregon,
  and the Estate of David E. Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Nicholas James McGuffin, as an individual and as guardian *ad litem*, on behalf of S.M., a minor, <br><br>　　　　　　　Plaintiffs, <br>　　v. <br><br>Mark Dannels, Pat Downing, Susan Hormann, Mary Krings, Kris Karcher, Shelly McInnes, Raymond McNeely, Kip Oswald, Michael Reaves, John Riddle, Sean Sanborn, Eric Schwenninger, Richard Walter, Chris Webley, Anthony Wetmore, Kathy Wilcox, Craig Zanni, David Zavala, Joel D. Shapiro as Administrator of the Estate of David E. Hall, Vidocq Society, City of Coquille, City of Coos Bay, and Coos County, <br><br>　　　　　　　Defendants. | Case No. 6:20-cv-01163-MK <br><br>**Declaration of Robert E. Franz, Jr.** in Support of Objections to Plaintiffs' Motion for Combined Response |

Nicholas James McGuffin, as an  
Individual and as guardian ad litem,  
on behalf of S.M., a minor,

      Plaintiffs,

  v.

Oregon State Police,

      Defendant.

Case No. 3:21-cv-01719-MK  
(Trailing Case)

I, Robert E. Franz, Jr., under penalty of perjury do hereby declare as follows:

I am one of the attorneys representing Defendants Mark Dannels, Kris Karcher, Raymond McNeely, Kip Oswald, Michael Reeves, Sean Sanborn, Eric Schwenninger, Chris Webley, Craig Zanni, David Zavala, City of Coquille, Coos County, Oregon, and the Estate of David E. Hall (hereinafter, the "Municipal Defendants") in the above-entitled matter.

On January 28, 2025, Janis Puracal sent an email to all the parties advising that Plaintiffs were going to file a motion for permission to file a 200-page omnibus brief against the various Motions for Summary Judgment, instead of a direct 50-page response to each Motion for Summary Judgment that was filed. I responded by email that same day basically objecting and saying "You have got to be kidding me." David Owens responded to my email telling me "It's no Joke."

Thereafter, on January 30, 2025, Meredith Sawyer emailed Janis Puracal and objected; and on that same day, Eric DeFreest emailed Janis Puracal and objected. The State of Oregon did not replied.

None of the attorneys for the Plaintiffs made any attempt to set up a telephone conference to discuss the issues; nor did any of the attorneys for the Plaintiffs request any of the Defendants to set up a telephone conference. And, no in person conference was ever set up or requested by any of the attorneys for the Plaintiffs.

Instead, on January 31, 2025, the Plaintiffs filed their motion and certified that they complied with the requirements of LR 7-1, when in fact they had not so complied because no attempt at any type of conference, much less an in person or by telephone was ever requested or set up by the attorneys for the Plaintiffs.

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

DATED:  Tuesday, February 4, 2025.

By: /s/ Robert E. Franz, Jr.
FRANZ & HENDERSON
**Robert E. Franz, Jr.**
OSB #730915
**Attorneys for Municipal Defendants**