**State v. McGuffin**
**Discovery List**

| | |
|---|---|
| 1. 2010 Search Warrant | 1 – 66 |
| 2. Andrews | 67 – 185 |
| 3. Andy Jackson | 186 – 187 |
| 4. Anonymous Tips | 188 – 193 |
| 5. Arnesen | 194 – 218 |
| 6. Arrant | 219 – 222 |
| 7. Assessor | 223 – 239 |
| 8. Assmus | 240 – 250 |
| 9. Autopsy | 251 – 261 |
| 10. Background Materials | 262 – 434 |
| 11. Barrett | 435 – 438 |
| 12. Bartley Materials | 439 – 563 |
| 13. Bennett | 564 – 565 |
| 14. Bentley Materials | 566 – 579 |
| 15. Benz | 580 – 594 |
| 16. Bibb | 595 – 597 |
| 17. Bob Van Zelf | 598 – 612 |
| 18. Bohanon | 613 – 622 |
| 19. Bonnie Chamley | 623 – 624 |
| 20. Bowersox | 625 – 630 |
| 21. Brenden | 631 – 652 |
| 22. Bryant/McGuffin Jail Records | 653 – 654 |
| 23. Charity Kinsey | 655 – 656 |



EXHIBIT
0005
R. Paul Frasier
08.29.2023

1

**State v. McGuffin**
**Discovery List**

| | |
|---|---|
| 24. Child Fatality | 657 – 662 |
| 25. Coos Bay Crime Lab | 663 – 687 |
| 26. Correspondence | 688 – 749 |
| 27. Cory Bryant | 750 – 752 |
| 28. Court Documents | 753 – 757 |
| 29. Crime Lab Notes | 758 – 1014 |
| 30. Dannels | 1015 – 1044 |
| 31. Dave Chappelle | 1045 – 1049 |
| 32. Davis Work File | 1050 – 1166 |
| 33. Davis | 1167 – 1228 |
| 34. Denny Freeman Notes | 1229 – 1233 |
| 35. Documents from Nick's Bedroom | 1234 – 1284 |
| 36. Dog Team | 1285 – 1288 |
| 37. Downing | 1289 – 1362 |
| 38. Durbin | 1363 – 1366 |
| 39. Ellen Bradley | 1367 – 1369 |
| 40. Elzie Shamblin | 1370 – 1489 |
| 41. England DNA | 1490 – 1526 |
| 42. England Photos of Clothes | 1527 – 1537 |
| 43. Evidence Room Documents | 1538 – 1772 |
| 44. EWS001 | 1773 – 1786 |
| 45. FBI Violent Crime | 1787 – 1796 |
| 46. Ferreria | 1797 – 1802 |

**State v. McGuffin**
**Discovery List**

| | |
|---|---|
| 47. First Search Warrant | 1803 – 1836 |
| 48. Forest Simpson | 1837 – 1863 |
| 49. Garcia | 1864 – 1877 |
| 50. Gish Port Orford PD | 1878 |
| 51. Godfrey | 1879 – 1881 |
| 52. Hall | 1882 – 1910 |
| 53. Hebner | 1911 – 1920 |
| 54. Hermann | 1921 – 1950 |
| 55. James Bryant | 1951 – 1952 |
| 56. January 2010 Press Release | 1953 – 1957 |
| 57. Jeff Grant | 1958 – 1961 |
| 58. Jeff Smith | 1962 – 1964 |
| 59. John Riddle | 1965 – 1968 |
| 60. King | 1969 – 1976 |
| 61. Kinney | 1977 – 1990 |
| 62. Kris Karcher | 1991 – 1995 |
| 63. Kristen Steinhoff | 1996 – 2033 |
| 64. Leader | 2034 – 2035 |
| 65. Leads | 2036 – 2043 |
| 66. Leah Funeral | 2044 – 2050 |
| 67. Leah's Letters to Mitchell | 2151 – 2069 |
| 68. Leah School Records | 2070 – 2114 |
| 69. Lebanon PD | 2115 – 2119 |

**State v. McGuffin**
**Discovery List**

| | |
|---|---|
| 70. Lee | 2120 – 2132 |
| 71. Lichte | 2133 – 2137 |
| 72. Looney | 2138 – 2244 |
| 73. Lorretta Daugherty | 2245 – 2246 |
| 74. Lower Umpqua Hospital | 2247 – 2252 |
| 75. Mark Ranger | 2253 – 2285 |
| 76. McBride | 2286 – 2287 |
| 77. McCool | 2288 – 2299 |
| 78. McGuffin (Nick) Materials | 2300 – 2849 |
| 79. McNeely | 2850 – 2865 |
| 80. Michael Miller | 2866 – 2931 |
| 81. Mike Tabor | 2932 – 2941 |
| 82. Miscellaneous McGuffin Records | 2942 – 2969 |
| 83. Miscellaneous | 2970 – 2991 |
| 84. Miscellaneous Crime Lab Reports | 2992 – 3025 |
| 85. Mitts | 3026 – 3029 |
| 86. Moore | 3030 – 3031 |
| 87. Mundell Papers | 3032 – 3177 |
| 88. Nichols | 3178 – 3196 |
| 89. Oester | 3197 – 3231 |
| 90. Officer Bryant | 3232 – 3233 |
| 91. Oswald | 3234 – 3252 |
| 92. P & P | 3253 – 3254 |

**State v. McGuffin**
**Discovery List**

| | |
|---|---|
| 93. Pat Smith | 3255 – 3303 |
| 94. Patterson | 3304 – 3320 |
| 95. PDX Crime Lab | 3321 – 3335 |
| 96. Perske | 3336 – 3366 |
| 97. Phone Records | 3367 – 3414 |
| 98. Piper | 3415 – 3421 |
| 99. PMK001 | 3422 – 3546 |
| 100. Press | 3547 – 3551 |
| 101. RBW001 | 3552 – 3557 |
| 102. RBW002 | 3558 – 3580 |
| 103. RBW003 | 3581 – 3715 |
| 104. RBW004 | 3716 – 3819 |
| 105. RBW005 | 3820 – 3830 |
| 106. Reaves | 3831 – 3841 |
| 107. Remote Viewing | 3842 – 3845 |
| 108. Riddle | 3846 – 3858 |
| 109. Roach | 3859 – 3907 |
| 110. Robbins | 3908 – 3911 |
| 111. Sanborn | 3912 – 3932 |
| 112. Schwenninger | 3933 – 3948 |
| 113. Sean Sanborn | 3949 -3959 |
| 114. Second Search Warrant | 3960 – 4029 |
| 115. Sero | 4030 – 4062 |

**State v. McGuffin**
**Discovery List**

| | |
|---|---|
| 116. Shelly Grant | 4063 – 4079 |
| 117. Snyder | 4080 – 4106 |
| 118. Snyder | 4107 |
| 119. Soule | 4108 – 4121 |
| 120. Springfield Lab | 4122 – 4130 |
| 121. Statement Analysis | 4131 – 4140 |
| 122. Stoddard/Wilsey Suicide | 4141 – 4156 |
| 123. Stoddard Photos | 4157- 4159 |
| 124. Stone | 4160 – 4166 |
| 125. Summers | 4167 |
| 126. Timeline | 4168 – 4175 |
| 127. TRV | 4176 – 4179 |
| 128. TSR001 | 4180 – 4335 |
| 129. TSR002 | 4336 – 5010 |
| 130. Ulmer | 5011 – 5048 |
| 131. Unknown OSP Notes | 5049 – 5054 |
| 132. Webb | 5055 – 5086 |
| 133. Webley | 5087 – 5137 |
| 134. West | 5138 – 5139 |
| 135. Wetmore | 5140 – 5154 |
| 136. Wright | 5155 – 5156 |
| 137. Young | 5157 – 5212 |
| 138. Zanni | 5213 – 5414 |

**State v. McGuffin**
**Discovery List**

| | |
|---|---|
| 139. Zavada | 5415 – 5437 |
| 140. Sanborn | 5438 – 5455 |
| 141. Bill Sero | 5456 – 5458 |
| 142. McGuffin Hawaii Property | 5459 – 5467 |
| 143. Breakfield | 5468 – 5469 |
| 144. Webley | 5470 – 5481 |
| 145. Walker | 5482 – 5486 |

Above documents delivered to Shaun McCrea in PDF Format on August 24, 2010.

| | |
|---|---|
| 146. Dannels(2) | 5487 – 5489 |
| 147. Letters to Court | 5490 – 5491 |
| 148. Polygraph Reports on Stemmermann and Zavala | 5492 – 5504 |
| 149. Webley(3) | 5505 – 5518 |

The above four items were transmitted to the McCrea Law Firm by electronic mail on October 6, 2010.

| | |
|---|---|
| 150. Jail Incident | 5519 – 5528 |
| 151. Ranger Polygraph Charts on McGuffin | 5529 – 5538 |
| 152. Ranger File on McGuffin Polygraph | 5539 – 5550 |

The above three items were transmitted to the McCrea Law Firm by electronic mail on November 24, 2010.

| | |
|---|---|
| 153. Vidoq Society Materials | 5551 – 5674 |
| 154. Grand Jury Subpoenas | 5675 – 6060 |
| 155. Sherida Hendricks | 6061 – 6063 |
| 156. Reader's Digest Article on Walters | 6064 - 6075 |

**State v. McGuffin**
**Discovery List**

The above four items (153, 154, 155, 156) were sent in digital format to the McCrea Law Firm on December 20, 2010.

| | |
|---|---|
| 157. Lab Report dated 10/26/2010 | 6076 – 6079 |
| 158. Pat Smith Report | 6080 |
| 159. Looney Report | 6081 – 6083 |
| 160. Pat Smith Report | 6084 |
| 161. Email's regarding "Valerie" | 6085 – 6086 |

The above five items and CD058 were mailed to the McCrea law firm March 8, 2011.

162. Lab report dated November 10, 2010            6087 – 6089

The above item was mailed to the McCrea law firm March 8, 2011.

## **DUE TO A MISTAKE IN NUMBERING THE FOLLOWING DISCOVRY ITEMS WERE RENUMBERED AND SENT TO THE MCCREA LAW FIRM ON APRIL 27, 2011.**

| | |
|---|---|
| 163. Brenden Notebooks | 6090 – 6385 |
| 164. Car Registrations | 6386 – 6388 |
| 165. Dannels Report | 8389 – 6392 |
| 166. Dave Hall Deschutes County Reports | 6393 – 6674 |
| 165. England Shipping Records | 6675 – 6677 |
| 166. Evidence Accountability Sheets | 6678 – 6710 |
| 167. Evidence Log | 6711 – 6716 |
| 168. Forensic Request Forms | 6717 – 6725 |
| 169. Lab Submission Forms | 6726 – 6779 |
| 170. Leah Medical Records | 6780 – 6811 |

**State v. McGuffin**
**Discovery List**

| | |
|---|---|
| 171. Lloyd Report | 6812 |
| 172. McGuffin Trial Subpoenas | 6813 – 6966 |
| 173. McNeely | 6967 – 6974 |
| 174. Microtrace Reports | 6975 – 6981 |
| 175. Mini-Storage Records | 6982 – 6983 |
| 176. Miscellaneous Documents | 6984 – 6999 |
| 177. Mustang Evidence Sheets | 7000 – 7004 |
| 178. Nichols Notebook | 7005 – 7196 |
| 179. Note from Henry Echol (?) | 7197 – 7198 |
| 180. Overview Maps from Google | 7199 – 7204 |
| 181. Randy Ulmer Materials | 7205 – 7303 |
| 182. Receipt to the McGuffins | 7304 |
| 183. Sanborn Report | 7305 – 7312 |
| 184. Sero Evidence Sheet | 7313 – 7328 |
| 185. Smith Report | 7329 – 7330 |
| 186. Webley Report | 7331 – 7333 |
| 187. Zavala Notebooks | 7334 – 7833 |

The following were sent to the McCrea Law Firm on May 2, 2011.

| | |
|---|---|
| 188. Criminal Histories on civilian witnesses | 7834 – 8195 |
| 189. Kristen Steinhoff Polygraph | 8196 – 8207 |
| 190. Leah Death Certificate | 8208 |
| 191. McNeely Report | 8209 – 8210 |
| 192. Webley Report | 8211 – 8216 |

**State v. McGuffin**
**Discovery List**

| | |
|---|---|
| 193. Kyla Stevens Letter | 8217 – 8221 |
| 194. Sanborn Sherida Hendricks Report | 8222 – 8229 |
| 195. Steven's Letter to defendant | 8230 – 8231 |
| 196. Hamilton Polygraph Report | 8232 – 8241 |
| 197. Webley Report | 8242 – 8248 |
| 198. Copies of Bonk reports with witness corrections | 8249 – 8276 |
| 199. Webley Report Received 6-24-2011 | 8277 – 8279 |
| 200. Coos Bay Crime Lab File and Photos | 8280 – 8380 |
| 201. Photos of High School and North Elm | 8381 - 8409 |
| 202. McNeely Report 6-29-2011 | 8410 (rp) |
| 203. Webley Report 6-30-2011 | 8411 – 8414 (rp) |
| 204. Copies of Bonk reports C & P Mitchell witness correct.<br>      Note: Bates 8434 missed. Added Blank Pg | 8414 – 8437 (rp) |

## State v. McGuffin
## Discovery List

### CD's and DVD's

**CD's**

CD001- Coquille Exhibits 256, 38, 69, 258, 270, OSP Lab Photos, Nick McGuffin Photos, Cemetery, Crime Scene
CD002- Coquille Exhibits 72, search Warrant 2000 McGuffin Home
CD003- Coquille Exhibits 197, 75, 73, CPM003, Car Photos Leah's Memorial
CD004- Kip Oswald Photos
CD005- Autopsy Photos
CD006- Photos of car (Mundell matter?)
CD007- Photos 92834 Libby Drive
CD008- Kris Karcher scene and autopsy photos
CD009- Napier Photos
CD010- Kip Oswald Polaroid Photos
CD011- Photos seized from McGuffin Home #1
CD012- Photos seized from McGuffin Home #2
CD013- Photos of OR Lic #UTJ480
CD014- Photos of Mustang
CD015- Photos seized from McGuffin Home #3
CD016- Photos McGuffin Person, T-Bird and Scene
CD017- Photos McGuffin SW, cars at memorial, Nick and Leah
CD018- Timeline and tips
CD019- OSP Lab PDF files
CD020- Photos Mundell matter
CD021- Audio of mini-phone tape
CD022- Audio Nick McGuffin
CD023- Audio Kristen Steinhoff
CD024- Audio DA Frasier Phone Messages 01/29/2010
CD025- Audio Edgerton Pre-text call
CD026- Reaves/Hall interview of Nick McGuffin
CD027- OSP Lab Photos of Seized Evidence
CD028- Audio Brent Bartley Interview 1/24/2010
CD029- *Skipped Number (no disc)*
CD030- Audio Kristen Steinhoff Interview
CD031- Audio Nicole Price (Nelson) Interview
CD032- Looney Photos of Elderkin KIA
CD033- Looney Photos of Evidence
CD034- Stoddard Suicide Photos
CD035- John Lundgren Photos
CD036- Damon Mason Interview
CD037- Kristen Steinhoff Interview
CD038- Bruce McGuffin Pretext Call
CD039- Brent Bartley Interview 01/24/2010
CD040- Brent Bartley Interview 03/04/2010 and Kristen Steinhoff Interview

**State v. McGuffin**
**Discovery List**

        03/04/2010
- CD041- Hank Allerd Interview
- CD042- Kristen Steinhoff Interview June 17, 2010
- CD043- Leah Freeman Grand Jury Audio File July 14, 2010
- CD044- Leah Freeman Grand Jury Audio File July 21, 2010 AM Testimony
- CD045- Leah Freeman Grand Jury Audio File July 21, 2010 PM Testimony
- CD046- Leah Freeman Grand Jury Audio File July 23, 2010 AM Testimony
- CD047- Leah Freeman Grand Jury Audio File July 23, 2010 PM Testimony
- CD048- Leah Freeman Grand Jury Audio File July 30, 2010 AM Testimony
- CD049- Leah Freeman Grand Jury Audio File July 30, 2010 PM Testimony
- CD050- Leah Freeman Grand Jury Audio File August 3, 2010
- CD051- Leah Freeman Grand Jury Audio File August 4, 2010 AM Testimony
- CD052- Leah Freeman Grand Jury Audio File August 4, 2010 PM Testimony
- CD053- Leah Freeman Grand Jury Audio File August 11 2010 AM Testimony
- CD054- Leah Freeman Grand Jury Audio File August 11, 2010 PM Testimony
- CD055- Kristen Steinhoff Interview February 14, 2002
- CD056- Kyla Stevens Interview
- CD057- Willis and Walker Photos and Diagram of Courtright home
- CD058 – Autopsy Photos
- CD059 – Tulles Interview
- CD060 – Randy Ulmer Interview
- CD061 – Discovery #'s 6070 – 7532
- CD062 – Photos of Bartley Grandparents' home
- CD063 – Photos from CPM003 not previously disclosed and Photos from Coquille Tag #20 not previously disclosed
- CD064 – Zavala Recording with Kristen Steinhoff

Items CD059 – CD064 were mailed to the McCrea law firm on March 16, 2011.

    CD065 – Discovery #9536 - 7606

Item CD065 was mailed to the McCrea law firm on April 6, 2011

    CD066 – Discovery # 7621 – 7774

Item CD066 was mailed to the McCrea Law Firm on April 8, 2011

**State v. McGuffin**
**Discovery List**

# DUE TO A NUMBERING MISTAKE Items on CD's 61, 65 and 66 are now on CD067

       CD067 - Discovery #6090 – 7833

       CD068 – Discovery #7834 – 8216
           Scott Hamilton Interview of April 29, 2011

CD068 was sent to the McCrea Law Firm on May 2, 2011.

       CD069 – Coos Bay Crime Lab File and Photos
           Photos of High School and North Elm

CD069 was sent to the McCrea Law Firm on June 27, 2011

**State v. McGuffin**
**Discovery List**

### DVD's

DVD001-Interview of Aubrey Schroder
DVD002-Brent Bartley Grand Jury Testimony WMV Format
DVD003-Brent Bartley Grand Jury Testimony DVD Format
DVD004-Video of Memorial Book Signing, DVD Format #1
DVD005-Video of Memorial Book Signing, DVD Format #2
DVD006-Video of Memorial Book signing WMV Format
DVD007-Video Freeman Grand Jury 2000 DVD Format
DVD008- Search Warrant 56246 Baker Road
DVD009- Lee Interview of Kristen Steinhoff
DVD010- Video Freeman Grand Jury July 14, 2010 DVD Format
DVD011- Video Freeman Grand Jury July 21, 2010 DVD Format #1
DVD012- Video Freeman Grand Jury July 21, 2010 DVD Format #2
DVD013- Video Freeman Grand Jury July 21, 2010 DVD Format #3
DVD014- Video Freeman Grand Jury July 21, 2010 DVD Format #4
DVD015- Video Freeman Grand Jury July 21, 2010 DVD Format #5
DVD016- Video Freeman Grand Jury July 23, 2010 DVD Format #1
DVD017- Video Freeman Grand Jury July 23, 2010 DVD Format #2
DVD018- Video Freeman Grand Jury July 23, 2010 DVD Format #3
DVD019- Video Freeman Grand Jury July 23, 2010 DVD Format #4
DVD020- Video Freeman Grand Jury July 23, 2010 DVD Format #5
DVD021- Video Freeman Grand Jury July 23, 2010 DVD Format #6
DVD022- Video Freeman Grand Jury July 30, 2010 DVD Format #1
DVD023- Video Freeman Grand Jury July 30, 2010 DVD Format #2
DVD024- Video Freeman Grand Jury July 30, 2010 DVD Format #3
DVD025- Video Freeman Grand Jury July 30, 2010 DVD Format #4
DVD026- Video Freeman Grand Jury July 20, 2010 DVD Format #5
DVD027- Video Freeman Grand Jury August 3, 2010 DVD Format
DVD028- Video Freeman Grand Jury August 4, 2010 DVD Format #1
DVD029- Video Freeman Grand Jury August 4, 2010 DVD Format #2
DVD030- Video Freeman Grand Jury August 4, 2010 DVD Format #3
DVD031- Video Freeman Grand Jury August 4, 2010 DVD Format #4
DVD032- Video Freeman Grand Jury August 4, 2010 DVD Format #5
DVD033- Video Freeman Grand Jury August 11, 2010 DVD Format #1
DVD034- Video Freeman Grand Jury August 11, 2010 DVD Format #2
DVD035- Video Freeman Grand Jury August 11, 2010 DVD Format #3
DVD036- Video Freeman Grand Jury August 11, 2010 DVD Format #4
DVD037- Video Freeman Grand Jury August 11, 2010 DVD Format #5
DVD038- Video Freeman Grand Jury August 11, 2010 DVD Format #6
DVD039- Video Freeman Grand Jury August 11, 2010 DVD Format #7

The above CD's and DVD's were mailed to the McCrea law firm on August 27, 2010.

DVD040 – Copy of VHS video tape from Henry Echoll(?)

**State v. McGuffin**
**Discovery List**

The above DVD was mailed to the McCrea law firm on March 16, 2011.

> DVD041 – Video of intersection of Fairview – McKinley Road with Hudson Ridge Road to location where shoe was found by Kip Oswald

The above DVD was mailed to the McCrea law firm on May 25, 2011.

> DVD042 – Scott Hamilton, Megan Davidson, Tony Giang Phone Search, Webley Report received 6-24-2011, Updated Discovery List

The above was mailed to the McCrea Law Firm June 24, 2011.

**The above lists are current as of June 27, 2011.**