**Coquille Police Dept.**

# Memo

**To:** Chief Dannels
**CC:** Sergeant Smith
**From:** Officer Sanborn
**Date:** September 24, 2008
**Re:** Leah Freeman Case Update

---

Chief,

Following is an update containing observations regarding the Leah Freeman case which was assigned to me to be organized. I have included my notes to date as well as feelings and observations regarding the case based upon my observations. It should be noted, I had no personal knowledge regarding the specifics of this case, the suspects, or investigators.

On 9/16/2008 at the end of my shift, I was given an assignment by Sergeant Smith. I was told in substance I was to go through the Leah Freeman case files and to organize, and cross index what I found. This was to include a cover sheet and table of comments. In Sergeant Smith's office, I saw three document boxes regarding the case.

On 9/17/2008, I began the review of documents found in the first box which is labeled "Leah Freeman, Material For Review". When I opened the box, I found it filled with documents in no discernable order. I began my review by placing documents together by type. An example would be placing various police reports together, placing handwritten notes together etc. I found a number of items which seemed to me to be of possible evidentiary value.

These items included a fingerprint card for Nicholas McGuffin, a taped interview with McGuffin, a letter from Leah to McGuffin, a handwritten note from an unknown source stating information regarding the killer, photographs etc. I placed these items aside and they are currently stored with the rest of the case information. During this time, I tried not to look at specific information, instead, I attempted to place like items with like items to be fine tuned and sorted at a later time.

On 9/18/2008, I reviewed the roadblock canvass sheets and attempted to separate possible leads from people interviewed whom had no knowledge. I noticed there were multiple reports from separate residents who noted a lot of kids in the area at the time of Leah's disappearance, which made me ask the question of "what kids?" to myself which I noted in my handwritten notes.

There was a reported party in the area according to reports which I had read. The roadblock canvass happened on July 5, 2000 in various locations throughout Coquille. Many of the roadblock canvass forms are vague and not filled out completely by the officers conducting the canvass. I also found a report where Officer Ulmer interviewed Brandon Michaud at the Coos County Jail.

Michaud mentioned numerous names which are reoccurring throughout the material I have read. Names mentioned are William Sero or Cero, Alisia Michaud, Michael Farnham, and

1

Delbert Eby. I am unsure of the correct spelling of these names. I found another report regarding Bell Sero and Thomas Stimmerman where it appears they were suspects at one point in the investigation.

At this point I don't know where that portion of the investigation led. Other names which are seen repeatedly are Brent Bartley and Josh Emler. There were also tip sheets which indicated there was an "Acid Party" on June 28, 2000 at the Haga Ranch possibly in Green Acres which is somehow involved. I am unsure at this point how.

I also found a number of letters from a juvenile detention center from Ryan Coleman aka Ryan Wilson, Apollo Warnock and Justin Thrasher to a Lynzy, unknown last name, possibly Lenzey Duval and Amanda Lovell. Most of the letters contain sexual innuendoes from Coleman to Duval and Lovell, and Warnock to Duval. From what I can determine, Coleman was dating Lovell.

Most of the letters are inconsequential, but in one letter Coleman writes to Lenzey he has killed people before, will do it again and says, "I know more than you know", in regards to the Leah Freeman homicide. I printed information from CMI on some of the people mentioned above which I have attached to this memo. I have not read all of the letters to date as there are many.

On 9/23/2008, I placed the lead or tip sheets in order according to a tracking number located at the top of the sheet. It seems they are placed into two categories. One tracking number has a regular numeric value i.e. 1,2,3,4 etc., and others are categorized as H1, H2, H3 etc. I separated these two separate tracking numbers and placed them in ascending numeric order starting with 1, or H1 and moving up.

I found a lot of these sheets which have no number attached to them. I then located a master sheet which has all of the tips located on it with the corresponding tip number, who investigated, who reported the tip, and what the tip was regarding. A number of the interviews and tips indicated they had further detailed information in a separate report.

I began to determine what tips are present and which are unaccounted for by comparing the master sheet against the cards which I had in hand and sorted. Luckily, there are two master sheets for the two separate tip categories. I created a sorting system for myself and wrote in pencil next to the tip number on the master sheet so I could find out what was there. The sorting system is as follows:

P=Present
C=Checked and matching from tip sheet to master sheet information
NP=Not Present
DNM=Does Not Match
UNK=Unknown

After the first sweep through the sheets I found 68 tip sheets which are not accounted for. I have written down the tip number and names of the sheets I could not find to check against the sheets which are not numbered. There were a lot of sheets which were not numbered so it is very possible I will be able to locate some of these, if not all. At the time of this memo, I have completed the initial sweep of the unlettered tip sheets.

My next step is to go through the unlettered tip sheets to attempt to find the missing numbers and place them in the appropriate pile.

My ultimate goal is to place all documents in chronological or numeric order by type. For Police Reports, I will place in Chronological order, for tip sheets numeric order etc. There is going to be a number of handwritten notes which I am, at this point, unsure how to file as there is no names listed for the writers, no dates listed and the information on them is

generally disjointed and incoherent. I will figure out a way to get them organized if I can. I will take an administrative break every three days to write you a memo to update you on my current progress and observations.

From what I have seen to date, I believe we can establish a time line for the major players from information provided on the tip sheets. Additionally, you can see from the sheets a number of people who pop up over and over. I get the feeling from what I have read so far, the investigation started slow and could not gain momentum.

There are a number of agencies involved and I get the feeling that there was a lack of set standards and control over the various investigators. What I see makes me feel as if there were perhaps, separate agendas and a general lack of cohesion. This is going to be a time consuming process as it will take time for me to make sense of the information in this box and put it into some form of coherent organization.

Please let me know if you would like this to be included into the case file for this box. Attached are names and faces I have located from CMI as well as a copy of my notes. As always, I am available for any questions which may arise, or direction in how you would like me to accomplish my task. Thank You.

Sean M. Sanborn
Police Officer
Coquille Police Department
Badge 607, DPSST # 48434

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LEAH FREEMAN CASE REVIEW
Officer SANBORN, 607, 48434

9/17/08
0247 - began review of case.
- multiple loose notes and documents.
- SORTED by type in broad strokes.

9/18/08
- Reviewed Roadblock Canvass sheets to seperate poss leads from unknowns.
- Multiple reports of kids in area time of incident.
  + What kids?
  + Reported party in area according to reports road to date.
- RANDY int. BRANDON Michaud.
  + mentioned Thomas Stemmerman as poss. being involved w/ another case also.
  + Bill Sciro poss involved.
  + Alissia Michaud poss involved.
  + Michael Frantham.
  + Delbert Eby.
  + must take info w/ grain of salt.
  + Where is BRANDON Michaud now.
  + Follow up?

- Stemmerman, Thomas - suspect.
- Bill Ceco -

- Finger print Cards - Evidence?
- Brent Bakoley?
- Acid Party 6/28?
- Josh Enter lead # M-10.
- Ray Lewis Saw Leah @ 9:15-9:30 pm @ Fosa market.

CPD011899

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

9/22/2008
- DeRoss, Clifford C. reported by "Nick M" to be back from military. Made threats against Leah + Nick. Came back day before Leah went Ⓐ went Ⓑ Day after. — may be @ basic training at time of report.

- H62 - Mikayla Knight 3rd hand report Alicia Michaud told her everything top from Jamie Thurman.

- H85 - Jamie Thurman reports hearing conversation. Seth worried police found bloody sweatshirt + he planted Shoe.

- JAMIE THURMAN continually pops up as having information.

- Initial review complete — will begin in depth organize

- Letters from state pen to Amanda Lovell
   names - Apollo Warnock, Lenzy?, Ryan, Justin Thrasher?

- Ryan to Lynzee says he has committed murder + he states! "I know more then you know".

  Ryan Coleman

- CMI Info printed on:
  Brandon Michaud            Apollo Warnock
  Alisa Michaud              Ryan Weeson (Coleman)
  Brent Bartley              Lenzer Duvall
  Josh Enlee
  Nicholas McCuellin

CPD011900

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

9/23/08

- Tip sheets: I started placing in order of reference # usually located at top.

- compare lead matrix to what I have present

- Establish sorting system
  P = Present
  C = checked + same
  NP = Not Present
  DNM = Does not match
  Unk = unknown

- After first sweep found following "NP's":

A {
  134 - Howie Allard
  125 - Ashley Ameling
}

B {
  47 - DARLA BAKER
  107 - Brent Barker
  110 - Melissa Brignoli
  53 - James Bryant
  81 - Dave Busby
  40 - Erin Caprino
}

C {
  *30 - Kristy Christopherson
  88 - Samuel Clifton
}

D {
  135 - HARRY DALTON
  100 - Erica Davidson
  27 - Ron Degarlis
  136 - Leslie Dehaven
  48 - Helene Durr
}

E { 74 - Zachary Alderkin } (Does not match but present)

F { 32 - Denny Freeman }

G {
  54 - Christopher Gannon
  92 - Dennis Greene
  121 - T.J. Greene
}

46 - Shay Hamilton
52 - Dennis Hamilton
86 - Mavis Hancock
129 - Amber Hebbner
98 - Wendy Holmes
72 - Jodi Hopper
84 - Dustin Hunter  } H

42 - Mike Irwin  } I

54 - Garrett Johnson
69 - Ronald Johnson
139 - Kathy Johnson
118 - Cindy Jones  } J

33 - Lyndee Kindred
60 - Jenny Kinkers  } K

34 - Raymond Lewis
132 - M + V Lopez
90 - Aaron Lowry  } L

(17)

CPD011901

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

9/23/08 Cont.

M
- 80 - Brett Mauro — 68 Tip Sheets (m)
- 41 - Mike McAdams
- 108 - Nicholas McGoblin
- 65 - Greg McNair
- 127 - Tom Mercer
- 35 - Tony Messerle
- 109 - Alisa Michaud
- 63 - Christopher Miller

O
- 89 - Georgia Odea
- 71 - Kip Oswald

P
- 133 - Mike Pizzola
- 122 - Port of Bandon

R
- 114 - Joe Rodder
- 58 - Ann Ryan

S
- 111 - William Sero
- 57 - Elzie Shamblin
- 123 - Susan Shepard
- 62 - Robert Shields
- 113 - Forest Simons
- 116 - Dr. + Susie Sinnott
- 36 - Adele Sloan
- 91 - Crickett Soules
- 67 - Dennis Strader
- 87 - Fred Stufflebeam

T
- 37 - Ted B + S.
- 115 - Jamie Thurman
- 82 - LT Torgason
- 95 - Robert Trost

W
- 137 - Lynn Witte
- 106 - Bob Worthington
- 61 - Robin Wright

(37)

CPD011902