

(SEE PAGE 13 OF DAVIS' REPORT)

PER JIM DAVIS, OSP-KLAMATH FALLS
07/28/00 — NICK MCGIFFIN SAID HE TALKED TO NICK BECKMAN (POSS. BACKMAN) WHO CLAIMED TO HAVE SEEN LEAH ON THE NIGHT OF HER DISAPPEARANCE @ 9:00 PM NEAR THE SMOKE SHOP; THEN A FEW MINUTES LATER NEAR THE CREDIT UNION.

- IT DOES NOT APPEAR THAT HE WAS EVER INTERVIEWED.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        CPD020867

Exhibit 13, Page 1 of 1