|   |   |
|---|---|
| 1 | IN THE CIRCUIT COURT OF THE STATE OF OREGON |
| 2 | FOR THE COUNTY OF COOS |
| 3 | GRAND JURY PROCEEDINGS |
| 4 | |
| 5 | Dates and times not provided on recording. |
| 6 | |
| 7 | UNIDENTIFIED PROSECUTOR: Okay. Go ahead. |
| 8 | MALE SPEAKER: Would you raise your right hand, please? |
| 9 | Do you solemnly swear that your testimony in the case now pending |
| 10 | shall be the truth, the whole truth, and nothing but the truth, so help you God? |
| 11 | THE WITNESS: Yes. |
| 12 | MALE SPEAKER: Thank you. |
| 13 | CHRISTY KRISTOFFERSON (phonetic), |
| 14 | A witness called by the state, having been first duly sworn was examined, and |
| 15 | testified under oath as follows: |
| 16 | DIRECT EXAMINATION |
| 17 | BY UNIDENTIFIED PROSECUTOR: |
| 18 | Q    To start off with, could you tell us your name, please? |
| 19 | A    Christy Kristofferson (phonetic). |
| 20 | Q    Okay. Christy, this is the grand jury for Coos County and I think |
| 21 | you've probably figured out that we're looking into the disappearance of Leah |
| 22 | Freeman. Okay. And I need to tell you first off, it's kind of obvious, but we are |
| 23 | recording the proceedings here today. |
| 24 | A    Okay. |
| 25 | Q    All right. First of all, could you tell us how old you are? |

|    |   |                                                                                  |
|----|---|----------------------------------------------------------------------------------|
| 1  | A | I'm 16.                                                                          |
| 2  | Q | Okay.  And you go to school?                                                     |
| 3  | A | Yes.                                                                             |
| 4  | Q | And you go out to Coquille High School?                                          |
| 5  | A | Yes.                                                                             |
| 6  | Q | What grade will you be next year?                                                |
| 7  | A | A junior.                                                                        |
| 8  | Q | Junior.  How long have you lived in Coquille?                                    |
| 9  | A | Pretty much my whole life.  I've, like, lived in (indiscernible) for a           |
| 10 |   | while.                                                                           |
| 11 | Q | All right.  As you talk, your voice kind of --                                   |
| 12 | A | I'm sorry.                                                                       |
| 13 | Q | -- gets soft and we need to speak up loud for the camera.  Okay?                 |
| 14 |   | (No audible response recorded.)                                                  |
| 15 | Q | Do you know Nick McGuffin?                                                       |
| 16 | A | Yes, I do.                                                                       |
| 17 | Q | How well do you know Nick?                                                       |
| 18 | A | Not very well.  I've talked to him (indiscernible).                              |
| 19 | Q | All right.  How long have you known him?                                         |
| 20 | A | (Indiscernible.)                                                                 |
| 21 | Q | Were you, are you close?                                                         |
| 22 |   | Just knew him at school?                                                         |
| 23 | A | I just knew him in school.                                                       |
| 24 | Q | Did you have classes together?                                                   |
| 25 | A | No.                                                                              |

1  Q  No. Just in the hallway passing type of thing?

2  A  Yeah (indiscernible).

3  Q  You need to really speak up.

4  A  Sorry.

5  Q  How about Leah Freeman?

6  A  I didn't really know her. I've talked to her once or twice, but I didn't
7  know her.

8  Q  Okay. Did you know if Nick and Leah were boyfriend and girlfriend?

9  A  Last I knew they were.

10  Q  (Indiscernible.)

11  A  The last I knew they were.

12  Q  They were. Okay. Do you ever see them together?

13  A  Yes.

14  Q  At school?

15  A  Yes.

16  Q  How close were they?

17  A  I saw them together every day (indiscernible) like they were pretty
18  close.

19  Q  Okay. If you saw Leah, would you expect Nick to be there?

20  A  Yes.

21  Q  If you saw Nick, you'd expect to find Leah?

22  A  Yes.

23  Q  Okay. Did you ever see if they had any problems, you know, if they
24  argued or anything like that?

25  A  Yeah, quite often. A couple times I saw them arguing even in the hall.

1  Q   And their arguments, were they -- how bad did they get?
2  A   I didn't really stay around for them.  I saw Leah a couple times
3  (indiscernible).
4  Q   Okay.  Did you ever see one hit the other or anything like that?
5  A   No, I never saw that.
6  Q   Okay.  So as far as you could tell, if they had a dispute it would be
7  verbal?
8  A   Yes.
9  Q   Okay.  I want to direct your attention to the day that Leah
10 disappeared.  That would have been three weeks ago yesterday, okay, June 28th.
11 Do you remember that day?
12 A   Yes, I (indiscernible).
13 Q   Okay.  Did you see Leah that day at all?
14 A   No.
15 Q   Okay.  Did you ever see Nick that day?
16 A   Yes.
17 Q   How many times did you see Nick?
18 A   Once.
19 Q   Okay.  And where did you see Nick?
20 A   (Indiscernible) Park.
21 Q   Okay.  And about what time of the day was it that you saw him?
22 A   11:30 p.m.
23 Q   How do you know it was 11:30?
24 A   Because we asked him what time it was.
25 Q   Oh, you asked Nick?

1    (No audible response recorded.)

2    Q    And he had a watch?

3    (No audible response recorded.)

4    Q    And you say "we." Who was with you there?

5    A    My friend Jessica Hanover (phonetic).

6    Q    Okay. It's 11:30 at night and you're at the park. What are you doing
7 at the park?

8    A    We got (indiscernible) her mom was home and we didn't want to wake
9 her up, so she (indiscernible) and we asked if we could go for a walk. And we
10 walked around (indiscernible) Sanford Heights to the park.

11    Q    Okay.

12    A    And we were swinging on the swings in the park.

13    Q    Energy rush?

14    A    Yeah.

15    Q    Okay. And while you're there at the park, you see Nick?

16    A    Yes.

17    Q    How -- how'd -- how did you meet up with him?

18    A    He was looking for Leah and he came to the park and asked us if we'd
19 seen her.

20    Q    You drive into the park?

21         Walk into the park?

22    A    He walked in. You can't drive in.

23    Q    Okay. And did you see a car he might have been using?

24    A    No. I heard some cars (indiscernible).

25    Q    So you don't know what he was driving?

1  A   No.

2  Q   Okay. How long did -- how much contact did you have with Nick in
3  the park?

4  A   We had about a five-minute conversation.

5  Q   All right.

6  A   That was about it (indiscernible).

7  Q   Could you tell us, the best you can recall, what Nick talked about
8  when he came in the park?

9  A   He came in and asked us if we'd seen a girl with short, blonde hair.
10 And I asked him if it was Leah, and he said, "Yeah."

11     And I said, "Well, did you guys get into another argument?"

12     He said, "We got in a minor argument, but she went over to Cherie's
13 and they got in a huge fight and I was supposed to pick her up and she left before I
14 could come over and pick her up."

15     And then I told him that if we saw her we would tell her you were
16 looking for her.

17 Q   Okay. When you say you're at the park at Sanford Heights, Leah's
18 house is close by there, isn't it?

19 A   As far as I know --

20 Q   Okay.

21 A   -- it is.

22 Q   Did he say what their minor argument had been between her and him?

23 A   No, he didn't.

24 Q   Okay. But there had been a huge fight at Cherie's place?

25 A   Yes.

1     Q     Do you know who Cherie is?

2     A     Yes.

3     Q     And that's Cherie?

4     A     Mitchell.

5     Q     Okay. Do you recall what Nick might have been wearing that night?

6     A     I think he was wearing khaki-colored jeans.

7     Q     Okay.

8     A     And I think it was a white or grey tee-shirt. That's all I can remember.

9     Q     Okay.

10     A     I'm not for sure if that (indiscernible) that's all I can remember.

11     Q     The best you can recall?

12     A     Yes.

13     Q     All right. Since Leah has disappeared, have you talked with Nick

14 about --

15     A     No.

16     Q     Okay. So you haven't seen him since the night in the park?

17     A     I've seen him, but I haven't talked to him.

18     Q     Okay. In your -- and I know you haven't talked with Nick a lot, but do

19 you know of any place that he likes to go, take his girlfriends or anything like that?

20     A     No. They hung out at Fast Mart --

21     Q     Okay.

22     A     -- I knew that. A lot of people do.

23     Q     Okay. Do you know if there was any place out by Fairview that he

24 liked to go or anything like that?

25     A     No.

1  Q    Okay. Well, I don't think I've got anything more to ask.
2       UNIDENTIFIED PROSECUTOR: Has the grand jury got anything
3  they want to ask?
4       (No audible response recorded.)
5  BY UNIDENTIFIED PROSECUTOR:
6  Q    Okay. Anything else you think we ought to know about?
7  A    No.
8  Q    Okay. And you have no idea what happened to Leah yourself?
9  A    I haven't the slightest clue.
10 Q    Okay. I need to remind you of that subpoena -- when you got the
11 subpoena there was an order attached to it.
12 A    Yeah.
13 Q    And it says you can't talk to anybody about what's happened here
14 today.
15 A    (Indiscernible.)
16 Q    You're not even supposed to tell anybody you were even here. Okay?
17 A    Okay.
18 Q    All right. And you understand what happens to people that do --
19 A    Yeah.
20 Q    -- that do talk? Okay. All right. Anything else?
21      (No audible response recorded.)
22 Q    Okay. I will call it -- you're excused.
23                              * * *
24
25

1  STATE OF OREGON)
                  : ss.
2  COUNTY OF UNION)

3

4       I, JANET C. PRYCE, a court-approved transcriber for the courts of the State of Oregon and the United States Federal Courts, do hereby certify:

5       That I am a certified electronic court transcriber and that my certification with the American Association of Electronic Reporters and Transcribers is current
6  and in good standing.

7       I am not a relative, employee, attorney or counsel of any of the parties to said action, or a relative or employee of any such attorney or counsel.  I am not
8  financially interested in the said action or the outcome thereof.

9       Said transcript is a full, true and correct transcription, to the best of my ability.
10
        DATED this 13th day of May 2016.
11
                                    /s/ Janet C. Pryce
12                                  Janet C. Pryce, CET, ICDT
                                    Certified Electronic Court Transcriber
13                                  1417 Progress Loop
                                    La Grande, OR  97850
14                                  (541) 805-1130
                                    jpryce@eoni.com
15

16

17

18

19

20

21

22

23

24

25