Jul-21-00  12:00P  Bassett-Hyland Energy Co.  5412697768                                    P.01

P.O. BOX 569
COOS BAY, OR 97420
541-267-2107  1-800-452-3206
FAX 541-269-7768

**BASSETT-HYLAND ENERGY COMPANY**

# Fax

To: Coquille P.D.         From: L. Wood
Fax: 396-2113             Pages: 2
Phone:                    Date: 7/21/00
Re:                       CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

ATTN: OFFICER Hall

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD007221

Exhibit 18, Page 1 of 2

```
Jul-21-00 12:01P Bassett-Hyland Energy Co. 5412697768              P.02
```

BASSETT-HYLAND ENERGY COMPANY
P.O. BOX 625
COOS BAY, OREGON 97420
541-267-7187   bhe@oregon.com

date: 06/30/00        acct: 203585        invoice#: 98014

THE DIESEL SOLD ON THIS INVOICE DOES NOT CONTAIN VISIBLE EVIDENCE OF DYE.

Terms: NET 10TH PROX.

BRUCE E. MCGUFFIN                    All invoiced prices include
56246 BAKER ROAD                     all applicable taxes
COQUILLE, OR    97423

| date  | time | site | driver | keyboard | mpg  | odom | prod  | units  | price   | amount |
|-------|------|------|--------|----------|------|------|-------|--------|---------|--------|
| Vehicle: 0004205-TRUCK |||||||||||
| 06/01 | 1445 | COQ  | TRUCK  |          | *    | 898  | UNLEA | 17.50  | 1.65400 | 28.9   |
| 06/03 | 1444 | COQ  | TRUCK  |          | 52.0 | 4204 | UNLEA | 5.00   | 1.60400 | 8.0    |
| 06/03 | 1452 | COQ  | TRUCK  |          | -93.0| 882  | UNLEA | 16.00  | 1.60400 | 25.6   |
| 06/04 | 1443 | COQ  | TRUCK  |          | 04.8 | 4200 | UNLEA | 4.22   | 1.60400 | 6.7    |
| 06/08 | 0648 | COQ  | TRUCK  |          | 70.3 | 676  | UNLEA | 13.75  | 1.60400 | 22.0   |
| 06/08 | 1517 | COQ  | TRUCK  |          | 13.9 | 889  | UNLEA | 15.99  | 1.60400 | 25.6   |
| 06/12 | 2130 | COQ  | TRUCK  |          | *    | 898  | UNLEA | 17.00  | 1.60400 | 27.2   |
| 06/15 | 2316 | COQ  | TRUCK  |          | *    | 808  | UNLEA | 17.00  | 1.60400 | 27.2   |
| 06/17 | 1215 | COQ  | TRUCK  |          | 10.5 | 666  | UNLEA | 17.00  | 1.60400 | 27.2   |
| 06/19 | 2257 | COQ  | TRUCK  |          | 13.1 | 808  | UNLEA | 17.00  | 1.60400 | 27.2   |
| 06/22 | 2241 | COQ  | TRUCK  |          | *    | 868  | UNLEA | 17.00  | 1.60400 | 27.2   |
| 06/23 | 1615 | COQ  | TRUCK  |          | *    | 888  | UNLEA | 14.00  | 1.61400 | 22.5   |
| 06/25 | 2023 | COQ  | TRUCK  |          | *    | 808  | UNLEA | 5.55   | 1.61400 | 8.9    |
| 06/26 | 2226 | COQ  | TRUCK  |          | *    | 808  | UNLEA | 6.00   | 1.63400 | 9.8    |
| 06/27 | 1405 | COQ  | TRUCK  |          | *    | 888  | UNLEA | 16.50  | 1.63400 | 26.9   |
| 06/27 | 1858 | COQ  | TRUCK  |          | *    | 888  | UNLEA | 7.00   | 1.63400 | 11.4   |
| 06/28 | 1136 | COQ  | TRUCK  |          | *    | 808  | UNLEA | 6.00   | 1.65400 | 9.9    |
| 06/28 | 2219 | COQ  | TRUCK  |          | *    | 808  | UNLEA | 4.01   | 1.65400 | 6.6    |
| 06/29 | 0212 | COQ  | TRUCK  |          | *    | 866  | UNLEA | 5.42   | 1.67400 | 9.0    |
| 06/29 | 0848 | COQ  | TRUCK  |          | *    | 868  | UNLEA | 5.00   | 1.67400 | 8.3    |
| 06/29 | 2359 | COQ  | TRUCK  |          | *    | 896  | UNLEA | 5.00   | 1.67400 | 8.3    |
| Vehicle Summary: | CPM .418 | 5.9 | 806.0 | 232.99 | | | | | | 371.8 |

                    INVOICE SUMMARY

| PRODUCT | TOTAL UNITS | AVERAGE PRICE | SUBTOTAL | FEDERAL ETAX | STATE ETAX | TOTAL |
|---------|-------------|---------------|----------|--------------|------------|-------|
| OREGON UNLEADED | 229.990 | 1.1910 | 273.92 | 40.55 | 55.19 | 371.4 |

INVOICE TOTAL    $371.4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                  CPD007222