


Subpoena Compliance
500 Clinton Center Drive
Clinton, MS 39056

601-460-8902
800-844-1001
601-460-7625 fax

Date: August 15, 2000

To: R. Paul Frasier – Andrew McClary SCINT
Special Prosecutor / Coos Bay, OR

Fax: 541-267-5450

From: Pat Griffith
Subpoena Administrator

Re: Grand Jury Subpoena / 888-396-4983

Pages including this page 7

---

In response to the above referenced subpoena, following is subscriber information and phone tolls on all calls made to 888-396-4983 from June 28th, 2000 until August 3, 2000.

The most recent invoice is on pages 3 – 5. Page 6 shows rated calls. These are all calls made since the most recent invoice.

A (888) number is for inbound traffic only, therefore, there can be no calls made out of this number.

If you have any questions, please feel free to call me at 601-460-8902.

LCS020.20
UALPRG2C

ALTERNATE CHANNELS - X18

8/15/00
13:29:18

Customer Master Inquiry

Customer Number . . . . . . 9804957923 BRUCE MCGUFFIN
Service Address . . . . . . . . . . . . 56246 BAKER RD.

COQUILLE OR 97423

Telephone . . . . . . . . 541 396-4983 Contact:
Group Number. . . . . . . . PAC IND . N Mag Grp
Tax Locations: State: 38 OR Cnty: 011 City: 0120 Geo Ovr: N ODS RC: 82
Location: A06 Cycle: 16 Switch: 20 Product Type . 534 Pymt Type . M
Entry: 5/07/1997 Contract: Account Type . . R Sub Acct .
Cancel Date . . Code: Credit Limit 49 Deposit
Billing Name . . . . . . . . . . . . .
Billing Address . . . . . . . . . . . .

Total Balance . . . . . 5.39

F1-Note F2-More F3-Exit F5-Auth F6-Ani F7-Inet F8-Cnf F10-Txn F12-Prev F13-Grp
F14-Unbill F16-Tax F18-Bill Sum F20-Pricing F21-Print F23-Prods F24-More Func
Press HELP for assistance
4-© 1 A Box 159.98.154.20 1/1

2

20855 STONE OAK PARKWAY
SAN ANTONIO TX 78258

| | | | |
|---|---|---|---|
| BILL DATE | 07/18/00 | PREVIOUS BALANCE | $8.22 |
| ACCOUNT NO. | 9804957923 | PAYMENTS RECEIVED THANK YOU | 8.22CR |
| GROUP ACCT NO. | N/A | ADJUSTMENTS | 0.00 |
| INVOICE NO. | 980495792316 | | |
| REGION/LOC MAG/A06 | | BEGINNING BALANCE | $0.00 |
| 9804957923 X18 C16 | 00000 R | NEW USAGE CHARGES | 5.28 |
| | | RECURRING CHARGES | 0.00 |
| | | NON-RECURRING CHARGES | 0.00 |
| | | MINIMUM USAGE SURCHARGE 0.00 | |
| | | FEDERAL EXCISE TAX 0.10 | |
| | | STATE AND LOCAL TAXES 0.00 | |
| | | FED, ST & LOCAL SURCHARGES 0.01 | |
| | | FED UNIVERSAL SERVICE FEE 0.00 | |
| | | SERVICE CHARGE | 0.00 |
| | | SUBTOTAL NEW CHARGES | $5.39 |
| | | PLEASE PAY THIS AMOUNT | $5.39 |

!9742300005!
BRUCE MCGUFFIN
56246 BAKER RD.
COQUILLE OR 97423

24 HOUR CUSTOMER SERVICE 1-800-949-1241

PIC CHARGE TO BE REMOVED

For several years, local telephone companies have charged each long distance carrier, including MCI WorldCom(SM), a flat fee for every customer line presubscribed to the carrier. To recover costs associated with these charges, MCI WorldCom implemented a charge known as a Presubscribed Interexchange Carrier Charge or PIC Charge. As a result of a new FCC ruling, local telephone companies have now been directed to stop charging a flat fee for presubscribed lines. MCI WorldCom will no longer charge the PIC Charge to our residential customers in monthly billing periods beginning on or after July 1, 2000.

PLEASE RETURN THIS PORTION UPON RECEIPT TO ENSURE PROPER CREDIT

| | | | | |
|---|---|---|---|---|
| ACCOUNT | 9804957923 | | | |
| INVOICE NO. | 980495792316 | TOTAL DUE | $5.39 | AMOUNT ENCLOSED |

PLEASE MAIL CORRESPONDENCE TO:
MCI WORLDCOM
20855 STONE OAK PARKWAY
SAN ANTONIO TX 78258

BRUCE MCGUFFIN
56246 BAKER RD.
COQUILLE OR 97423

!2829600030!
MCI WORLDCOM COMMUNICATIONS, INC.
PO BOX 96003
CHARLOTTE NC 28296-0003

98049579235 20000715 000000539018000

3

07/18/2000
9804957923 BRUCE MCGUFFIN

PAGE 1
980495792316

CURRENT ACCOUNT ACTIVITY

| | | |
|---|---|---|
| LONG DISTANCE USAGE CHARGES: | | |
| PRODUCT TYPE: 535 - VALUE CALL 800 | | |
| INTRALATA | 3.15 | |
| INTERSTATE | 0.05 | |
| | --------- | |
| TOTAL LONG DISTANCE USAGE: | 3.20 | |
| | --------- | |
| TOTAL PAYPHONE SURCHARGE: | 2.08 | |
| TOTAL USAGE CHARGES: | | 5.28 |
| TAXES, GOVERNMENT FEES AND OTHER CHARGES: | | |
| OREGON PUC FEE AS REQUIRED BY LAW | 0.01 | |
| FEDERAL EXCISE TAX | 0.10 | |
| TOTAL TAXES, GOVERNMENT FEES AND OTHER CHARGES: | | 0.11 |
| TOTAL CURRENT CHARGES | | 5.39 |

4

*** ACCOUNT SUMMARY REPORTING ***

07/18/2000
9804957923 BRUCE MCGUFFIN

LONG DISTANCE CALL DETAIL

PAGE 2
980495792316

| | DATE | TIME | RATE | TO | | NUMBER * | MINUTES | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | To: | | | | | From: | | |
| AUTH CODE: 888-396-4983 | | | | | | | | |
| P | 06/23/00 | 05:55 PM | E | COOS BAY | OR | 541 756-6117 | 10.6 | 1.43 |
| P | 06/23/00 | 07:46 PM | E | COOS BAY | OR | 541 756-4061 | 4.7 | 0.63 |
| P | 06/24/00 | 07:43 PM | N | COQUILLE | OR | 541 396-9901 | 0.3 | 0.04 |
| P | 06/28/00 | 10:44 PM | E | COQUILLE | OR | 541 396-9977 | 0.9 | 0.12 |
| P | 06/30/00 | 04:16 PM | D | COQUILLE | OR | 541 396-9977 | 2.5 | 0.34 |
| P | 06/30/00 | 09:32 PM | E | COQUILLE | OR | 541 396-9977 | 2.6 | 0.35 |
| P | 07/01/00 | 11:54 PM | N | COQUILLE | OR | 541 396-9977 | 1.8 | 0.24 |
| P | 07/04/00 | 11:07 PM | N | CRESCENTCY | CA | 707 465-9831 | 0.5 | 0.05 |
| TOTAL FOR 888-396-4983 | | | | | | CALLS: 8 | 23.9 | 3.20 |
| TOTAL FOR SERVICE | | | | | | CALLS: 8 | 23.9 | 3.20 |

5

Rated Calls

LCR160.20 ALTERNATE CHANNELS - X18 8/15/00
UALPRG2C 13:20:40

Rated Call Inquiry - Long Distance
Customer: 9804957923 BRUCE MCGUFFIN
No. of Calls 8 Total Duration 5.40 Total Amount .71
No. of Sum Calls 0 Sum Duration .00 Sum Amount .00

| S | Termination ~~Auth/Ani~~ | Date | Time | Origination ~~Destination ANI~~ | Call Duration | Amount |
|---|---|---|---|---|---|---|
| _ | 00008883964983 | 7/26/2000 | 14:32 | (541)396-9914 | .10 | .01 |
| _ | 00008883964983 | 7/26/2000 | 14:33 | (541)396-9914 | .40 | .05 |
| _ | 00008883964983 | 8/04/2000 | 17:42 | (541)396-9908 | .10 | .01 |
| _ | 00008883964983 | 8/11/2000 | 22:15 | (541)396-9902 | .70 | .09 |
| _ | 00008883964983 | 8/12/2000 | 23:41 | (541)396-9900 | 1.80 | .24 |
| _ | 00008883964983 | 8/13/2000 | 01:21 | (541)396-7394 | .60 | .08 |
| _ | 00008883964983 | 8/14/2000 | 20:57 | (541)396-9901 | .30 | .04 |
| _ | 00008883964983 | 8/14/2000 | 21:28 | (541)396-9905 | 1.40 | .19 |

Bottom

F3-Exit F10-Top F11-Bottom F12-Previous F17-Subset F21-Print
Press HELP for assistance
4-© 1 A Box 159.98.154.20 10/2

6

Tolls

**STATE OF OREGON )**
**)**
**COUNTY OF COOS )**

**GRAND JURY SUBPOENA**

AUG 10 2000

TO: ATTN: KENNY
WORLD COM
FAX #303-305-1861

**IN THE NAME OF THE STATE OF OREGON:**

You are commanded to appear and testify before the Grand Jury of the County of Coos, at the Courthouse in Coquille, on 08-10-2000 at 1:30 p.m. and bring with you:

**REQUEST SUBSCRIBER & CREDIT INFORMATION, AND PHONE TOLL INFORMATION FOR ANY AND ALL CALLS INTO AND/OR OUT OF THE FOLLOWING PHONE NUMBER FROM JUNE 28TH, 2000 UNTIL TODAY, AUGUST 3RD, 2000:**

**888-396-4983**

In lieu of personal appearance, compliance can be made by mailing or delivering the records to:

R. Paul Frasier
SPECIAL PROSECUTOR
S.C.I.N.T.
333 S. 4TH STREET, SUITE B
COOS BAY, OREGON 97420

RECEIVED
AUG 14 2000
MCI Worldcom
Network Security

who is an agent of the Grand Jury in this pending criminal investigation.

**THIS IS AN OFFICIAL CRIMINAL INVESTIGATION BEING CONDUCTED BY THE SOUTH COAST INTERAGENCY NARCOTICS TEAM OF A SUSPECTED FELONY KIDNAPPING/HOMICIDE INVESTIGATION. ANY DISCLOSURE COULD IMPEDE THE INVESTIGATION BEING CONDUCTED AND THEREBY INTERFERE WITH THE ENFORCEMENT OF THE LAW.**

Dated: 08-03-2000

[signature]
Signature of District Attorney
or Assistant District Attorney

7