H-42

003321   003321   Form 469 (Rev. 8/88)

WHITE — MASTER
YELLOW — WORKSHEET
CARD — FILE

# OREGON STATE POLICE

PRIORITY: (A)  B  C

## SUBJECT INFORMATION — MAKE NO MARKS IN THIS AREA

| Field | Value |
|---|---|
| LAST NAME | LINDEGREN |
| FIRST NAME | JOHN |
| MIDDLE NAME | JAMES |
| HOME ADDRESS | 79 W Central #14 |
| CITY | COQ |
| OLD ADDRESS(ES) | 985 W 17TH, COQ. |
| D.O.B. | 7-08-58 |

(left margin notes): knew Leah / best friend / 6 mos ago

### CONCISE TIP INFORMATION

Says he saw Leah talking to Nick (in Brown Pickup) [NICK written above] about 9:15pm – 9:30pm on Elm

## SOURCE INFORMATION — MAKE NO MARKS IN THIS AREA

### ADDITIONAL INFORMATION

Was at sister's house – 590 W 4th Pl doing concrete work – left @ 2120 – Saw FMD speaking to w/m – 6'2" – lean/muscular short hair – near Brn P/u (crew or extended cab) – w/m was unfriendly — @ W 4th Place + Elm –

ASSIGNED TO: Reaves / Young

DATE: 8/7/00

003321