

| | | |
|---|---|---|
| **Distribution:** DA __ Juv __ SCF __ Mental __ P&P __ Animal __ Med Exam __ other (____) | **Incident Report:** Q20001905  Current As Of: Tuesday, June 01, 2010 | **Approved By:** Signature _____ Badge 601 |

## Single Continuation Report

### Summary
On May 18, 2010 around 1352 hours, I met with John James Lindegren at the Coquille Police Department. This interview was in regards to a July 16, 2000 report by Coquille Officer Randy Ulmer.

### Mentioned

### Action Taken
On May 18, 2010 around 1352 hours, OSP Detective Teresa Bowersox and I met with John James Lindegren at the Coquille Police Department.

In a report from Coquille Officer Randy Ulmer it states," I also spoke with John Lindegren, who told ; he was walking his dog on North Elm around 2115 hours on June 28, 2000 and walked past Freeman and Nick McGuffin standing outside in front of 444 North Elm." This contact was on July 16, 2000.

I asked Lindegren if he remembered anything about the night of June 28, 2000. Lindegren heard from someone that Freeman was missing and he knew he had just seen Freeman with McGuffin the night before by his sister's house. Lindegren told me that he remembers that night because he was watching the TV show Survivor with his sister. Lindegren's sister still currently lives at 551 W. 4th Street in Coquille and did live at the listed residence on June 28, 2000. Lindegren told me he left his sister's house around 2100 hours or so and saw Leah Freeman and Nick McGuffin around 2115 hours on June, 28 2000. John told me that Freeman and McGuffin were standing about five feet a part in front of the second house on the right from N. Elm, that house is 444 North Elm Street. Lindegren told he knew them both from around town, just like he knows almost everyone in a small town like Coquille.

A check did confirm that the TV show Survivor aired on the night of June 28, 2000 from 2000 hours to 2100 hours.

On May 19, 2010 around 1200 hours, Officer Webley and I met Lindegren on W.4th Street in Coquille, by North Elm. Lindegren placed traffic cones where he had seen Freeman and McGuffin on June 28, 2000 around 2115 hours. Lindegren placed two traffic cones in front of 444 North Elm Street and stood where he was that night he passed them. Lindegren put himself around five to ven feet from where Freeman and McGuffin were standing. Lindegren remembers saying hi to Freeman and McGuffin as he pasted them. Lindegren walked in between a pick-up that was parked off the side of the road and Freeman and McGuffin. Lindegren had me stand in the photo were the pick-up was parked that night.

444 1/2 North Elm is the residence that Freeman left from the night of June 28, 2000. The residence of 444 North Elm blocks the view from 444 1/2 North Elm where Lindegren saw Freeman and McGuffin on the street that night.

002861

38

11

.ficer Webley took photographs of the cones that Lindegren put down marking Freeman's and McGuffin's place, me marking the pick-up, Lindegren standing where he was, and the surrounding area. Webley placed the photographs into evidence.

**Statements**

**Evidence/ Property**

**Action Recommended**
DA's office

| | Date/ Officer: | 6/1/2010 McNeely Jr | Incident: | Q20001905 |

Officer's Signature: _____ Date: 6-1-10

002862                     002862                     002862    12

Coquille P.D.                    John James Lindegren
1352 hours.                      7-8-58
5-18-10                          Cell  541-260-0021
                                 115 Ash Street
                                 M.P. Oregon  97458
                                 Working at Sawdust Theater.

OSP Detective Teresa Bowersox with me.

It was reported by someone to he head or he just heard from someone that Freeman was missing. John remembers seeing Freeman & McGuffin the night before / June 28, 2000 / wed night on Elm. The house would have been the second house on the right from W. 4th St. going down Elm toward his sisters on W. 4th Pl. John remembers it was around 9:15 because his sister, who lives at 551 W. 4th Pl., & him had just got done watching Survivor on TV. Survivor ran 8-9 & his sister & him were big fans. (More his sister) He left his sisters house & saw Freeman & McGuffin standing about five feet apart talking - He remembers walking close by them & saying hi, because there was a pickup parked off the side of the road. He walks in between the truck & leah & Mitch. John said he knew Freeman & McGuffin because he knows lots of people in a small town like Coquille, just like I probably do. John was not a 100% sure but thought he was interviewed by a FBI guy around 10 min back in 2000.

002862                     002862                     002862

Exhibit 26, Page 3 of 6

002863 002863

13

# The Complete Directory to Prime Time Network and Cable TV Shows

1946–Present

*Citation Source*

002863  002863  002863

002864

002864

14

DO NOT CIRCULATE

791 .4575 BRO
2007, 9th ed.
The complete directory to
prime time network and cable
TV shows : 1946-Present

Compl
to Prime
and Cal

19

Call #

002864    002864    002864

of Life that brought back top former housemates
[...] for a $155,000 [...] prize contributed by
online gaming website GoldenPalace.net. Each
[...]'s competition was fame related with the win-
being pampered and living in the fancier "A-list"
of the house while the losers were subjected to
[...] accommodations and had to pretty much
[...] [...] themselves. At the end of each episode the
[...] [...]peted in a "Back to Reality" game show,
[...], starting with the fourth episode, determined
[...] [...]as eliminated. The competitors were Em-
[...]uel Lewis, Traci Bingham, Ron Jeremy, Rob
"Vanilla Ice" Van Winkle, Brigitte Nielsen, Joanie
[...] [...]urer, [...]
[...] Lowell and Jordan Knight. When Knight left
[...]use of the death of a family member he was re-
[...]ed by Verne Troyer, originally Leach's cohost.
[...] the first episode the celebrities tried to get asked
photographs by a group of people from the audi-
[...]. Challenges in subsequent episodes included
[...]ding "scandalous videos," trashing a hotel room,
[...]ing on a variety show, calling their celebrity
[...]nds and getting the most to call them back, being
photographed by paparazzi and making a commer-
[...]tographed for the sponsor's website. Former Baywatch babe
[...] Bingham defeated retired porn star Ron Jeremy
[...] won the $100,000 prize.

RIVAL—ANGLIA, LTD. SERIES (Wildlife/
Nature)
1ST TELECAST: June 24, 1976
1T TELECAST: September 16, 1976
BROADCAST HISTORY:
[...] 1976–Sep 1976, NBC Thu 8:00–9:00
[...] summer series was composed of a collection of
[...]umentaries on various animals. Some of them were
[...] [...] [...] [...] [...] that had al-
ready aired on network television. Included were "Go-
[...]," narrated by David Niven, "[...] [...] [...],"
the Deep," narrated by Orson Welles, and "Come into
[...] Parlor" (about spiders), narrated by Peter Ustinov.

[...]L OF THE RICHEST
(Reality/Competition)
1ST TELECAST: March 31, 2006
ST TELECAST: May 5, 2006
BROADCAST HISTORY:
Mar 2006–May 2006, WB Fri 8:00–9:00
[...]:
Hal Sparks
[...]is reality series matched the haves with the have-
[...]ts, seven young rich people whose families had a
total worth of more than $3 billion and seven poor
[...]ks whose collective debt exceeded $150,000. At the
[...]p of the food chain were whiny Yellow Pages heiress
Elizabeth and Afghan princess Sammy (families
[...]th $1 billion each); most unusual, perhaps, was
[...]e Rev. Sun Myung Moon's rich but sullen daughter.
[...]. The contestants were divided into teams of two
[...]ne spoiled and one needy) who lived together for six
weeks while competing in assorted challenges to de-
termine the winners of a $200,000 cash prize. At the
end of each episode one of the teams was eliminated.
It wasn't hard to keep track of who was who since sub-
[...]es were superimposed on the screen to show how
[...] [...] [...] [...] [...] families was worth or how

much each of the poor kids was in debt. For the most
part, the rich kids were pretty [...] and the poor
kids resentful of the way the others lived.
 On the first episode the challenge was to serve as
waiters and kitchen staff at the Medieval Times
restaurant. The owner graded each team and then the
teams voted on who to eliminate. Challenges on sub-
sequent episodes were cleaning up the stables at Del
Mar Race Track, picking the most peppers at a homy-
less shelter after feeding the residents, catching fish,
running a boot camp obstacle course and, in the fi-
nale, redesigning the lounge at an after-school center
for poor children. The previously eliminated players
[...] [...] [...] [...] [...] [...] [...]
dent with $40,000 in debt, and T.R. Youngblood,
whose family was worth a mere $20 million, declared
the winners.

SURVIVOR (Adventure/Competition)
FIRST TELECAST: May 31, 2000
LAST TELECAST:
BROADCAST HISTORY:
May 2000–Aug 2000, CBS Wed 8:00–9:00
Feb 2001–May 2001, CBS Thu 8:00–9:00
Oct 2001–Jan 2002, CBS Thu 8:00–9:00
Feb 2002–    , CBS Thu 8:00–9:00 (Feb–May & Sep–
Dec each year)
HOST:
Jeff Probst
Survivor was a combination game show, soap opera
and real-life adventure—a mix of elements that had
never before been tried on American TV. Sixteen peo-
ple were deposited on a remote island, where they
had to fend for themselves, fighting the elements and
their fellow contestants for the chance to win $1 mil-
lion. They were separated into two "tribes" that com-
peted [...] [...] [...] [...] mentally, mentally [...]
physical games. Every three days the losing tribe had
to vote one of its members off the island at a tribal
council where tribe members assembled carrying
torches and the ousted contestant's torch was symbol-
ically extinguished. After six people had been elimi-
nated the survivors were merged into a single tribe,
and it was every contestant for him- or herself. The
contests [...] [...] [...] [...] categories: reward chal-
lenges for some luxury item (flashlight, waterproof
matches, mosquito netting, candy bars, canned tuna,
etc.), and immunity challenges, which temporarily
protected the winner from being voted off the island.
When there were just two contestants left, the previ-
ous seven who had been voted out returned as mem-
bers of a jury, at the last tribal council, to choose the
winner of the $1 million. You can imagine the infight-
ing, politics and alliances that led up to the final vote!
 CBS began promoting Survivor in October 1999,
eight months before its premiere. By March 16 contes-
tants had been chosen from among more than 6,000
applicants. The original eight male and eight female
survivors represented a diverse group, ranging in age
from 22 to 72. They were B. B. Andersen, Colleen
Haskell, Gervase Peterson, Gretchen Cordy, Jenna
Lewis, Joel Klug, Ramona Gray, Greg Buis, Dirk Been,
Stacey Stillman, Rudy Boesch, Sonja Christopher,
Richard Hatch, Kelly Wiglesworth, Sean Kenniff and
Susan Hawk.
 The 16 were flown to the remote island of Pulau

Tiga, in the South China Sea, and marooned in an en-
vironment that was—in its charitable, pretty hostile.
A nature preserve off Borneo in Malaysia, the island
abounded with rats, poisonous snakes, scorpions,
sand fleas, lizards and mosquitoes. The contestants
had no tents, blankets, sleeping bags or any other
creature comforts, and rice was the only food pro-
vided by the producers—they had to forage for any-
thing else to eat. They were divided into the Tagi Tribe
and the Pagong Tribe and cameras recorded every-
thing that happened, including the struggles, ro-
mances, bickering, alliance building, mind games
and double crossing as the contestants fought to keep
[...] [...] [...] [...] [...] [...] Sonja, a sweet older
lady with a ukulele, was the first to be voted off; bossy
B. B. was next. Among the highlights were the surpris-
ing alliance between Richard, a hard-driving corpo-
rate trainer who was gay, and grizzled Rudy, a
72-year-old very masculine ex-Navy SEAL; and
Richard walking around naked to celebrate his thirty-
ninth birthday. It all culminated in the final tribal
council, at which the previous seven who had been
voted off each got to comment on the final two—
Richard and Kelly—before voting for the winner.
Tough-as-nails Sue summed it up in an unforgettable
speech in which she called Richard an arrogant,
pompous (but hardworking) snake, and Kelly a two-
faced, manipulative rat, then said, "I feel we owe it to
the island spirits that we have come to know to let it
be, in the end, the way Mother Nature intended it to
be—for the snake to eat the rat." Richard walked away
with the $1 million.
 Survivor was the TV phenomenon of the summer of
2000. By its fourth week on the air it was attracting
more viewers than the other five networks combined
and was the most talked-about show on TV. Viewers
were obsessed with the relationships and conflicts
among the contestants on the island. Newsweek called
it the [...] [...] addictive TV show of the year, and the morn-
ing after the final episode aired winner Hatch was on
the front page of many of the nation's newspapers. CBS
milked Survivor's success for all it was worth, with
contestants who had been voted off the island appear-
ing on the next morning's CBS Early Show, as guests on
Late Show with David Letterman, in promotional ads
for the forthcoming CBS fall schedule and, in a few
cases, in cameo roles on other CBS series.
 Subsequent editions of Survivor were also highly
successful. February 2001 brought Survivor: The
Australian Outback. The two tribes for this incarna-
tion were Ogakor and Kucha, and notorious episodes
included b [...] man Michael Skupin gleefully slaugh-
tering a pig and later passing out and falling face-first
into the campfire. Despite his agony a nearby camera-
man did not come to his aid, but rather recorded the
event for viewers—a decision that was widely criti-
cized, but staunchly defended by the show's pro-
ducer, Mark Burnett. He was helicoptered to a
hospital for treatment of second- and third-degree
burns; that was the only episode without a tribal
council. The eventual winner was Tina Wesson, a
nurse from Knoxville, Tennessee.
 The third edition, Survivor: Africa, premiered in
October 2001 with its contestants marooned in the
Shaba National Reserve in Kenya. The two tribes were
the Samburu and the Boran. On the fifth episode the

41