



DEPO EXHIBIT

Wilcox 2022-05-03

8

MCCREA_002164

Exhibit 31, Page 1 of 22



MCCREA_002165

Exhibit 31, Page 2 of 22



MCCREA_002166



MCCREA_002167



MCCREA_002168



MCCREA_002169



MCCREA_002170



MCCREA_002171



MCCREA_002172



MCCREA_002173

Exhibit 31, Page 10 of 22



MCCREA_002174



MCCREA_002175



MCCREA_002176



MCCREA_002177



MCCREA_002178



**MCCREA_002179**

Exhibit 31, Page 16 of 22



MCCREA_002180



MCCREA_002181



MCCREA_002182



MCCREA_002183



MCCREA_002184



MCCREA_002185

Exhibit 31, Page 22 of 22