002121                              002121                    #10 002121 2

# SUPPLEMENTAL REPORT

Page **1**

**Agency:** **Coquille Police Department**

| INCIDENT NO. |
|---|
| **00001905** |

| Report Purpose | Reported On | Date | Time | Incident Classification |
|---|---|---|---|---|
| *Additional Information* | THU | *06/29/2000* | *10:25* | *Missing Person* |

| Primary Charge | | UCR/NCIC Code |
|---|---|---|
| | | / |
| Additional Charges | | Estimated Total Property Loss |

**Related Case No.'s**

**00001911**

Officer Involved

*Hall, Ulmer, Lee, Zavala*

## Victims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| **O-36** | **McGuffin, Nicholas James** | **M** | *White/Caucasian* | *04/25/1982* **18** |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone        Ext. |
| | **100 Baker RD , Coquille, OR  97423** | | | **396-4983** |
| Place of Employment/School/Address | | Occupation | | Business Phone      Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| **O-37** | **Dragoo, Jeffrey M** | **M** | *White* | *01/09/1983* **17** |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone        Ext. |
| | **571 W 8th AVE , Eugene, OR** | | | |
| Place of Employment/School/Address | | Occupation | | Business Phone      Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| **O-38** | **McKay, Michael A** | **M** | *White* | *03/10/1979* **21** |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone        Ext. |
| | *Unknown* | | | |
| Place of Employment/School/Address | | Occupation | | Business Phone      Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| **O-39** | **Tyler, Justin S** | **M** | *White* | *08/19/1981* **18** |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone        Ext. |
| | *Unknown* | | | |
| Place of Employment/School/Address | | Occupation | | Business Phone      Ext. |

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| **O-40** | **King, Johanna K** | **F** | *White* | *07/31/1985* **14** |
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone        Ext. |
| | *Unknown* | | | |
| Place of Employment/School/Address | | Occupation | | Business Phone      Ext. |

| I.D. No./Name of Reporting Officer | Prep Date/Time | Approval | Date/Time | Distribution |
|---|---|---|---|---|
| *603 Lee, Danny P.* | 07/12/2000 09:00 | *Reaves, Michael W.* | 07/13/2000 07:27 | *File* |
| RECORD 002121    DISTRIBUTION DATE ——— BY ——— | | 002121 | Supervisor | 002121 |

Exhibit 32, Page 1 of 4

002122                    002122                    002122   3

## SUPPLEMENTAL REPORT CONTINUED

Page  **2**

| AGENCY: *Coquille Police Department* | Incident Classification: *Missing Person* | Incident No. **00001905** |
|---|---|---|

| Code **O-41** | Name: Last, First, Middle **Kessler, Robert Leland** | Sex **M** | Race/Ethnicity **White** | Date of Birth/Age **11/22/1980  19** |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **Unknown** | | | Home Phone       Ext. |
| Place of Employment/School/Address | | Occupation | | Business Phone       Ext. |

| Code **O-42** | Name: Last, First, Middle **Davidson, Ryan J** | Sex **M** | Race/Ethnicity **White/Caucasian** | Date of Birth/Age **10/16/1981  18** |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **HC84 Box 1070 , Arago, OR** | | | Home Phone **396-4126**       Ext. |
| Place of Employment/School/Address | | Occupation | | Business Phone       Ext. |

| Code **O-43** | Name: Last, First, Middle **Pizzola, Michael Edward** | Sex **M** | Race/Ethnicity **White/Caucasian** | Date of Birth/Age **05/21/1983  17** |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **1171 N Collier ST , Coquille, OR  97423** | | | Home Phone **396-4653**       Ext. |
| Place of Employment/School/Address | | Occupation | | Business Phone       Ext. |

| Code **O-44** | Name: Last, First, Middle **McNair, Skylar D** | Sex **M** | Race/Ethnicity **White/Caucasian** | Date of Birth/Age **06/13/1982  18** |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **Rt.1 Box 199 #"A5", Coquille, OR  97423** | | | Home Phone **396-3866**       Ext. |
| Place of Employment/School/Address | | Occupation | | Business Phone       Ext. |

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| | | | | | |

| Driver's License **9295932** | State **OR** | Social Security No. | Other I.D. |
|---|---|---|---|

| Code **O-45** | Name: Last, First, Middle **Thurman, William Jacob** | Sex **M** | Race/Ethnicity **White** | Date of Birth/Age **04/22/1982  18** |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP **94040 Highway 42 South , Coquille, OR  97423** | | | Home Phone       Ext. |
| Place of Employment/School/Address | | Occupation | | Business Phone       Ext. |

| Code **O-46** | Name: Last, First, Middle **Hamilton, Scott** | Sex **M** | Race/Ethnicity **White** | Date of Birth/Age **09/28/1981  18** |
|---|---|---|---|---|
| Confidentiality | Address: Street, City, State, ZIP | | | Home Phone       Ext. |
| Place of Employment/School/Address | | Occupation | | Business Phone       Ext. |

002122                    002122                    002122

CONTINUED NEXT PAGE

Exhibit 32, Page 2 of 4

002123                             002123                         002123  4

## SUPPLEMENTAL REPORT CONTINUED

Page  **3**

| AGENCY: **Coquille Police Department** | Incident Classification **Missing Person** | Incident No. **00001905** |

| Code **O-47** Confidentiality | Name: Last, First, Middle **Brown III, Leslie John** Address: Street, City, State, ZIP **2100 Shelley RD , Coquille, OR  97423** | Sex **M** | Race/Ethnicity **White** | Date of Birth/Age **12/08/1980  19** |
|---|---|---|---|---|

Place of Employment/School/Address | Occupation | Home Phone / Ext. / Business Phone / Ext.

| Code **O-48** Confidentiality | Name: Last, First, Middle **West, Aaron** Address: Street, City, State, ZIP **58862 Old Beaver Hill RD , Coquille, OR  97423** | Sex **M** | Race/Ethnicity **White/Caucasian** | Date of Birth/Age **08/27/1979  20** Home Phone **(541) 396-7309** |

Place of Employment/School/Address | Occupation | Business Phone / Ext.

| Code **O-49** Confidentiality | Name: Last, First, Middle **Jenkins, David Jerome** Address: Street, City, State, ZIP **Unknown #4, Coquille, OR  97423** | Sex **M** | Race/Ethnicity **White/Caucasian** | Date of Birth/Age **11/07/1977  22** Home Phone **(541) 396-3474** |

Place of Employment/School/Address | Occupation | Business Phone / Ext.

| Height **5'00"** | Weight **190** | Build **Normal** | Hair **Black** | Eyes **Brown** | Descriptors |

| Driver's License **9067061** | State **OR** | Social Security No. **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** | Other I.D. **State ID 13506621** |

| Code **O-50** Confidentiality | Name: Last, First, Middle **Emler, Josh David** Address: Street, City, State, ZIP **455 N Irving , Coquille, OR  97423** | Sex **M** | Race/Ethnicity **White/Caucasian** | Date of Birth/Age **07/24/1983  16** Home Phone **(541) 396-5779** |

Place of Employment/School/Address | Occupation | Business Phone / Ext.

| Code **O-51** Confidentiality | Name: Last, First, Middle **Rogers, Cheri** Address: Street, City, State, ZIP | Sex **F** | Race/Ethnicity **White** | Date of Birth/Age **11/25/1966  33** |

Place of Employment/School/Address | Occupation | Home Phone / Ext. / Business Phone / Ext.

| Code **O-52** onfidentiality | Name: Last, First, Middle **Adams, Earl Eugene III** Address: Street, City, State, ZIP **760 E 2nd , Coquille, OR  97423** | Sex **M** | Race/Ethnicity **White/Caucasian** | Date of Birth/Age **03/26/1949  51** Home Phone **396-2298** |

Place of Employment/School/Address | Occupation | Business Phone / Ext.

002123                    002123                     002123

**CONTINUED NEXT PAGE**

Exhibit 32, Page 3 of 4

002124                                    002124                                    002124  5

SUPPLEMENTAL REPORT CONTINUED                                              Page  4

| AGENCY: Coquille Police Department | | | | Incident Classification Missing Person | Incident No. 00001905 |
|---|---|---|---|---|---|
| Height 5'08" | Weight 230 | Build Heavy | Hair | Eyes | Descriptors |
| Driver's License 1025159 | | State OR | Social Security No. 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 | Other I.D. | |

**Narrative**

During the course of my shift I contacted five persons in a vehicle at FastMart, which had made an improper left turn. I contacted the persons on Wednesday, June 28, 2000 at 2338 hours. The persons were identified as Jeffrey M. Dragoo, born January 9, 1983, Michael A. McKay, born March 10, 1979, Justin S. Tyler, born Auguust 19, 1981, Johanna K. King, born July 31, 1985 and Robert L. Kessler, born November 22, 1980. All persons said they were from the Eugene, Oregon area.

On Thursday, June 29, 2000, at 0000 hours I was on patrol, wearing a badge on patrol in a patrol car. I contacted Scott Hamilton in his Primer Grey El Camino in the 1000 block of North Dean Street, we spoke briefly.

At 0003 hours I was West bound on East 12th Street near North Collier. As I crossed the intersection I saw a vehicle traveling toward me with one headlight out. The vehicle was a 60's model Ford Mustang being operated by Nick McGuffin.

I stopped the patrol car after crossing Collier and spoke with McGuffin. McGuffin appeared upset and his eyes were somewhat glassy. He asked if I would keep an eye out for "Leah" as she was out walking in the neighborhood and he could not find her. He asked me if I would take her home if I located her. I agreed and told him I had not seen her.

At 0025 hours I contacted Ryan Davidson, born October 16, 1981, Michael E. Pizzola, born May 21, 1983 and Skylar D. McNair, born June 13, 1982. They were walking on East 11th near North Collier.

On Thursday, June 29, 2000, at 0137 hours I conducted a traffic stop on North Baxter, near East 3rd Street. I contacted the driver, William Jacob Thurman and warned him about a defective equipment problem.

At 0217 hours I contacted Cheri Rogers, born November 25, 1966 and Earl Adams III, born March 26, 1949. Rogers and Adams were sitting in a parked car on the River Road behind Roseburg Lumber Mill.

At 0338 hours I contacted Leslie J. Brown III, born December 8, 1980, Skylar McNair, born June 16, 1982, and Ryan Davidson, born October 16, 1981, who was on a bicycle. Brown, McNair and Davidson just turned East onto East 9th Street from North Dean Street and were headed to Daniel LaPine's residence located at 440 East 9th Street. While I was speaking with the boys, LaPine joined us to see what was happening. I gave Davidson a warning for not having a headlight on his bicycle at night and left the area.

The above activity accounts for my personal contacts during the evening of Wednesday, June 28, through Thursday, June 29, 2000.

**END OF SUPPLEMENTAL REPORT**

002124                                    002124                                    002124

Exhibit 32, Page 4 of 4