7/6/00     HIT mtg     9 - 9:30 AM @ Cog. P.D.

Leah Freeman
Last seen
June 28th @
9:15p - 9:30p     Chief REEVES, Dave Hall, Craig Zann
                    Young

Federal Bureau of Investigation

DAROLD M. HESSEL
Special Agent

530 Center Street N.E.
P.O. Box 511
Salem, OR 97308

(503) 362-6601
Fax: (503) 585-5667

FBI - 2nd agent
Wm. Soules

FEDERAL BUREAU OF INVESTIGATION

WILLIAM M. SOULE
SPECIAL AGENT

POST OFFICE Box 687
EUGENE, OREGON 97440

(541) 343-5222
FAX: (541) 349-2388
24HR: (503) 224-4181

7/7/00     10A   HIT mtg @ 10A Cog. P.D.
           Full mtg, case history, investigator's
           reports - time line of Leah

RE: car     Dave Hall will return s.w.
      "clean" car, not wiped
      - mentioned on T.V.
      - would Leah accept ride w/ stranger

      when did they clean car
           esp. trunk

KW000254

CONFIDENTIAL