005016          005016          #7 005016  6

# SUPPLEMENTAL REPORT

Page 1

Agency: **Coquille Police Department**

INCIDENT NO. **00001905**

| Report Purpose | Reported On | Date | Time | Incident Classification |
|---|---|---|---|---|
| | THU | 06/29/2000 | 10:25 | Missing Person |

Primary Charge:

UCR/NCIC Code: /

Additional Charges:

Estimated Total Property Loss:

Related Case No.'s: **00001911**

Officer Involved: **Hall, Ulmer, Lee, Zavala**

## Victims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-21 | Jones, Gary Russell | M | White/Cauca | 10/02/1962 37 |

Confidentiality | Address: **1010 Virginia ST #6, North Bend, OR 97459**

Home Phone: Ext.

Place of Employment/School/Address: | Occupation: | Business Phone: Ext.

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 6'04" | 190 | Normal | Brown | Blue | |

| Driver's License | State | Social Security No. | Other I.D. |
|---|---|---|---|
| 1655380 | OR | 543665127 | FBI No. 8338931, State ID 03596814 |

| Hair Length | Hair Type | Hair Style | Facial Hair | Facial Shape | Teeth |
|---|---|---|---|---|---|
| | Fine Receding | Greasy Straight | Beard-Scraggley | High Cheekboned Oval | Stained/Decayed |

| Appearance | Complexion | Facial Features | Distinctive Features | Glasses | R/L Handed |
|---|---|---|---|---|---|
| Dirty Disorganized Nervous | Medium Weathered | Brkn/Crook Nose Bulbous Nose Wide Set Eyes Cleft/Dimple Chin | | None Speech Unknown | |

Tattoos:

Clothing:

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-22 | Higgins, John | | | |

Confidentiality | Address: **1160 North Crest RD, Coquille, OR 97423**

Home Phone: **(541) 396-3048**

Place of Employment/School/Address: | Occupation: | Business Phone: Ext.

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| O-23 | King, Thomas | | | |

Confidentiality | Address: **Coquille Police, Coquille, OR 97423**

Home Phone: Ext.

Place of Employment/School/Address: | Occupation: | Business Phone: Ext.

| I.D. No./Name of Reporting Officer | Prep Date/Time | Approval | Date/Time | Distribution |
|---|---|---|---|---|
| 608 Ulmer, Randy J. | 07/03/2000 22:41 | King, Thomas W. | 07/04/2000 07:43 | File |

RECORDS 005016 | DISTRIBUTION DATE —— BY —— | 005016 | Supervisor | 005016

005017    005017    005017 7

## 'SUPPLEMENTAL REPORT CONTINUED

Page 2

| AGENCY: Coquille Police Department | Incident Classification: Missing Person | Incident No.: 00001905 |

**Code:** O-24
**Name:** West, Aaron
**Sex:** M
**Race/Ethnicity:** White/Cauca
**Date of Birth/Age:** 08/27/1979 20
**Address:** 58862 Old Beaver Hill RD, Coquille, OR 97423
**Home Phone:** (541) 396-7309

**Code:** O-25
**Name:** Jenkins, David Jerome
**Sex:** M
**Race/Ethnicity:** White/Cauca
**Date of Birth/Age:** 11/07/1977 22
**Address:** 1164 N Grape ST #4, Coquille, OR 97423
**Home Phone:** (541) 396-3474

**Height:** 5'6"   **Weight:** 190   **Build:** Normal   **Hair:** Black   **Eyes:** Brown
**Driver's License:** 9067061   **State:** OR   **Social Security No.:** 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   **Other I.D.:** State ID 13506621

**Code:** O-26
**Name:** Emler, Josh David
**Sex:** M
**Race/Ethnicity:** White/Cauca
**Date of Birth/Age:** 07/24/1983 16
**Address:** 455 N Irving, Coquille, OR 97423
**Home Phone:** (541) 396-5779

**Code:** O-27
**Name:** Rice, Jason Lee
**Sex:** F
**Race/Ethnicity:** White/Cauca
**Date of Birth/Age:** 07/05/1979 20
**Address:** 290 W 4th ST #1, Coquille, OR 97423
**Home Phone:** 396-3874

**Code:** O-7
**Name:** McGuffin, Nicholas James
**Sex:** M
**Race/Ethnicity:** White/Cauca
**Date of Birth/Age:** 04/25/1982 18
**Address:** 100 Baker RD, Coquille, OR 97423
**Home Phone:** 396-4983
**Alias Names (Monikers):** McGuffin, Nick (AKA)

**Code:** O-28
**Name:** Thut, Mary L
**Sex:** F
**Race/Ethnicity:** Unknown
**Date of Birth/Age:** 02/10/1949 51
**Address:** 2128 Ashwood DR, Escalon, CA 95320
**Home Phone:** (209) 838-6683

005017    005017    005017

**CONTINUED NEXT PAGE**

005018　　　　　　　　　　005018　　　　　　　　　　005018

**SUPPLEMENTAL REPORT CONTINUED**　　　　　　　　　　Page 3

| AGENCY: Coquille Police Department | Incident Classification: Missing Person | Incident No. 00001905 |

**Suspects**

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| M-1 | Freeman, Leah | F | White/Cauca | 10/29/1984 15 |

Confidentiality | Address: 1173 N Knott, Coquille, OR 97423 | Home Phone Ext.

Place of Employment/School/Address: Coquille High School /Coquille, OR 97423 | Occupation | Business Phone: (541) 396-2163

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'02" | 105 | | Blond | Green | |

Driver's License | State | Social Security No. | Other I.D.

Hair Length: **Short** | Hair Type | Hair Style | Facial Hair | Facial Shape | Teeth: **Braces**

Appearance | Complexion | Facial Features | Distinctive Features | Glasses | R/L Handed

Speech

Tattoos

Clothing

**Narrative**

On July 03, 2000, while on duty, in uniform, displaying a badge and driving a marked patrol car, I conducted several field interviews regarding this case.

I began investigating on July 03, 2000, by speaking with Lieutenant Thomas King of this department. King told me he and a group of people were walking on the evening of June 28, 2000. King told me while he was walking the Central, Highway 42 loop, he remembers seeing very few people. King recalled seeing John Higgins, a city employee, and two unidentified females, who were also walking.

King said he saw Higgins again around 2045 hours walking around the track of the Coquille High School. King did not see Freeman, or any other people he could remember.

I then spoke with Higgins. Higgins told me he had been walking on the evening of June 28, 2000. I asked Higgins if he could recall the events of the evening for me. Higgins told me he had been walking the Central, Highway 42 loop from 1900 hours, to around 2000 where he began walking around the track at the Coquille High school. Higgins told me he walked around the track for a mile and a half, then left the track and proceeded south on West Central Blvd, to retrieve his vehicle at City Hall.

Higgins told me he could not recall seeing anyone fitting the description of Freeman, but did see several people in a blue car parked at 611, North Central.
Higgins could not recall what time he saw the people at 611, North Central, (Fast Mart), But recalled it being close to dark.

I then identified the blue car Higgins described to me to be Aaron West's Car. I saw West at 611, North Central, and interviewed him their. I asked West if he could recall being at Fast Mart on the

005018　　　　　　　　　　005018　　　　　　　　　　005018

CONTINUED NEXT PAGE

005019   005019   005019 *9*

## SUPPLEMENTAL REPORT CONTINUED

Page 4

| AGENCY: Coquille Police Department | Incident Classification: Missing Person | Incident No. 00001905 |

evening of June 28, 2000. West told me, he and some friends, David Jenkins, Josh Emler, and Nick McGuffin, were out at Johnson Mill Pond from 1830 hours until 2005 hours. I asked West what they were doing out there, and West told me they were just hanging out talking.

I asked West if he had talked to McGuffin during that time. West told me McGuffin told him, his girlfriend was about three hours late earlier in the evening and McGuffin was going to be late picking her up to get back at her for being late. According to West, McGuffin was supposed to pickup his girlfriend, Leah Freeman, at 2000 hours, and did not leave the pond until 2005. West told me he and his friends then went back into Coquille.

West said he and his friends then went to Fast Mart around 2020 hours. I asked West how long he was at Fast Mart. West told me he and his friends were there until 2120 to 2130 hours. I asked West if he had seen McGuffin after they had been at the pond. West told me McGuffin had showed up at 2021 hours at Fast Mart, and asked if anyone had seen Freeman.

I then Spoke with Jenkins and Emler who were also at Fast Mart. Jenkins and Emler gave the same statement as West. I asked the three friends if they had seen anyone in the area who may be able to provide me with any information regarding this case. They all described Gary Russell Jones, who is identified in supplemental #5. I asked how long the man was there. They said he was milling around the parking lot of Fast Mart until 2120 hours, when he left the lot and headed north on foot, on North Central Blvd. They also recalled Jason Rice, being in the parking lot with them.

I spoke with Rice who was also at Fast Mart during these interviews. Rice could not recall anyone in the area but the above, described suspicious male, and persons already mentioned in this report.

Later in the evening I received a phone call from Jean Thut. Thut told me she was in Coos Bay yesterday, and saw a girl fitting the description of Freeman. She told me she saw the girl at Highway 101 and Central Avenue in Coos Bay. She described the girl as 5'1"-5'2", strawberry blonde hair above her shoulders, petite, wearing a tight white sleeveless top, and blue jeans. She could not see any braces on the girl. She described the girl as disoriented and walking slowly with her arms crossed and her head looking downward. She told me she saw the girl at approximately 1600 hours.

No further information at this time.

**END OF SUPPLEMENTAL REPORT**