005185                    005185                    005185

```
NORTH BEND POLICE DEPARTMENT
SUPPLEMENTAL REPORT
CASE No: 20011114
```

At 13:35 we drove to the address of 2055 Poppy Court in Coos Bay (actually located off Pansy Lane, off Red Dike Road in Inglewood district), and attempted to contact Witt Morrow. We were advised by his mother that he was at SWOCC and she did not know when he'd be home. Perske left his business card with his and mine pager numbers on it, and asked Mrs. Morrow to have Witt call us when he got home.

At 15:00 hours Perske and I were back at Coquille P.D.

At about 16:00, Witt Morrow called and said that he'd meet me and Perske at the Green Acres junction on Highway 42, so we could interview him. We met him there at 16:30 hours. Witt said that he was at a party in Coquille, which was located in a brown 2 story house which is outside of town (to the north) on the road which runs alongside the courthouse. Witt said that a kid named Scott Elliott would know the name of the person whose house the party was at. He believes the house owners name is "Doyle", but he's unsure if "Doyle" is a first or last name. Witt says he hasn't been to too many Coquille parties, but that he goes to several in the Coos Bay and North Bend area. Witt said that he never made any such statement concerning Leah Freeman. Witt said that he doesn't even know who Leah Freeman is. Witt also did not recognize the name of Nick McGuffin, and said he has no idea who there people are.

At about 17:00 Perske and I contacted Aaron West and Josh Emler at the address of 455 North Irving. The information received at Coquille P.D. is that they knew more about Leah's disappearance, and that they were lying to cover for Nick McGuffin. Perske and I told both Emler and West that the time to be truthful is now, and that anyone caught trying to cover for the perpetrator of this crime would also be charged accordingly. We went over their recollections of the night of June 28th, concerning their activity with Nick McGuffin. Dean Perske took notes while I talked, so his report will have the details of that conversation. The most striking thing to me about their recount of the evenings events was that they both agree that they left the Johnson Mill Pond area just after 21:00 hours, and that Nick went to the Mitchell residence to pick up Leah. They both agree that Nick was driving the blue Mustang at that time. They both agree that about 15 to 20 minutes later, Nick drove into the parking lot at the Fast Lane store, and asked if anyone had seen Leah; however Aaron West is adamant that Nick was still driving the Mustang, and Josh Emler is just as adamant that Nick had switched cars and was now driving the family's maroon Thunderbird. Josh Emler does admit that he smoked a large amount of marijuana, and was pretty "screwed up" at this time.

On August 8, 2000 at 09:00 I was doing some background research on the computer at NBPD regarding addresses of some of the people I needed to contact.

At 09:30 I made contact at the Fabric Mill on Tremont Avenue and spoke with Don and Susan Sero. Coquille P.D. had received information that Bill Sero had been trying to get some seat covers replaced in a vehicle on the day after Leah Freeman had disappeared. Don and Susan

REPORTING OFFICER: LT. Bud Young        DPSST: 10110
DATE:              APPROVAL:            PAGE: 29  OF 33 PAGES

005185                    005185                    005185