002269 002269 002269

# OREGON STATE POLICE INCIDENT REPORT

PAGE 1 of 3

17

**REPORT TYPE:**
- [ ] INITIAL REPORT
- [x] SUPPLEMENTAL

**DISTRIBUTION**
- [x] GHQ Criminal
- [ ] GHQ F&W
- [ ] GHQ Patrol
- [ ] ID Documents
- [ ] ID Prints
- [ ] District
- [ ] Explosives
- [ ] Lab
- [ ] DA
- [x] Other  CPO

AUG 0 9 2000

INCIDENT # [CAD#] SP00-25576

ASSOCIATED OSP #s/ _____

OTHER AGENCY #s/ Coquille PD # 00-1905

OFFENSE/ORS/ Polygraph/missing person Inv-  Occr/ 1  Co/ Coos  Status/ Comp

STATUS/ ACTI-OPEN/ACTIVE INVESTIGATION  CLOS/A -CLOSED BY ADULT ARREST  CLOS/J-CLOSED BY JUVENILE ARREST  COMP-CLOSED SERVICE COMPLETE  INAC-OPEN/INACTIVE/NO FURTHER INVESTIGATION  UNFO-CLOSED UNFOUNDED  NODA-NO PROSECUTION BY DA  RFSE-VICTIM REFUSED PROSECUTION  DTH-OFFENDER DECEASED

**ADDITIONAL OFFENSES/**

_____ Occr/___ Co/___ Status/___

_____ Occr/___ Co/___ Status/___

_____ Occr/___ Co/___ Status/___

(SEE NARRATIVE FOR ADDITIONAL OFFENSES [ ]YES [ ]NO)

LEAD/ORIG AGENCY/ Coquille PD     DATE/TIME REPORTED TO OSP/ 070500

DATE/TIME OF THIS REPORT/ 072700     DATE/TIME OF OCCURRENCE/ 072700

IF SUPPLEMENTAL:  DATE/TIME ORIGINAL REPORT/ 070500

ORIGINAL SUBJECT OF REPORT/ Polygraph

SUBJECT OF THIS REPORT/ Polygraph

VICTIM/SUSPECT/  WEST  AARON  D.
                 Last  First  Middle

(ADDITIONAL VICTIMS [ ]YES [ ]NO)
(CO-DEFENDANTS [ ]YES [ ]NO)

LOCATION OF INCIDENT/ Coos Co. P&P     COUNTY/ Coos

LOCATION TYPE (Premise)/ P&P office

METHOD OF ENTRY/_____ (list for each appropriate offense)

TOTAL LOSS/          TOTAL DAMAGE/

DOMESTIC VIOLENCE? [ ]YES     THEFT BY COMPUTER? [ ]YES

GANG INVOLVEMENT? [ ]YES describe _____

BIAS MOTIVATION? [ ]YES describe

WEAPON USED? [ ]YES describe _____

UNDER INFLUENCE OF
Alcohol? [ ]YES  Drugs? [ ]YES describe _____     [ ]UNKNOWN

The below-named subject is presently a runaway/missing person and I certify that I am the parent, legal guardian, or reporting party

Subject/ (PRINT ONLY) Last ___ First ___ Middle ___
Reporting Party/ (PRINT ONLY) Last ___ First ___ Middle ___
Signature/_____     Date/_____

REPORTING OFFICER/ Mark Ranger     BPSST#/ 20488    DATE/ 072700

STN/ RSBG     ASSGN/ 41    APPROVED/ Rc     DATE/ 8-3-00

Form F155 Revised 10/20/97

002269 002269 002269

002270                                  002270                                  002270

18

# OREGON STATE POLICE
# POLYGRAPH EXAMINATION

GHQ Case #00-255176

**TO:** Captain Ed Mouery, Investigative Services

**DATE:** 07-27-00

**REGARDING:** MISSING PERSON INVESTIGATION

**EXAMINATION REQUESTED BY:** Officer David Hall, Coquille Police Department

**EXAMINATION CONDUCTED AT:** Coos County Community Corrections

**EXAMINER/I.D.#:** Mark D. Ranger, 1285-37

**NAME:** WEST, AARON D.  DOB 08-27-79
58862 Old Beaver Hill Road
Coquille, OR 97423

**REFER:** Coquille Police Department Case No. 00-1905

**VICTIM:** FREEMAN, LEAH  DOB 10-29-84
1173 N. Knott Street
Coquille, OR 97423

**DATE OF OCCURRENCE:** 06-28-00

**ISSUE:** On the morning of 06-29-00, Leah Freeman was reported missing from the City of Coquille. Leah Freeman was last seen alive shortly after 9:00 p.m. on 06-28-00. Aaron West is an acquaintance of Leah's and Leah's boyfriend, Nicholas McGuffin. West agreed to submit to a polygraph examination at the request of Officer David Hall of the Coquille Police Department.

**PRE-TEST INTERVIEW:** At 2:50 p.m. on 07-27-00, Aaron West contacted me at Coos County Community Corrections.

Aaron West stated in substance that he was present to take a polygraph examination because the police want to know if he knows anything about what happened to Leah. He denies any involvement or knowledge as to what happened to Leah.

1

002270                                  002270                                  002270

002271              002271                              002271

19

West further related on the day that Leah disappeared he was at the Fast Stop Market in Coquille between the hours of 7:00 p.m. and 7:30 p.m. From there he drove out to the millpond with Emler and Jenkins. Nick McGuffin went out there also in his Mustang. Around 9:00 p.m. McGuffin said he had to go pick up Leah. Later that evening he saw McGuffin at the Fast Stop and McGuffin had asked him if he'd seen Leah. Later that evening he saw McGuffin driving around in a Thunderbird.

**INSTRUMEN-TATION:** Aaron West was examined on an Axciton Computer Polygraph

**RELEVANT QUESTIONS:**

#1  Did you have any direct involvement in Leah's disappearance?

No

#2  Has anyone told you that they are responsible for Leah's disappearance?

No

#3  Are you deliberately concealing information about Leah's disappearance to protect someone?

No

**RESULTS AND CONCLUSIONS:** There were consistent truthful responses to the previously listed relevant questions. Therefore, it is this examiner's opinion that Aaron West is being truthful in his responses to the relevant questions

*Mark D. Ranger*
Mark D. Ranger, Detective
Polygraph Operator
Roseburg Patrol Office

cc   Officer David Hall, Coquille Police Department
MDR:pc

2

002271              002271                              002271