# Mr. McGuffin's Cars

## *Ford Thunderbird*  T



## *Ford Mustang*  M



# Timeline of Alleged Vehicle Sightings – June 28-29, 2000

**Mr. McGuffin would have switched cars at least 10 times over a 3-hour period**

## Pickup Truck

- **9:10 pm** — J. Lindegren
  D4 133:23-134:17, 136:11-14, 140:20-22, 139:20-140:16
- **Shortly after 12:05 am** — J. Storts
  D5 169:12-170:18, 173:16-21

## Thunderbird

- **Before 9:00 pm** — A. Patton
  D4 147:1-7, 149:5-18
- **Between 9:15 and 11:00 or 12:00 pm** — A. West
  D4 123:5-23, 124:8-24, 127:16-22

## Witness Uncertainty

- **Later in the evening** — J. Emler (T)
  D4 114:4-12, 117:16-119:2
- **After 9:00 pm** — M. Kirn (T)
  D4 153:2-4, 154:6-155:9
- **Around 10:00 pm** — M. McAdams (T)
  D4 162:2-5, 164:2-16, 166:21-25
- **10:00 or 11:00 pm** — B. Bartley (?)
  D4 19:7-21:11
- **Night of June 28** — L. Reid (T)
  D4 180:13-181:8

### June 28, 2000 (Afternoon/Evening) | June 29, 2000

## Mustang

- **4:00 pm** — C. Courtright
  D3 73:13-74:1
- **Early afternoon** — B. Bartley
  D4 15:11-16:6
- **7:00 or 8:00 until around 9:00 pm** — A. West
  D4 121:3-19, 123:3-9
- **6:00 or 7:00 pm** — B. Bartley
  D4 17:2-13
- **Evening** — J. Emler
  D4 111:14-19
- **Before 9:00 pm** — A. Patton
  D4 147:1-7, 149:5-18
- **Night of June 28** — A. Hyatt
  D4 229:1-13, 232 9-233:1
- **9:40 pm** — B. Mauro
  D5 10:1-7
- **10:30 pm** — Officer Zavala
  D5 108:2-9, 113:5-7
- **10:00 or 10:45 pm** — R. Lewis
  D4 218:11-219:10
- **Night of June 28** — S. Hamilton
  D5 66:7-24
- **12:03 am** — Officer Lee
  D4 249:24-250:2, 251:20-24
- **Later than 12:00 am** — K. Steinhoff
  D5 27:24-28:3, 35:5-9, 38:23-39:19
- **June 29, Morning** — C. Courtright
  D3 80:4, 23