P.O. BOX 669
COOS BAY, OR 97420
541-267-2107  1-800-452-3206
FAX 541-269-7768

**BASSETT-HYLAND ENERGY COMPANY**

# Fax

To: Coquille P.D.    From: L. Wood
Fax: 396-2113    Pages: 2
Phone:    Date: 7/21/00
Re:    CC:

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

ATTN: OFFICER Hall

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD007221

Exhibit 43, Page 1 of 2

```
Jul-21-00 12:01P Bassett-Hyland Energy Co. 5412697768            P.02
```

BASSETT-HYLAND ENERGY COMPANY
P.O. BOX 689
COOS BAY, OREGON 97420
541-267-7107    bhe@coosnet.com

date: 06/30/00    acct: 203535    invoice#: 98014

*) DIESEL SOLD ON THIS INVOICE DOES NOT CONTAIN VISIBLE EVIDENCE OF DYE.

Terms: NET 10TH PROX.

```
        BRUCE E. MCGUFFIN                      All invoiced prices include
        56246 BAKER ROAD                       all applicable taxes
        COQUILLE, OR    97423
```

| date | time | site | driver | keyboard | mpg | odom | prod | units | price | charge |
|------|------|------|--------|----------|-----|------|------|-------|-------|--------|
| — Vehicle: 0004205-TRUCK | | | | | | | | | | |
| 06/01 | 1445 | COQ | TRUCK | | * | 898 | UNLEA | 17.50 | 1.65400 | 28.9 |
| 06/03 | 1444 | COQ | TRUCK | | 52.0 | 4204 | UNLEA | 5.00 | 1.60400 | 8.0 |
| 06/03 | 1452 | COQ | TRUCK | | *93.0 | 882 | UNLEA | 14.00 | 1.60400 | 25.0 |
| 06/04 | 1443 | COQ | TRUCK | | 04.8 | 424 | UNLEA | 4.22 | 1.60400 | 6.7 |
| 06/08 | 0648 | COQ | TRUCK | | 70.3 | 676 | UNLEA | 13.75 | 1.60400 | 22.0 |
| 06/08 | 1517 | COQ | TRUCK | | 13.9 | 889 | UNLEA | 15.99 | 1.60400 | 25.6 |
| 06/12 | 2130 | COQ | TRUCK | | * | 898 | UNLEA | 17.00 | 1.60400 | 27.2 |
| 06/15 | 2316 | COQ | TRUCK | | * | 858 | UNLEA | 17.00 | 1.60400 | 27.2 |
| 06/17 | 1215 | COQ | TRUCK | | 10.5 | 662 | UNLEA | 17.00 | 1.60400 | 27.2 |
| 06/19 | 2257 | COQ | TRUCK | | 13.1 | 888 | UNLEA | 17.00 | 1.60400 | 27.2 |
| 06/22 | 2241 | COQ | TRUCK | | * | 868 | UNLEA | 17.00 | 1.60400 | 27.2 |
| 06/23 | 1615 | COQ | TRUCK | | * | 888 | UNLEA | 14.00 | 1.61400 | 22.6 |
| 06/25 | 2033 | COQ | TRUCK | | * | 808 | UNLEA | 5.52 | 1.61400 | 8.9 |
| 06/26 | 2226 | COQ | TRUCK | | * | 805 | UNLEA | 6.00 | 1.63400 | 9.8 |
| 06/27 | 1405 | COQ | TRUCK | | * | 888 | UNLEA | 16.50 | 1.63400 | 26.9 |
| 06/27 | 1858 | COQ | TRUCK | | * | 888 | UNLEA | 7.00 | 1.63400 | 11.4 |
| 06/28 | 1136 | COQ | TRUCK | | * | 808 | UNLEA | 6.00 | 1.65400 | 9.9 |
| 06/28 | 2217 | COQ | TRUCK | | * | 808 | UNLEA | 4.01 | 1.65400 | 6.6 |
| 06/29 | 0212 | COQ | TRUCK | | * | 866 | UNLEA | 5.42 | 1.67400 | 9.0 |
| 06/29 | 0848 | COQ | TRUCK | | * | 802 | UNLEA | 5.00 | 1.67400 | 8.3 |
| 06/29 | 2259 | COQ | TRUCK | | * | 896 | UNLEA | 5.00 | 1.67400 | 8.3 |
| — Vehicle Summary: | | | CPM | .418 | 5.9 | 806.0 | | 232.99 | | 371.3 |

INVOICE SUMMARY

| PRODUCT | TOTAL UNITS | AVERAGE PRICE | SUBTOTAL | FEDERAL ETAX | STATE ETAX | TOTAL |
|---------|-------------|---------------|----------|--------------|------------|-------|
| OREGON UNLEADED | 229.990 | 1.1910 | 273.92 | 41.93 | 55.19 | 371.04 |

INVOICE TOTAL    $371.04

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD007222