10-13-09                                Q20001905
Bruce McGuffin - report

Susp: Nick McGuffin / Brent Bartley

Loc: N. McGuffin - Church Rd, CB
     56246 Baker Rd, Coquille (McGuffin's rent)
     B. Bartley - 1155 N Anderson, CB

Veh: ZTA378 Sil Dodg Stratus (N.M.)
     D10958 '94 Ford F35 PU (B.M.)
     HND386 Blu '77 Chev PK (B.B.)

mtg:
Pictures - still missing some (Crime Lab) → Brad
Kris K - no response on the Clothing
       was sent to England, trouble getting
       it back

ViDuct - retired L.E.
     Present to them for ideas & suggestions
     2 going NOV. 19, 2009

Mike Stupfel did a diagram - looking for
   his work. has located a case
   file - 5 reports, but not his work
* Google Earth or go to site & reconstruct
VanZek helped Stupfel w/ the diagram
Dale Oester did a report / Oester has a
   hand diagram

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        CPD020539

Riddle will make a copy?
- Nothing @ his o/e
Sean will check thru the case files again for the missing diagram
Pat - Contact Dave Hall see what he has
Pat D - Will check CCSO file

FBI - Analyst for Nick
   TIPS Management

Web Page - one Central tip line off the City Web Page
Stay Away from Private Leah Freeman Page - More Control

Greenacres Auto Wreckers -
   67 Ford Mustang - 4 (one has been eliminated)
   Other 3 don't match color concept
   1 title still reg to original owner doesn't remember name
Greenacres will hold the cars

OPS Plan -
   Focus - Nick McGuffin
   Branches to Father - Report w/his thoughts (2005)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     CPD020540

Exhibit 46, Page 2 of 18

Kelly met w/ Bruce & he turned in report. Also turned in a letter from someone in jail

Tap on phones - Still waiting When go public

2 people to interview Nick
Dad + Mom Approached Chief hoping he will clear son - Invited to their home this week
"Hi, I'm here to help"
If Nick is there - Taking Pat w/ him
Get a feeling where they are at

Brent Bartley - Bonnie Chamley G.F.
No longer best buds → Paranoid Dopers
Goes to jail

Interview Chamley


Safeway employee ex of Bartley - Cop friendly

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD020541

Exhibit 46, Page 3 of 18

Megan ~~Edgerton~~ Edgerton - Nick's Current G.F.
living w/him since 18yoa
Interview

Wayne McGuffin - In Hawaii
- Anti-Cop

Faye & Ray Johnston - Campers Who
Witnessed Car pull up in
area where body was found

Nick & Brent failed Poly

Brent Weak Link

Nicole Marie Nelson (Price) ex. of Brent

Mom left out of loop

Kristin Steinhoff Ramsey → Same Circle/Same Stories
Alecia Michaud → Spread rumors

Driving Nick Around Part of night
Nick tried to Sleep w/her? *Claim*

Sara Swenson
~~Mindy~~

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER         CPD020542

Denise Freeman (Bertrand) Sister
Cory Courtwright
uncle

444 Elm — Where Leah last seen by
 Sherrie Ann Mitchell
 Corey Brigant (BF @ time)

Johnson Mill Pond (Nick + Brent)
 witnessed by:
Fast Mart

Bill Sero
Stemmerman  } poss Susps)

Leah's shoe found on Elm — Near CHS
 Poss last seen Per Witnesses Walking
 → there
Found by Tony Messerle

9:30–9:45 Nick seen in T-Bird

Mary Fuller + Alecia Hartwell  9:30 saw
Leah @ CHS

Nick never mentions changing cars — Called
his mom @ 10:30 to see if Leah

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD020543

10 pm back in Mustang

Never looked for Leah @ house
   light in bedroom @ 2am
   threw rock & no response

No explanation of Changing Cars

Mom's red T-Bird

Upset frantic point of Crying

Other Shoe (Lft) found on Hudson ridge

Nick has never been locked into a Story
   — Always said She was Missing
      — Never that she was just around Someplace

Trunk Cutton - Shiny metal no Carpet
   — remove leaking gas tank

Willberger - Joel Courtney Susp poss in the area
   during time of Leah's death
Get hold of Paul Foster & see why
he looked @ Courtney

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD020544

Body kept in Car only to transport to dump site — Lee Valley

- Leah poss enr to Bartley Grandparents place

Poss Dumped by Dad — reason why Nick switched to T-Bird?

Wit. heard 2 voices (male)

Leader thinks 2 people dumped body from Car — Zanni believes he's right
Not spot in Road to get out chat or take a leak
Vegetation not broke down by road

Mustang not driving around after 9:30pm

Rt Shoe found by CHS
  — Planted
  — Lost when trying to get out of Car

Left Shoe on Hudson Ridge had blood
Rt Shoe no Blood

Brent inv in helping dad dump body?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD020545

Exhibit 46, Page 7 of 18

**\*Interviews\***

Mike Tulles - Worked w/ Nick @ Bandon Dunes

*Mike Cook* { Bon fire on Baker Rd - People who were afraid to come forward
Bentley talked w/ some of them
Someone told a little kid you didn't see anything

~~Kerry~~ *Kerry L* Torres - Ex of Brent
6-10-64
ODL 3464320

1st - Phone Tap
  - Nick
  - Diff to get one on Dad

Nanny Cams in interview Room - 2 @ CQPD
Myrtle Point has one set up
OSP has one

Chief & Pat - Informal mtg w/ McGuffin Family this week

Hit Bartley ~~Gold~~ - Not until gone public
Day we go, before it hits media

Interviews
Bartley - Riddle & Kelly Andrews
Torres - Ray & Bob * before Bartley # Day B4 get perspective
Johnstons - Sean
Chamley - Day of also: Rogers + Schwen

\* Prepared Grand Jury Subpoenas before going to interviews - Zanni.

Frasier - Immunity Letter (Statute of limitation) Passed
— not to Active participant
— only helped Cover up some way

Tap - Equip ready in Salem & Available

Bill Fugate - OSP Det Sgt in Roseburg

\* Me - Do Packets on Inv

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD020547

Exhibit 46, Page 9 of 18

✶ 67 Mustang Cp — Trunk linings
— get types of options

Stemmerman & Sero's Cars
Stacey Napier Car
Heather Steinhoff's Car    Ple ~~Geo~~/Kia
Crook's Car?

Stemmerman's house in Libby backhoe
back yard — Tomorrow 10/14/09
2 places to dig

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    CPD020548

Exhibit 46, Page 10 of 18