

### 01/23/10 Meeting @ 1000 hrs

Live Monday-press conference

Viduc-
Richard Walters-cofounder
Types of homicides: Power Assertive-someone who has or thinks he has power over an individual. When the person doesn't comply with wishes, kills them.
-Everyone agreed Nick is our guy-
Why?
Girl of his dreams, going to have babies with her.
*appt @ Coos County Health Dept to get birth control the following week? possibly
*He wanted her to do something & she said no, or was doing something he didn't want her to do.

### Chart:
Left-suspects pre event  Middle-Everything you know
Right-suspects post event

Concentrate on Bruce-
*pointers on how to deal with Nick & Bruce & Brent

Will want to know what we've got
-wait to interview Nick
-the murder doesn't count unless he told someone about it, ie Brent & Dad (Bruce)

### Discredit list-everything that can be proved false from 19 minute interview

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002124

DEPO EXHIBIT
Dannels 2022-07-15
36

Zanni-forget about confession
Document everything
Know your packets-details
*everytime they deviate from original statement
-continued lies

Generalize-no details
-time to go live

**Command Post**-@ CQPD
Brief in the morning
Debrief in the afternoon
Reserves manning the phone 24/7

*Find prior girlfriends of Nick

| Leah-8th Grade | Leah-9th Grade |
|---|---|
| -good grades | -grades tank |
| -sports | -no more sports |
| -large circle of friends | -small group friends |

There has been no interview with Nick's mom-Kathy McGuffin

Interview with Cory
-what was Leah like pre Nick & post Nick
-who were her friends

Interview with her teachers:Sharon Nelson

Reports need to be done in timely manner.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     CPD002125

*Daniel LaPine-Bartley's roommate

Seth-contact info needed (family member of Nick's)
    -Mike Cook will get contact information

Need packets on:
Mike Tulles-Bandon
Dennis Scott Hamilton-Bartley's roommate 30 yoa
Hannah McNeeley-witness Nick kick Leah
Nicole Marie Nelson dob/012883
Sharon Nelson-Get info on Teachers

Scott & Eric-interview Cory Courtright

Teams:
Kelly & Jon-Bartley
Eric & Scott-Cory, Bruce
Pat & Chris-
Ray & Bob-Johnstons, past girlfriends (Nicole Price)
OSP team-

Set up camera in the area where body was found.

<u>Frasier said not to talk to Nick, he's got a lawyer.</u>

*Check junkyards for Mustang:
Shinglehouse, Greenacres(checked), Norway-Beck bought out the vehicles from the wrecking yard at Arago that closed

Meet tomorrow 1000 hrs

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          CPD002126