



**Incident Report:** 020001905

*Current As Of:* Tuesday, June 01, 2010

## Single Continuation Report

### Summary
On 05/25/10 at 1810 hours, Officer Ray McNeely Jr. and I conducted an interview with Mr. Damon John Mason at the Coquille Police Department in regards to this investigation.

### Mentioned
1. Mason, Damon John, W-M, DOB: 04/03/1979
   692 W. 15th Street, Coquille, OR. 97423
   (541) 396-3659

### Action Taken
On 05/25/10 at 1810 hours, Officer Ray McNeely Jr. and I sat down with Mr. Damon J. Mason at the Coquille Police Department regarding a follow-up interview with this case.

Mr. Mason agreed to speak to and cooperate with us. We asked Mr. Mason to explain his status during the time period of June 28, 2000 when Leah Freeman went missing. Mr. Mason advised us that he was living in California and was AWOL from the military during this time of his life. Mr. Mason advised us that he arrived back in Coquille during the night Leah went missing or the day after as he could not remember the exact date. Mr. Mason advised us that he missed his girlfriend's 18th birthday which was on the 27th of June so he knew it was after that. Mr. Mason advised us that Bartley and he were friends from high school to include walking together during graduation.

Mr. Mason advised us that he spent time with Brent Bartley the day after Leah went missing. Mr. Mason advised us that he spent the next 2-3 days with Bartley.

We observed Mr. Mason to be very nervous and guarded as we spoke. I asked Mr. Mason if he rather not be here. Mr. Mason stated, "yes, I do not want to be involved with this". We advised Mr. Mason that we understood, but we had a job to do and talking to him was important in regards to the investigation. Mr. Mason advised us that he understood.

We asked Mr. Mason what Bartley and he spoke about. Mr. Mason said that Bartley told him that Nick McGuffin and he drove around last night in Nick's Mustang, looking for Leah as she was missing. Mr. Mason advised us that Bartley told him they searched by the high school, mill pond, and around town. Additionally, Mr. Mason advised us that he remembers being told that Bruce McGuffin helped too. Mr. Mason advised us that he was 90% sure that Bruce McGuffin helped too.

Mr. Mason advised us that the day after Leah went missing, Bartley and he were driving around Coquille in the afternoon hours driving Mr. Mason's 1989 Ford Ranger. According to Mr. Mason,

001028   001028   001028

when they approached the 7-11 (Fast Mart) and saw a Coquille Police car, Bartley advised him that there was a cop. Mr. Mason said Bartley told him not to let the police see him. Mr. Mason asked Bartley why. Mr. Mason advised us that Bartley told him that Nick McGuffin and he were involved in Leah's disappearance last night and did not want to have contact with the police. Mr. Mason advised us that he did not talk anymore to Bartley about it.



Mr. Mason advised us that during the next 3 days, (was not exact on the time), he spoke to Nick and Wayne McGuffin about what Bartley had told him. Mr. Mason advised us that Nick and Wayne stated, "don't worry about it", "mind your own business", "keep your mouth shut", and "don't say anything". Mr. Mason advised us Nick was a "jackass" toward him so he didn't talk anymore about it. Mr. Mason advised us that he has kept this information to himself for the last 10 years excluding some small talk with his mother. Mr. Mason advised us that Wayne McGuffin came to Hawaii after the Leah incident and they lived together to include helping Wayne get a job. Mr. Mason advised us that he brought it up one more time, but Wayne would not talk about it.

Mr. Mason who advised us he felt better after telling someone about this information, was concerned he might be in trouble.

I contacted Mr. Paul Frasier who came to the Coquille Police Department and agreed to provide Mr. Mason a Letter of Immunity, see attached.

Officer McNeely, Mr. Paul Frasier and I conducted a recorded interview regarding this information. The recording was downloaded and secured into evidence.

Status: Investigation Continues

Attachment:

1. Copy of Immunity Letter
2. CD of Interview (Mr. Mason)

**Statements**
See CD Recording

**Evidence/ Property**
CD Recording of Mr. Mason

**Action Recommended**
File, D.A.'s Copy

Date/ Officer:   6/1/2010   Dannels        Incident:   Q20001905

Officer's Signature: _____   Date: 06/01/10