10CR0782

R. Paul Frasier, OSB #842235
Coos County District Attorney
Coos County District Attorneys Office
Coos County Courthouse
Coquille, Oregon 97423
Telephone: (541) 396-7555
FAX: (541) 396-1015

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR THE COUNTY OF COOS**

| | |
|---|---|
| STATE OF OREGON, ) | |
| ) | |
| PLAINTIFF, ) | No. 10-CR-0782 |
| ) | |
| vs. ) | |
| ) | |
| NICHOLAS JAMES MCGUFFIN, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

**ORDER/JUDGMENT IN RE PLAINTIFF'S MOTION TO DISMISS**

This matter came before the Court on motion of the plaintiff to dismiss this case and to order the Oregon Department of Corrections to release the defendant forthwith. The Court, after being duly advised in all of the particulars, hereby orders:

1. That this case is dismissed for the reasons as set forth in the plaintiff's motion to dismiss; and

2. As the Court had previously ordered on this matter that the defendant be committed to the physical and legal custody of the Oregon Department of

Page 1 – Order in re Plaintiff's Motion to Dismiss
R. Paul Frasier, OSB #842235
District Attorney for Coos County, Oregon
Coos County Courthouse
Coquille, Oregon 97423
(541) 396-7555

Corrections, the Oregon Department of Corrections is ordered to immediately release the defendant from that previously ordered term incarceration.

Dated this _____ day of December, 2019.

Signed: 12/17/2019 02:06 PM

*Martin E Stone*
_____
**Circuit Court Judge Martin E Stone**

*****************************************************************************************

I certify that I served a true copy of this document on Janice Puracal, attorney for the defendant herein, in compliance with the applicable rules of the Oregon Rules of Civil Procedure on the ___ day of December, 2019.

_____
R. Paul Frasier OSB # 842235
District Attorney

Page 2 – Order in re Plaintiff's Motion to Dismiss
R. Paul Frasier, OSB #842235
District Attorney for Coos County, Oregon
Coos County Courthouse
Coquille, Oregon 97423
(541) 396-7555

Exhibit 60, Page 2 of 2