005880                          005880                          005880

# GRAND JURY SUBPOENA

STATE OF OREGON   )
                            ) ss.
County of Coos       )

JUL 0 8 2010

IN THE NAME OF THE STATE OF OREGON

TO: DENISE FREEMAN, 410 Bender Street, Myrtle Point, Oregon 97458
AKA Bertrand [handwritten]

You are hereby commanded to appear before the Grand Jury for the County of Coos at the Coos County Courthouse, 250 N. Baxter Street, in Coquille, Oregon on:

**JULY 14, 2010, at 1:30 p.m.**

To appear as a witness before the said Grand Jury.
Witness my hand on: 7/6/10.

R. PAUL FRASIER
District Attorney for Coos County

**TO THE WITNESS: PLEASE BRING THIS SUBPOENA WITH YOU TO GRAND JURY FOR PAYMENT OF WITNESS FEE AND MILEAGE. PLEASE COME A FEW MINUTES EARLY SO THAT WE CAN TALK TO YOU IF NECESSARY BEFORE THE HEARING.**

DISTRICT ATTORNEY: (541) 396-3121, Ext. 257, 465.
CRIME VICTIM ASSISTANCE OFFICE: (541) 396-3121, Ext. 468, 469.

STATE OF OREGON   ) ss.
County of Coos       )

    I hereby certify that the above and foregoing is a true and correct copy of the original subpoena now in my hands for service.

ANDREW R. JACKSON, Sheriff

By: _____

STATE OF OREGON   ) ss.
County of Coos       )

    I hereby certify that I served the within subpoena, within the said state and county on the ___7___ day of ___July___, 2010, on the within named ___Listed___ personally and in person by delivering a true copy thereof, prepared and certified to by me as Sheriff.

ANDREW R. JACKSON, Sheriff
By: _____
Deputy

005880                          005880                          005880

Exhibit 77, Page 1 of 1