


Mark J. Dannels
Chief of Police

**Incident Report:** Q20001905

Distribution: IDA, Juv, SCF, Mental, P&P, Animal, Med Exa, other ( )

*Current As Of:* Thursday, September 30, 2010

## Single Continuation Report

### Summary
Supplemental Report: During the month of July, 2010, Officer McNeely and I interviewed the following people regarding this case: Rickey Brickey, Ricky Libbett, Brent Bartley, Leslie Anderson, Loretta Hunt (Daughterty), Alicia Hartwell, Mary Fuller and Christy Young-Cagley.

### Mentioned

### Action Taken
RICKEY BRICKEY:

On July 12, 2010 at approximately 1145 hours, Officer McNeely and I spoke with Rickey Brickey at the Coquille Police Department. We contacted Brickey because Tina Mims recalled him being with at Kristin Steinhoff's home when Nick McGuffin and Ricky Crook threatened Steinhoff.

Brickey recalled Steinhoff and remembered a time when she was hysterically crying while talking with Mims. Brickey said he asked what was going on and Steinhoff told them she, Crook and another person were out partying and involved in Leah's death. Brickey was unable to recall any details or further names but recalled Steinhoff telling he and Mims that much. Brickey said that later Mims relayed to him that Steinhoff had told her Leah's body was by the Boy Scout cabin.

We asked Brickey about the time Nick McGuffin and an older man came to Steinhoff's while he was there with Mims. We shoed Brickey several photographs including one of Bruce McGuffin. Brickey studied the photos and chose Bruce McGuffin as a man he thought he recognized as coming to Steinhoff's. Brickey said he recalled a red Camaro pulling up and two guys getting out and coming into the house.

Brickey also recalled being outside Steinhoff's window and hearing two guys "giving her a bad time". Brickey was uncertain what the "bad time" was about but recalled a younger guy and an older one. According to Brickey, the older man left and he thought it was possible that Mims had been with him.

RICKEY LIBBETT:

On July 2, 2010 at approximately 1740 hours, Officer McNeely and I spoke with Ricky Libbett at the Coquille Police Department. Libbett had shared with me previously that he might have some information on the Freeman case and agreed to come to the station for an interview.

Libbett told us that his cousin, Sarah Brooks, had been dating Nick McGuffin in 2000 after Leah

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          Coquille 005923

was missing but before her body was found. Libbett also told us that his brother, Nick Libbett, was a friend of McGuffin's and lived out Fairview in 2000.

Libbett said that he had been at his cousin's house with McGuffin present sometime in the summer of 2000. Libbett said he referenced the time in his mind compared to the Coos County Fair because he worked at the fair that year. Libbett said the time would have been around one week prior to the fair as he had needed to go to his brother's house to get some work clothes for his upcoming job with the fair. (According to my internet research the Coos County Fair began on Tuesday, August 8 in the year 2000.)

Libbett said McGuffin had offered to give him a ride and he accepted. Libbett said he thought they would go out through Coquille because he thought that was the fastest way but McGuffin insisted on going through Lee Valley Rd. Libbett said this scared him because McGuffin was a crazy driver on gravel roads. Libbett said McGuffin insisted telling him he always went that way.

Libbett said that at one point McGuffin slowed down as they came to a gravel area around a corner and to a little straight stretch. Libbett said McGuffin indicated a spot to the right and told him that was where Leah was. Libbett told us that he did not recall if McGuffin said Leah "is" there or "was" there. Libbett said McGuffin also said, "Cops better find out who did that to Leah before I do or there will be two dead bodies instead of one." Libbett described McGuffin during this as "trembling hands, eyes watering and hands clenching the steering wheel."

Libbett said he did not recall Leah's body being found at the time and was frightened by McGuffin's comments. Libbett said he just wanted to "get out of there" and did not want to be involved. Libbett said he never came forward or talked with police because he thought the case was closed until he heard it had recently been re-opened.

Libbett said he also recalled placing some potato chips on the dash of McGuffin's car during the ride and McGuffin getting angry with him. Libbett said McGuffin didn't want anything put on the dash because that was the last place Leah had put her feet and there was a print on the window that he didn't want to have to wash off.

Libbett said that about halfway back after going to his brother's house, McGuffin looked at him and said, "You know I didn't have nothing to do with this. I just want it to get over with." Libbett said he did not ask any questions but replied, "If you didn't have anything to do with it you don't have anything to worry about."

BRENT BARTLEY:

On July 13, 2010 at approximately 1425 hours, Officer McNeely and I spoke with Brent Bartley at his apartment in the Tioga Building in Coos Bay. We contacted Bartley to serve him with a Grand Jury subponea and during this interaction he invited us into his apartment and spoke willingly with us. We reminded Bartley that he was under no obligation to speak with us and that our conversation was completely voluntary.

Bartley told us that he had been sober for about four months now and had a different perspective on his life. He expressed frustration with the way the investigation and he personally had been handled in the past by police. Bartley readily admitted that in 2000 he had been drinking and smoking marijuana heavily and had continued to do so until recently. Bartley also stated that he had never really considered the possibility that his friend, Nick McGuffin, had been guilty of Leah's murder. Bartley said that he felt a combination of these factors had made him seem somewhat guilty as well as making him uncooperative with the police at the time. Bartley expressed a willingness to help in any way he could with the current investigation.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          Coquille 005924

Bartley said his memory of June 28, 2000 was not very detailed. He stated that he has never worn a watch and has never paid close attention to time. Bartley said he was drinking heavily and smoking marijuana that night which further impeded his memory. Bartley said he did recall McGuffin dropping him and his girlfriend, Nicole Price, off at his grandparents house and leaving. Bartley said he recalled McGuffin coming back at least once and possibly twice asking if they had seen Leah. On the third time he and Price went with McGuffin and drove around looking for Leah for a short time, then dropped off Price.

Bartley said he continued to accompany McGuffin looking for Leah but didn't get out of the car much because his leg was in a brace from a recent injury. Bartley recalled stopping by Kristin Steinhoff's house and going inside there briefly during which he thought Steinhoff and McGuffin went into another room for a conversation.

Bartley recalls McGuffin driving by Leah's house and stating that since the lights were not on, Leah was not home. Bartley said in hindsight he finds it odd that they did not stop and check by knocking on her door. Bartley said McGuffin then walked through the park in Sanford Heights but he did not accompany McGuffin because of his leg.

Bartley recalled the trunk of McGuffin's Mustang as "always being full of shit" since McGuffin would keep the front clean by putting everything into the trunk. Bartley said that after Leah's disappearance he recalled the trunk being "spotless" and always clean.

Bartley said he heard a rumor that Kristin Steinhoff was having an affair with a police officer but couldn't recall who. We mentioned several officers that we recalled being in Coquille at the time and Bartley said he thought it might have been Officer Dan Lee.

I asked Bartley to continue to search his memory for any possible useful information and agreed to contact him in the near future.

On July 14, 2010 Chief Dannels spoke with Dan Lee who has since retired. Lee denied any unprofessional contact with Steinhoff whatsoever.

On July 22, 2010 at approximately 1550 hours, Officer McNeely and I spoke again with Bartley at D&H Logging. We reminded him again that he was under no obligation to speak with us and that the conversation was completely voluntary. Bartley readily agreed to speak with us and his mother, Leslie Anderson, was also present. We asked if there was anything he recalled that he felt might be useful in the case.

Bartley told us that he had been thinking and the only thing he recalled was that McGuffin might have changed cars from the Mustang to the Thunderbird that night. Bartley said he was not certain about this but for some reason he kept thinking that it might have happened.

Bartley also recalled the officer he heard was having an affair with Steinhoff was Officer Sullivan, not Officer Lee.

Bartley and Anderson also clarified that Bartley had thrown a party at the Haga ranch in Fairview on the night of July 29, 2000. Anderson recalled going out to her parent's house to check on it early in the morning because they were gone on vacation and finding Bartley and others "passed out" all over from the party. Bartley recalled that Mia Stokes had left a white tank top style t-shirt at the party which police later found and thought was connected with Leah.

Bartley said after he got his grandparents place cleaned up he left and went to the Rogue River on

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          Coquille 005925

Exhibit 84, Page 3 of 6

a camping trip with Stokes for a couple days. He recalled Stokes being contacted by police during the trip and a girl only remembered as the girlfriend of Kevin Haga, going to the hospital for alcohol poisoning.

LORETTA HUNT (DAUGHERTY):

On July 20, 2010 at approximately 1400 hours, Officer McNeely and I spoke with Loretta Hunt (who sometimes uses the last name of Daugherty even though Hunt is her legal name) at Coos Bay Police Station. Hunt told us she used to babysit for Bill Sero and Erika Davidson in 2000.

Hunt wanted to tell us about an incident she believed was the morning of July 29, 2000 when Sero and Davidson came to pick up their children at 2000-2100 hours. Hunt said she believed Davidson had worked all night and Sero had borrowed her car while she was at work, then picked her up from the Mill Casino where she worked.

Hunt said Davidson came in to get the kids and was upset with Sero for being late to pick her up. According to Hunt, Davidson told her "Look at him (Sero). There's a dent in my hood and he wont explain how it got there." Hunt said she looked outside and saw Sero walking around the car, tripping out and moving stuff looking at the front and muttering to himself."

Hunt said that a few days later she was riding with Davidson and Sero out Fishtrap Road when Davidson pulled the car over and confronted Sero about a sweatshirt with blood on it she had found in the car. Hunt recalled the sweatshirt as being probably light gray with some blood but not a lot. Hunt said Sero replied that it was Nick McGuffin's and that he had cut himself. Hunt said Sero ended the conversation by grabbing the sweatshirt and putting it in the trunk saying, "shut up Erika, we're not going to have this conversation".

Hunt said some time later she had another conversation with Davidson, who had been asking questions and trying to figure out what happened to Leah. Hunt said Davidson told her that Kristin Steinhoff had been driving her car with McGuffin and Sero in the car when the car struck Leah. Hunt said Davidson told her Sero had taken over and told everyone what they were going to do to deal with Leah.

Hunt said that after Sero had been arrested and sued the media he had become very arrogant and at one point told her "they won't be able to catch me now".

Hunt said she was pretty sure this all took place prior to Leah being found because she recalled everything being speculation and nobody actually knowing what had happened for sure. Hunt said she talked to police back when this all took place but did not know which officers she talked to. Hunt recalled that when she actually talked to the police within one month after Leah had been found.

Note that Officer McNeely and I were able to obtain records from the Mill Casino with Davidson's hours worked. She got off work at 2000 hours, on Tuesday July 27, 2000 and did not clock back on until Friday, July 31, 2000.

ALICIA HARTWELL:

On July 21, 2010 at approximately 1535 hours, Officer McNeely and I spoke with Alicia Hartwell at the Myrtle Point police department. Hartwell said she knew Leah Freeman as a child and recalled her even though she was only 12 at the time. According to Hartwell, she had been at a play recital at the Four Square Church on N. Hemlock St. in Coquille the night Leah went missing.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          Coquille 005926

Hartwell said practice had run late and she was worried about getting home on time. Hartwell was riding with Mary Fuller headed home and recalled pulling out in front of a car on West Central Blvd. as they came off of N. Hemlock St. and turned towards the high school. Hartwell stated she believed the car had one headlight that was dimmer than the other.

Hartwell said as they passed the high school she saw Leah walking along the road. According to Hartwell the car behind them pulled in by Leah and someone on the passenger side either got out or leaned out of the window.

When showed photos of different cars, Hartwell chose McGuffin's blue Mustang as a possible identification of the car.

MARY FULLER:

On July 21, 2010 at approximately 1705 hours, Officer McNeely and I spoke with Mary Fuller at her home. Fuller recalled driving Hartwell home from play practice on June 28, 2000. Fuller said she did not see Leah but recalled Hartwell saying she saw her.

Fuller recalled a vehicle coming towards her as she passed the front gate at the high school, which she believed was shut. Fuller said she thought the driver was angry by the way he pulled in close to her as she passed, almost striking the rear of her car. Fuller said she saw the driver some to a stop and get out of the car quickly, then run around the back of the car as if he were angry.

Fuller was unsure if the car had a passenger or not. Fuller was unable to provide any accurate memory as to what color or type of vehicle it was.

CHRISTY YOUNG - CAGLEY:

On July 20, 2010 at approximately 1630 hours, Officer McNeely and I spoke with Christy Young-Cagley at the Bandon Police Department. Young stated in 2000 she lived with Nicole Lindsey in Fairview above the Halfway Tavern a ways. Young said that about two days after Leah went missing she moved in with Pauline Parks. Young was dating Jeff Morrison at the time and he also sometimes stayed with Parks.

Young said she believed she and Parks were both home on the night Leah went missing and she did not recall anyone coming over.

Young said she recalled Nick and Wayne McGuffin "nonchalantly" talking at Parks' house about leah's disappearance and the shoe being found up on Hudson Ridge. Young said Wayne said, "Ha! That was put there to throw them off, it was meant to be thrown there. They won't find anything there."

Young said she also recalled Mikala Knight and Alisa Michaud talking about Leah being kept in a shed behind a house on Libby Ln.

Young said over the years she has basically heard two stories about how Leah died. She said one version is the Kristin Steinhoff and Nick McGuffin were in a car with Steinhoff driving and they hit Leah. Young said she heard that they then got Wayne McGuffin to help.

Young said the other story was that someone, possibly named Shane Hayes had loaned a van to some people to do a drug deal and they had hit Leah with the van.

Young said she recalled Rowdy Howard and "Gunshot" Joe hanging around and talking a lot about

Bill Sero and the place on Libby. Young said she thought it was either Sero's place or he hung out there a lot.

Young recalled there being a phone call to Parks during which she learned where Leah's body was located but Young was unable to recall who the call was from. Young recalled that Parks called Officer Oswald after the phone call.

End report.

**Statements**

**Evidence/ Property**

**Action Recommended**
Forward to file and District Attorney.

**Date/ Officer:** 7/24/2010 Webley        **Incident:** Q20001905

**Officer's Signature:** *[signature]*        **Date:** 10-22-10

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        Coquille 005928