002765



002765

DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE DIVISION

## Transcript of Recorded Phone Call

ACTION DATE:             March 23, 2010

OFFICER:                 Ray McNeely

PERSON(S) RECORDED:      HAMILTON, Scott
                         MCGUFFIN, Nick

MCGUFFIN: Hello?

HAMILTON: Is Nick around?

MCGUFFIN: Yeah.

HAMILTON: Hey, Nick. This is Scott.

MCGUFFIN: Hi.

HAMILTON: What's up?

MCGUFFIN: Sup.

HAMILTON: I got some people wantin' to talk to me tomorrow.

MCGUFFIN: Scott who?

HAMILTON: HAMILTON.

MCGUFFIN: Oh, what's up man?

HAMILTON: Nothin'. I know you probably learned how I call you when I need somethin' or wanna talk to you, but…

MCGUFFIN: (laughs)

HAMILTON: I called your house and your dad gave me your number.

MCGUFFIN: Oh, really? Oh, it's all good, man.

THIS DOCUMENT IS THE PROPERTY OF THE OREGON DEPARTMENT OF JUSTICE AND SHALL NOT BE DISTRIBUTED TO OTHER PERSONS OR AGENCIES WITHOUT THE EXPRESS CONSENT OF THE OREGON DEPARTMENT OF JUSTICE.

002765        002765        002765

002766

MCGUFFIN, Nick
Transcript of Phone Call
Page 2 of 7

002766

002766

HAMILTON: Yeah. But, uh, these detectives are wantin' to talk to me and I put 'em off 'til tomorrow.

MCGUFFIN: Oh, really?

HAMILTON: 'Cause, uh, I didn't know, you know, how you took me out. Do you remember when you took me out there and shit?

MCGUFFIN: Took you out where?

HAMILTON: To where- where they found Leah.

MCGUFFIN: Oh. Yeah.

HAMILTON: I just didn't know- I didn't know if there's, you know, do you want me to just keep my mouth shut? Or...

MCGUFFIN: Um, you can say really whatever you want. I mean, um...as far as that part, I mean.

HAMILTON: Yeah.

MCGUFFIN: I- I mean, they don't need to know about that, but I mean, I don't really give a fuck anymore. Like, they're so fuckin' screwed up and they're just fuckin' with me pretty hardcore, so I mean...

HAMILTON: Yeah.

MCGUFFIN: I mean-

HAMILTON: I mean, I was pretty shocked when, you know, they're comin' knockin' on my door after ten years, you know.

MCGUFFIN: Yeah. Exactly, I mean, they did the same fuckin' shit to me the other day and fuckin' it's like I told 'em, you know, I got a fuckin' attorney you guys can't be fuckin' with me. They just basically said, "Well, we'll do whatever the fuck we want." And I'm like, ok, like, really though, it's like, wow, I mean, I'm fuckin'- they wouldn't fuckin' leave my fuckin' house, and then eventually I just fuckin' popped off and said a few things and they got pissed off about it, and then they ended up leaving.

HAMILTON: Yeah.

MCGUFFIN: And it was at that one fuckin'- that one, you remember Officer Zavala?

THIS DOCUMENT IS THE PROPERTY OF THE OREGON DEPARTMENT OF JUSTICE AND SHALL NOT BE DISTRIBUTED TO OTHER PERSONS OR AGENCIES WITHOUT THE EXPRESS CONSENT OF THE OREGON DEPARTMENT OF JUSTICE.    002766

002767

MCGUFFIN, Nick
Transcript of Phone Call
Page 3 of 7

002767          002767

HAMILTON: Yeah.

MCGUFFIN: Fuckin'- Yeah, see I fuckin'- 'Cause there's shit that- There's some shit intertwined with him about all this, too. And I'm startin' to think, and fuckin' I popped off back at him and fuckin' they got all pissed off and all fuckin' white in the face. They ended up leavin'. So…

HAMILTON: Yeah. So did you…

MCGUFFIN: I mean, you could pretty much just pile on me. You tell 'em whatever you wanna tell 'em. Um, they don't need to fuckin' know we went out there, though, I mean.

HAMILTON: Yeah.

MCGUFFIN: I don't even remember where, I don't even remember why the fuck we even went out there, to tell you the truth.

HAMILTON: Yeah. I knew you were just, that's when you were down, then we just went for a drive 'cause I wanted to talk to ya.

MCGUFFIN: Oh. Yeah.

HAMILTON: 'Cause you know, this shit makes me a little nervous, you know.

MCGUFFIN: Yeah.

HAMILTON: 'Cause I got family and shit, and I don't- you know, I don't want nothin' to do with it, 'cause…

MCGUFFIN: Well, see, I mean, really, I mean, as far as I know, um, I mean, if you don't want nothin' to do with it, as far as I know, you don't even have to fuckin' talk to 'em, to tell you the truth. Um, the only way you'd have to talk to 'em is if they subpoena you.

HAMILTON: Mmhmm.

MCGUFFIN: Because Maegan- Maegan's kinda goin' through the same shit their, fuckin' her and I broke up that fuckin' (unintelligible).

HAMILTON: Oh.

MCGUFFIN: Fuckin'- and fuckin' like me and her have been talkin' about it and they've been tryin' to talk to her and she's like, "You know, I- I've been with you for fuckin' almost, you know, ten years." She's like- and I've had to deal with it my whole fuckin' life has, like, been with you, and she's, like, "I'm- I'm done with it."

THIS DOCUMENT IS THE PROPERTY OF THE OREGON DEPARTMENT OF JUSTICE AND SHALL NOT BE DISTRIBUTED TO OTHER PERSONS OR AGENCIES WITHOUT THE EXPRESS CONSENT OF THE OREGON DEPARTMENT OF JUSTICE.      002767
002767

002768

MCGUFFIN, Nick
Transcript of Phone Call
Page 4 of 7

002768    002768

She's all, "I don't wanna fuckin' talk to them. They're just a bunch of fuckin' pieces of shit if they try to put shit in my mouth that I- that I don't say." You know?

HAMILTON: Mmhmm.

MCGUFFIN: She's like- She's all, "I just don't wanna talk to 'em." I'm like, "Well, you really don't have to unless they subpoena you."

HAMILTON: Yeah.

MCGUFFIN: Well, good. She's all, "Good, 'cause I don't wanna fuckin' even see any of their faces." Which is understandable with her. I mean, she's stuck with a bunch of bullshit just 'cause she's with me. So...

HAMILTON: Yeah. Well, what about when, uh, like, when you were tellin' me about when you, you know, the night when all that shit happened that you and Leah got in a fight and you dropped her off at McKay's, or whatnot? You remember- You remember tellin' me that, right?

MCGUFFIN: No, because I dropped her off at Cheri's.

HAMILTON: Oh. That's the story. Ok. I thought, I thought you told me that you. I remember you tellin' me that you guys were fightin' or something and I thought she just got out of the car by McKay's or somethin'.

MCGUFFIN: No.

HAMILTON: Well, that's ten years ago, though, so.

MCGUFFIN: Well, yeah. No, we- yeah, I dropped her off at Cherie's because fuckin' she said she was gonna go in there for a couple hours and then she was gonna come back, uh, with Brent and Nicki PRICE, and that's who I was with that night.

HAMILTON: Oh.

MCGUFFIN: Fuckin' she was- And see, we were- we were havin' a barbecue and she was gonna come back and we were gonna eat. But, no, I mean, fuckin' we got into, like, a little bit of a tizzy, but it wasn't even really a fight. 'Cause what it was is Cherie was givin' her a guilt trip 'cause she hadn't been hangin' out with her and fuckin' Leah really didn't wanna hang out with her 'cause Cherie and her weren't gettin' along.

HAMILTON: Yeah.

THIS DOCUMENT IS THE PROPERTY OF THE OREGON DEPARTMENT OF JUSTICE AND SHALL NOT BE DISTRIBUTED TO OTHER PERSONS OR AGENCIES WITHOUT THE EXPRESS CONSENT OF THE OREGON DEPARTMENT OF JUSTICE.

002768    002768    002768

MCGUFFIN, Nick
Transcript of Phone Call
Page 5 of 7

MCGUFFIN: Fuckin' Cherie's had been talkin' shit about her, and I don't even- me and her got into a- it really- it really wasn't even an argument. It was just fuckin' me tellin' her that she needs to realize who her fuckin' true friends were. I was like, you know, Cherie just fuckin' was talkin' shit about her constantly and I kept on hearing about it and sh- you know, Leah didn't even wanna believe it.

HAMILTON: (coughs)

MCGUFFIN: You know, you're gonna find out who your true friends are, and I was like, "Fuckin' Cherie's not one of 'em." I was like, "She's a fuckin' Mitchell. I know she ain't fuckin' your true friend."

HAMILTON: Yeah. Yeah.

MCGUFFIN: I- No- I mean, fuckin' that was the only thing that we- we got in an argument about that day, and it wasn't even a fuckin' argument. But- And that's why she left fuckin' Cherie's house early that night and that's why fuckin' when I got there she wasn't there is because her and Cherie and Cherie's mom got in a argument.

HAMILTON: Oh.

MCGUFFIN: That fuckin'- Yeah. That.

HAMILTON: Oh.

MCGUFFIN: A bunch of stupid shit. And fuckin' her and Cherie's mom was tryin' to tell her not to date me (unintelligible). Fuckin' Leah fuckin' went off. Fuckin' said, you know, I don't know exactly what she said, but I- I can't remember what Cherie told me, but yeah, so.

HAMILTON: Oh. Well, yeah, I mean.

MCGUFFIN: I mean, I know.

HAMILTON: I just could have swore that's what you told me about is her gettin' out at McKay's. But...

MCGUFFIN: Uh uh.

HAMILTON: You know, I just I wanted to talk to you before I talk to them, make sure I didn't, you know, incriminate you or somethin'.

MCGUFFIN: Say- Yeah, say somethin' that fuckin' didn't happen. No- fuckin' no, I didn't drop her off at McKay's.

THIS DOCUMENT IS THE PROPERTY OF THE OREGON DEPARTMENT OF JUSTICE AND SHALL NOT BE DISTRIBUTED TO OTHER PERSONS OR AGENCIES WITHOUT THE EXPRESS CONSENT OF THE OREGON DEPARTMENT OF JUSTICE.
002769    002769    002769

MCGUFFIN, Nick
Transcript of Phone Call
Page 6 of 7

002770

HAMILTON: Oh, ok.

MCGUFFIN: Hello.

HAMILTON: All right.

MCGUFFIN: No. I dropped her off at Cherie's back then. No, but it- I wish they'd do a little bit more questioning of fucking other people instead of just trying to fuck with- fuckin' with me.

HAMILTON: Yeah.

MCGUFFIN: (yawns) talk to fuckin' Alisha Mischaud and fuckin' Bill Sero there and fuckin' Tom and all them.

HAMILTON: Yeah.

MCGUFFIN: Fuck, even if they fuckin' talk to fuckin' Aaron WEST and fuckin' Darryl fuckin' JENKINS bitch, because fuckin' those fuckers were fuckin' with like, they were at Fast Mart that night, too. I mean, fuck, I went and smoked bowls with fuckin' Aaron and them right before I went and got Leah.

HAMILTON: Yeah. Yeah.

MCGUFFIN: I tried to get fuckin' Leah.

HAMILTON: Yeah.

MCGUFFIN: And so where the fuck- where the fuck were they and what were they doin'?

HAMILTON: Uh huh.

MCGUFFIN: Fuck. Yeah.

HAMILTON: Yeah.

MCGUFFIN: It's like- It's just like with Aaron that night fuckin' told the cops that I was drivin' the fuckin' T-bird. I had the fuckin' Mustang the whole fuckin' night.

HAMILTON: Yeah.

MCGUFFIN: I was like, "How did you fuckin' pass a lie detector test when you fuckin' told them I was drivin' the T-bird and I never even had the fuckin' T-bird?"

THIS DOCUMENT IS THE PROPERTY OF THE OREGON DEPARTMENT OF JUSTICE AND SHALL NOT BE DISTRIBUTED TO OTHER PERSONS OR AGENCIES WITHOUT THE EXPRESS CONSENT OF THE OREGON DEPARTMENT OF JUSTICE.
002770                                          002770                                          002770

MCGUFFIN, Nick
Transcript of Phone Call
Page 7 of 7

002771

HAMILTON: Yeah.

MCGUFFIN: And that's because my dad had the fuckin' keys.

HAMILTON: Yeah.

MCGUFFIN: So, I mean, really.

HAMILTON: Mmhmm. I hear ya there.

MCGUFFIN: So fuckin'- I was grounded from the fuckin' T-bird. You know.

HAMILTON: Yeah.

MCGUFFIN: So... 'cause I know for a fact I wasn't fuckin' driving that shit.

HAMILTON: Yeah. Well, hell, Nick. I- I gotta get goin' to work and shit, but what- what's your days off like or something, where I can call you back and bullshit you longer?

MCGUFFIN: Um, I got today off and then, uh, I got basically a half day tomorrow. And then I got like a fourteen hour day Saturday, so today and tomorrow I pretty much have off. And then next Monday and Tuesday.

HAMILTON: Well, maybe I'll- Well, I'm supposed to talk to them tomorrow, so like, I'll call you or somethin' after I talk to 'em.

MCGUFFIN: Ok. Sounds good man.

HAMILTON: All right?

MCGUFFIN: All righty.

HAMILTON: All right.

MCGUFFIN: That's cool.

HAMILTON: Bye, Nick.

End of phone call.

THIS DOCUMENT IS THE PROPERTY OF THE OREGON DEPARTMENT OF JUSTICE AND SHALL NOT BE DISTRIBUTED TO OTHER PERSONS OR AGENCIES WITHOUT THE EXPRESS CONSENT OF THE OREGON DEPARTMENT OF JUSTICE.
002771                               002771                               002771