# R. PAUL FRASIER

**Special Narcotics Prosecutor**
**Forfeiture Counsel**
**South Coast Interagency Narcotics Team**
333 South Fourth Street, Suite B
Coos Bay, Oregon 97420
paulfrasier@harborside.com



(541)267-3375                                           FAX (541)267-5450

August 5, 2000

## PRESS RELEASE

On August 4, 2000, an autopsy was conducted on the female body located in the Fairview area of Coos County on August 3, 2000. The body has been positively identified as that of Leah Freeman.

The body was located approximately 10 to 15 feet from Lee Valley Road down a steep embankment. The area is BLM forestland. The location was approximately 1.5 miles from the junction of Lee Valley Road with Fairview Route. Lee Valley Road was closed in both directions near where Leah's body was found until the area had been examined for forensic evidence. That examination has been completed and the road has been re-opened.

Dr. James Olson, a forensic pathologist, conducted the autopsy late Friday afternoon at the Douglas County Morgue in Roseburg. Additional tests need to be completed until a final autopsy report can be issued. These tests may take several weeks to obtain final results. As it may be detrimental to the investigation, the exact findings of the autopsy will not be released. However, we can state that the initial findings of the

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    CPD000663

autopsy indicate that Ms. Freeman died as the result of homicidal violence. Consequently, her death will continue to be investigated as a homicide.

It was reported last evening by certain media that an arrest had been made in this case. That report is false. No arrests have been made nor are any anticipated in the near future.

While we do have officers investigating the case today, I do not anticipate any further press releases or press conferences this weekend. I will release what information I can as it becomes available.

The investigation is still ongoing. To re-emphasize the above, no arrests have been made. Anyone with any information regarding Leah's death is encouraged to contact the Coquille Police Department or Coos Stop Crime.