DAN RAYFIELD
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
TODD MARSHALL #112685
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
       todd. marshall@doj.oregon.gov
       kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>Defendants. | Case No.  6:20-cv-1163-MK (Lead Case)<br>          3:21-cv-1719-MK (Trailing Case)<br><br>STATE DEFENDANTS' INDEX OF MOTION FOR SUMMARY JUDGMENT EXHIBITS |

Page 1 -   STATE DEFENDANTS' INDEX OF MOTION FOR SUMMARY JUDGMENT
           EXHIBITS
       JBD/ce1/979183350

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

VIDOCQ SOCIETY,

      Cross-Claimant.

RICHARD WALTER,

      Cross-Claimant.

---

NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,

      Plaintiff,

  v.

OREGON STATE POLICE,

      Defendant.

State Defendants file the following index to assist the Court in navigating and locating the exhibits filed in support of the State Defendants' Motion for Summary Judgment (ECF 294, leading case) and the declarations attaching those exhibits.

| EXHIBIT | DESCRIPTION |
|---|---|
| | **Exhibits 101-136: Attached to Declaration of Jesse B. Davis in Support of State Defendants' Motion for Summary Judgment (ECF 295, leading case)** |
| 101 | Transcript of all grand jury testimony from the 2010 Coos County Grand Jury. |
| 102 | Criminal trial transcript from *State v. McGuffin*, Coos County Case No. 10CR0782. |
| 103 | Transcribed statement given by Plaintiff Nicholas McGuffin, June 30, 2000. |
| 104 | Coquille Police Department Report, July 5, 2000. |
| 105 | Excerpt from deposition of Michael Reaves dated April 25, 2022. |
| 106 | Intentionally omitted. |
| 107 | Signed stipulation of the parties filed in *State v. McGuffin*, Coos County Case No. 10CR0782 and the documents attached thereto, obtained from the court's file (pp. 1-23); Exhibits 207, 208, 210, 211, and 212 as received at trial (pp. 24-37). |
| 108 | Copies of Mary Krings' bench notes found in the files of the Law Office of Shaun McCrea, bates numbered MCCREA_012299 to 12555. |

Page 2 -    STATE DEFENDANTS' INDEX OF MOTION FOR SUMMARY JUDGMENT EXHIBITS
JBD/ce1/979183350

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| EXHIBIT | DESCRIPTION |
|---|---|
| 109 | General Judgment (Post-Conviction) in *McGuffin v. Nooth*, Malheur County Case No. 15CV1030. |
| 110 | Excerpt from deposition of Megan Davidson. |
| 111 | Excerpt from deposition of John Lindegren. |
| 112 | Coquille Police Department Report, February 6, 2010. |
| 113 | Oregon State Police Portland Forensic Laboratory, DNA Unit Short Tandem Repeat (STR) Analysis Casework Protocol, approved August 1, 2000. |
| 114 | Coos County Sheriff's Office Incident Report July 5, 2000. |
| 115 | Coquille Police Department Report July 15, 2000. |
| 116 | Maps and diagrams of the Coquille area, as received as Exhibits 2 through 6 at trial in *State v. McGuffin*, Coos County Case No. 10CR0782. |
| 117 | Coos County Sheriff's Office Report dated July 5, 2000. |
| 118 | Excerpt from deposition of Mary Krings. |
| 119 | Excerpt from deposition of Kathy Wilcox, and deposition Exhibits 18 and 20. |
| 120 | Excerpt from deposition of Shaun McCrea taken December 2023 and June 2024, and deposition Exhibits 9 and 42. |
| 121 | Plaintiffs' Supplemental Response to Defendant Kathy Wilcox's First Set of Interrogatories. |
| 122 | Photographs of the trunk of blue Ford Mustang, as received as Exhibits 22 to 24 at trial in *State v. McGuffin*, Coos County Case No. 10CR0782. |
| 123 | Excerpt from deposition of Susan Hormann, and deposition Exhibits 8 and 17. |
| 124 | Plaintiffs' Response to Defendant Susan Hormann's First Set of Interrogatories. |
| 125 | Intentionally omitted. |
| 126 | Intentionally omitted. |
| 127 | Transcript of recording of Kristen Steinhoff interview March 4, 2010. |
| 128 | March 10, 2010, Analytical Report by Oregon State Police Forensic Laboratory. |
| 129 | March 25, 2010, Field Investigation report by Oregon State Police Forensic Laboratory. |
| 130 | May 24, 2010, Analytical Report by Oregon State Police Forensic Laboratory. |
| 131 | October 25, 2024, Expert report submitted in this matter by Marla Kaplan. |
| 132 | October 10, 2017, Analytical Report by Oregon State Police Forensic Laboratory. |
| 133 | May 17, 2017, Amended Report by Oregon State Police Forensic Laboratory. |

Page 3 -   STATE DEFENDANTS' INDEX OF MOTION FOR SUMMARY JUDGMENT
            EXHIBITS
   JBD/ce1/979183350
                              Department of Justice
                              100 SW Market Street
                              Portland, OR 97201
                              (971) 673-1880 / Fax: (971) 673-5000

| EXHIBIT | DESCRIPTION |
|---|---|
| 134 | Plaintiff's Response to Defendant Mary Krings' First Set of Interrogatories. |
| 135 | Excerpt from deposition of Huma Nasir taken in this matter, December 10, 2024. |
| 136 | Expert report submitted July 9, 2024, in this matter by Huma Nasir. |
|  | **Exhibits 137-153: Attached to Second Declaration of Jesse B. Davis in Support of State Defendants' Motion for Summary Judgment (ECF 310, leading case)** |
| 137 | Intentionally omitted. |
| 138 | Intentionally omitted. |
| 139 | Excerpt from deposition of John Riddle. |
| 140 | Transcript of June 2010 interview of Kristen Steinhoff, as obtained in discovery in this matter (Exhibit 9 from the Deposition of John Riddle). |
| 141 | Reports by Area Command/Worksites during January 4-8, 2010, by John Riddle. |
| 142 | Meeting notes August 15, 2010. |
| 143 | Report July 27, 2000, by Oregon State Police re: polygraph of Brent Bartley. |
| 144 | Email March 9, 2010, by John Riddle referring to Brent Bartley. |
| 145 | Report May 13, 2010, by Oregon State Police John Riddle. |
| 146 | Report by Coquille Police Department Danny Lee, documents bates numbered Coquille 000848-850. |
| 147 | Report by Oregon State Police Jim Davis. |
| 148 | Report by Coos County Sheriff's Office Daniel Looney, documents bates numbered Coquille 003514-3517. |
| 149 | Report by Coos County Sheriff's Office Reserve Deputy Stone, documents bates numbered MCCREA_015701-15702. |
| 150 | Dannels report including Oregon State Police Polygraph Examination report of Kristen Steinhoff polygraph examination June 2010. |
| 151 | Excerpt from deposition of Shaun McCrea taken June 25, 2024, and deposition Exhibit 49 (MCCREA_028349-28350). |
| 152 | Notes from meeting February 4, 2010, within the documents bates numbered CPD002169 to 2175. |
| 153 | Additional excerpts from deposition of Kathy Wilcox and its deposition Exhibit 7. |
|  | **Exhibits 154-163: Attached to Third Declaration of Jesse B. Davis in Support of State Defendants' Motion for Summary Judgment (ECF 340, leading case)** |
| 154 | Additional excerpts from deposition of John Lindegren. |

Page 4 -   STATE DEFENDANTS' INDEX OF MOTION FOR SUMMARY JUDGMENT
          EXHIBITS
     JBD/ce1/979183350

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| EXHIBIT | DESCRIPTION |
|---|---|
| 155 | OSP DNA Quality Manual dated August 25, 2000. |
| 156 | Plaintiffs' Response to Defendant Riddle's First set of Interrogatories. |
| 157 | October 25, 2024, from Plaintiffs' counsel email re: dismissing defendants. |
| 158 | Additional excerpts from deposition of Huma Nasir taken in this matter, December 10, 2024, and deposition Exhibit 3. |
| 159 | Excerpt from deposition of Huma Nasir taken in Post Conviction Relief Case (Case No. 15CV1030), June 17, 2019. |
| 160 | Memorandum (draft) from Wilcox to Reeves September 25, 2000, with handwritten notation, referenced by Plaintiffs as bates number OSP000749. |
| 161 | March 16, 2018, Bode Cellmark Forensics Report, and correspondence between counsel Janis C. Puracal and others. |
| 162 | Additional excerpts from deposition of Kathy Wilcox. |
| 163 | Report by Oregon State Police Oester September 26, 2001, re: interview of Hamilton September 19, 2000. |

DATED March 11, 2025.

        Respectfully submitted,

        DAN RAYFIELD
        Attorney General


        *s/ Jesse B. Davis*
        JESSE B. DAVIS #052290
        Senior Assistant Attorney General
        TODD MARSHALL #112685
        Senior Assistant Attorney General
        KRISTEN E. HOFFMEYER #085338
        Senior Assistant Attorney General
        Department of Justice
        100 SW Market Street
        Portland, OR 97201
        Telephone: (971) 673-1880
        Fax: (971) 673-5000
        Email: jesse.b.davis@doj.oregon.gov
            todd.marshall@doj.oregon.gov
            kristen.hoffmeyer@doj.oregon.gov

        Of Attorneys for State Defendants Hormann, Krings, Riddle, Wilcox and Oregon State Police

Page 5 -   STATE DEFENDANTS' INDEX OF MOTION FOR SUMMARY JUDGMENT EXHIBITS
JBD/ce1/979183350

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000