DAN RAYFIELD
Attorney General of Oregon
BENJAMIN GUTMAN
Solicitor General
DENISE G. FJORDBECK
Attorney-in-Charge
Civil/Administrative Appeals
1162 Court St.
Salem, Oregon 97301
Telephone: (503) 378-4402

Counsel for State Defendants-Appellants
Hormann, Krings, Riddle, Wilcox and Oregon State Police

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S. M., a minor,<br><br>  Plaintiffs-Appellees,<br><br>  v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND, MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. WILCOX, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY. And COOS COUNTY,<br><br>  Defendants-Appellants. | USDC No. 6:20-cv-01163-MTK (Lead Case) |

Page 1 -  REPRESENTATION STATEMENT
           DGF:kw5/987391154

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S. M., a minor,<br><br>    Plaintiffs-Appellees,<br><br>    v.<br><br>OREGON STATE POLICE,<br><br>    Defendant-Appellant | USDC No. 3:21-cv-1719-MK (Trailing Case)<br><br><br><br><br>REPRESENTATION STATEMENT |

Pursuant to Circuit Rule 3-2, State appellants Hormann, Krings, Riddle, Wilcox and Oregon State Police, submit this representation statement.

The adverse parties to this appeal are:

<u>Defendant-Appellant</u>
Susan Hormann
Mary Krings
John Riddle
Kathy Wilcox
Oregon State Police

<u>Plaintiffs-Appellees</u>
Nicholas James McGuffin
S.M., a minor, appearing by her guardian ad litem, Nicholas James McGuffin

The names, addresses and telephone numbers of the attorneys are:

<u>Attorneys for State Defendants-Appellants</u>

DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DENISE G. FJORDBECK
Attorney-in-Charge
Civil/Administrative Appeals
 1162 Court Street, NE
 Salem, OR 97301-4096
 Telephone: (503) 378-4402
 Email: denise.fjordbeck@doj.oregon.gov

Page 2 -   REPRESENTATION STATEMENT
          DGF:kw5/987391154

Attorneys for Plaintiffs-Appellees

ANDREW C. LAUERSDORF
JANIS C. PURACAL
Maloney Lauersdorf Reiner PC
 1111 E. Burnside St., Ste. 300
 Portland, OR  97214
 Telephone:  (503) 245-1518
 Email:  acl@mlrlegalteam.com
 jcp@mlrlegalteam.com

DAVID B. OWENS, pro hac vice
Loevy & Loevy c/o
 P.O. Box 85110
 William H. Gates Hall, Ste. 265
 Seattle, WA  98145
 Telephone:  (312) 243-5900
 Email:  david@loevy.com

Respectfully submitted,

DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General

s/ Denise G. Fjordbeck
DENISE G. FJORDBECK  #822578
Attorney-in-Charge
Civil/Administrative Appeals
denise.fjordbeck@doj.oregon.gov

Attorneys for Defendants-Appellants
Hormann, Krings, Riddle, Wilcox and
Oregon State Police

Page 3 -   REPRESENTATION STATEMENT
           DGF:kw5/987391154

Department of Justice
1162 Court Street NE
Salem, OR 97310
(503) 378-4402

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I directed the Representation Statement to be electronically filed with the Clerk of the Court for the United States District Court for the District of Oregon by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

I further certify that on April 16, 2025, a copy of the Representation Statement was sent via certified mail, return receipt requested, in an envelope with postage pre-paid to the following:

Andrew C. Lauersdorf
Janis C. Puracal
Maloney Lauersdorf Reiner PC
1111 E. Burnside St., Ste. 300
Portland, OR  97214

David B. Owens
Loevy & Loevy c/o
P.O. Box 85110
William H. Gates Hall, Ste. 265
Seattle, WA  98145

Robert E. Franz, Jr.
Sarah Rose Henderson
Franz & Henderson
P.O. Box 62
Springfield, OR  97477

Eric Scott DeFreest
Luvaas Cobb
777 High St., Ste. 300
P.O. Box 10747
Eugene, OR  97440-2747

Page 4 -   REPRESENTATION STATEMENT
         DGF:kw5/987391154

Department of Justice
1162 Court Street NE
Salem, OR 97310
(503) 378-4402

| | |
|---|---|
| Anthony R. Scisciani, III<br>Lisa E. Lear<br>HWS Law Group<br>101 SW Main St., Ste. 1605<br>Portland, OR  97204 | Meredith Sawyer<br>Kelsey Lynn Shewbert<br>HWS Law Group<br>1500 Fourth Ave., Ste. 200<br>Seattle, WA  98101 |

/s/  Denise G. Fjordbeck
_____
DENISE G. FJORDBECK  #822578
Attorney-in-Charge
Civil/Administrative Appeals
denise.fjordbeck@doj.oregon.gov

Attorney for Defendants-Appellants
Hormann, Krings, Riddle, Wilcox and
Oregon State Police

Page 5 -   REPRESENTATION STATEMENT
         DGF:kw5/987391154