DAN RAYFIELD
Attorney General
JESSE B. DAVIS #052290
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
         kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>    Defendants.<br><br>VIDOCQ SOCIETY,<br><br>    Cross-Claimant.<br><br>RICHARD WALTER, | Case No.  6:20-cv-1163-MTK (Lead Case)<br>         3:21-cv-1719-MTK (Trailing Case)<br><br>NOTICE OF WITHDRAWAL |

Page 1 -   NOTICE OF WITHDRAWAL
    JBD/ce1/989942002

|  |  |
|---|---|
| Cross-Claimant. | |
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor,<br><br>    Plaintiff,<br><br>    v.<br><br>OREGON STATE POLICE,<br><br>    Defendant. | |

State Defendants hereby give notice that Todd Marshall is no longer counsel of record in this proceeding. Jesse B. Davis, Senior Assistant Attorney General, continues as lead counsel and Kristen E. Hoffmeyer, Senior Assistant Attorney General, continues as co-counsel in this proceeding. The address for the receipt of all correspondence and pleadings remain the same.

DATED May  22 , 2025.

                              Respectfully submitted,

                              DAN RAYFIELD
                              Attorney General


                              *s/ Jesse B. Davis*
                              JESSE B. DAVIS #052290
                              KRISTEN E. HOFFMEYER #085338
                              Senior Assistant Attorneys General
                              Department of Justice
                              100 SW Market Street
                              Portland, OR 97201
                              Telephone: (971) 673-1880
                              Fax: (971) 673-5000
                              Email: jesse.b.davis@doj.oregon.gov
                                               Kristen.hoffmeyer@doj.oregon.gov

                              Of Attorneys for State Defendants Hormann, Krings,
                              Riddle, Wilcox and Oregon State Police

Page 2 -   NOTICE OF WITHDRAWAL
    JBD/ce1/989942002
                              Department of Justice
                              100 SW Market Street
                              Portland, OR 97201
                          (971) 673-1880 / Fax: (971) 673-5000