DAN RAYFIELD
Attorney General
JESSE B. DAVIS #052290
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
　　　　kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann,
Krings, Riddle, Wilcox and Oregon State Police

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian *ad litem*, on behalf of S.M., a minor,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARK DANNELS, PAT DOWNING, SUSAN HORMANN, MARY KRINGS, KRIS KARCHER, SHELLY MCINNES, RAYMOND MCNEELY, KIP OSWALD, MICHAEL REAVES, JOHN RIDDLE, SEAN SANBORN, ERIC SCHWENNINGER, RICHARD WALTER, CHRIS WEBLEY, ANTHONY WETMORE, KATHY WILCOX, CRAIG ZANNI, DAVID ZAVALA, ESTATE OF DAVID E. HALL, VIDOCQ SOCIETY, CITY OF COQUILLE, CITY OF COOS BAY, and COOS COUNTY,<br><br>　　　　Defendants.<br><br>VIDOCQ SOCIETY, | Case No.  6:20-cv-1163-MTK (Lead Case)<br>　　　　　　3:21-cv-1719-MTK (Trailing Case)<br><br>STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY APPEAL AS FRIVOLOUS |

Page 1 -　STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY
　　　　　APPEAL AS FRIVOLOUS
　　　　　JBD/ce1/991222108

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

|   |   |
|---|---|
| Cross-Claimant. | |
| RICHARD WALTER, | |
| Cross-Claimant. | |
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor, | |
| Plaintiff, | |
| v. | |
| OREGON STATE POLICE, | |
| Defendant. | |

The State Defendants (Susan Hormann, Mary Krings, John Riddle, Kathy Wilcox, and the Oregon State Police) file this response to Plaintiffs' Motion to Certify Interlocutory Appeals as Frivolous (ECF 370, hereinafter "Motion to Certify").

On the evening of May 28, 2025, at the judicial settlement conference ordered by the Court, the State Defendants and Plaintiffs reached a settlement in principle of all the claims between them. Plaintiffs reported that settlement to the Court in a Notice of Partial Settlement (ECF 376) filed today, May 29, 2025.

In light of that settlement, Plaintiffs' Motion to Certify may be moot, and State Defendants certainly expect that that motion will become moot when the settlement is fully executed and the State Defendants' appeal is dismissed. For that reason, the State Defendants respectfully decline to respond to the substance of the Motion to Certify, reserving the right to file a substantive response in the unlikely event that the Motion does not become moot. The

///

///

Page 2 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY
            APPEAL AS FRIVOLOUS
        JBD/ce1/991222108

State Defendants specifically express their full confidence that the settlement in principle will become a fully executed settlement reduced to writing.

DATED May  29 , 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Jesse B. Davis*
JESSE B. DAVIS #052290
Senior Assistant Attorney General
KRISTEN E. HOFFMEYER #085338
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: jesse.b.davis@doj.oregon.gov
         Kristen.hoffmeyer@doj.oregon.gov

Of Attorneys for State Defendants Hormann, Krings, Riddle, Wilcox and Oregon State Police

Page 3 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY
            APPEAL AS FRIVOLOUS
    JBD/ce1/991222108

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000