|  |  | **FILED** |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | JUL 21 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| NICHOLAS JAMES MCGUFFIN, as an individual and as guardian ad litem, on behalf of S.M., a minor and S.M., <br><br>       Plaintiffs - Appellees,<br><br> v.<br><br>MICHAEL REAVES,<br><br>       Defendant - Appellant,<br><br>and<br><br>MARK DANNELS; et al.,<br><br>       Defendants. | No. 25-2559<br><br>D.C. Nos.<br>6:20-cv-01163-MTK<br>3:21-cv-01719-MTK<br>District of Oregon, Eugene<br><br>ORDER |

The request (Docket Entry No. 12) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT